**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Imagination Worldwide, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **42-1600800** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**280 S. Beverly Dr., Ste. 208**<br>**Beverly Hills, CA**<br>ZIPCODE **90212** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                 Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Imagination Worldwide, LLC** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Imagination Worldwide, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Elaine V. Nguyen - Bar #256432**<br>**Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA 90025**<br><br><br><br>**June 9, 2015**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Lawrence A. Goebel**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**June 9, 2015**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James R. Selth 123420<br>Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA  90025<br><br>☒ Attorney for Imagination Worldwide, LLC | |

<div align="center">

**United States Bankruptcy Court**
**Central District of California**

</div>

| In re: | CASE NO.: |
|---|---|
| **Imagination Worldwide, LLC** | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

☒ Petition, statement of affairs, schedules or lists          Date Filed: June 5, 2015
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
☐ Other:                                           Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____           **June 9, 2015**
*Signature of Authorized Signatory of Filing Party*        *Date*

Lawrence A. Goebel
*Printed Name of Authorized Signatory of Filing Party*

Manager
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____           **June 9, 2015**
*Signature of Attorney for Signing Party*           *Date*

*Printed Name of Attorney for Signing Party*
Elaine V. Nguyen - Bar #256432

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

<u>**RESOLUTIONS**</u>

<u>**OF THE MANAGER OF**</u>

<u>**IMAGINATION WORLDWIDE, LLC**</u>

The undersigned, being the Manager of Imagination Worldwide, LLC, does hereby certify that the following resolutions were adopted at a duly constituted emergency meeting of the Members on May 28, 2015.

RESOLVED that Lawrence A. Goebel is authorized to execute and file or cause to be filed  a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Imagination Worldwide, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Imagination Worldwide, LLC, is in the best interest of the limited liability company, its managers and members.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Lawrence A. Goebel is the party designated to act on behalf of the limited liability company in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341(a) Meeting of Creditors as necessary.

IMAGINATION WORLDWIDE, LLC

Dated: June 9, 2015

_____
Lawrence A. Goebel, Manager

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar #256432<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Tel: (310) 207-1494<br>Fax: (310) 442-0660 | |
| ☒ *Attorney for:* Debtor, Imagination Worldwide, LLC | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

</div>

| In re:<br><br>IMAGINATION WORLDWIDE, LLC<br><br><div align="right">Debtor(s),</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Lawrence A. Goebel                              , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

  b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  06/09/2015

By: _____
       Signature of Debtor, or attorney for Debtor

Name:  Lawrence A. Goebel, Manager
       Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                          F 1007-4.CORP.OWNERSHIP.STMT

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                              Case No. _____

Imagination Worldwide, LLC                                                          Chapter 11 _____
_____
                          Debtor(s)

