**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. _____

Imagination Worldwide, LLC _____    Chapter **11** _____

<span>Debtor(s)</span>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Lawrence A. Goebel<br>8500 Belmar Ave.<br>Northridge, CA  91324-0000 | 100 | Member |
| Pierre David<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210-0000 | 0 | Member |
| Reel One Entertainment, Inc.<br>9107 Wilshire Boulevard # 625<br>Beverly Hills, CA  90210-0000 | 0 | Member |

© 1983-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                 Case No. _____

**Imagination Worldwide, LLC** _____    Chapter **11** _____

<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $    178,215.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $    1,132,621.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 24 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 45 | $    178,215.61 | $    1,132,621.72 | |

<div style="writing-mode: vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6A (Official Form 6A) (12/07)

IN RE Imagination Worldwide, LLC
_____
                    Debtor(s)                                              Case No. _____
                                                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Imagination Worldwide, LLC _____    Case No. _____
_____ Debtor(s) _____    _____ (If known) _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account at City National Bank, Acct. No. xxxxxx7357** **Account at City National Bank, Acct. No. xxxxxx8881** | | 7,169.07 2,126.78 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ownership interest in entity: Jade Rose Entertainment, LLC. Believed to be worth zero.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
     Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** **(Debtor believes $43,186.69 is collectable)** | | **142,658.06** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **See Schedule G** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and supplies including two laptops, a flat screen television and DVD transfer equipment** **Office furnishings including approximately nine file cabinets** | | **600.00** **225.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____  Case No. _____
                      Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **152,778.91** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

<u>   **0**</u> continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE Imagination Worldwide, LLC _____   Case No. _____
                      Debtor(s)                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　　　□ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
□ 11 U.S.C. § 522(b)(2)
□ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

**IN RE** Imagination Worldwide, LLC _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____**0**_____ continuation sheets attached

Subtotal
(Total of this page) $ _____ | $ _____

Total
(Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Imagination Worldwide, LLC**                                                    Case No. _____
                 Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Imagination Worldwide, LLC _____   Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A.C.I. Films**<br>**C/O Alexander, Lawrence Frumes Labowitz**<br>**1880 Century Park E., #914**<br>**Los Angeles, CA  90067** | | | **Unpaid licensing fee** | | | | 49,782.50 |
| ACCOUNT NO.<br>**AFTRA-SAG Federal Credit Union**<br>**P.O. Box 11419**<br>**Burbank, CA  91510** | | | **Unpaid licensing fees** | X | X | X | unknown |
| ACCOUNT NO.<br>**Alyce The Movie, LLC**<br>**1433 Angelus Ave.**<br>**Los Angeles, CA  90026** | | | **Unpaid licensing fee** | | | | 5,585.04 |
| ACCOUNT NO.<br>**Anthem Blue Cross**<br>**P.O. Box 4194**<br>**Woodland Hills, CA  91365** | | | **Unpaid fees** | | | | unknown |

_12_ continuation sheets attached

Subtotal
(Total of this page)  $  55,367.54

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA 91364 | | | Unpaid licensing fee | | | | 90,283.24 |
| ACCOUNT NO.<br>Max J. Sprecher<br>5850 Canoga Ave., 4th Fl.<br>Woodland Hills, CA 91367 | | | Assignee or other notification for:<br>Barnholtz Entertainment, Inc. | | | | |
| ACCOUNT NO.<br>Independent Film & Television Alliance<br>10850 Wilshire Blvd., 9th Fl.<br>Los Angeles, CA 90024 | | | Assignee or other notification for:<br>Barnholtz Entertainment, Inc. | | | | |
| ACCOUNT NO.<br>Big Screen<br>Raleigh Studios<br>8383 Wilshire Blvd., 8th Floor<br>Beverly Hills, CA 90211 | | | Unpaid licensing fee | | | | 7,807.76 |
| ACCOUNT NO.<br>Boneboys, Inc.<br>Attn: Robert Kuhn<br>603 W. 8th St.<br>Austin, TX 78701 | | | Unpaid licensing fee | | | | 50,000.00 |
| ACCOUNT NO.<br>Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA 90212 | | | Unpaid licensing fee | | | | 34,287.64 |
| ACCOUNT NO.<br>CCV International AS<br>Ovre Vollgate 6<br>Oslo, Norway,    0158 | | | Unpaid licensing fee | | | | 9,274.53 |

Sheet no. ___1___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 191,653.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City Of Beverly Hills<br>455 N. Rexford Dr.<br>Beverly Hills, CA 90210 | | | Unpaid fees | | | X | unknown |
| ACCOUNT NO.<br>Deco Filmworks<br>8020 So. Rainbow Blvd., Ste. 252<br>Las Vegas, NV 90139 | | | Unpaid licensing fee | | | | 8,088.14 |
| ACCOUNT NO.<br>Domain Entertainment, Ltd.<br>432 S. Curson Ave., Ste. 11H<br>Los Angeles, CA 90036 | | | Unpaid licensing fee | | | | 6,665.72 |
| ACCOUNT NO.<br>Down The Road, LLC<br>2711 Centerville Road<br>Wilmington, DE 19808 | | | Unpaid licensing fee | | | | 9,334.55 |
| ACCOUNT NO.<br>Drew Crew<br>4152 Madella Ave.<br>Sherman Oaks, CA 91403 | | | Unpaid licensing fee | | | | 4,442.45 |
| ACCOUNT NO.<br>Drew Crew<br>C/O Brian Herzlinger<br>18004 Coastline Dr., #21<br>Malibu, CA 90265 | | | Assignee or other notification for:<br>Drew Crew | | | | |
| ACCOUNT NO.<br>Encore International Group<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA 90212 | | | Unpaid licensing fee | | | | 33.37 |

Sheet no. __2__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 28,564.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Exclusive Logistics Management**<br>**27 Ironside, Unit A**<br>**Marina Del Rey, CA  90292** | | | Unpaid vendor fees | | | | 5,729.00 |
| ACCOUNT NO.<br>**Film Harvest, LLC**<br>**516 Sapphire**<br>**Redondo Beach, CA  90277** | | | Possible claim for unpaid licensing fee | | | | unknown |
| ACCOUNT NO.<br>**First Act Entertainment, LLC**<br>**Attn: Ken Sanders**<br>**14251 Arches Lane**<br>**Canyon Country, CA  91387** | | | Unpaid licensing fee | | | | 27,441.01 |
| ACCOUNT NO.<br>**Foto-Kem Film & Video**<br>**P.O. Box 7755**<br>**Burbank, CA  91510** | | | Unpaid vendor fees | | | | 3,637.70 |
| ACCOUNT NO.<br>**Godspeed The Movie, LLC**<br>**2233 N. Cahuenga Blvd.**<br>**Los Angeles, CA  90068** | | | Unpaid licensing fee | | | | 4,153.44 |
| ACCOUNT NO.<br>**Godspeed The Movie, LLC**<br>**C/O Joe McKelheer**<br>**200 Pier Ave., Ste. 134**<br>**Hermosa Beach, CA  90254** | | | Assignee or other notification for:<br>Godspeed The Movie, LLC | | | | |
| ACCOUNT NO.<br>**Hunger Productions, LLC**<br>**Hunger Trust Account**<br>**6710 Stewart Rd., Ste. 300**<br>**Galveston, TX  77551** | | | Unpaid licensing fee | | | | 20,274.08 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 61,235.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                      Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Jade Rose Entertainment, LLC** **9107 Wilshire Blvd., Ste. 625** **Beverly Hills, CA  90210** | | | **Unpaid licensing fee** | | | | 37,340.77 |
| ACCOUNT NO. **K5 Film** **Konradinstrasse 5** **Munich, Germany,     D-81543** | | | **Unpaid licensing fee** | | | | 15,149.59 |
| ACCOUNT NO. **KGM Films, LLC** **16633 Ventura Blvd., Ste. 1440** **Encino, CA  91436** | | | **Unpaid licensing fee** | X | X | X | unknown |
| ACCOUNT NO. **Kill Me Again Investments, LLC** **12103 Maxwellton Road** **Studio City, CA  91604** | | | **Unpaid licensing fee** | | | | 7,019.59 |
| ACCOUNT NO. **Kingsparrow Films, Ltd.** **International House** **1 St. Katharines Way** **London, UNITED KINGDOM,     E1W 1UN** | | | **Unpaid licensing fee** | | | | 32,682.81 |
| ACCOUNT NO. **Kingsparrow Films, Ltd.** **88/90 Baker St.** **London, UNITED KINGDOM,     W1U 6TQ** | | | **Assignee or other notification for:** **Kingsparrow Films, Ltd.** | | | | |
| ACCOUNT NO. **Lance Entertainment** **9107 Wilshire Blvd., Ste. 625** **Beverly Hills, CA  90210** | | | **Unpaid licensing fee** | | | | 15,775.45 |

Sheet no. ___4___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)  $  107,968.21

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LHD Films Ltd.<br>24 Hanway St.<br>London, UNITED KINGDOM,    W1T 1UH | | | Unpaid licensing fee | | | | 5,388.38 |
| ACCOUNT NO.<br>LHD Films Ltd.<br>Wandle House Riverside Drive<br>Mitcham, Surrey, U.K.,    CR4 4BU | | | Assignee or other notification for:<br>LHD Films Ltd. | | | | |
| ACCOUNT NO.<br>Limerent Pictures<br>929 Fairwin Ave.<br>Nashville, TX  37216 | | | Unpaid licensing fee | | | | 10,636.48 |
| ACCOUNT NO.<br>London Music Video Ltd<br>24 Gloucester Rd.<br>Dartford, Kent, U.K.,    DA1 3DJ | | | Unpaid licensing fee | | | | 9,915.07 |
| ACCOUNT NO.<br>Matchbox Pictures, Inc.<br>123 King St., Studio 204<br>London, ON  N6A 1C3 | | | Unpaid licensing fee | | | | 40,961.53 |
| ACCOUNT NO.<br>Daniel R. Mailer<br>Cram & Associates,<br>200 Queens Ave., Suite 514<br>London, ON  N6A 1J3 | | | Assignee or other notification for:<br>Matchbox Pictures, Inc. | | | | |
| ACCOUNT NO.<br>McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH  44146 | | | Unpaid fees | | | | unknown |

Sheet no. _____5_ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 66,901.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Imagination Worldwide, LLC _____    Case No. _____
_____Debtor(s)_____    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Moviworld<br>P.O. Box 1234<br>Highlands North, Johannesburg<br>SOUTH AFRICA,     2037** | | | **Unpaid licensing fee** | | | | 2,076.84 |
| ACCOUNT NO.<br>**N/A Records, Inc.<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA  91436** | | | **Unpaid licensing fee** | X | X | X | unknown |
| ACCOUNT NO.<br>**New Artist Alliance<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA  91436** | | | **Unpaid licensing fee** | X | X | X | unknown |
| ACCOUNT NO.<br>**Jason Feldman, Esq.<br>Feldman & Wallach<br>606 Venice Blvd., Ste. C<br>Venice, CA  90291** | | | **Assignee or other notification for:<br>New Artist Alliance** | | | | |
| ACCOUNT NO.<br>**Off World Films And Bleeding Edge Films<br>89 Marmet Ave., Letchworth Garden City<br>Hertfordshire, U.K.,     SG6 4QF** | | | **Unpaid licensing fee** | | | | 19,635.74 |
| ACCOUNT NO.<br>**Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,     SG4 0DB** | | | **Assignee or other notification for:<br>Off World Films And Bleeding Edge Films** | | | | |
| ACCOUNT NO.<br>**Outsider Productions One<br>402 East Gutierrez St.<br>Santa Barbara, CA  93101** | | | **Unpaid licensing fee** | | | | 17,840.67 |

Sheet no. ___6___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    39,553.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Imagination Worldwide, LLC**                    Case No. _____
_____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paychex, Inc.**<br>300 Corporate Pointe, Ste. 150<br>Culver City, CA 90230 | | | Unpaid fees | | | | unknown |
| ACCOUNT NO.<br>**Pierre David**<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA 90210 | | | Loan | X | X | X | 25,000.00 |
| ACCOUNT NO.<br>**Pitney Bowes**<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | | | Unpaid vendor fees | | | | unknown |
| ACCOUNT NO.<br>**Pitney Bowes Purchase Plus**<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | | | Unpaid vendor fees | | | | unknown |
| ACCOUNT NO.<br>**Plan 9 Entertainment, LLC**<br>2662 Lake View Ave.<br>Los Angeles, CA 90039 | | | Unpaid licensing fee | | | | 13,047.92 |
| ACCOUNT NO.<br>**Premiere Bobine**<br>#100, 486 Rue Ste-Catherine O<br>Montreal, QC H3B 1A6 | | | Unpaid licensing fee | | | | 52,067.65 |
| ACCOUNT NO.<br>**Production Last Exit, Inc.**<br>6250 Chemin Deacon<br>Montreal, QC H3S 2P5 | | | Unpaid licensing fee | | | | 2,372.35 |

Sheet no. ____7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   92,487.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Imagination Worldwide, LLC** _____    Case No. _____
                           Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Propoganda Pictures Ltd.**<br>**Priory Lane, Little Wymondley**<br>**Hertfordshire, UK,    SG4 7HD** | | | Unpaid licensing fee | | | | **4,816.52** |
| ACCOUNT NO.<br>**Propoganda Pictures, Ltd.**<br>**22 St. Albans Road**<br>**Hitchin, UNITED KINGDOM,    SG4 8UT** | | | Assignee or other notification for:<br>Propoganda Pictures Ltd. | | | | |
| ACCOUNT NO.<br>**Reel One Entertainment, Inc.**<br>**9107 Wilshire Boulevard # 625**<br>**Beverly Hills, CA  90210** | | | Unpaid fees due under Operating Agreement | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Renegade Pictures, LLC**<br>**5799 Broadmoore St., Ste. 550**<br>**Mission, KS  66202** | | | Unpaid licensing fee | | | | **12,947.72** |
| ACCOUNT NO.<br>**Salvatori And Associates**<br>**1 Place Ville-Marie, Suite 1812**<br>**Montreal, QC  H3B 4A9,** | | | Unpaid licensing fee | | | | **871.33** |
| ACCOUNT NO.<br>**ScreenProjex Limited**<br>**Watchmaker Court, 33 St John's Lane**<br>**London, UNITED KINGDOM,    EC1M 4DB** | | | Unpaid licensing fee | | | | **29,173.24** |
| ACCOUNT NO.<br>**Shadow Cave Pictures, LLC**<br>**3205 Duchess Park**<br>**Lane Friendswood, TX  77546** | | | Unpaid licensing fee | | | | **157,240.28** |

