**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen - Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile:  (310) 442-0660**
**Email: Elaine@wsrlaw.net**

[Proposed] Attorneys for Debtor and Debtor-In-Possession,
IMAGINATION WORLDWIDE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No.: 2:15-bk-19378-RN |
| IMAGINATION WORLDWIDE, LLC, | ) Chapter 11 |
| Debtor and Debtor-in-Possession. | ) **DEBTOR'S CHAPTER 11 STATUS REPORT** |
| | ) Date:    July 21, 2015 |
| | ) Time    10:30 a.m. |
| | ) Place:   Courtroom 1645 |
| | )              255 E. Temple St. |
| | )              Los Angeles, CA 90012 |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Case 2:15-bk-19378-RN    Doc 17    Filed 07/07/15    Entered 07/07/15 19:09:34    Desc
Main Document    Page 2 of 9

Imagination Worldwide, LLC, the debtor and debtor-in-possession ("Debtor" or "IWW") in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby submits its Chapter 11 Status Report as follows:

**A.     Brief Description o Business Operations and Principal Assets and Liabilities of the Debtor's Estate**

On June 11, 2015 (the "Petition Date"), IWW filed its emergency petition (the "Case") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"). The Debtor is a Debtor-in-Possession in accordance with Bankruptcy Code §§ 1107 and 1108.

IWW is a California limited liability company. Lawrence A. Goebel ("Goebel") is Manager of the Debtor.

IWW is an international motion picture sales and distribution company based in Los Angeles, California. The company was founded in 2003, and has a diverse catalogue of more than sixty (60) films ranging from thrillers to documentaries and cutting edge science fiction. The Debtor's business model is two-fold: the Debtor enters into acquisition agreements with producers to obtain the rights to license a particular film (the "Acquisition Agreements") and then enters into licensing agreements for such films with various distribution companies around the world (the "Licensing Agreements").

IWW currently has one employee (Goebel) who manages all aspects of sales, distribution, marketing and servicing, and one independent contractor who assists Goebel on an as needed basis in the company's general operations.

The Debtor's primary assets consist of its accounts receivables totaling approximately $163,000.00 and its interest in the Acquisition Agreements and Licensing Agreements. The Debtor's primary liabilities consist of unpaid licensing fees due to producers under its Acquisition Agreements.

//
//

2

**B.    Brief Answer/Explanation to the Following Questions:**

1.    <u>What Precipitated the Filing of this Case?</u>

Debtor began to fall behind on its payments due to producers under the Acquisition Agreements primarily due to the collapse of the DVD distribution market which the Debtor relied heavily upon. IWW was unable to license many of its independent films, which were previously distributed via DVD. As a result, the Debtor began to receive letters from producers terminating their Acquisition Agreements with the Debtor. The Debtor filed this emergency petition in order to preserve its interests in the Acquisition Agreements and Licensing Agreements and to preserve the company's going concern value.

2.    <u>What is the Goal of the Debtor?</u>

The Debtor has been involved in early stage discussions with several parties who have expressed an interest in completing a transaction with the Debtor. Such discussions have focused on recapitalizing the Debtor and funding its reorganization. The Debtor filed for chapter 11 relief in order preserve the going concern and pursue all reorganization opportunities.

3.    <u>What are the Principal Business and Financial Problems to Solve and Legal Disputes to be Resolved?</u>

The Debtor currently does not have enough funds to meet its obligations or pay its producers. The Debtor is in the early stages with several parties regarding recapitalizing the Debtor. Once the Debtor completes these discussion the Debtor will be in a position to propose a Chapter 11 Plan of Reorganization.

4.    <u>Has Debtor Complied with its Duties Under 11 U.S.C. Sections 521, 1107 and F.R.B.P. 1007?</u>

Debtor has filed the required schedules and statements of affairs and is in full compliance with Section 521 and 1106. Debtor is exercising its powers as a Debtor-in-Possession in compliance with Section 1107. Debtor is in compliance with duties applicable to the Office of the United States Trustee ("<u>UST</u>"), and has submitted its "7-Day" package to the UST. The Debtor will timely file all required Monthly Operating Reports as required by the UST.

5.  <u>Is the Debtor a Small Business as Contemplated by 11 U.S.C. Section 101(51D)?</u>

The Debtor is not a small business as contemplated by 11 U.S.C. Section 101(51D).

6.  <u>Is this a Single Asset Real Estate Case as Contemplated by 11 U.S.C. Section 1010(51B)?</u>

This Case does not qualify as a single asset real estate case as that term is defined in 11 U.S.C. Section 1010(B)

**C.     Professionals Retained by the Estate**

On June 29, 2015, Debtor filed its *Motion for Order Authorizing Debtor and Debtor-in-Possession to Employ Weintraub & Selth, APC* ("<u>WS</u>") *as General Bankruptcy Counsel* [Docket #12] ("<u>WS Application</u>").

On or about July 16, 2015, the expiration of the notice period for the WS Application will expire and if no oppositions to the WS Application have been filed, the Debtor will submit an order to the Court for approval of Debtor's employment of WS.

Further, it is anticipated that Debtor will employ an accountant and will file a Motion to Employ Accountant with the Court shortly.

**D.     Projected Budget**

Attached hereto as **Exhibit 1** is a true and correct copy of a 90 day cash flow projection for IWW. Debtor is still in the process of preparing a cash flow for the first six months of the case and will file a supplemental declaration with this information once completed.

