| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar #256432<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Email: Elaine@wsrlaw.net<br><br>Tel: (310) 207-1494<br>Fax: (310) 442-0660<br><br>☐ Movant(s) appearing without an attorney<br>☒ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>IMAGINATION WORLDWIDE, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-19378-RN<br>CHAPTER: 11<br><br>**DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** _6/29/2015_ Movant(s) filed a motion entitled: Motion for an Order Authorizing Debtor to Give Limited Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure

3. A copy of the motion and notice of motion is attached hereto.

4. On _6/29/2015_, Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. **Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).**

6. **More than** _17_ days have passed since Movant(s) served the notice of motion.

7. **I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013                                            Page 1                              F 9013-1.2.NO.HEARING.DEC

8. **No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the notice of motion.**

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the motion be granted and an order be entered without a hearing on the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 7/20/2015

/s/ Elaine V. Nguyen
Signature

Elaine V. Nguyen
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013    Page 2    F 9013-1.2.NO.HEARING.DEC

# ATTACHMENT

**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen - Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**
**Email: Elaine@wsrlaw.net**

[Proposed] Attorneys for Debtor
and Debtor-in-Possession, IMAGINATION WORLDWIDE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:15-bk-19378-RN |
| | Chapter 11 |
| IMAGINATION WORLDWIDE, LLC, | **NOTICE OF MOTION AND MOTION OF DEBTOR FOR AN ORDER AUTHORIZING THE DEBTOR TO GIVE LIMITED NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LAWRENCE A. GOEBEL IN SUPPORT THEREOF** |
| Debtor and Debtor-In-Possession. | |
| | [LBR 9013-1(o)(1)] |
| | Date:    [HEARING NOT SET] |
| | Time:    [HEARING NOT SET] |
| | Courtroom: |

1

1  Imagination Worldwide, LLC ("Debtor" or "IWW"), the debtor and debtor-in-
2  possession in the above captioned Chapter 11 case, hereby moves the Court (the "Motion"), for
3  an order authorizing the Debtor to limit notice of certain matters pursuant to the provisions of
4  Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure.
5  Under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, notice of
6  certain matters and proceedings must be served upon all creditors absent an order of the court to
7  the contrary. The Debtor has approximately 135 parties listed on it creditor mailing matrix at
8  this time. Debtor just filed its Schedule G (executory contracts), which added approximately an
9  additional 100 parties to the Debtor's mailing matrix. Debtor will then have well over 200
10 creditors and interest parties. Requiring the Debtor to serve all parties with notice of all
11 proceedings in this case will substantially and unnecessarily increase the cost and administrative
12 burden to the Debtor and its estate and diminish the assets ultimately available for
13 reorganization without conferring any meaningful benefit on the Debtor's estate.
14 By this Motion, the Debtor requests that notices should be served upon only the
15 following entities (the "Limited Service List"):
16  1. The Office of the United States Trustee;
17  2. Secured creditors;
18  3. If an Official Committee of Unsecured Creditors (the "Committee") has been
19     appointed, counsel for the Committee;
20  4. If a Committee has not been appointed, the twenty largest unsecured creditors;
21  5. Parties that file with the Court and serve upon the Debtor a request for special
22     notice pursuant to Local Bankruptcy Rule 2002-1(a) or file a Request for
23     Courtesy Notification of Electronic Filing (NEF); and
24  6. Any party against whom relief is sought or whose specific rights or interests are
25     directly affected, or such party's counsel.

Notwithstanding the foregoing, the Debtor will serve on all creditors, notice of certain proceedings in the case that affect the interests of all creditors as described herein.

This motion is based upon the Memorandum of Points and Authorities appended hereto, the *Declaration of Lawrence A. Goebel* ("Goebel Declaration") and the papers and pleadings on file in this case and such other evidence as may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is being made ***without a hearing*** pursuant to Local Bankruptcy Rule 9013-1 (o)(1). Local Bankruptcy Rule 9013-1(o)(3) requires that any response to this Motion or request for a hearing be filed with the Court and served on counsel for the Debtor at the address indicated in the upper left-hand corner of this document and the United States Trustee, located at 915 Wilshire Blvd, Los Angeles, CA 90017. Such opposition or request for a hearing, if any, must be filed and served no later than fourteen (14) days after the date of service of this notice (as determined by the date indicated on the proof of service appended hereto), plus an additional three (3) days, unless the notice of motion or application was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). Failure to serve a response or request for hearing may result in the Court granting the relief requested in the Motion.

