**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen - Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile:  (310) 442-0660**
**Email: Elaine@wsrlaw.net**

FILED & ENTERED

JUL 29 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

[Proposed] Attorneys for Debtor
and Debtor-in-Possession, IMAGINATION WORLDWIDE, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:15-bk-19378-RN |
| | Chapter 11 |
| IMAGINATION WORLDWIDE, LLC, | |
| Debtor and Debtor-In-Possession. | **ORDER AUTHORIZING DEBTOR TO GIVE LIMITED NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

The Court, having considered the *Motion of Debtor for an Order Authorizing the Debtor to Give Limited Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure* (the "Motion") filed by Imagination Worldwide, LLC, the debtor and debtor-in-possession in the above captioned Chapter 11 case (the "Debtor"), all papers in support thereof including the *Declaration of Lawrence A. Goebel* and all other relevant pleadings and documents on file in this Chapter 11 proceeding, and for other good and adequate cause,

//

1

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted;

2.    Except as provided herein, notices in this case shall be served only upon the following entities (the "Limited Service List"):

      a.    The Office of the United States Trustee and any government entity entitled to notice;

      b.    Secured creditors or their counsel;

      c.    If an Official Committee of Unsecured Creditors (the "Committee") has been appointed, counsel for the Committee;

      d.    If a Committee has not been appointed, the twenty largest unsecured creditors or their counsel;

      e.    Parties that file with the Court and serve upon the Debtor a request for special notice pursuant to Local Bankruptcy Rule 2002-1(a) or file a Request for Courtesy Notification of Electronic Filing (NEF); and

      f.    Any party against whom relief is sought or whose specific rights or interests are directly affected by such motion, or such party's counsel.

3.    Notwithstanding the foregoing, the Debtor will serve on all creditors and on the parties listed in paragraphs 2.a, 2.e, and 2.f notice of the following matters or proceedings (the "Excluded Matters"):

      a.    The meeting of creditors pursuant to 11 U.S.C. § 341(a);

      b.    The time fixed to accept or reject a proposed modification of a plan or plans of reorganization (FRBP 2002(a)(5) and 2002(d));

      c.    The deadline for filing proofs of claim (FRBP 2002(a)(7));

      d.    The time fixed for filing objections and the hearing to consider approval of a disclosure statement (FRBP 2002(b) and 2002(d));

1    e.    The motion to approve the sale of substantially all of the assets of the

2          Debtor;

3    f.    Any motion under Fed. R. Bankr. P. 2002(f); and

4    g.    The time fixed for filing objections to and the hearing to consider

5          confirmation of a plan or plans of reorganization (FRBP 2002(b) and

6          2002(d)).

7                              # # #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Date: July 29, 2015                    _____
                                            Richard M. Neiter
26                                          United States Bankruptcy Judge

27                                     3

28