| | |
|---|---|
| Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen – Bar #256432<br>**WEINTRAUB & SELTH, APC**<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>[Proposed] Attorneys for Debtor and Debtor-in-Possession,<br>IMAGINATION WORLDWIDE, LLC | **FILED & ENTERED**<br><br>AUG 10 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY milano    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**   CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>IMAGINATION WORLDWIDE, LLC,<br><br>    Debtor and Debtor-in-Possession. | ) Case No 2:15-bk-19378-RN<br>)<br>) Chapter 11<br>)<br>) **SCHEDULING ORDER**<br>)<br>) Continued Status Hearing:<br>)<br>) Date:   September 10, 2015<br>) Time:  9:30 a.m.<br>) Place:  Courtroom 1645<br>)          255 E. Temple St.<br>)          Los Angeles, CA<br>)<br>) |

**IN SAID DISTRICT, AT THE TIME AND PLACE ASCRIBED ABOVE:**

On July 21, 2015 at 10:30 a.m., the Court held a Chapter 11 Status Conference in the above referenced Chapter 11 case (the "Case") filed by Imagination Worldwide, LLC, the Debtor-in-Possession ("Debtor").  Elaine V. Nguyen appeared on behalf of the Debtor.

The Court having considered the representations of counsel at the hearing and for good cause therefor:

//

//

**IT IS HEREBY ORDERED,** that the Court will hold a continued Status Conference in this Case on September 10, 2015 at 9:30 a.m. in Courtroom 1645 of the Court located at 255 E. Temple Street, Los Angeles, California.  The Debtor must file a Status Report with the Court on or before August 27, 2015.

**IT IS FURTHER ORDERED**, the bar date for creditors to file proofs of claims or interest in the case is September 16, 2015.

### # # #

Date: August 10, 2015

Richard M. Neiter
United States Bankruptcy Judge