1 | Daniel Weintraub - Bar #132111
  | James R. Selth - Bar #123420
2 | Elaine V. Nguyen - Bar #256432
  | WEINTRAUB & SELTH, APC
3 | 11766 Wilshire Boulevard, Suite 1170
  | Los Angeles, CA 90025
4 | Telephone: (310) 207-1494
  | Facsimile: (310) 442-0660
5 | Email: Elaine@wsrlaw.net

6 | Attorneys for Debtor and Debtor-In-Possession,
  | IMAGINATION WORLDWIDE, LLC
7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

10 |

11 | In re                                    )    Case No.: 2:15-bk-19378-RN
12 |                                          )
   | IMAGINATION WORLDWIDE, LLC,              )    Chapter 11
13 |                                          )
14 |         Debtor and Debtor-in-Possession. )    **DEBTOR'S CHAPTER 11**
15 |                                          )    **STATUS REPORT**
   |                                          )
16 |                                          )    Date:    September 10, 2015
   |                                          )    Time     9:30 a.m.
17 |                                          )    Place:   Courtroom 1645
18 |                                          )             255 E. Temple St.
   |                                          )             Los Angeles, CA 90012
19 |                                          )
20 |                                          )
21 |                                          )
22 |                                          )
23 |                                          )
24 |                                          )

25 | TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY

26 | JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN

27 | INTEREST:

28 |

Imagination Worldwide, LLC, the debtor and debtor-in-possession ("Debtor" or "IWW") in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby submits its Chapter 11 Status Report as follows:

### A.    Brief Description of the Debtor

On June 11, 2015 (the "Petition Date"), IWW filed its emergency petition (the "Case") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"). The Debtor is a Debtor-in-Possession in accordance with Bankruptcy Code §§ 1107 and 1108.

IWW is a California limited liability company. Lawrence A. Goebel ("Goebel") is Manager of the Debtor.

IWW is an international motion picture sales and distribution company based in Los Angeles, California. The company was founded in 2003, and has a diverse catalogue of more than sixty (60) films ranging from thrillers to documentaries and cutting edge science fiction. The Debtor's business model is two-fold: the Debtor enters into acquisition agreements with producers to obtain the rights to license a particular film (the "Acquisition Agreements") and then enters into licensing agreements for such films with various distribution companies around the world (the "Licensing Agreements").

IWW currently has one employee (Goebel) who manages all aspects of sales, distribution, marketing and servicing, and one independent contractor who assists Goebel on an as needed basis in the company's general operations.

The Debtor's primary assets consist of its accounts receivables totaling approximately $163,000.00 and its interest in the Acquisition Agreements and Licensing Agreements. The Debtor's primary liabilities consist of unpaid licensing fees due to producers under its Acquisition Agreements.

The Debtor commenced the instant case because it began to fall behind on its payments due to producers under the Acquisition Agreements primarily due to the collapse of the DVD distribution market which the Debtor relied heavily upon. IWW was unable to license many of its independent films, which were previously distributed via DVD. As a result, the Debtor began to

2

1  receive letters from producers terminating their Acquisition Agreements with the Debtor.    The

2  Debtor filed this emergency petition in order to preserve its interests in the Acquisition Agreements

3  and Licensing Agreements and to preserve the company's going concern value.

4      **B.    Status of the Bankruptcy Case**

5      The Debtor has been involved in early stage discussions with several parties who have

6  expressed an interest in recapitalizing the Debtor and funding its reorganization.

7      In the last month, Debtor's discussions have been focused with Michelle Mower, a producer

8  and filmmaker and also one of the owners of Shadow Cave Pictures, a production company that is

9  the Debtor's largest creditor.

