Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
Elaine V. Nguyen - Bar #256432
**WEINTRAUB & SELTH, APC**
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660
Email: Elaine@wsrlaw.net

Attorneys for Debtor and Debtor-In-Possession,
IMAGINATION WORLDWIDE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>IMAGINATION WORLDWIDE, LLC,<br><br>Debtor and Debtor-in-Possession. | Case No.: 2:15-bk-19378-RN<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>Date:    November 3, 2015<br>Time    2:00 p.m.<br>Place:   Courtroom 1645<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

Imagination Worldwide, LLC, the debtor and debtor-in-possession ("Debtor" or "IWW") in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby submits its Chapter 11 Status Report as follows:

**A.  Brief Description of the Debtor**

On June 11, 2015 (the "Petition Date"), IWW filed its emergency petition (the "Case") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"). The Debtor is a Debtor-in-Possession in accordance with Bankruptcy Code §§ 1107 and 1108.

IWW is a California limited liability company. Lawrence A. Goebel ("Goebel") is Manager of the Debtor.

IWW is an international motion picture sales and distribution company based in Los Angeles, California. The company was founded in 2003, and has a diverse catalogue of more than sixty (60) films ranging from thrillers to documentaries and cutting edge science fiction. The Debtor's business model is two-fold: the Debtor enters into acquisition agreements with producers to obtain the rights to license a particular film (the "Acquisition Agreements") and then enters into licensing agreements for such films with various distribution companies around the world (the "Licensing Agreements").

IWW currently has one employee (Goebel) who manages all aspects of sales, distribution, marketing and servicing, and one independent contractor who assists Goebel on an as needed basis in the company's general operations.

The Debtor commenced the instant case because it began to fall behind on its payments due to producers under the Acquisition Agreements primarily due to the collapse of the DVD distribution market which the Debtor relied heavily upon. IWW was unable to license many of its independent films, which were previously distributed via DVD. As a result, the Debtor began to receive letters from producers terminating their Acquisition Agreements with the Debtor. The Debtor filed this emergency petition in order to preserve its interests in the Acquisition Agreements and Licensing Agreements and to preserve the company's going concern value.

B. **Status of the Bankruptcy Case**

The Debtor has been involved in discussions with several parties who have expressed an interest in recapitalizing the Debtor and funding its reorganization.

Currently, Debtor's discussions have focused with Michelle Mower, a producer and filmmaker and also one of the owners of Shadow Cave Pictures, a production company that is the Debtor's largest creditor.

Ms. Mower and an investment group called Pantheon of Women Fund, LLC a Texas limited liability company ("Pantheon"), have expressed an interest in together investing $500,000.00 into IWW. Over the past month, the parties have been in the process of revising a business plan and cash flow projection, which were finalized and submitted to Pantheon last week. The representatives of Pantheon are in the process of circulating this revised business plan to its board of directors for approval.

Should Pantheon withdraw its interest in investing in the Debtor, another company in Texas (the identity of which the Debtor would like to keep confidential at this time) has expressed an interest in investing $500,000 in the Debtor. If both of these companies ultimately decide not to invest, Ms. Mower may move forward with investing the full $500,000 into the Debtor herself.

Given these potential investors, the Debtor respectfully requests that the Court continue the status conference for ninety (90) days so that the finalized business plan can be reviewed by the board of Pantheon and terms of the investment memorialized.

The Debtor anticipates filing a Plan of Reorganization and Disclosure Statement if the Debtor is able to find an investor. If the Debtor is unable to find an investor, the Debtor will move to convert or dismiss this case.

Respectfully Submitted,
WEINTRAUB & SELTH, APC

Dated: October 20, 2015         By:    /s/ Elaine V. Nguyen
                                       Elaine V. Nguyen
                                       Attorneys for Debtor and Debtor-in-Possession,
                                       IMAGINATION WORLDWIDE, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/20/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M Hope Aguilar    hope@business-affairs.tv, hope@neuvilleLaw.com
Kenneth G Lau    kenneth.g.lau@usdoj.gov
Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL**:
On **10/20/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/20/2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal delivery to Chambers of Hon. Richard Neiter, United States Bankruptcy Court, Los Angeles Division


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/20/2015 | Elaine V. Nguyen | /s/ Elaine V. Nguyen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE