| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Elaine V. Nguyen - Bar Number: 256432<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Tel: (310) 207-1494; Fax: (310) 442-0660<br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Imagination Worldwide, LLC | FOR COURT USE ONLY |

### United States Bankruptcy Court
### Central District of California

| In re :<br><br>   **Imagination Worldwide, LLC,** | CASE NO:  2:15-bk-19378-RN<br>CHAPTER  11 |
| | **SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor (s). | |

A filing fee is required to amend Schedules D, E, or F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or F. Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A     ☐ Schedule B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E

☒ Schedule F     ☐ Schedule G     ☐ Schedule H     ☐ Schedule I     ☐ Schedule J

☐ Master Mailing List     ☐ Statement of Social Security Number(s)     ☐ Statement of Financial Affairs

☐ Statement of Intention     ☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: __October 26, 2015__

_____
Debtor's Signature

_____
Co-Debtor's Signature, if applicable

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of
This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B6F (Official Form 6F) (12/07)

IN RE Imagination Worldwide, LLC _____    Case No. _____
                          Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. A.C.I. Films C/O Alexander, Lawrence Frumes Labowitz 1880 Century Park E., #914 Los Angeles, CA 90067 | | | Unpaid licensing fee | | | | 54,995.10 |
| ACCOUNT NO. AFTRA-SAG Federal Credit Union P.O. Box 11419 Burbank, CA 91510 | | | Unpaid licensing fees | X | X | X | 4,694.77 |
| ACCOUNT NO. Alyce The Movie, LLC 1433 Angelus Ave. Los Angeles, CA 90026 | | | Unpaid licensing fee | | | | 5,585.04 |
| ACCOUNT NO. Anthem Blue Cross P.O. Box 4194 Woodland Hills, CA 91365 | | | Unpaid fees | | | | 0.00 |

__14__ continuation sheets attached

Subtotal
(Total of this page)    $ 65,274.91

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                                   Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA  91364 | | | Unpaid licensing fee | | | | 90,463.26 |
| ACCOUNT NO.<br>Max J. Sprecher<br>5850 Canoga Ave., 4th Fl.<br>Woodland Hills, CA  91367 | | | Assignee or other notification for:<br>Barnholtz Entertainment, Inc. | | | | |
| ACCOUNT NO.<br>Independent Film & Television Alliance<br>10850 Wilshire Blvd., 9th Fl.<br>Los Angeles, CA  90024 | | | Assignee or other notification for:<br>Barnholtz Entertainment, Inc. | | | | |
| ACCOUNT NO.<br>Big Screen<br>Raleigh Studios<br>8383 Wilshire Blvd., 8th Floor<br>Beverly Hills, CA  90211 | | | Unpaid licensing fee | | | | 7,807.76 |
| ACCOUNT NO.<br>Boneboys, Inc.<br>Attn: Robert Kuhn<br>603 W. 8th St.<br>Austin, TX  78701 | | | Unpaid licensing fee | | | | 50,000.00 |
| ACCOUNT NO.<br>Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA  90212 | | | Unpaid licensing fee | | | | 34,200.43 |
| ACCOUNT NO.<br>CCV International AS<br>Ovre Vollgate 6<br>Oslo, Norway,      0158 | | | Unpaid licensing fee | | | | 9,274.53 |

Sheet no. _____ 1 of _____ 14 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  191,745.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Imagination Worldwide, LLC**                                    Case No. _____
                    Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City Of Beverly Hills** <br> **455 N. Rexford Dr.** <br> **Beverly Hills, CA 90210** | | | **Unpaid fees** | | | X | **unknown** |
| ACCOUNT NO. <br> **Clark Peterson** <br> **3462 Cody Road** <br> **Sherman Oaks, CA 91403** | | | **Unpaid fees** | | | | **270.71** |
| ACCOUNT NO. <br> **Coldwood Productions** <br> **119 Fortess Rd.** <br> **Kentish Town, London,    NW52HR** | | | **Unpaid licensing fees** | | | | **15,720.11** |
| ACCOUNT NO. <br> **Straighwire Films, Ltd.** <br> **10 Cranbrook Ct.** <br> **Fleet, Hamshire,    GU514QA** | | | **Assignee or other notification for:** <br> **Coldwood Productions** | | | | |
| ACCOUNT NO. <br> **Deco Filmworks** <br> **8020 So. Rainbow Blvd., Ste. 252** <br> **Las Vegas, NV 90139** | | | **Unpaid licensing fee** | | | | **8,088.14** |
| ACCOUNT NO. <br> **Domain Entertainment, Ltd.** <br> **432 S. Curson Ave., Ste. 11H** <br> **Los Angeles, CA 90036** | | | **Unpaid licensing fee** | | | | **6,665.72** |
| ACCOUNT NO. <br> **Down The Road, LLC** <br> **2711 Centerville Road** <br> **Wilmington, DE 19808** | | | **Unpaid licensing fee** | | | | **10,591.68** |

