**Daniel J. Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen – Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

Attorneys for Debtor and Debtor-in-Possession,
IMAGINATION WORLDWIDE, LLC

FILED & ENTERED

NOV 10 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No 2:15-bk-19378-RN |
| IMAGINATION WORLDWIDE, LLC, | ) Chapter 11 |
| Debtor and Debtor-in-Possession. | ) **SCHEDULING ORDER** |
| | ) Date:    November 3, 2015 |
| | ) Time:    2:00 p.m. |
| | ) Place:   Courtroom 1645 |
| | )              255 E. Temple St. |
| | )              Los Angeles, CA |

On November 3, 2015, the Court held a Chapter 11 Status Conference in the above referenced Chapter 11 case (the "Case") filed by IMAGINATION WORLDWIDE, LLC, the debtor and debtor-in-possession herein ("Debtor"). Elaine V. Nguyen appeared on behalf of the Debtor.

The Court having considered the representations of counsel at the hearing and for good cause therefor:

**IT IS HEREBY ORDERED** that the Debtor shall file its Plan and Disclosure Statement no later than February 4, 2016.

**IT IS FURTHER ORDERED** that the Court will hold a continued Status Conference on February 18, 2016 at 2:00 p.m. in Courtroom 1645 of the Court located at 255 E. Temple Street, Los Angeles, California.

###

Date: November 10, 2015

Richard M. Neiter
United States Bankruptcy Judge