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Shadow Cave Pictures, LLC<br>3205 Duchess Park<br>Lane Friendswood, TX  77546 | | Fees | | 157,240.28 |
| The Disconnect, LLC<br>16633 Ventura Blvd., #1440<br>Encino, CA  91436 | Jason Feldman, Esq.<br>Feldman & Wallach<br>606 Venice Blvd., Ste. C<br>Venice, CA  90291 | Fees | | 100,000.00 |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | Independent Film & Television Alliance<br>10850 Wilshire Blvd., 9th Fl.<br>Los Angeles, CA  90024 | Fees | | 90,283.24 |
| Premiere Bobine<br>#100, 486 Rue Ste-Catherine O<br>Montreal, QC  H3B 1A6 | | Fees | | 52,067.65 |
| Boneboys, Inc.<br>Attn: Robert Kuhn<br>603 W. 8th St.<br>Austin, TX  78701 | | Fees | | 50,000.00 |
| Stuck Productions, LLC<br>7250 Franklin Ave., #501<br>Los Angeles, CA  90046 | Mark S. Temple<br>10880 Wilshire Blvd., Suite 2070<br>Los Angeles, CA  90024 | Fees | | 50,000.00 |
| A.C.I. Films<br>C/O Alexander, Lawrence Frumes Labowitz<br>1880 Century Park E., #914<br>Los Angeles, CA  90067 | | Fees | | 49,782.50 |
| Matchbox Pictures, Inc.<br>123 King St., Studio 204<br>London, ON  N6A 1C3 | Daniel R. Mailer<br>Cram & Associates,<br>200 Queens Ave., Suite 514<br>London, ON  N6A 1J3 | Fees | | 40,961.53 |
| Jade Rose Entertainment, LLC<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210 | | Fees | | 37,340.77 |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA  90212 | | Fees | | 34,287.64 |
| Kingsparrow Films, Ltd.<br>International House<br>1 St. Katharines Way<br>London, UNITED KINGDOM,    E1W 1UN | Kingsparrow Films, Ltd.<br>88/90 Baker St.<br>London, UNITED KINGDOM,    W1U 6TQ | Fees | | 32,682.81 |
| ScreenProjex Limited<br>Watchmaker Court, 33 St John's Lane<br>London, UNITED KINGDOM,    EC1M 4DB | | Fees | | 29,173.24 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| The Thompsons Film, LLC<br>Attn: Eben Kostbar<br>7040 Hawthorn Ave., #1<br>Los Angeles, CA 90028 | | Fees | 29,100.51 |
| First Act Entertainment, LLC<br>Attn: Ken Sanders<br>14251 Arches Lane<br>Canyon Country, CA 91387 | | Fees | 27,441.01 |
| Hunger Productions, LLC<br>Hunger Trust Account<br>6710 Stewart Rd., Ste. 300<br>Galveston, TX 77551 | | Fees | 20,274.08 |
| Off World Films And Bleeding Edge Films<br>89 Marmet Ave., Letchworth Garden City<br>Hertfordshire, U.K.,    SG6 4QF | Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,    SG4 0DB | Fees | 19,635.74 |
| Straightwire Films Limited<br>26 Burnside<br>Fleet, UNITED KINGDOM,    GU51 3RE | Coldwood Productions<br>119 Fortess Rd., Unite 4<br>London, England,    NW52HR | Fees | 18,841.51 |
| Outsider Productions One<br>402 East Gutierrez St.<br>Santa Barbara, CA 93101 | | Fees | 17,840.67 |
| Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA 90210 | | Fees | 15,775.45 |
| K5 Film<br>Konradinstrasse 5<br>D-81543 Munich, GERMANY, | | Fees | 15,149.59 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 9, 2015                    Signature: _____

                                   Lawrence A. Goebel, Manager
                                                                    (Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar # 256432<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Ste. 1170<br>Los Angeles, CA 90025<br>Tel: (310) 207-1494<br>Fax: (310) 442-0660 | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>     IMAGINATION WORLDWIDE, LLC,<br><br>                                        Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    280 S. Beverly Drive, Suite #208, Beverly Hills, CA 90212

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    280 S. Beverly Drive, Suite #208, Beverly Hills, CA 90212

3.  Disclose the current business address(es) for all corporate officers:

    280 S. Beverly Drive, Suite #208, Beverly Hills, CA 90212

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    280 S. Beverly Drive, Suite #208, Beverly Hills, CA 90212

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)

**VEN-C**

| In re | IMAGINATION WORLDWIDE, LLC | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    280 S. Beverly Drive, Suite #208, Beverly Hills, CA 90212

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    9107 Wilshire Blvd., Suite 625, Beverly Hills, CA 90210; Downsized

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

    Lawrence A. Goebel, Manager

    **280 S. Beverly Dr., Ste., #208, Beverly Hills, CA 90212**

8.  Total number of attached pages of supporting documentation:  Zero

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __9__ day of __June__, 20 __15__, at __Los Angeles__, California.

Lawrence A. Goebel
_____
*Type Name of Officer*

Manager
_____
*Position or Title of Officer*

_____
*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _____Los Angeles_____ , California.
Dated: June 9, 2015

_____
*Signature of Debtor*


_____
*Signature of Joint Debtor*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Weintraub & Selth, APC** <br><br> **11766 Wilshire Blvd., Suite 1170** <br><br> **Los Angeles, CA 90025** <br><br><br><br><br><br><br> ☐ *Debtor(s) appearing without attorney* <br> ✓ *Attorney for Debtor* | |

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re:<br><br>**Imagination Worldwide, LLC**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____12_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _June 9, 2015_____                _____
                                                                                Debtor's signature