Sheet no. __8__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **205,049.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shining Light Productions Limited**<br>**Attn: Ryan Driscoll**<br>**14 Holland Rd.**<br>**Westcliff, Essex, U.K.,    SS0 7SG** | | | Unpaid licensing fee | | | | 10,755.66 |
| ACCOUNT NO.<br>**Shining Light Productions Limited**<br>**10 Buckhurst Road**<br>**Bexhill-On-Sea, U.K.,    TN40 1QF** | | | Assignee or other notification for:<br>Shining Light Productions Limited | | | | |
| ACCOUNT NO.<br>**Silver Web Productions, LLC**<br>**1022 Milwaukee Ave.**<br>**Los Angeles, CA  90042** | | | Unpaid licensing fee | | | | 11,677.72 |
| ACCOUNT NO.<br>**Small Town Folk Ltd**<br>**112 Ringwood Rd., St. Ives**<br>**Ringwood, Hampshire, UK,    BH24 1HU** | | | Unpaid licensing fee | | | | 1,443.49 |
| ACCOUNT NO.<br>**Ster Kinekor Entertainment**<br>**185 Katherine St.**<br>**Sandton, South Africa,    2146** | | | Unpaid licensing fees | | | | 5,706.54 |
| ACCOUNT NO.<br>**Straightwire Films Limited**<br>**26 Burnside**<br>**Fleet, UNITED KINGDOM,    GU51 3RE** | | | Unpaid licensing fee | | | | 18,841.51 |
| ACCOUNT NO.<br>**Coldwood Productions**<br>**119 Fortess Rd., Unite 4**<br>**London, England,    NW52HR** | | | Assignee or other notification for:<br>Straightwire Films Limited | | | | |

Sheet no. ___9___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 48,424.92

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                       Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Strategic Film Partners <br> NBC Universal Tower <br> 10 Universal City Plaza, 20th Fl. <br> University City, CA  91608 | | | Unpaid licensing fees | | | | 249.25 |
| ACCOUNT NO. <br> Stuck Productions, LLC <br> 7250 Franklin Ave., #501 <br> Los Angeles, CA  90046 | | | Unpaid licensing fees | | | | 35,000.00 |
| ACCOUNT NO. <br> Mark S. Temple <br> 10880 Wilshire Blvd., Suite 2070 <br> Los Angeles, CA  90024 | | | Assignee or other notification for: <br> Stuck Productions, LLC | | | | |
| ACCOUNT NO. <br> The Disconnect, LLC <br> 16633 Ventura Blvd., #1440 <br> Encino, CA  91436 | | | Unpaid licensing fees | | | | 100,000.00 |
| ACCOUNT NO. <br> Jason Feldman, Esq. <br> Feldman & Wallach <br> 606 Venice Blvd., Ste. C <br> Venice, CA  90291 | | | Assignee or other notification for: <br> The Disconnect, LLC | | | | |
| ACCOUNT NO. <br> The Hamiltons Films, LLC <br> C/O Mitchell Altieri <br> 1877 Petaluma Blvd. <br> Petaluma, CA  94952 | | | Unpaid licensing fees | | | | 5,014.78 |
| ACCOUNT NO. <br> The Hollywood Reporter <br> 5700 Wilshire Blvd., Ste. 500 <br> Los Angeles, CA  90036 | | | Unpaid licensing fees | | | | 4,000.00 |

Sheet no. __10__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 144,264.03

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> M. Leonard & Associates <br> P.O. Box 2339 <br> Van Nuys, CA 91404 | | | Assignee or other notification for: <br> The Hollywood Reporter | | | | |
| ACCOUNT NO. <br> The List Film Ltd. <br> 40 Homer St. <br> London, UNITED KINGDOM,    W1H 4NL | | | Unpaid licensing fees | | | | 6,250.00 |
| ACCOUNT NO. <br> The Pig Project, LLC <br> 2100 N. Beachwood Dr., #207 <br> Los Angeles, CA 91505 | | | Unpaid licensing fees | | | | 6,665.81 |
| ACCOUNT NO. <br> The Return Of Joe Rich, LLC <br> 2615 W. Magnolia Blvd. <br> Burbank, CA 91505 | | | Unpaid licensing fees | | | | 6,034.07 |
| ACCOUNT NO. <br> The Thompsons Film, LLC <br> Attn: Eben Kostbar <br> 7040 Hawthorn Ave., #1 <br> Los Angeles, CA 90028 | | | Unpaid licensing fees | | | | 29,100.51 |
| ACCOUNT NO. <br> Trauma One Entertainment, Inc. <br> Attn: Ryan Thiessen <br> P.O. Box 5321 <br> Knoxville, TN 37928 | | | Unpaid licensing fees | | | | 3,074.90 |
| ACCOUNT NO. <br> Treehouse Films (UK) Limited <br> 38 Broadhurst Ave. <br> Edgware, Middlesex, UK,    HA8 8TS | | | Unpaid licensing fees | | | | 13,393.50 |

Sheet no. __11__ of __12__ continuation sheets attached to          Subtotal          $ 64,518.79
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

                                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TZD2 Limited<br>10 Cranbrook Court<br>Fleet, Hamsphire, UK,    GU51 4QA | | | Unpaid licensing fees | | | | 2,053.09 |
| ACCOUNT NO.<br>Verizon<br>P.O. Box 920041<br>Dallas, TX  75392 | | | Unpaid fees | | | | 483.13 |
| ACCOUNT NO.<br>Xystus, LLC<br>1421 SW 107th Avenue<br>Miami, FL  33174 | | | Unpaid commission fees | | | | 13,770.00 |
| ACCOUNT NO.<br>YSA Productions, LLC<br>802 N. Cherokee Ave.<br>Los Angeles, CA  90038 | | | Unpaid licensing fees | | | | 5,031.11 |
| ACCOUNT NO.<br>Zed Crook, Ltd.<br>250 Besserer St., 2nd Fl.<br>Ottawa, ON  K1N 6B3 | | | Unpaid licensing fees | | | | 2,401.22 |
| ACCOUNT NO.<br>Zed Filmworks Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, ON  K1G 4B8 | | | Unpaid licensing fees | | | | 9,095.33 |
| ACCOUNT NO.<br>Zed Filmworks, Inc.<br>250 Besserer St., 2nd Fl.<br>Ottawa, ON,    K1N6B8 | | | Assignee or other notification for:<br>Zed Filmworks Inc. | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   32,833.88