**E.     Cash Collateral**

Debtor does not own any real property and does not have any creditors that have an interest in cash collateral.

**F.     Proposed Deadlines for Filing Claims, Plan of Reorganization and Disclosure Statement**

On June 29, 2015, Debtor filed its *Notice of Motion and Motion for Order Establishing a Bar Date for Filing of Proofs of Claim or Interests* [Docket #13] ("<u>Bar Date Motion</u>").

On or about July 16, 2015, the expiration of the notice period for the Bar Date Motion will expire and if no oppositions to the Bar Date Motion have been filed, the Debtor will submit an order

to the Court for approval of the proposed bar date of September 16, 2015 as the last date by which all creditors of the Debtor must file proofs of claim or interest in the Debtor's estate.

The Debtor anticipates filing a Plan of Reorganization and Disclosure Statement following the completion of a transaction involving either a recapitalization of the Debtor or the sale of its assets.

**G.** **Adequate Projection of Providers of Utilities Used by the Debtor**

N/A

**H.** **Assuming/Rejected Unexpired Leases and Executory Contracts**

Debtor is a party to the following leases for office space:

i.    280 S. Beverly Dr., Ste. 2018, Beverly Hills, California; and

ii.   9107 Wilshire Blvd., Ste. 625, Beverly Hills, California.

The Debtor is a party to approximately ninety five (95) Acquisition Agreements and approximately one hundred fifty (150) Licensing Agreements.    The Debtor is in the process of monitoring its discussions with third parties regarding potential financing and recapitalization of the Debtor and will assume or reject its executory contracts and unexpired leases accordingly.

```
                                        Respectfully Submitted,
                                        WEINTRAUB & SELTH, APC

Dated: July 7, 2015           By:       /s/ Elaine V. Nguyen
                                        Elaine V. Nguyen
                                        Attorneys for Debtor and Debtor-in-Possession,
                                        IMAGINATION WORLDWIDE, LLC
```

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

Imagination Worldwide LLC
Cash Flow
June 12 2015 - September 11 2015

|  | Jun/Jul | Jul/Aug | Aug/Sept |
|---|---|---|---|
| Carryforward Balance | 8,887.63 | 9,405.80 | 11,871.31 |
| **INFLOWS** | | | |
| **Bridge Rights** | 4,204.67 | | |
| **Blue Sky** | | 1,085.17 | |
| **Lionsgate** | | 4,066.84 | |
| **Signature** | | | 8,611.99 |
| **OUTFLOWS** | | | |
| Rent | (1,270.00) | (1,270.00) | (1,270.00) |
| Parking | (150.00) | (150.00) | (150.00) |
| Accounting Consultant | (1,500.00) | (500.00) | (500.00) |
| Storage Unit | (401.50) | (401.50) | (401.50) |
| Phones | (365.00) | (365.00) | (365.00) |
| Balance | 9,405.80 | 11,871.31 | 17,796.80 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025. A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/7/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/7/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **7/7/2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery to: The Honorable Richard M. Neiter, United States Bankruptcy Court, Los Angeles Division

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 7, 2015** | Erika Rappaport | /s/ Erika Rappaport |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Imagination Worldwide, LLC
280 S. Beverly Dr., Ste. 208
Beverly Hills, CA  90212

A.C.I. Films
C/O Alexander, Lawrence Frumes Labowitz
1880 Century Park E., #914
Los Angeles, CA  90067

Barnholtz Entertainment, Inc.
23300 Ventura Blvd., 2nd Floor
Woodland Hills, CA  91364

Boneboys, Inc.
Attn: Robert Kuhn
603 W. 8th St.
Austin, TX  78701

First Act Entertainment, LLC
Attn: Ken Sanders
14251 Arches Lane
Canyon Country, CA  91387

Hunger Productions, LLC
Hunger Trust Account
6710 Stewart Rd., Ste. 300
Galveston, TX  77551

Jade Rose Entertainment, LLC
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA  90210

Kingsparrow Films, Ltd.
International House
1 St. Katharines Way
London, UNITED KINGDOM,    E1W 1UN

Lance Entertainment
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA  90210

Matchbox Pictures, Inc.
123 King St., Studio 204
London, ON  N6A 1C3

Off World Films And Bleeding Edge Films
89 Marmet Ave., Letchworth Garden City
Hertfordshire, U.K.,    SG6 4QF

Outsider Productions One
402 East Gutierrez St.
Santa Barbara, CA  93101

Pierre David
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA  90210

Premiere Bobine
#100, 486 Rue Ste-Catherine O
Montreal, QC  H3B 1A6

ScreenProjex Limited
Watchmaker Court, 33 St John's Lane
London, UNITED KINGDOM,    EC1M 4DB

Shadow Cave Pictures, LLC
3205 Duchess Park
Lane Friendswood, TX  77546

Straightwire Films Limited
26 Burnside
Fleet, UNITED KINGDOM,    GU51 3RE

Stuck Productions, LLC
7250 Franklin Ave., #501
Los Angeles, CA  90046

The Disconnect, LLC
16633 Ventura Blvd., #1440
Encino, CA  91436

The Thompsons Film, LLC
Attn: Eben Kostbar
7040 Hawthorn Ave., #1
Los Angeles, CA  90028