**WHEREFORE**, the Debtor respectfully requests the Court enter an order limiting notice to the creditors and parties-in-interest as described above.

Dated: June 29, 2015

        WEINTRAUB & SELTH, APC
        By /s/ Daniel J. Weintraub
          Daniel J. Weintraub
          James R. Selth
          Elaine V. Nguyen
          [Proposed] Attorneys for Debtor and
          Debtor-In-Possession, IMAGINATION
          WORLDWIDE, LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

By this Motion, the Debtor requests that the Court approve certain notice procedures which provide that, except for those matters listed in Federal Rule of Bankruptcy Procedure 2002, notices that otherwise would be served on all creditors need only be served on a limited number of parties. Without the requested relief, over 200 creditors and other parties of interest would be entitled to receive notice of some or all filings in this Bankruptcy Case.

The costs and burdens associated with copying and mailing, dispatching for overnight delivery, or otherwise serving paper copies of such filings will impose substantial economic and administrative burdens on Debtor's estate.

Accordingly, the Debtor respectfully requests that the Court limit notice as proposed herein. Attached hereto as **Exhibit "1"** is a true and correct copy of the Debtor's proposed form of order.

## II.

## SUMMARY OF FACTS

On June 11, 2015 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor is managing its affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. The Debtor has approximately 135 parties listed on it creditor mailing matrix at this time. And approximately an additional 100 parties listed in its Schedule G (executory contracts). Debtor will then have well over 200 creditors and interest parties.

//
//
//

4

## III.

## RELIEF REQUESTED

The relief requested in this Motion does not affect the rights of all creditors and parties in interest in the Bankruptcy Case to receive notice of the following matters or proceedings (the "Excluded Matters"):

1. The time fixed to accept or reject a proposed modification of a plan or plans of reorganization (FRBP 2002(a)(5) and 2002(d));

2. The deadline for filing proofs of claim (FRBP 2002(a)(7));

3. The time fixed for filing objections and the hearing to consider approval of a disclosure statement (FRBP 2002(b) and 2002(d)); and

4. The time fixed for filing objections to and the hearing to consider confirmation of a plan or plans of reorganization (FRBP 2002(b) and 2002(d)).

For all matters other than the Excluded Matters (the "Limited Notice Matters") the Debtor proposes limiting notice to the following (the "Limited Service List"):

1. The Office of the United States Trustee;

2. Secured creditors;

3. If an Official Committee of Unsecured Creditors (the "Committee") has been appointed, counsel for the Committee;

4. If a Committee has not been appointed, the twenty largest unsecured creditors;

5. Parties that file with the Court and serve upon the Debtor a request for special notice pursuant to Local Bankruptcy Rule 2002-1(a) or file a Request for Courtesy Notification of Electronic Filing (NEF); and

6. Any party against whom relief is sought or whose specific rights or interests are directly affected, or such party's counsel.

1    The Debtor submits that limiting notice as proposed herein will provide adequate and
2 proper notice to affected creditors and to other interested parties. Such notice procedure will
3 relieve the Debtor of the significant administrative burdens associated with mass mailings and
4 promote the expeditious and economical administration of the estate's limited resources.
5 The Debtor will give proper notice to any entity whose interest is directly affected by any action
6 or proceeding filed by the Debtor. Moreover, any entity that desires notice of all proceedings
7 may file its request for special notice pursuant to LBR 2002-1(a)or file a Request for Courtesy
8 Notification of Electronic Filing (NEF). Accordingly, adoption of this proposed notice
9 procedure is necessary and appropriate.

## IV.

## THE COURT HAS AUTHORITY TO LIMIT THE SCOPE OF NOTICE

Debtor's proposed noticing procedures comport with applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. 11 U.S.C. § 102(1)(a) defines "notice and a hearing" to mean "after such notice as is appropriate in the particular circumstances, and such opportunity for a hearing as is appropriate in the particular circumstances....". 11 U.S.C. § 102(1)(a) [emphasis added].

Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure empowers the Court to regulate notices. More specifically, FRBP 9007 affords the Court general authority to regulate notice:

RULE 9007. General Authority To Regulate Notices.