10     Ms. Mower has expressed an interest in investing into IWW because she is looking for a

11  company that is experienced with acquiring and selling films to buyers.  IWW is continually in the

12  marketplace and interacting with buyers of projects and understands what projects are the most

13  "commercial".  Ms. Mower met with an investment fund which has expressed an interest in

14  investing in the Debtor and requested a business plan, which the Debtor and Ms. Mower completed

15  on August 13, 2015.  Attached hereto as **Exhibit A** is a true and correct copy of the business plan

16  that the Debtor and Ms. Mower prepared and which was submitted to the investment fund on

17  August 14, 2015.  The Debtor has asked for $500,000 along with 12 months of operating expenses.

18     The Debtor expects to hear back from the investment fund within 30 days and accordingly

19  asks the Court to continue the status conference for sixty (60) days so that the Debtor can hear from

20  the investment fund.  The Debtor anticipates filing a Plan of Reorganization and Disclosure

21  Statement if the Debtor is able to find an investor.  If the Debtor is unable to find an investor, the

22  Debtor will move to convert or dismiss this case.

23                                      Respectfully Submitted,
                                        WEINTRAUB & SELTH, APC
24

25  Dated: August 27, 2015            By: /s/ Elaine V. Nguyen
                                        Elaine V. Nguyen
26                                      Attorneys for Debtor and Debtor-in-Possession,
                                        IMAGINATION WORLDWIDE, LLC
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

CONFIDENTIAL

# Imagination Worldwide LLC
## A Motion Picture Production & Distribution Service Company

# BUSINESS PLAN

**August 13, 2015**

**Imagination Worldwide, LLC**
**Contact: Michelle Mower**
**280 South Beverly Drive, Suite 208**
**Beverly Hills, CA 90212**
**310-888-3494 Office**
**http://imagination-llc.com/**

The information contained in this business plan is confidential and proprietary of Imagination Worldwide (IWW), LLC (the "Company") and is intended only for the persons to whom it is transmitted by the Company or its representatives. Any reproduction of this document, in whole or in part, or the divulgence of any of its contents without the prior written consent of the Company, is prohibited.

This is a business plan. It does not imply and shall not be construed as an offering of securities. Prospective investors are not to construe the contents of this document as investment, legal or tax advice from either the Company or the preparers of this document. Any prospective investor should consult with professional investment advisors and gain professional legal and tax advice.

Each potential investor specifically understands and agrees that any estimates, projections, revenue models, forecasts or assumptions are by definition uncertain and thus possibly unreliable. Any party considering a transaction with the Company agrees to look solely to its own due diligence.

**Business Plan Copy No. ____1_____**

- 2 -

## Confidentiality Agreement

The undersigned reader acknowledges that the information provided by Imagination Worldwide, LLC in this business plan is confidential. Therefore, the undersigned reader agrees not to disclose any of such information without the express written permission of Imagination Worldwide, LLC.

It is hereby acknowledged by the undersigned that the information to be furnished in this business plan is in all respects confidential in nature (other than such information which is already in the public domain through other means) and that any disclosure or use of same by the undersigned may cause serious harm or damage to Imagination Worldwide, LLC.

Upon request, this document is to be immediately returned to Imagination Worldwide, LLC.

_____

Signature

_____

Print Name

_____

Date

- 3 -

# TABLE OF CONTENTS

**Confidentiality Agreement          i**
**EXECUTIVE SUMMARY      1**
**I.  THE COMPANY   2**
     1.1    History & Background
     1.2    Reorganization
     1.3    Management Team
     1.4    Strategic Alliances and Key Associates
**II.  THE INDUSTRY   5**
     2.1    Independent Marketplace
     2.2    Theatrical
     2.3    Television
     2.4    Video-On-Demand
     2.5    Foreign Territories
     2.6    Home Video/DVD
     2.7    Branded Digital and Mobile Media
**III.  PRODUCTION DIVISION   8**
     3.1    Development
     3.2    Target Audience
     3.3    Co-Productions
     3.4    Distribution
**IV.  ENTERTAINMENT BUSINESS SOLUTIONS      9**
     4.1    Budgeting and Scheduling Services
     4.2    Accounting and Financial Services
     4.3    Contract and Legal Services
     4.4    Marketing and PR Services
     4.5    Delivery Management Services
     4.6    Entertainment Industry Consulting for Investors
**V.  SALES AND DISTRIBUTION      11**
     5.1    Domestic
     5.2    Foreign
     5.3    SVOD
     5.4    Digital and Mobile
**VI.  INVESTMENT OPPORTUNITY   12**

**APPENDIX      13**

**CASH FLOW PROJECTIONS      14**

- 4 -

# Imagination Worldwide, LLC
# BUSINESS PLAN

## EXECUTIVE SUMMARY

### *Company Background*

Imagination Worldwide (IWW), LLC (the "Company") is an established motion picture distribution company created under the laws of the State of California, for the purpose of acquiring and distributing motion pictures to domestic and international markets.