Sheet no. ___2___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **41,336.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Drew Crew** <br> **4152 Madelia Ave.** <br> **Sherman Oaks, CA  91403** | | | Unpaid licensing fee | | | | 3,602.45 |
| ACCOUNT NO. <br> **Drew Crew** <br> **C/O Brian Herzlinger** <br> **18004 Coastline Dr., #21** <br> **Malibu, CA  90265** | | | Assignee or other notification for: <br> Drew Crew | | | | |
| ACCOUNT NO. <br> **Encore International Group** <br> **280 S. Beverly Dr., Ste. 208** <br> **Beverly Hills, CA  90212** | | | Unpaid licensing fee | | | | 33.37 |
| ACCOUNT NO. <br> **Exclusive Logistics Management** <br> **27 Ironside, Unit A** <br> **Marina Del Rey, CA  90292** | | | Unpaid vendor fees | | | | 5,729.00 |
| ACCOUNT NO. <br> **Express Connection Messenger Service** <br> **12021 Wilshire Blvd., Ste. 922** <br> **Los Angeles, CA  90025** | | | Unpaid fees | | | | 186.47 |
| ACCOUNT NO. <br> **Federal Express** <br> **2200 Forward Dr.** <br> **Harrison, AR  72602-0840** | | | Unpaid fees | | | | 256.13 |
| ACCOUNT NO. <br> **Film Harvest, LLC** <br> **516 Sapphire** <br> **Redondo Beach, CA  90277** | | | Possible claim for unpaid licensing fee | | | | **unknown** |

Sheet no. ___3___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  9,807.42

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Act Entertainment, LLC**<br>**Attn: Ken Sanders**<br>**14251 Arches Lane**<br>**Canyon Country, CA  91387** | | | Unpaid licensing fee | | | | 27,439.99 |
| ACCOUNT NO.<br>**Foto-Kem Film & Video**<br>**P.O. Box 7755**<br>**Burbank, CA  91510** | | | Unpaid vendor fees | | | | 7,087.77 |
| ACCOUNT NO.<br>**Godspeed The Movie, LLC**<br>**2233 N. Cahuenga Blvd.**<br>**Los Angeles, CA  90068** | | | Unpaid licensing fee | | | | 4,303.44 |
| ACCOUNT NO.<br>**Godspeed The Movie, LLC**<br>**C/O Joe McKelheer**<br>**200 Pier Ave., Ste. 134**<br>**Hermosa Beach, CA  90254** | | | Assignee or other notification for:<br>Godspeed The Movie, LLC | | | | |
| ACCOUNT NO.<br>**Harris Office Products**<br>**7100 Valjean Ave.**<br>**Van Nuys, CA  91406** | | | Unpaid fees | | | | 39.26 |
| ACCOUNT NO.<br>**Hunger Productions, LLC**<br>**Hunger Trust Account**<br>**6710 Stewart Rd., Ste. 300**<br>**Galveston, TX  77551** | | | Unpaid licensing fee | | | | 18,195.64 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | | | Unpaid taxes | | | | 388.95 |

Sheet no. ____4__ of ___14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  57,455.05