Date: _____                _____
                                                                                Joint Debtor's signature (if applicable)

Date: _June 9, 2015_____                _____
                                                                                Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

Imagination Worldwide LLC
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025

ACI Films
C/O Alexander Lawrence Frumes Labo
1880 Century Park E #914
Los Angeles, CA  90067


ACI Films
C/O Elward Labowitz Aleander Etc
1925 Century Park E Ste 850
Los Angeles, CA  90067


Abnormal Pictures/K5 Film GmbH
Konradinstrasse 5
D-81543
Munich, Germany,


AFTRA-SAG Federal Credit Union
PO Box 11419
Burbank, CA  91510


Alyce The Movie LLC
1433 Angelus Ave
Los Angeles, CA  90026


Anthem Blue Cross
PO Box 4194
Woodland Hills, CA  91365


BananaSeat Films
C/O Houston King
5525 Cantaloupe Ave
Sherman Oaks, CA  91401


Barnholtz Entertainment Inc
23300 Ventura Blvd 2nd Floor
Woodland Hills, CA  91364

Big Screen
Raleigh Studios
5300 Melrose Ave Van Ness Bldg 2
Los Angeles, CA  90038


Big Screen
Raleigh Studios
8383 Wilshire Blvd 8th Floor
Beverly Hills, CA  90211


Boneboys Inc
Attn: Robert Kuhn
603 W 8th St
Austin, TX  78701


Brainstorm Media
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Brandes Film International
28990 PCH #105
Malibu, CA  90265


CCV International AS
Ovre Vollgate 6
Oslo 0158
Norway,


CCV International AS
Ovre Vollgate 6
Oslo 0158, NORWAY,


City Of Beverly Hills
455 N Rexford Dr
Beverly Hills, CA  90210

Coldwood Productions
119 Fortess Rd Unite 4
London, England,    NW52HR


Coldwood Productions
119 Fortess Rd
Kentish Town, London,    NW52HR


Daniel R Mailer
Cram & Associates
200 Queens Ave Suite 514
London, ON  N6A 1J3


Daylight Fades LP
7163 Rico Cove
Germantown, TN  38138


Deco Filmworks
8020 So Rainbow Blvd Ste 252
Las Vegas, NV  90139


Domain Entertainment Ltd
432 S Curson Ave Ste 11H
Los Angeles, CA  90036


Domain Entertainment Ltd
1221 La Collina Dr
Beverly Hills, CA  90210


Down The Road LLC
701 Sycamore Court
Laurel Spring, NJ  08021


Down The Road LLC
2711 Centerville Rd
Wilmington, DE  19808-1645

Drew Crew
4152 Madella Ave
Sherman Oaks, CA  91403


Drew Crew
C/O Brian Herzlinger
18004 Coastline Dr #21
Malibu, CA  90265


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001


Encore International Group
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Exclusive Logistics Management
27 Ironside Unit A
Marina Del Rey, CA  90292


Film Harvest LLC
516 Sapphire
Redondo Beach, CA  90277


First Act Entertainment LLC
Attn: Ken Sanders
14251 Arches Lane
Canyon Country, CA  91387


Foto-Kem Film & Video
PO Box 7755
Burbank, CA  91510

```
Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA  95812-2952


Godspeed The Movie LLC
C/O Joe McKelheer
200 Pier Ave Ste 134
Hermosa Beach, CA  90254


Godspeed The Movie LLC
2233 N Cahuenga Blvd
Los Angeles, CA  90068


Halo 8
7336 Santa Monica Blvd #10
Los Angeles, CA  90046


Hunger Productions LLC
Hunger Trust Account
6710 Stewart Rd Ste 300
Galveston, TX  77551


Independent Film & Television Allia
10850 Wilshire Blvd 9th Fl
Los Angeles, CA  90024


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jade Rose Entertainment LLC
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210
```

Jason Feldman Esq
Feldman & Wallach
606 Venice Blvd Ste C
Venice, CA  90291


K5 Film
Konradinstrasse 5
D-81543 Munich, GERMANY,


KGM Films LLC
16633 Ventura Blvd Ste 1440
Encino, CA  91436


Kill Me Again Investments LLC
12103 Maxwellton Rd
Studio City, CA  91604


Kill Me Again Investments LLC
402 East Gutierrez St
Santa Barbara, CA  93101


Kineses Entertainment Inc
1230 Horn Ave Ste 632
West Hollywood, CA  90069


Kingsparrow Films Ltd
International House
1 St Katharines Way
London, UNITED KINGDOM,      E1W 1UN