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  1,138,821.72

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Imagination Worldwide, LLC _____ Case No. _____
                Debtor(s)                                               (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," or "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210 | Acquisition Agreement re "A Nanny's Secret" |
| Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210 | Acquisition Agreement re "A Sister's Secret" |
| Premier Bobine<br>926, St. Maurice, Ste. 200<br>Montreal<br>QC H3C1L7 Canada, | Acquisition Agreement re "A Teacher's Crime" |
| BananaSeat Films<br>C/O Houston King<br>5525 Cantaloupe Ave.<br>Sherman Oaks, CA  91401 | Acquisition Agreement re "All Alone" |
| Alyce The Movie, LLC<br>1433 Angelus Ave.<br>Los Angeles, CA  90026 | Acquisition Agreement re "Alyce" |
| Shining Light Productions Limited<br>10 Buckhurst Road<br>Bexhill-On-Sea, U.K.,    TN40 1QF | Acquisition Agreement re "Axed" |
| Big Screen<br>Raleigh Studios<br>5300 Melrose Ave., Van Ness Bldg, 2nd Fl<br>Los Angeles, CA  90038 | Acquisition Agreement re "Babysitter Wanted" |
| Abnormal Pictures/K5 Film GmbH<br>Konradinstrasse 5<br>D-81543<br>Munich, Germany, | Acquisition Agreement re "Bloodtrails" |
| Boneboys, Inc.<br>Attn: Robert Kuhn<br>603 W. 8th St.<br>Austin, TX  78701 | Acquisition Agreement re "Boneboys" |
| Traction Media<br>9665 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA  90212-0000 | |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | Acquisition Agreement re "Bram Stoker's Dracula's Guest" |
| N/A Records, Inc.<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA  91436 | Acquisition Agreement re "Breathing Room" |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | Acquisition Agreement re "BTK" |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | Acquisition Agreement re "Bundy An American Icon" |
| Zed Crook, Ltd. | Acquisition Agreement re "Crook" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1992-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 250 Besserer St., 2nd Fl. Ottawa, Ontario, | |
| Daylight Fades, LP 7163 Rico Cove Germantown, TN  38138 | Acquisition Agreement re "Daylight Fades" |
| Moviworld P.O. Box 1234 Highlands North Johannesburg South Africa,    2037 | Acquisition Agreement re "Dead Easy aka Love Lies Dead" |
| Matchbox Pictures, Inc. 123 King St., Ste. 209 London, Ontario CAD N6A 1C3, | Acquisition Agreement re "Devil Seed" |
| Coldwood Productions 119 Fortess Rd. Kentish Town, London,    NW52HR | Acquisition Agreement re "Don't Let Him In" |
| Straighwire Films, Ltd. 10 Cranbrook Ct. Fleet, Hamshire,    GU514QA | |
| Mandala Films, Ltd. C/O I-On New Media GMBh Alteburger Wall 23 50678 Koeln, Germany, | Acquisition Agreement re "Encounter" |
| Mandala Films, Ltd. Michael Kraetzer 106 Allum St, Auckland 1071 New Zealand, | |
| Brainstorm Media 280 S. Beverly Dr., Ste. 208 Beverly Hills, CA  90212 | Acquisition Agreement re "Engaged to Kill" |
| The Disconnect 16633 Ventura Blvd., #1440 Encino, CA  91436 | Acquisition Agreement re "Extracted" |
| Trauma One Entertainment, Inc. Attn: Ryan Thiessen P.O. Box 5321 Knoxville, TN  37928 | Acquisition Agreement re "Five Across the Eyes" |
| Nom De Plume Films, LLC 11030 Moorpark, #27 Studio City, CA  91602 | Acquisition Agreement re "Forbidden Attraction" |
| London Music Video 24 Gloucester Rd. Dartford Kent, UK,    Da1 3DJ | Acquisition Agreement re "Gangsters, Guns & Zombies" |
| Pulse Productions 4919 Nofral Rd. Woodland Hills, CA  91364 | Acquisition Agreement re "Go Far: The Christopher Rush Story" |
| Godspeed The Movie, LLC 2233 N. Cahuenga Blvd. Los Angeles, CA  90068 | Acquisition Agreement re "Godspeed" |
| KGM Films, LLC 16633 Ventura Blvd., Ste. 1440 Encino, CA  91436 | Acquisition Agreement re "Growth" |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kineses Entertainment, Inc.<br>1230 Horn Ave., Ste. 632<br>West Hollywood, CA 90069 | Acquisition Agreement re "He's Such a Girl" |
| Kill Me Again Investments, LLC<br>12103 Maxwellton Rd.<br>Studio City, CA 91604 | Acquisition Agreement re "Heart of the Storm" |
| Renegade Pictures, LLC<br>5799 Broadmoore St., Ste. 550<br>Mission, KS 66202 | Acquisition Agreement re "Henry Lee Lucas" |
| Mark Ezra<br>55 Wallingford Ave.<br>London, UK, W106PZ | Acquisition Agreement re "House Swap" |
| Hunger Productions, LLC<br>Hunger Trust Account<br>6710 Stewart Rd., Ste. 300<br>Galveston, TX 77551 | Acquisition Agreement re "Hunger" |
| The Lost Eye Films, Ltd.<br>Clare Pearce<br>40 Newton Nod Isleworth<br>London, UK, TW16QD | Acquisition Agreement re "It Never Sleeps aka Dark Kills" |
| CCV International AS<br>Ovre Vollgate 6<br>Oslo 0158<br>Norway, | Acquisition Agreement re "Kill Buljo" |
| Matchbox Pictures, Inc.<br>123 King St., Ste. 209<br>London, Ontario<br>N6A 1C3, | Acquisition Agreement re "Kingdom Come" |
| Production Last Exit, Inc.<br>Attn: Richard Lalonde<br>6250 Chemin Deacon Montreal<br>Quebec H3S 2P5, | Acquisition Agreement re "Last Exit" |
| ScreenProjex, Ltd.<br>Watchmaker Court<br>33 St. Johns Lane<br>London, UK, EC1M4DB | Acquisition Agreement re "Little Deaths" |
| Limerent Pictures<br>929 Fairwin Ave.<br>Nashville, TX 37216 | Acquisition Agreement re "Make Out with Violence" |
| Drew Crew<br>4152 Madella Ave.<br>Sherman Oaks, CA 91403 | Acquisition Agreement re "My Date with Drew" |
| Brandes Film International<br>28990 PCH, #105<br>Malibu, CA 90265 | Acquisition Agreement re "Out For Blood" |
| The Pig Project, LLC<br>2100 N. Beachwood Dr., #207<br>Los Angeles, CA 91505 | Acquisition Agreement re "Pig" |
| Plan 9 Entertainment, LLC<br>2662 Lake View Ave.<br>Los Angeles, CA 90039 | Acquisition Agreement re "Prank" |
| Kingsparrow Films, Ltd.<br>88/90 Baker St.<br>London, UK, W1U 6TQ | Acquisition Agreement re "Psychosis" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____     Case No. _____
          Debtor(s)                                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Down The Road, LLC<br>2711 Centerville Rd.<br>Wilmington, DE  19808-1645 | Acquisition Agreement re "Punishment" |
| Deco Filmworks<br>8020 So. Rainbow Blvd., Ste. 252<br>Las Vegas, NV  90139 | Acquisition Agreement re "Shallow Ground" |
| Small Town Folk, Ltd.<br>112 Ringwood Rd., St. Ives<br>Ringwood, Hampshire, UK,     BH24 1HU | Acquisition Agreement re "Small Town Folk" |
| Zed Filmworks, Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, Ontario,     K1G 4B8 | Acquisition Agreement re "Smash Cut" |
| The Disconnect<br>16633 Ventura Blvd., #1440<br>Encino, CA  91436 | Acquisition Agreement re "Static" |
| K5 Film<br>Konradinstrasse 5<br>D-81543 Munich, GERMANY, | Acquisition Agreement re "Steel Trap" |
| Stuck Productions, LLC<br>7250 Franklin Ave., #505<br>Los Angeles, CA  90046 | Acquisition Agreement re "Stuck" |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | Acquisition Agreement re "The Boston Strangler" |
| The Bus Driver, LLC<br>Rick Finkelstein<br>3423 N. Hiatus Rd.<br>Sunrise, FL  33351 | Acquisition Agreement re "The Bus Driver" |
| The Hamiltons Films, LLC<br>C/O Mitchell Altieri<br>1877 Petaluma Blvd.<br>Petaluma, CA  94952 | Acquisition Agreement re "The Hamiltons" |
| The List Film, Ltd.<br>40 Homer St. London<br>W1H 4NL<br>United Kingdom, | Acquisition Agreement re "The List" |
| LHD Films<br>24 Hanway St.<br>London W1T 1UH<br>United Kingdom, | Acquisition Agreement re "The Living and the Dead" |
| Silver Web Productions, LLC<br>1022 Milwaukee Ave.<br>Los Angeles, CA  90042 | Acquisition Agreement re "The Lost" |
| Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,     SG4 0DB | Acquisition Agreement re "The Paranormal Diaries" |
| Shadow Cave Pictures, LLC<br>3205 Duchess Park<br>Lane Friendswood, TX  77546 | Acquisition Agreement re "The Preacher's Daughter" |
| The Return Of Joe Rich, LLC<br>2615 W. Magnolia Blvd.<br>Burbank, CA  91505 | Acquisition Agreement re "The Return of Joe Rich" |
| Title Films | Acquisition Agreement re "The Room' |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                        Debtor(s)                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rue Des Palais 44 Bte 45<br>1030 Brussels, Belgium, | |
| New Artist Alliance<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA  91436 | Acquisition Agreement re "The Scribber" |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA  90212 | Acquisition Agreement re "The Stranger I Married" |
| Film Harvest, LLC<br>516 Sapphire<br>Redondo Beach, CA 90277 | Acquisition Agreement re "The Thompsons" |
| Propoganda Pictures, Ltd.<br>The Priory<br>Prioty Lane Littly Wymondley<br>Hertforshire, SG4 7HD, | Acquisition Agreement re "The Vanguard" |
| Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,    SG4 0DB | Acquisition Agreement re "The Zombie Diaries" |
| Outsider Productions, Inc.<br>402 East Gutierrez St.<br>Santa Barbara, CA  93101 | Acquisition Agreement re "Torn Apart" |
| Treehouse Films (UK) Limited<br>38 Broadhurst Ave.<br>Edgware, Middlesex<br>HA8 8TS, | Acquisition Agreement re "Treehouse" |
| Domain Entertainment, Ltd.<br>432 S. Curson Ave., Ste. 11H<br>Los Angeles, CA 90036 | Acquisition Agreement re "Wake Up and Die" |
| A.C.I. Films<br>C/O Edward Labowitz Alexander, Etc.<br>1925 Century Park E., Ste. 850<br>Los Angeles, CA  90067 | Acquisition Agreement re "Wicked" |
| TZD2 Limited<br>10 Cranbrook Court<br>Fleet Hamshire GU51 4QA, | Acquisition Agreement re "World of the Dead, the Zombie Diaries" |
| Halo 8<br>7336 Santa Monica Blvd., #10<br>Los Angeles, CA 90046 | Acquisition Agreement re "Xombie" |
| YSA Productions, LLC<br>802 N. Cherokee Ave.<br>Los Angeles, CA  90038 | Acquisition Agreement re "Young, Single and Angry" |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA  90212 | Lease Agreement re 280 S. Beverly Dr., Ste. 208, Beverly Hills, CA |
| Oakshire, LLC<br>P.O. Box 5357EE Drive, Ste. 101<br>Beverly Hills, CA  90209 | Lease Agreement re 9107 Wilshire Blvd., Ste. 625, Beverly Hills, CA |
| Wilhurst, Inc.<br>9034 W. Sunset Blvd.<br>West Hollywood, CA  90069-0000 | |
| Cobalt Media, Inc.<br>22537 Friar Street<br>Woodland Hills, CA  91367 | Licensing Agreeement re "Gabe, The Cupid Dog" and "My Dog's Christmas Miracle" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
           Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Cultmovie Entertainment<br>Ostermoorweg 70<br>Bonningstedt, Germany,    25474 | Licensing Agreeement re "Kill Buljo" |
| Noah Comm. (Israel)<br>IL Films Distributors Ltd.<br>Tel Aviv, Israel,    63567 | Licensing Agreement re "A Killer Upstairs", "A Lover's Revenge", "The Perfect Husband", "The Perfect Neighbor" and "Stranger at the Door" |
| Programs4Media<br>Sovereign House<br>1 Albert Place<br>London, UK,    N3 1QB | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "Accused at 17", "Alyce", "The Boy She Met Online", "Daylight Fades", "Growth", "The Lost", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "Smash Cut", "Til Lies Do Us Part" and "Torn Apart" |
| Star TV / SGL Entertainment<br>13/F, One Harbourfront, 18 Tak Fung Stre<br>Hunghom, Kowloon<br>Hong Kong,    China | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Betrayed at 17", "The Boy She Met Online", "Christie's Revenge", "Crook", "Dead at 17", "Decoys", "Demons From Her Past", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Heart of the Storm", "He's Such a Girl", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The List", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Neighbor", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's Daughter", "Psychosis", "The Rival", "Secrets From Her Past", "Static", "The Stranger I Married", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Wife He Met Online" and "Young, Single & Angry" |
| TMN | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Body Language", "The Boy She Met Online", "Daylight Fades", "Engaged to Kill", "Framed for Murder", "Maid of Honor", "Maternal Obsession", "Murder in My House", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Preacher's Daughter", "Swarmed" and "Til Lies Do Us Part" |
| Leslie Overseas<br>35 A Regent St.<br>Belize City, Belize, | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "Arctic Blast", "Betrayed at 17", "The Boy She Met Online", "Breathing Room", "Dead at 17", "Metal Tornado", "My Family's Secret", "My Mother's Secret", "The Perfect Roommate", "The Perfect Teacher", "Pyschosis", "Secrets From Her Past" and "The Wife He Met Online" |
| Zon Lusomundo<br>Rua Ator Antonio Silva, 9<br>1600-404 Lisboaid# PT503<br>Campo Grande,    Portugal | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Babysitter Wanted", "Betrayed at 17", "Body Language", "Body Language II", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Brood", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dead Easy", "Demons From Her Past", "Devi's Seed, "Don't Let Him In", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid God", "Gangsters, Guns and Zombies", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
         Debtor(s)                 (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Godspeed", "Growth", "Hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", " Last Exit", ""Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Dog's Christmas Miracle', 'My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "Out for Blood", "The Perfect Assistant', "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Perfect Roommate", "The Perfect Teacher", "PIG", "The Preacher's Daughter", "Psychosis", "The Return of Joe Rich", "The Rival", "The Room", "Saving Emily", "Scanners", "Scanners I", "Scanners II", "Scanners III", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "Torn Apart", "The Vanguard", "The Wife He Met Online", "World of The Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| STG Multimedia Limited 143/448-452 Boromrajchonee Rd. Arunamrin, Bangkoknoi Bangkgok, Thailand,    10700 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Arctic Blast", "The Boston Strangler", "Bram Stoker's Dracula's Guest', "Bundy, An American Icon", "Gospeed", "Growth", "Henry Lee Lucas", "Make Out With Violence", "Metal Tornado", "My Neighbor's Secret", "Smash Cut", "Stripped Naked", "Summer's Blood" and "The Thompsons" |
| Ster Kinekor Entertainment 185 Katherine Street Sandton, South Africa,    2146 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", 'A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Aces", "Arctic Blast", "Betrayed at 17", "Blood Trails", "Body Language", "Boneboys", "The Boston Strangler", ""The Boy She Met Online", "Bram Stoker's Dracula's Guest', "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Decoys", "Demons From Her Past", "Devi's Seed", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid God", "Gangsters, Guns and Zombies", Godspeed", "Growth", "hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", 'Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", ""Kingdom Come", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Psychosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Shallow Ground", "Small Town Folk", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Till Lies Do Us Part", "Torn Apart", "Treehouse", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| **Summerstorm Entertainment, Inc.**<br>**23-2 Lane 3 Alley 18 Section 2**<br>**Herping East Road**<br>**Taipei City, TAIWAN,      00000-0000** | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Body Languuage" "The Boston Strangler", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Decoys", "Demons From Her Past", "Devi's Seed", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", Godspeed", "Growth", "hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", 'Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", ""Kingdom Come", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Psychosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Shallow Ground", "Small Town Folk", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "Torn Apart", "Treehouse", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| **West Company (Russia)**<br>**Kutuzovskiy prospect 36,**<br>**Bldg 23, Office 511, Floor 5**<br>**Moscow, Russia,    121170** | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Betrayed at 17", "Blood Trails", "Body Language", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Christie's Revenge", "Dead at 17", "Dead Easy", "Dear Mr. Gacy", "Decoys", "Demons From the Past", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Five Across the Eyes", "Framed For Murder", "Gabe, The Cupid Dog", "Godspeed", "Growth", "Hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Reveng", "Maid of Honor", "Make Out With Violence", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Neighbor's Secret", "Out For Blood', "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "The Rival", "The Room", "Saving Emily", "Secrets From Her Past", "Small Town Folk", "Smash Cut", "Steel Trap", "Stranger at the Door"The Stranger I Married", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                          Case No. _____
                              Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | "Stripped Naked", "Summer's Blood", "Swarmed", "The Thompsons", "Til Lies Do Us Part", "Torn Apart", "The Vanguard", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Xombie: Dead on Arrival", "Young Single & Angry" and "The Zombie Diaries" |
| Daro Film Distribution<br>Töpferstrasse 5, Weggishaus<br>Luzern, Switzerland,    CH6004 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Aces", "Betrayed at 17", "Body Language II", "Boneboys", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Dead at 17", "Demons From Her Past", "Devil's Seed", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stuck", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| Cine Video y TV SA de CV<br>Augustin Vicente Eguia No. 24<br>Col. San Miguel Chapultepec, Deleg<br>Miguel Hidalgo, Mexico,    11850 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Woman's Rage", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Growth", "Henry Lee Lucas", "The Lost", "My Family's Secret", "My Neighbor's Secret", "Summer's Blood", "The Vanguard" and "Young Single & Angry" |
| European Film Partners<br>EFP-Film Investors B.V.<br>Gateway A, 1st Fl., Sumatralaan 45<br>Hilversum, Neatherlands,    1217 GP | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, an American Idol", "Dim Sum Funeral", "Godspeed", "Growth", "Henry Lee Lucas", "The Lost", "My Family's Secret", "The Perfect Teacher", "Smash Cut", "Summer's Blood", "The Vanguard" and "Young Single & Angry" |
| Falcon Films<br>Hamra, Mneinmneh St.<br>Makki Bldg. 2nd Floor<br>Beirut, Lebanon, | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Artic Blast", "Betrayed at 17", "Blood Trails", "The Boy She Met Online", "Breathing Room", "Christie's Revenge", "Dead at 17", "Dear Mr. Gacy", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Hamilton's", "KAW", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Daughter", "Psychosis", "The Rival", "The Room", "Secrets From Her Past", "Small Town Fok", "Static", "Steel Trap", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "The Thompsons", "Till Lies Do Us Part" and "The Wife He Met Online" |
| Free Dolphin Entertainment<br>10, rue du Dôme<br>Boulogne Billancourt France<br>    92100 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Betrayed at 17", "Blood Trails, "The Boy She Met Online", "Bundy, The American Icon", Christie's Revenge", "Dead at 17", "Decoys", "Demons From Her Past", "Engaged to Kill", "Framed For Murder", "Gabe, The Cupid Dog", "Growth", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Lost", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Nieghbor", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's Daughter", "Pyschosis", "The Rival", "The Room", "Saving Emily", "Secrets From Her Past", "Shallow Ground", "Static", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "The Thompsons", "Til Lies Do Us Part", "Torn Apart", "The Wicked" and "The Wife He Met Online" |
| Accent Films<br>P.3 Hobson Street<br>Sandringham, Australia,      VIC3191 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Aces", "Betrayed at 17", "Body Language II", "Boneboys", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Dead at 17", "Demons From Her Past", "Devil Seed, "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stuck", Swarmed", "Static", "Steel Trap", "Stuck", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| Blue Sky Film Distribution, A.S.<br>Lazenska 11<br>Praha 1<br>Czech Republic,      11800 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Axed", "Babysitter Wanted", "Betrayed at 17", "Blood Trails", "Body Language", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Demons From Her |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Imagination Worldwide, LLC                                                    Case No. _____
_____
Debtor(s)                                                            (If known)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | Past", "Devil Seed, "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "Hamiltons", "Henry Lee Lucas", "He's Such a Gril", "HouseSwap", "Hunger", "KAW", "Kill Buljo", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", Metal Tornado", "Murder In My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Roommate", The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter","Pyschosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| CCV (Scandinavia) Cinematic Vision Ulrika Bandeira, Hangövägen 19 Stockholm, Sweden,    115 41 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Babysitter Wanted", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Dead at 17", "Dead Easy", "Decoys", "Decoys II", "Demon's From Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Godspeed", "Hamiltons", "Heart of the Story", "Henry Lee Lucas", "He's Such a Girl", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Neighbor's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "The Rival", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger At The Door", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "Swarmed", "The Thompsons", "Til Lies Do Us Part", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| RRS Entertainment (Germany) Sternwartstr., 2 Munchen, Germany,    D-81679 | Licensing Agreement re "A Nanny's Secret", "Arctic Blast", "Betrayed at 17", "The Boy She Met Online", "Dead at 17", "Framed for Murder", "He's Such a Gril", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Roommate", "The Perfect Teacher", "Secrets From Her Past" and "Swarmed" |
| CDI Filmes Riobamba 332 2 A (1025) Buenos Aires,    Argentina | Licensing Agreement re "A Sister's Secret",  "A Teacher's Crime", "A Woman's Rage", "Blook Trails", "The Boston Strangler", "Bram Stoker's Dracula Guest", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Godspeed", Growth", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "The Lost", "A Lover's Revenge", |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                          Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Maid of Honor", "Maternal Obsession", "Murder In My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Steel Trap", "Stranger At The Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Videorama Entertainment Group-Greece<br>Agiou Meletiou 47<br>Athens, Greece,    11257 | Licensing Agreement re "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "All Alone", "Alyce", "Arctic Blast", "Axed", "Betrayed at 17", "Breathing Room", "BTK", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Don'e Let Him In", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Gabe, the Cupid Dog", "Gangsters, Guns and Zombies", "Growth", "Houseswap", "Hunger", "Kill Buljo", 'The List", "Little Deaths", "The Living and The Dead", "The Lost", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Dog's Christmas Miracle", "My Mother's Secret", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Pyschosis", "Punishment', "The Return of Joe Rich", "Secrets From Her Past", "Smash Cut", "Static", "Stripped Naked", "The Thompsons", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", Young, Single & Angry" and "The Zombie Diaries" |
| Avalon Arabia FZ, LLC<br>Maxaya Center, Sheikh Zahed Rd.<br>A Pro, Block B, Office 2011<br>P.O. Box 214394,    Dubbi UAE | Licensing Agreement re "A Sister's Secret", "The Boston Strangler", "Bram Stoker's Dracula Guest", "Bundy, An American Icon", "Dim Sum Funeral", "Kill Buljo", "My Family's Secret", "My Neigbor's Secret", "Summer's Blood" and "The Zombie Diaries" |
| Xystus<br>1421 Sw 107th Avenue<br>Miami, FL  33174 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Arctic Blast", "Blood Trails", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries" |
| Quality Films S de RL de CV<br>Magdalena  No. 320<br>Col. del Valle<br>México DF,    03100 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across The Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder In My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Smash Cut", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Torn Apart" and "The Zombie Diaries", " |
| Indies Entertainment Group (Benelux)<br>Gateway A, 1st Fl.<br>Sumatralaan 45<br>Hilversum, Neatherlands,    00000-0000 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "Dead at 17", "Engaged to Kill", "Five Across The Eyes", "Kill Buljo", "Like Mother, Like Daughter", "The Living and The Dead", "Maternal Obsession", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "Small Town Folk", "Steel Trap", "The Stranger I Married", "Til Lies Do Us Part" and "The Zombie Diaries" |
| IFTA Collections<br>10850 Wilshire Blvd., 9th Floor<br>Los Angeles, CA  90024 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "BTK", "Dead Easy", "Decoys", "Engaged to Kill", "Five Across the Eyes", "Hamiltons", "Heart of the Storm", "KAW", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "My Date With Drew", "Shallow Ground", "Small Town Folk", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries' |
| Europa Films<br>Cannes Produceops S/A<br>Alameda Ita Pecuru, 320, Alphaville<br>Barueri, Sao Paulo, Braz,    06454 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries" |
| Eagle Pictures<br>Via Marostica, 1<br>20146 Milan,    Italy | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Christie's Revenge", "Dead at 17", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "Stranger at the Door", "The Stranger I Married" and "Swarmed" |
| Crow Ten<br>C Frederic Mompou<br>4B, B2<br>Barcelona, Spain,    08960 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Christie's Revenge", "Demons From Her Past", "Engaged to Kill", "Framed for Murder", "KAW", "Last Exit", "Like Mother, Like Daughter", "Maternal Obsession", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival" and "Till Lies Do Us Part |
| Reel Rights/Sparrowhawk<br>35 St. Andrews Close<br>Crowlhorne, Berkshire<br>United Kingdom,    RG45 6UP | Licensing Agreement re "A Teacher's Crime", "Blood Trails", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across the Eyes", "Framed For Murder", "Heart of the Storm", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Murder In My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "Saving Emily", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part" and "Torn Apart" |
| Major CinePictures Co, Ltd. | Licensing Agreement re "A Woman's Rage", "Blood Trails', |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                            Debtor(s)                                                             (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 18 SCB Park Plaza  West Tower 2, #203B 3rd Floor, Zone B, Ratchadapisek Road Chatachuak, Bangkok,    10900 | "Breathing Room", "Christie's Revenge", "Dead at 17", "Decoy's II", "Demons From Her Past", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Hear of the Storm", "KAW", "Kill Buljo", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant', "The Perfect Marriage", "The Rival", "The Room", "Shallow Ground", "Small Town Folk", Steel Trap", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part" and "Torn Apart" |
| Reel One Entertainment, Inc. 9107 Wilshire Boulevard # 625 Beverly Hills, CA  90210 | Licensing Agreement re "Accused at 17" |
| Digiturk/Umut Sanat Filmcilik Konaklar Mah, Faruk Nafiz Çamlibel Sokak Final Apt., No:3/2 4.Levent 34330, Istanbul,    Turkey | Licensing Agreement re "Accused at 17" |
| Premiere Bobine Inc. 926 RUE St-Mauice, #200 Montreal, QC Canada,    H3C 1L7 | Licensing Agreement re "Accused at 17" and "Betrayed at 17" |
| Voices, Music & Entertainment Ulveinveien 88 0581, Oslo,    Norway | Licensing Agreement re "Accused at 17", "Alyce", "Axed", "The Boy She Met Online", "Dear Mr. Gacy", "Devil's Seed", "Don't Let Him In", "Forbidden Attraction", "Hunger", "Make Out With Violence", "My Dog's Christmas Miracle", "My Family's Secret", "The Perfect Roommate", "The Perfect Teacher" and "Wake Up and Die" |
| Bridge Rights B.V. Melkpad 51, 1217 KB Hilversum The Neatherlands, | Licensing Agreement re "All Alone", "Alyce", "Artic Blast", "Axed", "The Boy She Met Online", "Daylight Fades", "Dear Mr. Gacy", "Devil Seed", "Dont Let Him In", "Gabe The Cupid Dog", "Hunger", "KAW", "The List", "Little Deaths", "Make Out With Violence", "Metal Tornado", "My Dog's Christmas Miracle", "My Neighbor's Secret", "The Preacher's Daughter", "Pyschosis", "Secrets from Her Past", "Stripped Naked", "Stuck", "The Thompsons", "Treehouse", "Wake Up and Die", "The Wife He Met Online" and "World of the Dead: Zombie Diaries" |
| One Movie Entertainment Via A Costa, 31 Milano, Italy,    20131 | Licensing Agreement re "All Alone", "Alyce", "Axed", "Body Language", "Bundy, An American Icon", "Crook", "Daylight Fades", "Dear Mr. Gacy", "Devil Seed", "Don't Let Him In", "Extracted", "Forbidden Attraction", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", "Hunger", "The List", "Little Deaths", "Make Out With Violence", "PIG", "prank", Psychosis", "Punishment", "The Return of Joe Rich", "Smash Cut", "Static", "Stripped Naked", "Summer's Blood", "The Thompsons", "Wake Up and Die", "The Wicked", "World of the Dead: Zombie Diaries" and "Xombie: Dead on Arrival" |
| Tiberius Film GmbH Schellingstrabe 45 Muchen, Germany,    80799 | Licensing Agreement re "All Alone", "Alyce", "Axed", "Bram Stoker's Dracula's Guest", "Breathing Room", "Crook", "Daylight Fades", "Devil's Seed", "Don't Let Him In", "Extracted", "Gabe, the Cupid Dog", "Gangster's Guns and Zombies", "Hamiltons", "Houseswap", "The List", "Little Deaths", "Make Out With Violence", "PIG", "Prank", 'Punishment", "The Return of Joe Rich", "Static", "Stripped Naked", "The Thompsons", "Treehouse", "Wake Up and Die" |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  | and "The Wicked" |
| First Factom<br>612 51st Street Northwest<br>Bradenton, FL 34209 | Licensing Agreement re "All Alone", "Alyce", "Axed", "The Boston Strangler", "Breathing Room", "BTK", "Crook", "Daylight Fades", "Dear Mr. Gacy", "Devil's Seed", "Don't Let Him In", "Extracted", "Five Across the Eyes", "Gangster's, Guns and Zombies", "Godspeed", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", "Hunger", "Kindom Come", "Little Deaths", "The Living and the Dead", "Make Out With Violence", "My Date With Drew", "Paranormal Diaries", "Punishment", "Small Town Folk", "Smash Cut", "Stripped Naked", "The Vanguard", "Wake Up and Die", "World of the Dead: Zombie Diaries", "Young Single & Angry" and "The Zombie Diaries" |
| Youkou, Inc<br>6th Floor, Sinosteel Plaza<br>8 Haidian Dajie  Haiden District<br>Beijing, China,    100080 | Licensing Agreement re "All Alone", "Alyce", "The Boston Strangler", "BTK", "Bundy, An American Icon", "Crook', "Daylight Fades", "Dead Easy", "Extracted", "Forbidden Attraction", "Godspeed", "Growth", 'Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "Last Exit", "The List", "The Living and the Dead", "The Lost", "Make Out With Violence", "My Date With Drew", "Paranormal Diaries", "PIG, "Prank", "Preacher's Daughter', "Pyschosis", "The Return of Joe Rich", "The Room", "Static, "Stuck", "Torn Apart" and "Young, Single & Angry" |
| Another World<br>Wilders Plads 9 A, 3 Sal<br>1403 Copenhagen<br>　　Denmark | Licensing Agreement re "All Alone", "Daylight Fades" and "The Preacher's Daughter" |
| Pinema Filmcilik<br>Ekinciler C.Erturk Sk<br>Unver Business Center, No: 4 Kat. 6<br>Kavacik,Istanbul,Turkey,    34394-0000 | Licensing Agreement re "Alyce" |
| Lions Gate Entertainment<br>2700 Colorado Ave., Suite 200<br>Santa Monica, CA  90404 | Licensing Agreement re "Alyce", "Arctic Blast", "Axed", "Babysitter Wanted", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Daylight Fades", "Devil's Seed", "Dim Sum Funeral", "Five Across the Eyes", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "Hamiltons", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "Make Out With Violence", "Metal Tornado", "My Dog's Christmas Miracle", "Psychosis", "Smash Cut", "Steel Trap", "Stripped Naked", "Summer's Blood", "The Thompsons", "The Vanguard" and "Xombie: Dead on Arrival" |
| Liselot, SA de CV<br>Carolina 98-401<br>MEXICO D.F., | Licensing Agreement re "Alyce", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", ""Breathing Room", "Bundy, An American Icon", "Christie's Revenge", "Decoys", "Don't Let Him In", 'Five Across The Eyes", "Godspeed", "Growth", "Hamiltons', "Heart of the Storm", "Henry Lee Lucas", "KAW", "Living and the Dead", "A Lover's Revenge", "Make Out With Violence", "My Daughter's Secret", "The Perfect Neighbor", "Pyschosis", "Shallow Ground", "Smash Cut", "Steel Trap", "Stripped Naked", "Summer's Blood", "Swarmed", "Torn Apart" and "The Zombie Diaries" |
| Top Movie<br>264 EL Hegaz st.  District 7th<br>6th Octbar City,    Egypt | Licensing Agreement re "Alyce", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Daylight Fades", "Don't Let Him In", "Forbidden Action", "Growth", "He's Such a Girl", "Hunger", "Kill Buljo", "Make Out With Violence", "Smash Cut", "The |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Vanguard", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| NBC Universal<br>Prospect House<br>80-110 New Oxford St.<br>London, UK,   WC1A1HN | Licensing Agreement re "Arctic Blast" "Metal Tornado" and "Shallow Ground" |
| Umut Sanat Filmcilik<br>Sanayi Ve Ticaret  A.S.<br>Konaklar Mah, Faruk Nafiz Çamlibel Sokak<br>Final Apt., No:3/2,,   Turkey | Licensing Agreement re "Arctic Blast", "Axed", "Blood Trails", "The Boston Strangler", "The Boy She Met Online", "Breathing Room", BTK", "Bundy, an American Idol", "Dead at 17", "Decoys", "Dim Sum Funeral", "Five Across the Eyes", "Framed for Murder", "Gangsters, Guns and Zombies", "Growth", "Hamiltons", "Heart of the Storm", "KAW", "the Living and The Dead", "The Lost", "Make Out With Violence", "Maternal Obsession", "My Date With Drew", "My Dog's Christmas Miracle", "My Family's Secret", "My Neighbor's Secret", "Out for Blood", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "Secrets From Her Past", "Shallow Ground", "Steel Trap", "Stuck", "Summer's Blood", "Swarmed", "The Vanguard", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Entertaining Power Co. Limited<br>Rm 2717, 27/F., Ho King Commercial Cntr.<br>2-16 Fa Yuen Street, Mongkok,Kowloon<br>Hong Kong,   China | Licensing Agreement re "Arctic Blast", "Blood Trails", "Body Language", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Godspeed" "Growth", "Hamiltons", "He's Such a Girl", "Hunger", "KAW", "The Living and the Dead", "Psychosis", "The Room", "Summer's Blood", "The Vanguard", "Xombie: Dead on Arrival", "Young Single & Angry" and "The Zombie Diaries" |
| New Select Co. LTD.<br>Ginza Aurore Bldg. 3rd Floor<br>5-13-14 Ginza Chuo-ku<br>Tokyo, JAPAN,    104-0061 | Licensing Agreement re "Arctic Blast", "Blood Trails", "Breathing Room", "Five Across The Eyes", "Hunger", "Kill Buljo", "The List", "Little Deaths", "Metal Tornado", "Shallow Ground", "Steel Trap", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Monolith Films, Ltd.<br>Karska 8<br>01-810 Warsaw,    Poland | Licensing Agreement re "Arctic Blast", "Blood Trails, "The Boston Strangler", "Dead at 17", "Dead Easy", "Decoys", "Engaged to Kill", "Growth", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder In My House", "My Date With Drew", "My Daughter's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Shallow Ground", "Smash Cut", "The Stranger I Married", "Summer's Blood", "Swarmed" and "Torn Apart" |
| MedAsia<br>909 Grant Street, #1<br>Santa Monica, CA  90405 | Licensing Agreement re "Arctic Blast", "Body Language II" and "Metal Tornado" |
| PT Multiplex Media<br>Pasaraya Theatre Building, 9th Floor<br>Jl. Iskandarsyah II No.2<br>Jakarta, Indonesia,    12160 | Licensing Agreement re "Arctic Blast", "Dead Easy", "Decoys", "Decoys II", "Engaged to Kill", "Growth", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "A Lover's Revenge", "Maid of Honor", "Metal Tornado", "Murder In My House", "Out For Blood", "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "Saving Emily", "Stranger At The Door", "The Stranger I Married", "Swarmed" and "Torn Apart" |
| Les Films Seville Inc.<br>400,boul.de Maisonneuve Ouest,Bureau1120 | Licensing Agreement re "Axed", "Don't Let Him In", "Five Across the Eyes", "Gabe, The Cupid Dog", "Gangster's, |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Montreal, Quebec Canada,    H3A 1L4 | Guns and Zombies", "Godspeed", "Growth", "He's Such a Girl", "Kill Buljo", "Little Deaths", "My Dog's Christmas Miracle", "Punishment", "The Room", "Shallow Ground", "Steel Trap", "The Vanguard", "Wake Up and Die", "The Wicked", "World of the Dead: Zombie Diaries", Young, Single & Angry" and "The Zombie Diaries" |
| M Pictures Co. Ltd. 97/11 EGV Metropolis Building Ratdamri Road, Lumpini Patumwan, Bangkok,    10330 | Licensing Agreement re "Babysitter Wanted", "Body Language", "BTK", "The Vanguard" and "The Zombie Diaries" |
| Just Bridge Melkpad 51 Hilversu, Neatherlands,    117KB | Licensing Agreement re "Betrayed at 17", "Crook", "Extracted", "Forbidden Attraction", Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "My Mother's Secret", "The Perfect Roommate", "PIG", "Prank", "Punishment', "The Return of Joe Rich", "Static" and "The Wicked" |
| VME | Licensing Agreement re "Betrayed at 17", "Gabe, the Cupid Dog", "My Mother's Secret" and "Secrets From Her Past" |
| Starz Home Entertainment Suite 32, Level 1, MVB 90 Mona Vale Rd. Mona Vale, Australia,    NSW 2103 | Licensing Agreement re "Blood Trails and "Breathing Room" |
| Silverline | Licensing Agreement re "Blood Trails" |
| VCL Communications GmbH Wolfratshauser Str. 84 Munchen, Germany,    D-81379 | Licensing Agreement re "Blood Trails" and "My Date With Drew" |
| Mondo Home Entertainmet, S.p.A. Via Melchiorre Gioia 72-20125 Milano,    Italy | Licensing Agreement re "Blood Trails", "BTK", "Five Across the Eyes", "Hamiltons", "The Room", "Small Town Folk", "Steel Trap" and "The Vanguard" |
| Videosonic SA 1 Evridamantos & Lagoumitzi St. Athens, Greece,    117 45 | Licensing Agreement re "Blood Trails", "Christie's Revenge", "Dead Easy", "Decoys", "Demons From Her Past", "Devil's Seed", "Engaged to Kill", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", ""Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "The Stranger I married", "Swarmed", "Til Lies Do Us Part", "Torn Apart" and "World of the Dead: Zombie Diaries" |
| Max Films Co. Unit 303, Treasure Centre 42 Hung To Road Kwun Tong,    Hong Kong | Licensing Agreement re "Blood Trails", "Last Exit", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "My Date With Drew" and "The Stranger I Married" |
| Fintage/TOT Media (Spain) Fintage Magyar Terez Korut 46, 3rd Floor, H-1066 Budapest,    Hungary | Licensing Agreement re "Blood Trails", "The Boston Strangler", "Breathing Room", "BTK", "Five Across the Eyes", "Hamiltons", "KAW", "Kill Buljo", "The Living and The Dead", "The Room", "Smash Cut", "Steel Trap", "Summer's Blood", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Taewon Entertainment 135-010, 5th Floor Pax Tower. 231-13 Nonhyun-Dong Gangnam-Gu Seoul,    Korea | Licensing Agreement re "Body Language" |
| IFM World Releasing | Licensing Agreement re "Body Language", "Body Language |