"When notice is to be given under these rules, the court shall designate, if not otherwise specified herein, the time within which, the entities to whom, and the form and manner in which the notice shall be given. When feasible, the court may order any notices under these rules to be combined."

Similarly, FRBP 2002(m) authorizes the Court to regulate notice requirements and provides in pertinent part:

> "The Court may from time to time enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules."

Finally, FRBP 2002(i) provides in pertinent part:

> "[T]he court may order that notices required by subdivision (a)(2), (3) and (6) of this rule be transmitted to the United States trustee and be mailed only to the committees elected under § 705 or appointed under § 1102 of the Code or to their authorized agents and to the creditors and equity security holders who serve on the trustee or debtor in possession and file a request that all notices be mailed to them."

Thus, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, this Court has the authority to limit the manner of service of notice in the Debtor's case.

## V.

## CONCLUSION

Based on the foregoing, the Debtor respectfully requests that the Court grant the relief requested herein, and such other and further relief as the Court may deem just and proper.

WEINTRAUB & SELTH, APC

Dated: June 29, 2015

By: /s/ Daniel J. Weintraub
Daniel J. Weintraub
James R. Selth
Elaine V. Nguyen
[Proposed] Attorneys for Debtor and Debtor-in-Possession, IMAGINATION WORLDWIDE, LLC

## DECLARATION OF LAWRENCE A. GOEBEL

I, Lawrence A. Goebel, declare and state as follows:

1. I am the manager of Imagination Worldwide, LLC, the Debtor and Debtor-in-Possession herein ("Debtor" or "IWW"). Each of the facts contained in this declaration is based upon my personal knowledge and my review of Debtor's books and records. If called as a witness, I could and would competently testify thereto.

2. This declaration is made in support of the *Motion of Debtor for an Order Authorizing the Debtor to Give Limited Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure* (the "Motion"). All defined terms in the Motion shall hold the same meaning within this Declaration.

3. On June 11, 2015, Imagination Worldwide, LLC, filed its emergency petition for relief under Chapter 11 of Title 11 of the United States Code and is acting as Debtor and Debtor-in-Possession.

4. The Debtor has over 200 parties listed on it creditor mailing matrix at this time.

5. Limiting notice as proposed in the Motion will provide adequate and proper notice to affected creditors and to other interested parties. Such notice procedure will relieve the Debtor of the significant administrative burdens associated with mass mailings and promote the expeditious and economical administration of the estate's limited resources.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed by me, on the 29rd day of June, 2015 at Los Angeles, California.

_____
Lawrence A. Goebel

8

# EXHIBIT 1

1  **Daniel Weintraub - Bar #132111**
2  **James R. Selth - Bar #123420**
   **Elaine V. Nguyen - Bar #256432**
3  **WEINTRAUB & SELTH, APC**
   **11766 Wilshire Boulevard, Suite 1170**
4  **Los Angeles, CA 90025**
   **Telephone: (310) 207-1494**
5  **Facsimile:  (310) 442-0660**
6  **Email: Elaine@wsrlaw.net**

7  [Proposed] Attorneys for Debtor
   and Debtor-in-Possession, IMAGINATION WORLDWIDE, LLC
8

9                    UNITED STATES BANKRUPTCY COURT

10         CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

11

12  In re:                                   Case No. 2:15-bk-19378-RN

13                                           Chapter 11

14  IMAGINATION WORLDWIDE, LLC,              **ORDER AUTHORIZING DEBTOR TO**
15                                           **GIVE LIMITED NOTICE TO CREDITORS**
    Debtor and Debtor-In-Possession.         **PURSUANT TO RULES 2002 AND 9007 OF**
16                                           **THE FEDERAL RULES OF**
                                             **BANKRUPTCY PROCEDURE**
17

18

19
         The Court, having considered the *Motion of Debtor for an Order Authorizing the Debtor*
20
    *to Give Limited Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of*
21
    *Bankruptcy Procedure* (the "Motion") filed by Imagination Worldwide, LLC, the debtor and
22
    debtor-in-possession in the above captioned Chapter 11 case (the "Debtor"), all papers in
23
    support thereof including the *Declaration of Lawrence A. Goebel* and all other relevant
24
    pleadings and documents on file in this Chapter 11 proceeding, the representations and
25
    arguments of counsel, and finding that, under the circumstances of this case, the notice given of
26
    the hearing on the Motion was sufficient, and for other good and adequate cause,
27