### *Reorganization Summary*

The emergence of affordable, digital technology has enabled independent filmmakers worldwide to create quality films at a rate that the current marketplace cannot support. The number of films being offered to buyers annually at film markets such as AFM, EFM and Cannes has multiplied in the past several years, causing the buyer's overall purchase fees to decline. This is making it difficult for established distribution companies like IWW to thrive under traditional distribution models. To address these changes, IWW is restructuring its current business model to expand its offerings and forge new paths of revenue not currently being exploited in the marketplace. Our goal is to continue to distribute quality products that will sell to established buyers. IWW will also become a content creator through development and production of films targeted to those markets. Additionally, IWW will provide professional business solutions to filmmakers seeking support for their independent productions through our vast network of industry partners in the legal, financial and marketing fields. In essence, IWW will manage all business aspects for independent productions so that filmmakers can focus on the creative side of making their movies.

### *The Market*

North American box office figures topped $10.6 billion in 2013, becoming the second record-setting year in a row at the box office. In addition, 2013 marked the ninth straight year of box office growth in the international market, with more than $35.9 billion in worldwide revenues. As of 2013, films released by independent studios were estimated to represent 15% of U.S. domestic box office revenue. By 2017, online streaming services such as Netflix and HULU will likely surpass box office revenues earning upwards of $14 billion per year.

- 5 -

# I.    THE COMPANY

## 1.1    History & Background

The Company was established in 2003 in the State of California by veteran producers Tom Berry and Pierre David. The company was sold in 2013 to Lawrence Goebel, who had previously served as the President of the Company. The head office of the Company is located at 280 South Beverly Drive, Suite 208, Beverly Hills, CA 90212. The Company filed for Chapter 11 in June, 2015. The purpose of the Company prior to filing Chapter 11 was to engage in the sale and distribution of independently produced feature films. The Company currently maintains a library of over 60 feature films.

## 1.2    Reorganization

Imagination Worldwide will undergo organizational restructuring to address the shifts in demand in the current motion picture, television and new media industries. The Company will be comprised of three divisions: production, business and financial solutions and sales and distribution. By diversifying our corporate portfolio, we will be able to generate revenue through both traditional and non-traditional avenues, including theatrical, television, VOD and digital platforms. Our goal is to be the go-to company for anyone seeking to produce, market and/or distribute an independent motion picture, television movie, web production or branded mobile video content.

## 1.3 Management Team

**Michelle Mower** – President, Chief Executive Officer

Michelle Mower has written, directed and produced a number of short films, as well as three feature films. Her debut feature "The Preacher's Daughter," starring Andrea Bowen ("Desperate Housewives") premiered on Lifetime Movie Network (LMN) on August 31, 2012. The premiere garnered the highest ratings of any movie on LMN for all of 2012. After the success of her film on Lifetime, Michelle was given the opportunity to write, co-produce and direct a second tv movie for the network titled "The Preacher's Mistress." The film, which stars Sarah Lancaster and Natalia Cigliuti, premiered on The Lifetime Channel in November, 2013. She is currently in production another project for Lifetime.

Michelle received her B.A. degree in Radio/Television from the University in Houston in 2000. After graduation, Michelle was hired by the Houston NBC affiliate as Associate Producer for the morning news program.  In 2003, Michelle went to work for Southwest Alternate Media Project (SWAMP), a non-profit media arts organization based in Houston. Her primary function as Program Coordinator was to organize SWAMP's professional development workshops, youth after-school programs, independent film screenings, monthly networking mixers and special film-related events. Through her work with SWAMP, Michelle started "*Lights! Camera! Action! Summer Moviemaking Camp*" for teens and the annual Business of Film Conference, which takes place annually at Rice University.