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                         Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jade Rose Entertainment, LLC<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210** | | | Unpaid licensing fee | | | | 37,642.13 |
| ACCOUNT NO.<br>**K5 Film<br>Konradinstrasse 5<br>Munich, Germany,     D-81543** | | | Unpaid licensing fee | | | | 15,092.32 |
| ACCOUNT NO.<br>**KGM Films, LLC<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA  91436** | | | Unpaid licensing fee | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Kill Me Again Investments, LLC<br>12103 Maxwellton Road<br>Studio City, CA  91604** | | | Unpaid licensing fee | | | | 7,019.59 |
| ACCOUNT NO.<br>**Kingsparrow Films, Ltd.<br>International House<br>1 St. Katharines Way<br>London, UNITED KINGDOM,     E1W 1UN** | | | Unpaid licensing fee | | | | 32,777.23 |
| ACCOUNT NO.<br>**Kingsparrow Films, Ltd.<br>88/90 Baker St.<br>London, UNITED KINGDOM,     W1U 6TQ** | | | Assignee or other notification for:<br>Kingsparrow Films, Ltd. | | | | |
| ACCOUNT NO.<br>**Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA  90210** | | | Unpaid licensing fee | | | | 17,376.20 |

Sheet no.  5  of  14  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  109,907.47

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                          Case No. _____
       Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lawrence A. Goebel<br>8500 Belmar Ave.<br>Northridge, CA 91324 | | | Unpaid commission | | | | 104.40 |
| ACCOUNT NO.<br>LHD Films Ltd.<br>24 Hanway St.<br>London, UNITED KINGDOM, W1T 1UH | | | Unpaid licensing fee | | | | 5,403.15 |
| ACCOUNT NO.<br>LHD Films Ltd.<br>Wandle House Riverside Drive<br>Mitcham, Surrey, U.K., CR4 4BU | | | Assignee or other notification for:<br>LHD Films Ltd. | | | | |
| ACCOUNT NO.<br>Limerent Pictures<br>929 Fairwin Ave.<br>Nashville, TX 37216 | | | Unpaid licensing fee | | | | 10,636.48 |
| ACCOUNT NO.<br>London Music Video Ltd<br>24 Gloucester Rd.<br>Dartford, Kent, U.K., DA1 3DJ | | | Unpaid licensing fee | | | | 11,297.76 |
| ACCOUNT NO.<br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90051-4818 | | | Unpaid taxes | | | | 332.56 |
| ACCOUNT NO.<br>Mark Ezra<br>55 Wallingford Ave.<br>London, UK W106PZ, | | | Unpaid fees | | | | 2,081.26 |

Sheet no. _6_ of _14_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 29,855.61

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                         Debtor(s)                                                        (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Martin Myers <br> 38 Broadhurst Ave. <br> Edware, Middlesex <br> UK HA8 8TS, | | | Unpaid fees | | | | 977.02 |
| ACCOUNT NO. <br> Matchbox Pictures, Inc. <br> 123 King St., Studio 204 <br> London, ON  N6A 1C3 | | | Unpaid licensing fee | | | | 44,987.11 |
| ACCOUNT NO. <br> Daniel R. Mailer <br> Cram & Associates, <br> 200 Queens Ave., Suite 514 <br> London, ON  N6A 1J3 | | | Assignee or other notification for: <br> Matchbox Pictures, Inc. | | | | |
| ACCOUNT NO. <br> McCarthy, Burgess & Wolff <br> 26000 Cannon Road <br> Cleveland, OH  44146 | | | Unpaid fees | | | | unknown |
| ACCOUNT NO. <br> MCI <br> P.O. Box 371838 <br> Pittsburgh, PA  15250 | | | Unpaid fees | | | | 172.36 |
| ACCOUNT NO. <br> Moviworld <br> P.O. Box 1234 <br> Highlands North, Johannesburg <br> SOUTH AFRICA,    2037 | | | Unpaid licensing fee | | | | 2,076.84 |
| ACCOUNT NO. <br> N/A Records, Inc. <br> 16633 Ventura Blvd., Ste. 1440 <br> Encino, CA  91436 | | | Unpaid licensing fee | X | X | X | unknown |

Sheet no. __7__ of __14__ continuation sheets attached to                    Subtotal     $     48,213.33
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