Kingsparrow Films Ltd
88/90 Baker St
London, UNITED KINGDOM,      W1U 6TQ

Lance Entertainment
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210


LHD Films
24 Hanway St
London W1T 1UH
United Kingdom,


LHD Films Ltd
24 Hanway St
London, UNITED KINGDOM,      W1T 1UH


LHD FIlms Ltd
Wandle House Riverside Drive
Mitcham, Surrey, U.K.,      CR4 4BU


Limerent Pictures
929 Fairwin Ave
Nashville, TX  37216


London Music Video
24 Gloucester Rd Dartford Kent
United Kindom Da1 3DJ,


London Music Video Ltd
24 Gloucester Rd
Dartford, Kent, U.K.,      DA1 3DJ


M Leonard & Associates
PO Box 2339
Van Nuys, CA  91404

Mandala Films Ltd
Michael Kraetzer
106 Allum St Auckland 1071
New Zealand,


Mandala Films Ltd
C/O I-On New Media GMBh
Alteburger Wall 23
50678 Koeln, Germany,


Mark Ezra
55 Wallingford Ave
London, UK,      W106PZ


Mark S Temple
10880 Wilshire Blvd Suite 2070
Los Angeles, CA  90024


Matchbox Pictures Inc
123 King St Ste 209
London Ontario
CAD N6A 1C3,


Matchbox Pictures Inc
123 King St Studio 204
London, ON  N6A 1C3


Max J Sprecher
5850 Canoga Ave 4th Fl
Woodland Hills, CA  91367


McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH  44146

Moviworld
PO Box 1234
Highlands North Johannesburg
SOUTH AFRICA,    2037


Moviworld
PO Box 1234
Highlands North Johannesburg
South Africa,    2037


N/A Records Inc
16633 Ventura Blvd Ste 1440
Encino, CA  91436


New Artist Alliance
16633 Ventura Blvd Ste 1440
Encino, CA  91436


Nom De Plume Films LLC
11030 Moorpark #27
Studio City, CA  91602


Off World Films And Bleeding Edge F
79 Millstream Close
Hitchin, U.K.,    SG4 0DB


Off World Films And Bleeding Edge F
89 Marmet Ave Letchworth Garden C
Hertfordshire, U.K.,    SG6 4QF


Outsider Productions One
402 East Gutierrez St
Santa Barbara, CA  93101

Outsider Productions Inc
402 East Gutierrez St
Santa Barbara, CA  93101


Paychex Inc
300 Corporate Pointe Ste 150
Culver City, CA  90230


Pierre David
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250-7887


Pitney Bowes Purchase Plus
PO Box 371874
Pittsburgh, PA  15250


Plan 9 Entertainment LLC
2662 Lake View Ave
Los Angeles, CA  90039


Premiere Bobine
#100 486 Rue Ste-Catherine O
Montreal, QC  H3B 1A6


Production Last Exit Inc
6250 Chemin Deacon
Montreal, QC  H3S 2P5


Production Last Exit Inc
Attn: Richard Lalonde
6250 Chemin Deacon Montreal
Quebec H3S 2P5,

Propoganda Pictures Ltd
Priory Lane Little Wymondley
Hertfordshire, UK,    SG4 7HD


Propoganda Pictures Ltd
The Priory
Prioty Lane Littly Wymondley
Hertforshire, SG4 7HD,


Propoganda Pictures Ltd
22 St Albans Road
Hitchin, UNITED KINGDOM,    SG4 8U


Pulse Productions
4919 Nofral Rd
Woodland Hills, CA  91364


Reel One Entertainment Inc
9107 Wilshire Boulevard # 625
Beverly Hills, CA  90210