© 1983-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Imagination Worldwide, LLC**                    Case No. _____
_____
Debtor(s)                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 1328 East Palmer Ave.<br>Glendale, CA  91205 | II", "Christie's Revenge", "Dead at 17", "Demons From Her Past", "Gabe, The Cupid Dog", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "My Family's Secret", "My Neighbor's Secret", "The Perfect Marriage", "The Stranger I Married", "Pyschosis", "The Rival", "Small Town Folk", "Stripped Naked" and "Summer's Blood" |
| E-Net/GEO<br>Dai X Bldg. 3F<br>1-4-10 Nishi-Ikebukuro<br>Toshima ku, Tokyo,   17100-2100 | Licensing Agreement re "Body Language", "The Boston Strangler", "Dim Sum Funeral", "The Lost", "Stripped Naked", "Summer's Blood" and "Young, Single & Angry" |
| Mad Dimension GmbH<br>Qaelskampweg 97 A<br>22880 Wedel,    Germany | Licensing Agreement re "Boneboys" |
| A Vjet Intl., Media Co., Ltd.<br>5F., No. 52, Ln. 10<br>Jihu Rd., Neihu Dist., | Licensing Agreement re "Boneboys", "Crook", "Devil's Seed", "Don'e Let Him In", "Hunger", "The List", "Little Deaths", "Paranormal Diaries", "Prank", "Psychosis", "Punishment", "Shallow Ground", "the Thompsons", "Wake Up and Die" and "The Wicked" |
| 101 Films<br>39-40 The Old Steine<br>Brighton, East Sussex,    BN11NH | Licensing Agreement re "Boneboys", "HouseSwap" and "The Wicked" |
| DNC S.P.A.<br>DNC Entertainment S.r.l.<br>Viale A. Volta, 100<br>Firenze, Italy,    50131 | Licensing Agreement re "Breathing Room" and 'The Living and the Dead" |
| DNC<br>The Old School<br>Princess Road, Weybridge<br>Surrey, United Kingdom,    KT139BN | Licensing Agreement re "Breathing Room", "The Living and The Dead", "Small Town Folk" and "The Zombie Diaries" |
| Miracle Communications, Ltd.<br>38 Broadhurst Ave.<br>Edgeware, Middlesex<br>United Kingdom,    HA8 8TS | Licensing Agreement re "Brood", "Out for Blood", "Scanners", "Scanners II" and "Scanners III" |
| AMG Entertainment, Inc.<br>Nikkatsu Corporation<br>3-28-12 Hongo, Bunkyo-Ku<br>Tokyo 1133-0033,    Japan | Licensing Agreement re "BTK", "Growth" and "The Vanguard" |
| RCV (Benelux)<br>E1 Entertainment Benelux<br>Bergweg 46<br>Hilversum, Neatherlands,    1217 SC | Licensing Agreement re "Christie's Revenge", "Dead Easy", "Decoys", "Demons From Her Past", "Framed for Murder", "Hamiltons", "Heart of the Storm", "A Killer Upstairs", "Last Exit", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "Out For Blood", "The Perfect Husband", "The Perfect Marriage", "The Rival", "Saving Emily", "Shallow Ground", "Stranger at The Door", and "Swarmed" |
| Antenna 1 | Licensing Agreement re "Dead Easy", "Decoys", "A Killer Upstairs", "The Perfect Neighbot" and "Saving Emily" |
| HBO Asia<br>151 Lorong Chuan<br>4th Floor #04-04B/05<br>New Tech Park, Singapore,    556741 | Licensing Agreement re "Dead Easy", "Decoys", "Out for Blood", "The Perfect Husband", "Saving Emily" and "Stranger at the Door" |
| Gabo Film Media International Corp.<br>127 Crockamhill Drive<br>Scarborough, Ontario<br>Canada,    MIS2L2 | Licensing Agreement re "Dead Easy", "Dim Sum Funeral" and "Stranger At The Door" |
| AQS | Licensing Agreement re "Dead Easy", "Heart of the Storm", |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____  Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Riegrovy Sady 38<br>120 00 Praha 2<br>Czech Republic, | "A Killer Upstairs", "A Lover's Revenge", "Maid of Honor", "My Date With Drew", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Shallow Ground", "Stranger at the Door" "Swarmed" and "Torn Apart" |
| Rod Puskar Enterprises<br>Suite 503, Level 5, Spectrum Building<br>220 Pacific Highway<br>Crowsnest, Australia,    NSW 2065 | Licensing Agreement re "Dead Easy", "Heart of the Storm", "A Killer Upstairs", "A Lover's Revenge", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Stranger At the Door" and "Torn Apart" |
| Sivsa Entertainment S.A.<br>C/Marina 16-18, Pita. 18-C<br>Barcelona, Spain,    08005 | Licensing Agreement re "Dead Easy", "Heart of the Storm", "A Killer Upstairs", "A Lover's Revenge", "Maid of Honor", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Stranger at the Door", "The Stranger I Married", "Swarmed" and "Torn Apart" |
| Morefilms GmbH<br>Lindwurmstr. 95a<br>Munchen, Germany,    80337 | Licensing Agreement re "Dear Mr. Gacy", "The Living and The Dead" and "Psychosis" |
| Home Entertainment (UK)<br>19-24 Manasty Rd.<br>Orton Southgate<br>PeterBorough,    PE2 6UP | Licensing Agreement re "Decoys" |
| Suraya Film Production<br>94B, Jalan Masjid<br>Kuala Lumpur, Malaysia<br>India,    50100 | Licensing Agreement re "Decoys" |
| Zone Horror | Licensing Agreement re "Decoys" |
| Film Financial | Licensing Agreement re "Decoys" |
| Blitz Film & Video<br>Kamenarka 1<br>Zagreb 10 010,    Croatia | Licensing Agreement re "Decoys" |
| Columbia TriStar<br>10202 W. Washington Blvd.<br>Culver City, CA  90232 | Licensing Agreement re "Decoys" |
| Presidio Corporation<br>Aioi-Sonpo Nibancho Bldg. 3F<br>Nibancho 5-6<br>Chiyoda-ku, Tokyo, Japan,    102-0084 | Licensing Agreement re "Decoys" and "KAW" |
| Reivaj Films<br>Urbanización Errikotxiki, 19<br>Alzuza, NA<br>Spain,    31486 | Licensing Agreement re "Decoys", "Decoys II", "KAW", "Out For Blood", "Shallow Ground" and "Swarmed" |
| Dream Entertainment<br>8489 W. Third St.,  Suite 1038<br>Los Angeles, CA  90048 | Licensing Agreement re "Decoys", "Heart of the Storm", "My Date With Drew" and "Saving Emily" |
| Atlas Film & Medien<br>Wilhelmshöhe 12<br>47058 Duisburg<br>   Germany | Licensing Agreement re "Decoys", "KAW", "A Killer Upstairs", "The Room", "Shallow Ground", "Swarmed" and "Out For Blood" |
| Pasa Tiempo Pictures, Inc.<br>2350 Malcolm Avenue<br>Los Angeles, CA  90064 | Licensing Agreement re "Decoys", "My Date With Drew" and "Out For Blood" |
| Zazie Films, Inc.<br>2-10-8-7F, Meguro, Meguro-Ku,<br>Tokyo, Japan,    153-0063 | Licensing Agreement re "Devil's Seed", "Static", and "Wake Up and Die" |
| Image Entertainment | Licensing Agreement re "Don't Let Him In" and "Paranormal |