28

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. Except as provided herein, notices in this case shall be served only upon the following entities (the "Limited Service List"):

    a. The Office of the United States Trustee;

    b. Secured creditors or their counsel;

    c. If an Official Committee of Unsecured Creditors (the "Committee") has been appointed, counsel for the Committee;

    d. If a Committee has not been appointed, the twenty largest unsecured creditors;

    e. Parties that file with the Court and serve upon the Debtor a request for special notice pursuant to Local Bankruptcy Rule 2002-1(a) or file a Request for Courtesy Notification of Electronic Filing (NEF); and

    f. Any party against whom relief is sought or whose specific rights or interests are directly affected, or such party's counsel.

3. Notwithstanding the foregoing, the Debtor will serve on all creditors notice of the following matters or proceedings (the "Excluded Matters"):

    a. The time fixed to accept or reject a proposed modification of a plan or plans of reorganization (FRBP 2002(a)(5) and 2002(d));

    b. The deadline for filing proofs of claim (FRBP 2002(a)(7));

    c. The time fixed for filing objections and the hearing to consider approval of a disclosure statement (FRBP 2002(b) and 2002(d)); and

    d. The time fixed for filing objections to and the hearing to consider confirmation of a plan or plans of reorganization (FRBP 2002(b) and 2002(d)).

4. No further hearing is necessary to effectuate the foregoing.

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025. A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION OF DEBTOR FOR AN ORDER AUTHORIZING THE DEBTOR TO GIVE LIMITED NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LAWRENCE A. GOEBEL IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov, Kelly.morrison@usdoj.gov,Melanie.green@usdoj.gov
- Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 29, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery to: The Honorable Richard M. Neiter, United States Bankruptcy Court, Los Angeles Division

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2015 | Erika Rappaport | /s/ Erika Rappaport |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Imagination Worldwide, LLC
280 S. Beverly Dr., Ste. 208
Beverly Hills, CA 90212

Barnholtz Entertainment, Inc.
23300 Ventura Blvd., 2nd Floor
Woodland Hills, CA 91364

First Act Entertainment, LLC
Attn: Ken Sanders
14251 Arches Lane
Canyon Country, CA 91387

Jade Rose Entertainment, LLC
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA 90210

Lance Entertainment
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA 90210

Off World Films And Bleeding Edge Films
89 Marmet Ave., Letchworth Garden City
Hertfordshire, U.K.,    SG6 4QF

Pierre David
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA 90210

ScreenProjex Limited
Watchmaker Court, 33 St John's Lane
London, UNITED KINGDOM,    EC1M 4DB

Straightwire Films Limited
26 Burnside
Fleet, UNITED KINGDOM,    GU51 3RE

The Disconnect, LLC
16633 Ventura Blvd., #1440
Encino, CA 91436

A.C.I. Films
C/O Alexander, Lawrence Frumes Labowitz
1880 Century Park E., #914
Los Angeles, CA 90067

Boneboys, Inc.
Attn: Robert Kuhn
603 W. 8th St.
Austin, TX 78701

Hunger Productions, LLC
Hunger Trust Account
6710 Stewart Rd., Ste. 300
Galveston, TX 77551

Kingsparrow Films, Ltd.
International House
1 St. Katharines Way
London, UNITED KINGDOM,    E1W 1UN

Matchbox Pictures, Inc.
123 King St., Studio 204
London, ON N6A 1C3

Outsider Productions One
402 East Gutierrez St.
Santa Barbara, CA 93101

Premiere Bobine
#100, 486 Rue Ste-Catherine O
Montreal, QC H3B 1A6

Shadow Cave Pictures, LLC
3205 Duchess Park
Lane Friendswood, TX 77546

Stuck Productions, LLC
7250 Franklin Ave., #501
Los Angeles, CA 90046

The Thompsons Film, LLC
Attn: Eben Kostbar
7040 Hawthorn Ave., #1
Los Angeles, CA 90028

# ATTACHMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 7/22/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kenneth G Lau    kenneth.g.lau@usdoj.gov; Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com; Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com; United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov; Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 7/22/15 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Personal Delivery to: The Honorable Thomas Donovan, United States Bankruptcy Court, Los Angeles Division

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/22/15    Erika Rappaport    /s/ Erika Rappaport
Date    Printed Name    Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013    Page 3    F 9013-1.2.NO.HEARING.DEC