**Larry Goebel** – Vice Presiden of Sales and Distribution

- 6 -

Lawrence Goebel is owner, president and chief executive officer of Imagination Worldwide, LLC (Imagination), and has been with the company since its inception in August 2003. Imagination specializes in worldwide sales/licensing, distribution and marketing of feature-length motion pictures and television programming. It currently has an eclectic library of over sixty films that includes titles ranging from the charming and critically acclaimed romantic comedy documentary MY DATE WITH DREW (with Drew Barrymore) and the emotional and inspirational GO FAR: THE CHRISTOPHER RUSH STORY to acclaimed science fiction, horror and thriller films like THE HAMILTONS, SHALLOW GROUND and THE ZOMBIE DIARIES series. Mr. Goebel has served as executive producer on ten feature films in his career as well, including award winning family films like MY DOG'S CHRISTMAS MIRACLE and CUPID DOG.

Mr. Goebel's responsibilities at Imagination include overseeing all aspects of the day-to-day operations of the company including sales, business/legal affairs, acquisitions and development, marketing, contract administration, accounting/cash flow management, technical servicing and personnel.

(See full bio attached.)


**Marian Salas** – Chief Financial Officer

Marian Salas has been a freelance, non-licensed accountant and business manager for over 27 years. Her clients have included a number of independent motion picture production and distribution companies. Marian oversees all areas of accounting and year-end closing, through financial statement preparation. She works closely with CPA's to effectively manage the year-end tax impact and properly amortize films. She manages daily accounts payable and accounts receivable duties, including business management of the accounts. She generates monthly cash flow and budget projections and is often consulted on matters of employment, employment law and HR policies.


**Wendy Wolverton** – Delivery Management and Logistics (part time)

Wendy Wolverton has overseen the delivery of hundreds of productions to distributors all over the world. She has a strong understanding of technical specifications for all international delivery standard as well as digital formats.


## 1.4    Strategic Alliances and Key Associates

The Company will utilize a network of key business partners to offer turnkey business services to independent filmmakers seeking professional support for their independent productions.

**Production Advisory Board** - In order to identify quality productions that have the highest sales potential based on the demands of the marketplace, the Company will form a production advisory board that includes established professionals in the entertainment industry, including but not limited to producers, market analysts, development executives and acquisition specialists. This board will meet periodically

- 7 -

to discuss market trends and will be consulted on an as-needed basis to review project proposals.

**Production For Use** – IWW will outsource funding services through a partnership with Pro4Use.com, an Austin-based independent film consulting firm created by South By Southwest Founder Louis Black and Dallas producer Joe Dishman.

**Legal** – IWW will offer legal services through our network of highly experienced entertainment and corporate attorneys.

**Payroll & Accounting Services** - IWW will contract out payroll and accounting services through our network of payroll companies, production accountants, guild representatives and incentives experts. In addition, IWW will hire an experienced line producer to oversee the expenditures of all productions and ensure compliance with our business solutions agreements.

**Publicity & Social Media Marketing Services** – The Company will assist independent filmmakers with PR and marketing through our network of experienced publicists, marketing & branding experts and social media gurus. Each production using our business management services will receive an individualized marketing and PR plan designed to maximize their productions exposure.

# II. THE INDUSTRY

In 2013, the North American box office totaled $10.6 billion, up 15% from five years before. American motion picture distributors generated more than $35.9 billion in worldwide revenues in 2013. Revenues took a dip generating $31.8 billion in 2014, but appear to be rebounding in 2015. According to a study conducted by Price Waterhouse, worldwide box office revenues are expected to reach close to $40 billion by 2018.



## 2.1  Independent Marketplace

The distribution of a motion picture involves the licensing of the picture in the U.S., Canada and the foreign marketplace. Traditionally, the distributor will license the following rights: theatrical exhibition; non-theatrical markets (where applicable, such as educational markets); home video (including Blu Ray, DVD and CDs); subscription video-on-demand; cable/transactional video-on-demand and television. Additional ancillary markets include merchandising and music or soundtrack rights.

Studios are generating fewer films. With the increase in cable channels, the implementation of digital satellites, the Internet and a wide variety of other new distribution platforms, media buyers and programmers require more content to fill consumer demand. Independent films are filling the void left by the decrease of studio productions thanks in large part to the advent of low cost cameras and production equipment. Since independent producers can make films at significantly lower budgets, independent films allow for greater profit margins for investors should the film succeed in the marketplace.