                                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                     Case No. _____
                              Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NetZone** <br> **Eddie Joffe** <br> **11401 Dona Pegita Dr.** <br> **Studio City, CA 91604** | | | **Unpaid fees** | | | | **599.85** |
| ACCOUNT NO. <br> **New Artist Alliance** <br> **16633 Ventura Blvd., Ste. 1440** <br> **Encino, CA 91436** | | | **Unpaid licensing fee** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **Jason Feldman, Esq.** <br> **Feldman & Wallach** <br> **606 Venice Blvd., Ste. C** <br> **Venice, CA 90291** | | | **Assignee or other notification for:** <br> **New Artist Alliance** | | | | |
| ACCOUNT NO. <br> **Nick Cimiluca** <br> **4215 Warner Blvd.** <br> **Toluca Lake, CA 91505** | | | **Unpaid fees** | | | | **50.00** |
| ACCOUNT NO. <br> **Off World Films And Bleeding Edge Films** <br> **89 Marmet Ave., Letchworth Garden City** <br> **Hertfordshire, U.K.,    SG6 4QF** | | | **Unpaid licensing fee** | | | | **26,496.81** |
| ACCOUNT NO. <br> **Off World Films And Bleeding Edge Films** <br> **79 Millstream Close** <br> **Hitchin, U.K.,    SG4 0DB** | | | **Assignee or other notification for:** <br> **Off World Films And Bleeding Edge Films** | | | | |
| ACCOUNT NO. <br> **Outsider Productions One** <br> **402 East Gutierrez St.** <br> **Santa Barbara, CA 93101** | | | **Unpaid licensing fee** | | | | **17,708.57** |

Sheet no. __8__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **44,855.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                   Case No. _____
                        Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paychex, Inc.**<br>**300 Corporate Pointe, Ste. 150**<br>**Culver City, CA  90230** | | | **Unpaid fees** | | | | **unknown** |
| ACCOUNT NO.<br>**Pierre David**<br>**9107 Wilshire Blvd., Ste. 625**<br>**Beverly Hills, CA  90210** | | | **Loan** | X | X | X | **25,000.00** |
| ACCOUNT NO.<br>**Pitney Bowes**<br>**P.O. Box 371887**<br>**Pittsburgh, PA  15250-7887** | | | **Unpaid vendor fees** | | | | **unknown** |
| ACCOUNT NO.<br>**Pitney Bowes Purchase Plus**<br>**P.O. Box 371874**<br>**Pittsburgh, PA  15250** | | | **Unpaid vendor fees** | | | | **302.11** |
| ACCOUNT NO.<br>**Plan 9 Entertainment, LLC**<br>**2662 Lake View Ave.**<br>**Los Angeles, CA  90039** | | | **Unpaid licensing fee** | | | | **12,993.92** |
| ACCOUNT NO.<br>**Premiere Bobine**<br>**#100, 486 Rue Ste-Catherine O**<br>**Montreal, QC  H3B 1A6** | | | **Unpaid licensing fee** | | | | **50,370.12** |
| ACCOUNT NO.<br>**Production Last Exit, Inc.**<br>**6250 Chemin Deacon**<br>**Montreal, QC  H3S 2P5** | | | **Unpaid licensing fee** | | | | **2,351.18** |

Sheet no. **9** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **91,017.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
                            Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Propoganda Pictures Ltd. Priory Lane, Little Wymondley Hertfordshire, UK,    SG4 7HD** | | | Unpaid licensing fee | | | | 4,731.89 |
| ACCOUNT NO. **Propoganda Pictures, Ltd. 22 St. Albans Road Hitchin, UNITED KINGDOM,    SG4 8UT** | | | Assignee or other notification for: Propoganda Pictures Ltd. | | | | |
| ACCOUNT NO. **Reel One Entertainment, Inc. 9107 Wilshire Boulevard # 625 Beverly Hills, CA  90210** | | | Unpaid fees due under Operating Agreement | X | X | X | 196.89 |
| ACCOUNT NO. **Renegade Pictures, LLC 5799 Broadmoore St., Ste. 550 Mission, KS  66202** | | | Unpaid licensing fee | | | | 12,720.69 |
| ACCOUNT NO. **Salvatori And Associates 1 Place Ville-Marie, Suite 1812 Montreal, QC  H3B 4A9,** | | | Unpaid licensing fee | | | | 1,341.51 |
| ACCOUNT NO. **ScreenProjex Limited Watchmaker Court, 33 St John's Lane London, UNITED KINGDOM,    EC1M 4DB** | | | Unpaid licensing fee | | | | 32,155.61 |
| ACCOUNT NO. **Shadow Cave Pictures, LLC 3205 Duchess Park Lane Friendswood, TX  77546** | | | Unpaid licensing fee | | | | 157,238.58 |