Renegade Pictures LLC
5799 Broadmoore St Ste 550
Mission, KS  66202


Salvatori And Associates
1 Place Ville-Marie Suite 1812
Montreal, QC  H3B 4A9,


ScreenProjex Limited
Watchmaker Court 33 St John's Lane
London, UNITED KINGDOM,    EC1M 4D

```
ScreenProjex Ltd
Watchmaker Court
33 St Johns Lane
London, UK,     EC1M4DB


Shadow Cave Pictures LLC
3205 Duchess Park
Lane Friendswood, TX  77546


Shining Light Productions Limited
Attn: Ryan Driscoll
14 Holland Rd
Westcliff, Essex, U.K.,     SS0 7SG


Shining Light Productions Limited
10 Buckhurst Road
Bexhill-On-Sea, U.K.,     TN40 1QF


Silver Web Productions LLC
1022 Milwaukee Ave
Los Angeles, CA  90042


Small Town Folk Ltd
112 Ringwood Rd St Ives
Ringwood, Hampshire, UK,     BH24 1


Small Town Folk Ltd
112 Ringwood Rd St Ives
Ringwood, Hampshire, UK,     BH24 1


State Board Of Equalization
PO Box 942879
Sacramento, CA  94279-0001
```

Ster Kinekor Entertainment
185 Katherine St
Sandton 2146
South Africa,

Straightwire Films Limited
26 Burnside
Fleet, UNITED KINGDOM,      GU51 3RE

Straighwire Films Ltd
10 Cranbrook Ct
Fleet, Hamshire,      GU514QA

Strategic Film Partners
NBC Universal Tower
10 Universal City Plaza 20th Fl
University City, CA  91608

Stuck Productions LLC
7250 Franklin Ave #505
Los Angeles, CA  90046

Stuck Productions LLC
7250 Franklin Ave #501
Los Angeles, CA  90046

The Bus Driver LLC
Rick Finkelstein
3423 N Hiatus Rd
Sunrise, FL  33351

The Disconnect
16633 Ventura Blvd #1440
Encino, CA  91436

The Disconnect LLC
16633 Ventura Blvd #1440
Encino, CA  91436


The Hamiltons Films LLC
C/O Mitchell Altieri
1877 Petaluma Blvd
Petaluma, CA  94952


The Hollywood Reporter
5700 Wilshire Blvd Ste 500
Los Angeles, CA  90036


The List Film Ltd
40 Homer St
London, UNITED KINGDOM,     W1H 4NL


The List Film Ltd
40 Homer St London
W1H 4NL
United Kingdom,


The Lost Eye Films Ltd
Clare Pearce
40 Newton Nod Isleworth
London, UK,     TW16QD


The Pig Project LLC
2100 N Beachwood Dr #207
Los Angeles, CA  91505


The Return Of Joe Rich LLC
2615 W Magnolia Blvd
Burbank, CA  91505

```
The Thompsons Film LLC
Attn: Eben Kostbar
7040 Hawthorn Ave #1
Los Angeles, CA  90028


Title Films
Rue Des Palais 44 Bte 45
1030 Brussels, Belgium,


Traction Media
9665 Wilshire Blvd 5th Floor
Beverly Hills, CA  90212-0000


Trauma One Entertainment Inc
Attn: Ryan Thiessen
PO Box 5321
Knoxville, TN  37928


Treehouse Films (UK) Limited
38 Broadhurst Ave
Edgware, Middlesex, UK,     HA8 8TS


Treehouse Films (UK) Limited
38 Broadhurst Ave
Edgware Middlesex
HA8 8TS,


TZD2 Limited
10 Cranbrook Court
Fleet Hamshire GU51 4QA,


TZD2 Limited
10 Cranbrook Court
Fleet, Hamshire, UK,     GU51 4QA
```

Verizon
PO Box 920041
Dallas, TX  75392


Xystus LLC
1421 SW 107th Avenue
Miami, FL  33174


YSA Productions LLC
802 N Cherokee Ave
Los Angeles, CA  90038


Zed Crook Ltd
250 Besserer St 2nd Fl
Ottawa, ON  K1N 6B3


Zed Crook Ltd
250 Besserer St 2nd Fl
Ottawa, Ontario,


Zed Filmworks Inc
800 Industrial Ave Unit 12
Ottawa, ON  K1G 4B8


Zed Filmworks Inc
800 Industrial Ave Unit 12
Ottawa, Ontario,     K1G 4B8