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** Imagination Worldwide, LLC _____    Case No. _____
_____ Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 20525 Nordhoff St. Suite 200 Chatsworth, CA 91311 | Diaries" |
| NeoVision 401 Yeungjin Bldg. 106-7 Nonhyeon-dong Gangnam-Gu, | Licensing Agreement re "Extracted" |
| Signature Entertainment 33-35 Daws Lane London, UK, NW7 4SD | Licensing Agreement re "Extracted" |
| Take One Box 7300 Stockholm, Sweden, 103 90 | Licensing Agreement re "Extracted", Gangsters, Guns and Zombies", "Punishment", "Static", "The Thompsons", "The Wicked" and "World of the Dead: Zombie Diaries" |
| Anchor Bay Entertainment 4 Daydream St., Suite 1001 Warriewood, Australia, NSW2102 | Licensing Agreement re "Five Across the Eyes" and "Growth" |
| Scholar Films Group 7F, No. 298, Rueiguang Rd. Neihu, Taipie City 114 R.O.C., Taiwan | Licensing Agreement re "Five Across the Eyes", "Hamiltons", "The Living Dead", "The Room", "Small Town Folk" and "Steel Trap" |
| Atomik Films Pruehsstr. 22a Berlin, Germany, 12105 | Licensing Agreement re "Five Across the Eyes", "The Room" and "Small Town Folk" |
| TVN | Licensing Agreement re "Framed for Murder" |
| XLrator Media, LLC 169 Pier Ave. #8 Santa Monica, CA 90405 | Licensing Agreement re "Gangsters, Guns and Zombies" |
| ESC Film Distribution 19 Berringer St. Richmond Hill, Ontario Canada, L4B4G4 | Licensing Agreement re "Godspeed" and "The Lost" |
| Audiospikes Move Dist. Private Limited F, 2nd Floor, City Laxmi Flats 14/23 Trustpuram, 2nd Cross Street, Kodambakkan, Chennai, India | Licensing Agreement re "Growth" |
| Fine Films 2-7-6-3F Kudan-Minami Chivoda-ku Tokyo, JAPAN, 102-0074 | Licensing Agreement re "Hamiltons", "The Living and the Dead", "The Room" and "Swarmed" |
| 1821 Pictures | Licensing Agreement re "Henry Lee Lucas" |
| Star Alliance | Licensing Agreement re "Henry Lee Lucas", "Smash Cut" and "Stripped Naked" |
| I-On New Media Industriestr. 165 Koeln, Germany, 50999 | Licensing Agreement re "Hunger" and "The Vanguard" |
| Splendid Film GmbH Alsdorfer Strasse 3 Koeln (Cologne), Germany, 50933 | Licensing Agreement re "KAW", "Kill Buljo", "Scribbler", "Steel Trap", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Imagine Entertainment P.O. Box 2040 Mt. Waverley, Victoria 3149, Australia | Licensing Agreement re "KAW", "Last Exit", "Maid of Honor", Murder In My House", "Out For Blood", "Scribbler", "Shallow Ground" and "The Stranger I Married" |
| Five Stars Distribution Ltd. 8 Haomanut Street New Industrial Zone | Licensing Agreement re "Kill Buljo" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
             Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Natania, Israel,    42504-0000 | |
| Seven Sept<br>73 rue de Courcelles<br>7500 Paris, France, | Licensing Agreement re "Kill Buljo" |
| The Weinstein Company<br>5700 Wilshire Blvd., Ste. 600N<br>Los Angeles, CA  90036 | Licensing Agreement re "Kill Buljo" and "Steel Trap" |
| Rough Trade Distribution GmbH<br>Mathias-Brueggen-Str. 85<br>Cologne, Germany,    50829 | Licensing Agreement re "Kingdom Come" |
| Hi Fliers Films<br>Pinewood Road-Iver Heath<br>Buckinghamshire, UK,    SL0 0NH | Licensing Agreement re "Kingdome Come" |
| Uncork'd Entertainment, LLC<br>11831 Lochwood Blvd.<br>Dallas, TX  75218 | Licensing Agreement re "Kingdome Come" and "Treehouse" |
| Sundream Motion Pictures Limited<br>10/F., Cable TV Tower, 9 Hoi Shing Rd<br>Tsuen Wan, Hong Kong,    China | Licensing Agreement re "Little Deaths" |
| Vicol Entertainment, Ltd.<br>Workshop 8, 4/F, Hung Tai Ind Bldg.<br>37-39 Hung To Road, Kwun Tong<br>Kowloon,    Hong Kong | Licensing Agreement re "Little Deaths", "Metal Tornado" and "World of the Dead: Zombie Diaries" |
| Viewstar<br>Mühlebachstr. 162<br>Zürich, Switzerland,    CH-8008 | Licensing Agreement re "My Date With Drew" |
| New Age Entertainment<br>Clacada de Tapada 125, 2nd Esq<br>Lisboa, Portugal,    1300-548 | Licensing Agreement re "My Date With Drew" |
| Sandrew Metronome<br>Myndform<br>Tronuhrauni 1,    Iceland | Licensing Agreement re "My Date With Drew" |
| Diva AG<br>Holbeinstrasse 25<br>Zurich, Switzerland,    CH-8008 | Licensing Agreement re "My Date With Drew" |
| Amuse Soft Entertainment<br>3F Ebisu Square<br>1-23-23 Ebisu<br>Shibuyaku, Tokyo 1500013,    Japan | Licensing Agreement re "My Date With Drew" |
| Beijing Mega Wings Media Co., Ltd.<br>5A5, Xiangxieshe<br>NO. 6 Nanxinyuan West Road,<br>Chao Yang Dis,    China | Licensing Agreement re "My Date With Drew" |
| Jaguar Distribution<br>12711 Ventura Blvd., Ste. 300<br>Studio City, CA  91604 | Licensing Agreement re "My Date with Drew" |
| United Channels of Israel<br>Sandra Epelbaum<br>4 Nirim Street<br>Tel Aviv, Israel,    67060 | Licensing Agreement re "Out for  Blood", "Shallow Ground" and "The Stranger I Married" |
| VTI | Licensing Agreement re "Out For Blood" |
| Ayapro, Inc. | Licensing Agreement re "Out For Blood" |