## 2.2    Theatrical

A handful of independent films that are acquired at film festivals or film markets will have platform theatrical releases, a model that is driven by ticket sales in limited markets. Public demand for specific movie products may translate into profits for a film if marketed properly to attract the target demographic in a specific region. Eventually, the films will migrate to other markets, such as foreign territories, television, video-on-demand and numerous digital platforms. Even if a film is not profitable in the domestic theatrical release, oftentimes it can recoup its costs and earn a gross profit in the foreign territories and in ancillary markets.

## 2.3    Television

Network and cable television are still the dominant form of entertainment consumption in the U.S., according to Nielsens. Over 209 million people in the U.S. watch traditional television on a weekly basis, although those numbers are gradually decreasing due to the increase in viewers embracing digital platforms.

Television can be broken down into two revenue models – advertising-supported model (networks) and subscription-based model (cable). These are the same revenue models being employed in the digital space by platforms such as Netflix, HULU, GoogleTV and Yahoo Movies. Currently, many cable networks such as HBO, Lifetime and Hallmark are licensing independently produced content to fill their airspace, making television a viable source of revenue for independent filmmakers.

## 2.4    Foreign Territories

Much of the projected growth in the worldwide industry comes from the international markets, which reached record revenues of $35.9 billion in 2013. This marked the ninth straight year of box office growth abroad, and it is anticipated that international distributor revenues will continue to increase over time. Distributors and exhibitors continue to find new ways to grow the international revenue pool. The growth of multiplexes in Europe and an increase in the number of screens in Asia and Latin America have contributed significantly to this growth. Other factors include privatization of foreign television networks, the introduction of direct broadcast satellite services and increased cable opportunities.

## 2.5    Video-On-Demand

Subscription Video-On-Demand is replacing DVD as the predominant platform for home entertainment consumption. Not only are more households consuming media via SVOD services such as Netflix, HULU and Amazon, they are on average spending more time watching content. Viewership of SVOD is up 4% and the overall time the average consumer spends on those platforms is 50 minutes per day. Those numbers are expected to increase as more consumers embrace these platforms for their media consumption. Developing a direct relationship with SVOD services such as Netflix, HULU, Amazon Prime and other direct-to-consumer platforms will allow the company to grow with that emerging market.

- 10 -

## 2.6    Home Video/DVD

Once the highest-generator of revenue for independent film, home video/DVD sales have declined significantly due to emerging technology such as streaming and video-on-demand. However, the market for home video sales can still generate profit through popular platforms such as Redbox, Amazon and Netflix as well as retail outlets like Best Buy and Walmart.

## 2.7    Branded Digital & Mobile Media

Consumption of media on digital and mobile devices is on the rise! Many corporations, non-profits and individuals are utilizing platforms such as Youtube, Vimeo, Snapchat, Vine and other free platforms to create media that promotes their brands. This new form of advertising is typically highly targeted and story-driven. Youtube is by far the largest digital platform with 1 billion active users per month. Snapchat boasts 100 million users and Vine has 40 million, with those numbers increasing by the day. Branded video content is redefining the models of media consumption in ways that independent filmmakers will need to embrace if they want to build an audience for their products.

- 11 -

## III.  PRODUCTION DIVISION

### 3.1    Development

The Company, with its network of industry experts and analysts, will develop and produce 4-5 feature films with budgets under $2 million annually. These films will include made-for-television movies that can also be sold to international buyers, feature films made by women and minorities that will benefit from a day-and-date release model and genre productions with international appeal.

### 3.2    Target Audience

In 2013, nine feature films with female leads grossed over $100 million dollars. Statistics published by The Motion Picture Association of America (MPAA) indicate women generated over $5.5 billion of U.S. box office revenues. Similarly, a report by the Center for the Study of Women in Television and Film indicates that women made up 53% of the movie ticket buying audience in 2013. However, of the top 100 highest grossing films of 2013, women only accounted for 29% of the speaking roles and 15% of the lead roles. It is clear that women are a highly valuable yet under represented segment of the movie-going population. Our goal is to fill the void of content for women through a strategic distribution model that focuses on building and serving female audiences who seek entertainment that reflect their perspectives.