Sheet no. ___10___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 208,385.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                              Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shining Light Productions Limited**<br>**Attn: Ryan Driscoll**<br>**14 Holland Rd.**<br>**Westcliff, Essex, U.K.,    SS0 7SG** | | | Unpaid licensing fee | | | | 10,755.66 |
| ACCOUNT NO.<br>**Shining Light Productions Limited**<br>**10 Buckhurst Road**<br>**Bexhill-On-Sea, U.K.,    TN40 1QF** | | | Assignee or other notification for:<br>Shining Light Productions Limited | | | | |
| ACCOUNT NO.<br>**Silver Web Productions, LLC**<br>**1022 Milwaukee Ave.**<br>**Los Angeles, CA  90042** | | | Unpaid licensing fee | | | | 11,631.94 |
| ACCOUNT NO.<br>**Small Town Folk Ltd**<br>**112 Ringwood Rd., St. Ives**<br>**Ringwood, Hampshire, UK,    BH24 1HU** | | | Unpaid licensing fee | | | | 1,443.49 |
| ACCOUNT NO.<br>**Ster Kinekor Entertainment**<br>**185 Katherine St.**<br>**Sandton, South Africa,    2146** | | | Unapid fees | | | | 5,706.54 |
| ACCOUNT NO.<br>**Strategic Film Partners**<br>**NBC Universal Tower**<br>**10 Universal City Plaza, 20th Fl.**<br>**University City, CA  91608** | | | Unpaid fees | | | | 179.71 |
| ACCOUNT NO.<br>**Stuck Productions, LLC**<br>**7250 Franklin Ave., #501**<br>**Los Angeles, CA  90046** | | | Unpaid licensing fees | | | | 50,000.00 |

Sheet no. **11** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 79,717.34

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
　　　　　　　Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mark S. Temple**<br>**10880 Wilshire Blvd., Suite 2070**<br>**Los Angeles, CA 90024** | | | Assignee or other notification for:<br>**Stuck Productions, LLC** | | | | |
| ACCOUNT NO.<br>**The Disconnect, LLC**<br>**16633 Ventura Blvd., #1440**<br>**Encino, CA 91436** | | | **Unpaid licensing fees** | | | | 100,000.00 |
| ACCOUNT NO.<br>**Jason Feldman, Esq.**<br>**Feldman & Wallach**<br>**606 Venice Blvd., Ste. C**<br>**Venice, CA 90291** | | | Assignee or other notification for:<br>**The Disconnect, LLC** | | | | |
| ACCOUNT NO.<br>**The Hamiltons Films, LLC**<br>**C/O Mitchell Altieri**<br>**1877 Petaluma Blvd.**<br>**Petaluma, CA 94952** | | | **Unpaid licensing fees** | | | | 4,659.29 |
| ACCOUNT NO.<br>**The Hollywood Reporter**<br>**5700 Wilshire Blvd., Ste. 500**<br>**Los Angeles, CA 90036** | | | **Unpaid expenses** | | | | 4,000.00 |
| ACCOUNT NO.<br>**M. Leonard & Associates**<br>**P.O. Box 2339**<br>**Van Nuys, CA 91404** | | | Assignee or other notification for:<br>**The Hollywood Reporter** | | | | |
| ACCOUNT NO.<br>**The List Film Ltd.**<br>**40 Homer St.**<br>**London, UNITED KINGDOM,    W1H 4NL** | | | **Unpaid licensing fees** | | | | 6,250.00 |

Sheet no. __12__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　(Total of this page)  $  114,909.29