© 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                              Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| #504, 5-17-12 Tsurumake Setagu-Ku Tokyo, Japan,   154-0016 | |
| Alliance Entertainment Pre. Ltd. 31 Ubi Road 1 #03-00 Annex Block Aztech Bldg. Singapore,   408694 | Licensing Agreement re "Out for Blood" and "The Perfect Husband" |
| Moviemax Italia  s.r.l. via Romagnosi, 20 Roma, Italy,   I-00196 | Licensing Agreement re "Out For Blood" and "The Vanguard" |
| Audiovisual Enterprises 104 Ethinikis Antistaseos Str. Pallini Attikis, Greece,   15351 | Licensing Agreement re "Out for Blood", "The Perfect Husband" and "Stranger At The Door" |
| Second Sight Films 16 Connaught Road Teddington, UK,   TW1 0PS | Licensing Agreement re "Paranormal Diaries" and "Static" |
| Hybrid Media | Licensing Agreement re "Prank" |
| The Klockworx Co., Ltd 2-19-7 Ebisu Minami Shibuya-ku, Tokyo, Japan,   150-0022 | Licensing Agreement re "Scribbler" |
| Njuta Films Gata 24 Stockholm, Sweden,   11138 | Licensing Agreement re "Scribbler" |
| Recidive S.A.S. 17/19, Boulevard de Montmorency Paris, France,   75016 | Licensing Agreement re "Scribbler" |
| Shaw Organisation Pte Limited 1 Scotts Road #13-00 Shaw Centre Singapore,   228208 | Licensing Agreement re "Scribbler" and "Shallow Ground" |
| Screen Media 757 Third Avenue New York, NY  10017 | Licensing Agreement re "Shallow Ground" |
| Star Winner Group Suite 406 FUBC Bldg. 413 Escolta St. Manila, Philippines, | Licensing Agreement re "Shallow Ground" |
| Great Movies, GMBH An der Favorite 4 Mainz, Germany,   55131 | Licensing Agreement re "Shallow Ground" |
| Media Blasters, Inc. 132 W. 36th Street, 4th Floor New York, NY  10018 | Licensing Agreement re "Smash Cut" |
| Cinema Stream | Licensing Agreement re "Stranger At The Door" and "Torn Apart" |
| Cineplex Development Co. 6F-1, 122 Emei St. Taipei City, Taiwan,   10843-0000 | Licensing Agreement re "Swarmed" |
| Serendip | Licensing Agreement re "The Boston Strangler" |
| KSM GmbH Altkonigstr.12 Hochheim, Germany,   65239 | Licensing Agreement re "The Boston Strangler", "BTK", "Bundy, An American Idol", "Godspeed", "Growth", "Henry Lee Lucas", "The Lost", "Smash Cut", "Summer's Blood" and "Young Single & Angry" |
| Prime Pictures | Licensing Agreement re "The Boston Strangler", "BTK", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                        Case No. _____
          Debtor(s)                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Emarat Atrium - Suite 117<br>Sheikh Zayed Road<br>P.O. Box 58011,    Dubai, UAE | "Dead Easy", "Heart of the Strom", "Kill Buljo", "A Killer Upstairs", "My Date With Drew", "Out For Blood", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", Shallow Ground", "Stranger at the Door", "Swarmed", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Eagle Entertainment<br>1/27 Export Drive<br>Ernest Queensland,    Australia | Licensing Agreement re "The Boston Strangler", "BTK", "Demons From Her Past", "Framed for Murder", "Heart of the Storm", "KAW", "The Lost", "Murder in My House", "My Daughter's Secret", "The Rival", "Saving Emily", "Shallow Ground", "Til Lies Do Us Part" and "Torn Apart" |
| CN Entertainment<br>61-63 Au Pui Wan Str.<br>Room 18, 9/F, Yale Ind. Ctr.<br>Hong Kong,    China | Licensing Agreement re "The Boston Strangler", "Small Town Folk" and "Steel Trap" |
| Level 33 Entertainment<br>10801 National Blvd., Ste. 602<br>Los Angeles, CA  90064 | Licensing Agreement re "The List" |
| Rainbow Entertainment<br>Section 4<br>Shin Yi Rd. Lane 265 Alley 12 #1, 4th Fl<br>Taipei,    Taiwan | Licensing Agreement re "The Perfect Husband" |
| IMG / Comarex<br>10305 NW 41st Street, Ste. 206<br>Miami, FL  33178 | Licensing Agreement re "The Perfect Husband" |
| Edko Films, Ltd.<br>1212 Tower II<br>Admiralty Centre, 18 Harcourt Road<br>Hong Kong,    China | Licensing Agreement re "The Perfect Husband" and "Stranger At The Door" |
| Filmgate<br>1001 Stanford St.<br>Santa Monica, CA  90403 | Licensing Agreement re "The Perfect Husband" and "Stripped Naked" |
| Lifetime Entertainment Services<br>309 West 49th Street, 16th Floor<br>New York, NY  10019 | Licensing Agreement re "The Preacher's Daughter" |
| MTI<br>14216 SW 136th Street<br>Miami, FL  33186 | Licensing Agreement re "The Preacher's Daughter" and "The Return of Joe Rich" |
| Nowtilus Onlinevertriebs GmbH<br>Mitteldeutsches Multimediazentrum<br>Mansfelder Str. 56  -  06108 Halle\|Saale | Licensing Agreement re "The Room" |
| 5 Stars<br>8 Haomanut St.<br>Notavia, Israel,    42504 | Licensing Agreement re "Torn Apart" |
| Shoval Film Production<br>91, Hashmonaim St.<br>Tel Aviv,    Israel | Licensing Agreement re "Young Single & Angry" |
| Content Republic Limited<br>73 Brondesbury Road<br>London, United Kingdom,    NW6 6BP | Licensing Agreement re "Young, Single & Angry" |
| XXX See Comment XXX | xxx Debtor is continuing to review its files and will amend as necessary. xxx |

B6H (Official Form 6H) (12/07)

IN RE Imagination Worldwide, LLC _____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE **Imagination Worldwide, LLC**                                          Case No. _____

Debtor(s)                                                                (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

Debtor

Date: _____     Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Imagination Worldwide, LLC**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**46** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 25, 2015**_____     Signature: _____

**Lawrence A. Goebel**
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

### United States Bankruptcy Court
### Central District of California

IN RE:                                                                  Case No. _____

Imagination Worldwide, LLC                                              Chapter **11**
_____
                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - **25. If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐    including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
     case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
     maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the
     beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
     under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
     joint petition is not filed.)

AMOUNT    SOURCE
**725,288.00  2013 gross income**
**481,885.00  2014 estimated gross income**
**1,644.07  2015 YTD estimated gross income**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑    **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse
     separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
     the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑    debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
     constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
     a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
     counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
     petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Lawrence A. Goebel<br>8500 Belmar Ave.<br>Northridge, CA 91324-0000<br>Member/Manager | See attached report showing all payments. | 15,000.00 | 0.00 |
| Premier Bobine<br>926, St. Maurice, Ste. 200<br>Montreal<br>QC H3C1L7 Canada, | See attached report showing payments. | 28,619.31 | 50,591.71 |
| Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA 90210-0000 | See attached report showing payments. | 2,153.81 | 15,773.92 |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Barnholtz Entertainments, Inc. v. Imagination Worldwide, LLC; Arbitration No.: 15-22 | Unpaid fees and accounting | Independent Film & Televisions Alliance Arbitration Office | Pending |
| New Artists Alliance, LLC et al. v. Goebel et al., Case No.: BC581798 | Breach of Contract | Los Angeles Superior Court, Stanley Mosk Courthouse | Settled/Dismissed |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025** | 4/6/2015 | 2,500.00 |
| **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025** | 6/11/2015 | 1,688.00 |
| **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025** | 4/27/2015 | 8,000.00 |
| **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025** | 6/10/2015 | 21,919.10 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 9107 Wilshire Boulevard # 625, Beverly Hills, CA 90291 | Imagination Worldwide, LLC | September, 2003 to December, 2014 |

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jade Rose Entertainment, LLC | 27-3218742 | 9107 Wilshire Blvd., Ste. 625 Beverly Hills, CA  90210-0000 | Wholly owned subsidiary of Debtor; Production company | July 30, 2010 to present |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marian L. Salas**<br>**4171 Laurelview Dr.**<br>**Moorpark, CA  93021** | **2003 to present** |
| **David Free**<br>**Miller & Co., LLP**<br>**21700 Oxnard St., Ste. 1250**<br>**Woodland Hills, CA  91367** | **2003 to present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marian L. Salas**<br>**4171 Laurelview Dr.**<br>**Moorpark, CA  93021** | **2003 to present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Marian L. Salas**<br>**4171 Laurelview Dr.**<br>**Moorpark, CA  93021** | **2003 to present** |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED
*

**\*Debtor is continuing to review its files and will amend as necessary.**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Lawrence A. Goebel** | **Manager/Member** | **100.000000** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

8500 Belmar Ave.
Northridge, CA  91324-0000

| | | |
|---|---|---|
| **Reel One Entertainment, Inc.**<br>9107 Wilshire Boulevard # 625<br>Beverly Hills, CA  90210-0000 | **Member** | 0.000000 |
| **Pierre David**<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210-0000 | **Member** | 0.000000 |

<small>None</small> ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

<small>None</small> ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

<small>None</small> ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

<small>None</small> ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lawrence A. Goebel**<br>**8500 Belmar Ave.**<br>**Northridge, CA  91324**<br>**Managing Member** | | **$2,339 total payroll** |

**24. Tax Consolidation Group**

<small>None</small> ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

<small>None</small> ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 25, 2015**            Signature: _____