### 3.3    Co-Productions

Develop strategic alliances with production companies in Europe, Asia, Africa and Latin America to create content for their booming markets.

### 3.4    Distribution

While Imagination Worldwide can act as the sales agency for all productions the Company produces in-house, we will not limit ourselves to working exclusively with our internal sales division should the opportunity arise to distribute a production with a larger distribution company or studio. However, having a guaranteed plan for distribution from our internal sales division will give us an advantage over non-represented independent features when it comes to funding and negotiating with prospective buyers.

- 12 -

## IV.   ENTERTAINMENT BUSINESS SOLUTIONS

A new, exciting aspect of the restructuring of Imagination Worldwide is the creation of the Business and Professional Services division. IWW will provide professional business & consulting services to independent filmmakers seeking support for their independent productions through our vast network of industry partners in the legal, financial and marketing fields. In essence, IWW will manage all business aspects for independent productions so that filmmakers can focus on the creative side of making their movies.

### 4.1    Budgeting and Scheduling Services

During development, a preliminary production schedule and breakdown is necessary in order to accurately budget the movie. Through our network of experienced line producers, production managers and assistant directors, the Company can work with the producer to develop a solid preliminary schedule and budget that can be included in the production's proposed business plan.

### 4.2    Financial and Accounting Services

In addition to developing viable budgets for independent productions, the Company can assist with various financial and accounting services through our network of payroll services, production accountants and accounting firms that specialize in tax returns for production entities. In addition, IWW will oversee employment paperwork for the production to ensure federal and state compliance. Lastly, IWW can work with productions to ensure all union fringes and residuals are calculated correctly and paid according to contract requirements.

### 4.3    Contract and Legal Services

Independent film productions often overlook the necessity for legal representation, thinking they can handle contracts, copyright, music licensing and many other production-related legal needs. The fact of the matter is, most can't. All of our plans include access to 30 minutes of free preliminary legal consultation with an establish entertainment attorney. IWW will oversee all deal memos and contracts that comply with industry standards, working with our network of entertainment attorneys.

In addition to contracts and deal memos, our contracted attorneys can also over copyright submission, chain of title and script research services as well as all licensing of music and other intellectual property to be used in the final production.

### 4.4    Marketing and PR Services

The Company will offer targeted marketing and PR services by contracting key associates in the entertainment public relations field. Marketing is rarely included in independent film budgets, which can often hurt the film's chances of gaining traction in the larger industry. By implementing marketing strategies beginning during early stages of the production, the Company can help build an audience that will follow and support the project through release.

- 13 -

**4.5    Delivery Management Services**

Deliverables are a costly part of any film's production. Many filmmakers don't budget for deliverables, or know how to budget for them properly. Additionally, many don't know how to work with reputable labs to ensure their DCP's and other media are delivered to specifications for each market. The Company will manage deliverables and ensure they meet all technical, legal and insurance requirements.

**4.6    Entertainment Industry Consulting for Investors**

As traditional modes of investment become increasingly unstable, investors are seeking avenues of investment that go beyond "parking your money" somewhere and waiting for the returns to roll in. Many are seeking investment in industries that interest them and give them access to industries that will potentially generate high financial and experiential returns. The motion picture industry is one of those investment opportunities that have the potential to deliver, but at a high risk.

Our company will offer consulting services to qualified investors who want to learn more about how the industry works, how to make informed investment choices and what pitfalls to look out for when approached to invest in a motion picture. Our goal is to develop a pool of informed investors willing to financially back productions by making sure their interests are being prioritized in the revenue waterfall.

- 14 -

# V. SALES AND DISTRIBUTION

The company will produce and acquire films that meet the demands of the marketplace, both domestically and internationally. Our development division will ensure that all films produced under the IWW brand will have an outlet for distribution in place prior to production.

## 5.1    Domestic

The Company has a strong relationship with domestic television cable companies and has licensed dozens of made-for-television movies to networks such as Lifetime and Hallmark in years past. We intend to increase our presence in these markets while developing strategies to address the convergence of broadcast television and digital platforms over the next 5-7 years.