　　　　　　　　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                        Case No. _____
                    Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Pig Project, LLC<br>2100 N. Beachwood Dr., #207<br>Los Angeles, CA  91505 | | | Unpaid licensing fees | | | | 4,422.00 |
| ACCOUNT NO.<br>The Return Of Joe Rich, LLC<br>2615 W. Magnolia Blvd.<br>Burbank, CA  91505 | | | Unpaid licensing fees | | | | 12,442.03 |
| ACCOUNT NO.<br>The Thompsons Film, LLC<br>Attn: Eben Kostbar<br>7040 Hawthorn Ave., #1<br>Los Angeles, CA  90028 | | | Unpaid licensing fees | | | | 34,200.51 |
| ACCOUNT NO.<br>Trauma One Entertainment, Inc.<br>Attn: Ryan Thiessen<br>P.O. Box 5321<br>Knoxville, TN  37928 | | | Unpaid licensing fees | | | | 2,983.85 |
| ACCOUNT NO.<br>Treehouse Films (UK) Limited<br>38 Broadhurst Ave.<br>Edgware, Middlesex, UK,    HA8 8TS | | | Unpaid licensing fees | | | | 12,492.36 |
| ACCOUNT NO.<br>TZD2 Limited<br>10 Cranbrook Court<br>Fleet, Hamshire, UK,    GU51 4QA | | | Unpaid licensing fees | | | | 1,806.00 |
| ACCOUNT NO.<br>Verizon<br>P.O. Box 920041<br>Dallas, TX  75392 | | | Unpaid fees | | | | 483.13 |

Sheet no. ___13___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  68,829.88

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
           Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Xystus, LLC<br>1421 SW 107th Avenue<br>Miami, FL  33174 | | | Unpaid commission fees | | | | 13,770.00 |
| ACCOUNT NO.<br>YSA Productions, LLC<br>802 N. Cherokee Ave.<br>Los Angeles, CA  90038 | | | Unpaid licensing fees | | | | 5,063.03 |
| ACCOUNT NO.<br>Zed Crook, Ltd.<br>250 Besserer St., 2nd Fl.<br>Ottawa, ON  K1N 6B3 | | | Unpaid licensing fees | | | | 5,668.54 |
| ACCOUNT NO.<br>Zed Filmworks Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, ON  K1G 4B8 | | | Unpaid licensing fees | | | | 5,757.96 |
| ACCOUNT NO.<br>Zed Filmworks, Inc.<br>250 Besserer St., 2nd Fl.<br>Ottawa, ON,    K1N6B8 | | | Assignee or other notification for:<br>Zed Filmworks Inc. | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___14___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  30,259.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $  1,191,569.90

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## NEW CREDITORS ADDED

Clark Peterson
3462 Cody Road
Sherman Oaks, CA   91403


Express Connection Messenger Servic
12021 Wilshire Blvd Ste 922
Los Angeles, CA   90025


Federal Express
2200 Forward Dr
Harrison, AR   72602-0840


Harris Office Products
7100 Valjean Ave
Van Nuys, CA   91406


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA   90051-4818


Mark Ezra
55 Wallingford Ave
London, UK W106PZ,


Martin Meyers
38 Broadhurst Ave
Edware Middlexex
UK HA88TS,


MCI
PO Box 371838
Pittsburg, PA   15250

NetZone
Eddie Joffe
11401 Dona Pegita Dr
Studio City, CA   91604


Nick Cimiluca
4215 Warner Blvd
Toluca Lake, CA   91505

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/28/15 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- M Hope Aguilar    hope@business-affairs.tv, hope@neuvilleLaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com

☐ Service information continued on attached page

**2.SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/15 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/28/15 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/28/15 | Erika Rappaport | */s/ Erika Rappaport* |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page  3                    **F 1007-1.1.AMENDED.SUMMARY**

Clark Peterson
3462 Cody Road
Sherman Oaks, CA  91403


Express Connection Messenger Servic
12021 Wilshire Blvd Ste 922
Los Angeles, CA  90025


Federal Express
2200 Forward Dr
Harrison, AR  72602-0840


Harris Office Products
7100 Valjean Ave
Van Nuys, CA  91406


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA  90051-4818


Mark Ezra
55 Wallingford Ave
London, UK W106PZ,


Martin Meyers
38 Broadhurst Ave
Edware Middlexex
UK HA88TS,


MCI
PO Box 371838
Pittsburg, PA  15250

NetZone
Eddie Joffe
11401 Dona Pegita Dr
Studio City, CA  91604


Nick Cimiluca
4215 Warner Blvd
Toluca Lake, CA  91505