**Lawrence A. Goebel, Manager**
<div align="right"><small>Print Name and Title</small></div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                              Case No. _____

**Imagination Worldwide, LLC**                                      Chapter **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................... $ __**Per Sect. 327**

   Prior to the filing of this statement I have received ........................................................ $ ____**17,000.00**

   Balance Due ............................................................................................................. $ _____

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **Debtor engaged Weintraub & Selth, APC ("WS") in March, 2015, at which point WS began working with Debtor. Prior to filing the bankruptcy case, the Debtor paid WS the sum of $15,390.10 for legal services including meetings and advice relative to a transaction, the resolution of certain litigation, advice relative to the bankruptcy process and potential plans of reorganization and the preparation of the emergency bankruptcy case. On or about June 9, 2015, Debtor and WS executed a retainer agreement regarding representation in a Chapter 11 case. WS requested and received a pre-petition retainer in the amount of $17,000.00 (the "Retainer"), plus the Court filing fee of $1,717.00.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Litigation of any kind**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 25, 2015**
Date

James R. Selth 123420
Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Weintraub & Selth, APC**

**11766 Wilshire Blvd., Suite 1170**

**Los Angeles, CA  90025**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without attorney*
✓ *Attorney for Debtor*

**United States Bankruptcy Court**
**Central District of California**

In re:

**Imagination Worldwide, LLC**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS
[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ **34** _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _**June 25, 2015**_____

_____
Debtor's signature

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: _**June 25, 2015**_____

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*

**F 100 7-1. MAILINGLIST. VERIFICATION**

Imagination Worldwide LLC
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025

101 Films
39-40 The Old Steine
Brighton, East Sussex,      BN11NH


5 Stars
8 Haomanut St
Notavia, Israel,      42504


A Vjet Intl Media Co Ltd
5F No 52 Ln 10
Jihu Rd., Neihu Dist.,


ACI Films
C/O Alexander Lawrence Frumes Labo
1880 Century Park E #914
Los Angeles, CA  90067


Abnormal Pictures/K5 Film GmbH
Konradinstrasse 5
D-81543
Munich, Germany,


Accent Films
PO Box 69006
Omaha, NE  68106-5006


AFTRA-SAG Federal Credit Union
PO Box 11419
Burbank, CA  91510


Alliance Entertainment Pre Ltd
31 Ubi Road 1
#03-00 Annex Block
Aztech Bldg. Singapore,      408694

Alyce The Movie LLC
1433 Angelus Ave
Los Angeles, CA  90026


AMG Entertainment Inc
Nikkatsu Corporation
3-28-12 Hongo Bunkyo-Ku
Tokyo 1133-0033,      Japan


Amuse Soft Entertainment
3F Ebisu Square
1-23-23 Ebisu
Shibuyaku, Tokyo 1500013,      Japan


Anchor Bay Entertainment
4 Daydream St Suite 1001
Warriewood, Australia,      NSW2102


Another World
Wilders Plads 9 A 3 Sal
1403 Copenhagen
     Denmark


Anthem Blue Cross
PO Box 4194
Woodland Hills, CA  91365


AQS
Riegrovy Sady 38
120 00 Praha 2
Czech Republic,


Atlas Film & Medien
Wilhelmshöhe 12
47058 Duisburg
     Germany

Atomik Films
Pruehsstr 22a
Berlin, Germany,     12105


Audiospikes Move Dist Private Limi
F 2nd Floor City Laxmi Flats
14/23 Trustpuram 2nd Cross Street
Kodambakkan, Chennai,     India


Audiovisual Enterprises
104 Ethinikis Antistaseos Str
Pallini Attikis, Greece,     15351


Avalon Arabia FZ LLC
Maxaya Center Sheikh Zahed Rd
A Pro Block B Office 2011
P.O. Box 214394,     Dubbi UAE


Ayapro Inc
#504 5-17-12 Tsurumake Setagu-Ku
Tokyo, Japan,     154-0016


BananaSeat Films
C/O Houston King
5525 Cantaloupe Ave
Sherman Oaks, CA  91401


Barnholtz Entertainment Inc
23300 Ventura Blvd 2nd Floor
Woodland Hills, CA  91364


Beijing Mega Wings Media Co Ltd
5A5 Xiangxieshe
NO 6 Nanxinyuan West Road
Chao Yang Dis,     China

Big Screen
Raleigh Studios
5300 Melrose Ave Van Ness Bldg 2
Los Angeles, CA  90038


Big Screen
Raleigh Studios
8383 Wilshire Blvd 8th Floor
Beverly Hills, CA  90211


Blitz Film & Video
Kamenarka 1
Zagreb 10 010,     Croatia


Blue Sky Film Distribution AS
Lazenska 11
Praha 1
Czech Republic,     11800


Boneboys Inc
Attn: Robert Kuhn
603 W 8th St
Austin, TX  78701


Brainstorm Media
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Brandes Film International
28990 PCH #105
Malibu, CA  90265


Bridge Rights BV
Melkpad 51 1217 KB Hilversum
The Neatherlands,

CCV (Scandinavia)
Cinematic Vision
Ulrika Bandeira Hangövägen 19
Stockholm, Sweden,    115 41


CCV International AS
Ovre Vollgate 6
Oslo, Norway,       0158


CDI Filmes
Riobamba 332 2 A (1025)
Buenos Aires,      Argentina


Cine Video y TV SA de CV
Augustin Vicente Eguia No 24
Col San Miguel Chapultepec Deleg
Miguel Hidalgo, Mexico,     11850


Cineplex Development Co
6F-1 122 Emei St
Taipei City, Taiwan,     10843-0000


City Of Beverly Hills
455 N Rexford Dr
Beverly Hills, CA  90210


CN Entertainment
61-63 Au Pui Wan Str
Room 18 9/F Yale Ind Ctr
Hong Kong,     China


Cobalt Media Inc
22537 Friar Street
Woodland Hills, CA  91367

Coldwood Productions
119 Fortess Rd
Kentish Town, London,      NW52HR


Coldwood Productions
119 Fortess Rd Unite 4
London, England,      NW52HR


Columbia TriStar
10202 W Washington Blvd
Culver City, CA  90232


Content Republic Limited
73 Brondesbury Road
London, United Kingdom,      NW6 6BP


Crow Ten
C Frederic Mompou
4B B2
Barcelona, Spain,      08960


Cultmovie Entertainment
Ostermoorweg 70
Bonningstedt, Germany,      25474


Daniel R Mailer
Cram & Associates
200 Queens Ave Suite 514
London, ON  N6A 1J3


Daro Film Distribution
Töpferstrasse 5 Weggishaus
Luzern, Switzerland,      CH6004

Daylight Fades LP
7163 Rico Cove
Germantown, TN  38138


Deco Filmworks
8020 So Rainbow Blvd Ste 252
Las Vegas, NV  90139


Digiturk/Umut Sanat Filmcilik
Konaklar Mah Faruk Nafiz Çamlibel
Final Apt No:3/2
4.Levent 34330, Istanbul,      Turke


Diva AG
Holbeinstrasse 25
 Zurich, Switzerland,      CH-8008


DNC
The Old School
Princess Road Weybridge
Surrey, United Kingdom,      KT139BN


DNC SPA
DNC Entertainment Srl
Viale A Volta 100
Firenze, Italy,      50131


Domain Entertainment Ltd
432 S Curson Ave Ste 11H
Los Angeles, CA  90036


Down The Road LLC
2711 Centerville Road
Wilmington, DE  19808

Dream Entertainment
8489 W Third St  Suite 1038
Los Angeles, CA  90048


Drew Crew
4152 Madella Ave
Sherman Oaks, CA  91403


Drew Crew
C/O Brian Herzlinger
18004 Coastline Dr #21
Malibu, CA  90265


E-Net/GEO
Dai X Bldg 3F
1-4-10 Nishi-Ikebukuro
Toshima ku, Tokyo,      17100-2100


Eagle Entertainment
1/27 Export Drive
Ernest Queensland,      Australia


Eagle Pictures
Via Marostica 1
20146 Milan,      Italy


Edko Films Ltd
1212 Tower II
Admiralty Centre 18 Harcourt Road
Hong Kong,      China


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

Encore International Group
280 S Beverly Dr Ste 208
Beverly Hills, CA  90212


Entertaining Power Co Limited
Rm 2717 27/F Ho King Commercial
2-16 Fa Yuen Street MongkokKowloo
Hong Kong,      China


ESC Film Distribution
19 Berringer St
Richmond Hill Ontario
Canada,      L4B4G4


Europa Films
Cannes Produceops S/A
Alameda Ita Pecuru 320 Alphaville
Barueri, Sao Paulo, Braz,      06454


European Film Partners
EFP-Film Investors BV
Gateway A 1st Fl Sumatralaan 45
Hilversum, Neatherlands,      1217 G


Exclusive Logistics Management
27 Ironside Unit A
Marina Del Rey, CA  90292


Falcon Films
Hamra Mneinmneh St
Makki Bldg 2nd Floor
Beirut, Lebanon,


Film Harvest LLC
516 Sapphire
Redondo Beach, CA  90277

Filmgate
1001 Stanford St
Santa Monica, CA   90403


Fine Films
2-7-6-3F Kudan-Minami
Chivoda-ku
Tokyo, JAPAN,      102-0074


Fintage/TOT Media (Spain)
Fintage Magyar
Terez Korut 46 3rd Floor H-1066
Budapest,      Hungary


First Act Entertainment LLC
Attn: Ken Sanders
14251 Arches Lane
Canyon Country, CA   91387


First Factom
612 51st Street Northwest
Bradenton, FL   34209


Five Stars Distribution Ltd
8 Haomanut Street
New Industrial Zone
Natania, Israel,      42504-0000


Foto-Kem Film & Video
PO Box 7755
Burbank, CA   91510


Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA   95812-2952

Free Dolphin Entertainment
10 rue du Dôme
Boulogne Billancourt France
     92100


Gabo Film Media International Corp
127 Crockamhill Drive
Scarborough Ontario
Canada,     MIS2L2


Godspeed The Movie LLC
C/O Joe McKelheer
200 Pier Ave Ste 134
Hermosa Beach, CA  90254


Godspeed The Movie LLC
2233 N Cahuenga Blvd
Los Angeles, CA  90068


Great Movies GMBH
An der Favorite 4
Mainz, Germany,     55131


Halo 8
7336 Santa Monica Blvd #10
Los Angeles, CA  90046


HBO Asia
151 Lorong Chuan
4th Floor  #04-04B/05
New Tech Park, Singapore,     55674


Hi Fliers Films
Pinewood Road-Iver Heath
Buckinghamshire, UK,     SL0 0NH

Home Entertainment (UK)
19-24 Manasty Rd
Orton Southgate
PeterBorough,     PE2 6UP


Hunger Productions LLC
Hunger Trust Account
6710 Stewart Rd Ste 300
Galveston, TX  77551


I-On New Media
Industriestr 165
Koeln, Germany,     50999


IFM World Releasing
1328 East Palmer Ave
Glendale, CA  91205


IFTA Collections
10850 Wilshire Blvd 9th Floor
Los Angeles, CA  90024


Image Entertainment
20525 Nordhoff St Suite 200
Chatsworth, CA  91311


Imagine Entertainment
PO Box 2040
Mt Waverley Victoria
3149,     Australia


IMG / Comarex
10305 NW 41st Street Ste 206
Miami, FL  33178

Independent Film & Television Allia
10850 Wilshire Blvd 9th Fl
Los Angeles, CA  90024


Indies Entertainment Group (Benelux
Gateway A 1st Fl
Sumatralaan 45
Hilversum Neatherlan,     00000-000


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jade Rose Entertainment LLC
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210


Jaguar Distribution
12711 Ventura Blvd Ste 300
Studio City, CA  91604


Jason Feldman Esq
Feldman & Wallach
606 Venice Blvd Ste C
Venice, CA  90291


Just Bridge
Melkpad 51
Hilversu, Neatherlands,     117KB


K5 Film
Konradinstrasse 5
Munich, Germany,     D-81543

KGM Films LLC
16633 Ventura Blvd Ste 1440
Encino, CA  91436


Kill Me Again Investments LLC
12103 Maxwellton Road
Studio City, CA  91604


Kineses Entertainment Inc
1230 Horn Ave Ste 632
West Hollywood, CA  90069


Kingsparrow Films Ltd
International House
1 St Katharines Way
London, UNITED KINGDOM,    E1W 1UN


Kingsparrow Films Ltd
88/90 Baker St
London, UNITED KINGDOM,    W1U 6TQ


KSM GmbH
Altkonigstr12
Hochheim, Germany,    65239


Lance Entertainment
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210


Lawrence A Goebel
8500 Belmar Ave
Northridge, CA  91324-0000

Les Films Seville Inc
400boulde Maisonneuve OuestBurea
Montreal Quebec
Canada,     H3A 1L4


Leslie Overseas
35 A Regent St
Belize City, Belize,


Level 33 Entertainment
10801 National Blvd Ste 602
Los Angeles, CA  90064


LHD Films Ltd
24 Hanway St
London, UNITED KINGDOM,     W1T 1UH


LHD FIlms Ltd
Wandle House Riverside Drive
Mitcham, Surrey, U.K.,     CR4 4BU


Lifetime Entertainment Services
309 West 49th Street 16th Floor
New York, NY  10019


Limerent Pictures
929 Fairwin Ave
Nashville, TX  37216


Lions Gate Entertainment
2700 Colorado Ave Suite 200
Santa Monica, CA  90404


Liselot SA de CV
Carolina 98-401
MEXICO D.F.,

London Music Video Ltd
24 Gloucester Rd
Dartford, Kent, U.K.,      DA1 3DJ


M  Pictures Co Ltd
97/11 EGV Metropolis Building
Ratdamri Road Lumpini
Patumwan, Bangkok,     10330


M Leonard & Associates
PO Box 2339
Van Nuys, CA  91404


Mad Dimension GmbH
Qaelskampweg 97 A
22880 Wedel,     Germany


Major CinePictures Co Ltd
18 SCB Park Plaza  West Tower 2 #2
3rd Floor Zone B Ratchadapisek Ro
Chatachuak, Bangkok,     10900