## 5.2    Foreign

The Company's long history of sales in territories across the globe gives it an advantage in the marketplace by allowing them to package productions based on what their network of buyers demand. We will continue to generate sales of independent productions at prominent film markets around the world, including European Film Market (February), FILMART in Hong Kong (March), Cannes' Le March du Cinema (May), Toronto Film Festival (September) and the American Film Market (November).

## 5.3    Digital and Mobile

The company intends to negotiate directly with digital streaming and VOD providers to maximize the profitability of products in those markets. These providers include cable VOD, Netflix, Amazon, HULU, etc.

## 5.4    Home Video/DVD

Despite the trend of decline in the DVD/Home Video market, there are still revenue potential in these markets, especially for faith-based and family films. We intend to exploit these markets by creating direct relationships with retail vendors, such as Best Buy and Walmart. In addition, we will continue to develop a direct sales relation ship with Redbox, which currently accounts for half of the DVD rentals in North America.

## 5.5    In-Flight Entertainment

In-flight Entertainment is a $3 billion per year industry that many independent filmmakers do not take into consideration or know how to exploit. It's not unusual for a successful, theatrically-released independent film to earn in excess of six figures to show a movie in-flight for a period of a few months. The Company intends to develop relationships with companies that offer content to airlines.

- 15 -

# VI. INVESTMENT OPPORTUNITY

We are seeking $500,000 in capital to fund the initial acquisition and restructuring of the Company along with 12 months operating expenses of the Company beginning January, 2016. The Company proposes to secure all of its funds from 2-3 private investors or equity funds. We would prefer not to involve third party lenders who will likely require the Company to prioritize their return on all future earnings.

Using conservative, selective revenue projections, the Company projects net revenues of approximately $ 1.2 million by FY2018. (see attached Cash Flow Chart). We are not seeking passive investors. We seek partners who will be involved in the development and operation of the Company. Our goal is to adhere to the business plan that is agreed upon by all vested parties, while keeping channels of communication open to discuss changes that may be necessary due to changes in the industry. We want individuals who bring a strong grasp of the film market and the vision to adapt as industry paradigms change.

The revenue models contained in this document are based on certain assumptions of fact, and are presented for illustrative purposes only and do not represent a forecast of the anticipated results of the Company's operations. Potential investors must recognize that the projections are only estimates, are not guaranteed, and should not be relied upon by any investor in connection with the Company. No independent audit or review of the financial projections or assumptions has been performed.

Investment in the motion picture industry is highly speculative and inherently risky. There can be no assurance of the economic performance of any motion picture since the revenues derived from the production and distribution of a film depend primarily on its acceptance by the viewing public, which is a factor that cannot be predicted. The commercial success of a picture also depends on the quality and acceptance of competing films released into the marketplace at or near the same time, general factors such as the economic climate, and other tangible and intangible factors.

- 16 -

# APPENDIX

**Sources:**

- Global Entertainment and Media Outlook: 2015 - 2019
  http://www.pwc.com/us/em/outlook

- Nielsens, Total Audience Report: Q1 2015
  http://www.nielsen.com/us/en/insights/reports/2015/the-total-audience-report-q1-2015.html

- Demographics and box office information can be found on the Motion Picture Association's website: http://www.mpaa.org/Resources/93bbeb16-0e4d-4b7e-b085-3f41c459f9ac.pdf

- http://www.nielsen.com/us/en/insights/reports/2014/shifts-in-viewing-the-cross-platform-report-q2-2014.html

- http://www.nielsen.com/us/en/insights/news/2015/all-things-considered-comparable-metrics-offer-a-solid-line-of-sight-for-the-industry.html

- http://variety.com/2014/film/news/redbox-makes-up-half-of-dvd-rental-market-exec-says-1201214188/

- 17 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify* **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/27/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **8/27/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **8/27/2015** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Personal Delivery to: The Honorable Richard M. Neiter, United States Bankruptcy Court, Los Angeles Division

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/272015 | Elaine V. Nguyen | | /s/ Elaine V. Nguyen |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**