Mandala Films Ltd
C/O I-On New Media GMBh
Alteburger Wall 23
50678 Koeln, Germany,


Mandala Films Ltd
Michael Kraetzer
106 Allum St Auckland 1071
New Zealand,


Mark Ezra
55 Wallingford Ave
London, UK,     W106PZ

Mark S Temple
10880 Wilshire Blvd Suite 2070
Los Angeles, CA  90024


Matchbox Pictures Inc
123 King St Studio 204
London, ON  N6A 1C3


Max Films Co
Unit 303 Treasure Centre
42 Hung To Road
Kwun Tong,     Hong Kong


Max J Sprecher
5850 Canoga Ave 4th Fl
Woodland Hills, CA  91367


McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH  44146


MedAsia
909 Grant Street #1
Santa Monica, CA  90405


Media Blasters Inc
132 W 36th Street 4th Floor
New York, NY  10018


Miracle Communications Ltd
38 Broadhurst Ave
Edgeware Middlesex
United Kingdom,     HA8 8TS

Mondo Home Entertainmet SpA
Via Melchiorre Gioia 72-20125
Milano,    Italy


Monolith Films Ltd
Karska 8
01-810 Warsaw,    Poland


Morefilms GmbH
Lindwurmstr 95a
Munchen, Germany,    80337


Moviemax Italia  srl
via Romagnosi 20
Roma, Italy,    I-00196


Moviworld
PO Box 1234
Highlands North Johannesburg
SOUTH AFRICA,    2037


MTI
14216 SW 136th Street
Miami, FL  33186


N/A Records Inc
16633 Ventura Blvd Ste 1440
Encino, CA  91436


NBC Universal
Prospect House
80-110 New Oxford St
London, UK,    WC1A1HN

NeoVision
401 Yeungjin Bldg 106-7
Nonhyeon-dong Gangnam-Gu,


New Age Entertainment
Clacada de Tapada 125 2nd Esq
 Lisboa, Portugal,    1300-548


New Artist Alliance
16633 Ventura Blvd Ste 1440
Encino, CA  91436


New Select Co LTD
Ginza Aurore Bldg 3rd Floor
5-13-14 Ginza Chuo-ku
Tokyo, JAPAN,      104-0061


Njuta Films
Gata 24
Stockholm, Sweden,     11138


Noah Comm (Israel)
IL Films Distributors Ltd
Tel Aviv, Israel,     63567


Nom De Plume Films LLC
11030 Moorpark #27
Studio City, CA  91602


Oakshire LLC
PO Box 5357EE Drive Ste 101
Beverly Hills, CA  90209


Off World Films And Bleeding Edge F
89 Marmet Ave Letchworth Garden C
Hertfordshire, U.K.,    SG6 4QF

Off World Films And Bleeding Edge F
79 Millstream Close
Hitchin, U.K.,     SG4 0DB


One Movie Entertainment
Via A Costa 31
Milano, Italy,      20131


Outsider Productions One
402 East Gutierrez St
Santa Barbara, CA  93101


Pasa Tiempo Pictures Inc
2350 Malcolm Avenue
Los Angeles, CA  90064


Paychex Inc
300 Corporate Pointe Ste 150
Culver City, CA  90230


Pierre David
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210


Pierre David
9107 Wilshire Blvd Ste 625
Beverly Hills, CA  90210-0000


Pinema Filmcilik
Ekinciler CErturk Sk
Unver Business Center No: 4 Kat 6
KavacikIstanbul Tur,    34394-0000


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250-7887

Pitney Bowes Purchase Plus
PO Box 371874
Pittsburgh, PA  15250


Plan 9 Entertainment LLC
2662 Lake View Ave
Los Angeles, CA  90039


Premiere Bobine
#100 486 Rue Ste-Catherine O
Montreal, QC  H3B 1A6


Premiere Bobine Inc
926 RUE St-Mauice #200
Montreal QC
Canada,     H3C 1L7


Presidio Corporation
Aioi-Sonpo Nibancho Bldg 3F
Nibancho 5-6
Chiyoda-ku Tokyo Japa,     102-0084


Prime Pictures
Emarat Atrium - Suite 117
Sheikh Zayed Road
P.O. Box 58011,     Dubai, UAE


Production Last Exit Inc
6250 Chemin Deacon
Montreal, QC  H3S 2P5


Programs4Media
Sovereign House
1 Albert Place
London, UK,     N3 1QB

Propoganda Pictures Ltd
Priory Lane Little Wymondley
Hertfordshire, UK,    SG4 7HD


Propoganda Pictures Ltd
22 St Albans Road
Hitchin, UNITED KINGDOM,    SG4 8U


PT Multiplex Media
Pasaraya Theatre Building 9th Floo
Jl Iskandarsyah II No2
Jakarta, Indonesia,    12160


Pulse Productions
4919 Nofral Rd
Woodland Hills, CA  91364


Quality Films S de RL de CV
Magdalena  No 320
Col del Valle
México DF,    03100


Rainbow Entertainment
Section 4
Shin Yi Rd Lane 265 Alley 12 #1 4
Taipei,    Taiwan


RCV (Benelux)
E1 Entertainment Benelux
Bergweg 46
Hilversum, Neatherlands,    1217 S


Recidive SAS
17/19 Boulevard de Montmorency
Paris, France,    75016

Reel One Entertainment Inc
9107 Wilshire Boulevard # 625
Beverly Hills, CA  90210


Reel One Entertainment Inc
9107 Wilshire Boulevard # 625
Beverly Hills, CA  90210-0000


Reel Rights/Sparrowhawk
35 St Andrews Close
Crowlhorne Berkshire
United Kingdom,      RG45 6UP


Reivaj Films
Urbanización Errikotxiki 19
Alzuza NA
Spain,      31486


Renegade Pictures LLC
5799 Broadmoore St Ste 550
Mission, KS  66202


Rod Puskar Enterprises
Suite 503 Level 5 Spectrum Buildi
220 Pacific Highway
Crowsnest, Australia,      NSW 2065


Rough Trade Distribution GmbH
Mathias-Brueggen-Str 85
Cologne, Germany,      50829


RRS Entertainment (Germany)
Sternwartstr 2
Munchen, Germany,      D-81679

Salvatori And Associates
1 Place Ville-Marie Suite 1812
Montreal, QC  H3B 4A9,


Sandrew Metronome
Myndform
Tronuhrauni 1,      Iceland


Scholar Films Group
7F No 298 Rueiguang Rd
Neihu Taipie City 114
R.O.C.,      Taiwan


Screen Media
757 Third Avenue
New York, NY  10017


ScreenProjex Limited
Watchmaker Court 33 St John's Lane
London, UNITED KINGDOM,      EC1M 4D


Second Sight Films
16 Connaught Road
Teddington, UK,      TW1 0PS


Seven Sept
73 rue de Courcelles
7500 Paris, France,


Shadow Cave Pictures LLC
3205 Duchess Park
Lane Friendswood, TX  77546

Shaw Organisation Pte Limited
1 Scotts Road
#13-00 Shaw Centre
Singapore,      228208


Shining Light Productions Limited
Attn: Ryan Driscoll
14 Holland Rd
Westcliff, Essex, U.K.,      SS0 7SG


Shining Light Productions Limited
10 Buckhurst Road
Bexhill-On-Sea, U.K.,      TN40 1QF


Shoval Film Production
91 Hashmonaim St
Tel Aviv,      Israel


Signature Entertainment
33-35 Daws Lane
London, UK,      NW7 4SD


Silver Web Productions LLC
1022 Milwaukee Ave
Los Angeles, CA  90042


Sivsa Entertainment SA
C/Marina 16-18 Pita 18-C
Barcelona, Spain,      08005


Small Town Folk Ltd
112 Ringwood Rd St Ives
Ringwood, Hampshire, UK,      BH24 1

Splendid Film GmbH
Alsdorfer Strasse 3
Koeln (Cologne), Germany,      50933


Star TV / SGL Entertainment
13/F One Harbourfront 18 Tak Fung
Hunghom Kowloon
Hong Kong,      China


Star Winner Group
Suite 406 FUBC Bldg
413 Escolta St
Manila, Philippines,


Starz Home Entertainment
Suite 32 Level 1 MVB
90 Mona Vale Rd
Mona Vale, Australia,      NSW 2103


State Board Of Equalization
PO Box 942879
Sacramento, CA   94279-0001


Ster Kinekor Entertainment
185 Katherine St
Sandton, South Africa,      2146


Ster Kinekor Entertainment
185 Katherine Street
Sandton, South Africa,      2146


STG Multimedia Limited
143/448-452 Boromrajchonee Rd
Arunamrin Bangkoknoi
Bankgkok, Thailand,      10700

Straightwire Films Limited
26 Burnside
Fleet, UNITED KINGDOM,      GU51 3RE


Straighwire Films Ltd
10 Cranbrook Ct
Fleet, Hamshire,      GU514QA


Strategic Film Partners
NBC Universal Tower
10 Universal City Plaza 20th Fl
University City, CA  91608


Stuck Productions LLC
7250 Franklin Ave #501
Los Angeles, CA  90046


Summerstorm Entertainment Inc
23-2 Lane 3 Alley 18 Section 2
Herping East Road
Taipei City, TAIWAN,      00000-0000


Sundream Motion Pictures Limited
10/F Cable TV Tower 9 Hoi Shing
Tsuen Wan, Hong Kong,      China


Suraya Film Production
94B Jalan Masjid
Kuala Lumpur Malaysia
India,      50100


Taewon Entertainment
135-010 5th Floor
Pax Tower 231-13 Nonhyun-Dong
Gangnam-Gu Seoul,      Korea

Take One
Box 7300
Stockholm, Sweden,      103 90


The Bus Driver LLC
Rick Finkelstein
3423 N Hiatus Rd
Sunrise, FL  33351


The Disconnect LLC
16633 Ventura Blvd #1440
Encino, CA  91436


The Hamiltons Films LLC
C/O Mitchell Altieri
1877 Petaluma Blvd
Petaluma, CA  94952


The Hollywood Reporter
5700 Wilshire Blvd Ste 500
Los Angeles, CA  90036


The Klockworx Co Ltd
2-19-7 Ebisu Minami
Shibuya-ku Tokyo Japa,      150-0022


The List Film Ltd
40 Homer St
London, UNITED KINGDOM,      W1H 4NL


The Lost Eye Films Ltd
Clare Pearce
40 Newton Nod Isleworth
London, UK,      TW16QD

The Pig Project LLC
2100 N Beachwood Dr #207
Los Angeles, CA  91505


The Return Of Joe Rich LLC
2615 W Magnolia Blvd
Burbank, CA  91505


The Thompsons Film LLC
Attn: Eben Kostbar
7040 Hawthorn Ave #1
Los Angeles, CA  90028


The Weinstein Company
5700 Wilshire Blvd Ste 600N
Los Angeles, CA  90036


Tiberius Film GmbH
Schellingstrabe 45
Muchen, Germany,     80799


Title Films
Rue Des Palais 44 Bte 45
1030 Brussels, Belgium,


Top Movie
264 EL Hegaz st  District 7th
6th Octbar City,     Egypt


Traction Media
9665 Wilshire Blvd 5th Floor
Beverly Hills, CA  90212-0000

Trauma One Entertainment Inc
Attn: Ryan Thiessen
PO Box 5321
Knoxville, TN  37928


Treehouse Films (UK) Limited
38 Broadhurst Ave
Edgware, Middlesex, UK,     HA8 8TS


TZD2 Limited
10 Cranbrook Court
Fleet, Hamsphire, UK,     GU51 4QA


Umut Sanat Filmcilik
Sanayi Ve Ticaret  AS
Konaklar Mah Faruk Nafiz Çamlibel
Final Apt., No:3/2,,     Turkey


Uncork'd Entertainment LLC
11831 Lochwood Blvd
Dallas, TX  75218


United Channels of Israel
Sandra Epelbaum
4 Nirim Street
Tel Aviv, Israel,     67060


VCL Communications GmbH
Wolfratshauser Str 84
Munchen, Germany,     D-81379


Verizon
PO Box 920041
Dallas, TX  75392

Vicol Entertainment Ltd
Workshop 8 4/F Hung Tai Ind Bldg
37-39 Hung To Road Kwun Tong
Kowloon,      Hong Kong


Videorama Entertainment Group-Greec
Agiou Meletiou 47
Athens, Greece,     11257


Videosonic SA
1 Evridamantos & Lagoumitzi St
Athens, Greece,     117 45


Viewstar
Mühlebachstr 162
Zürich, Switzerland,     CH-8008


Voices Music & Entertainment
Ulveinveien 88
0581, Oslo,      Norway


West Company (Russia)
Kutuzovskiy prospect 36
Bldg 23 Office 511 Floor 5
Moscow, Russia,     121170


Wilhurst Inc
9034 W Sunset Blvd
West Hollywood, CA  90069-0000


XLrator Media LLC
169 Pier Ave #8
Santa Monica, CA  90405

Xystus
1421 Sw 107th Avenue
Miami, FL  33174


Xystus LLC
1421 SW 107th Avenue
Miami, FL  33174


Youkou Inc
6th Floor Sinosteel Plaza
8 Haidian Dajie  Haiden District
Beijing, China,      100080


YSA Productions LLC
802 N Cherokee Ave
Los Angeles, CA  90038


Zazie Films Inc
2-10-8-7F Meguro Meguro-Ku
Tokyo, Japan,       153-0063


Zed Crook Ltd
250 Besserer St 2nd Fl
Ottawa, ON  K1N  6B3


Zed Filmworks Inc
800 Industrial Ave Unit 12
Ottawa, ON  K1G 4B8


Zed Filmworks Inc
250 Besserer St 2nd Fl
Ottawa, ON,       K1N6B8

```
Zon Lusomundo
Rua Ator Antonio Silva 9
1600-404 Lisboaid# PT503
Campo Grande,      Portugal
```