United States Bankruptcy Court
Central District of California

In re:  
Imagination Worldwide, LLC  
      Debtor

Case No. 15-19378-RN  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 1     Date Rcvd: Nov 10, 2015  
                     Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2015.  
db         +Imagination Worldwide, LLC,    280 S. Beverly Dr., Ste 208,    Beverly Hills, CA 90212-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2015 at the address(es) listed below:  
        Daniel J Weintraub    on behalf of Debtor    Imagination Worldwide, LLC dan@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com  
        Daren M Schlecter    on behalf of Interested Party    Interested Party daren@schlecterlaw.com, assistant@schlecterlaw.com  
        Elaine Nguyen    on behalf of Debtor    Imagination Worldwide, LLC elaine@wsrlaw.net, erika@wsrlaw.net;vinnet@ecf.inforuptcy.com  
        James R Selth    on behalf of Debtor    Imagination Worldwide, LLC jim@wsrlaw.net, jselth@yahoo.com;erika@wsrlaw.net;vinnet@ecf.inforuptcy.com  
        Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov  
        M Hope Aguilar    on behalf of Creditor    A.C.I. Films, LLC hope@business-affairs.tv, hope@neuvilleLaw.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                     TOTAL: 7

**Daniel J. Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen – Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

FILED & ENTERED

NOV 10 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

Attorneys for Debtor and Debtor-in-Possession,
IMAGINATION WORLDWIDE, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No 2:15-bk-19378-RN |
| | ) |
| IMAGINATION WORLDWIDE, LLC, | ) Chapter 11 |
| | ) |
| | ) **SCHEDULING ORDER** |
| Debtor and Debtor-in-Possession. | ) |
| | ) Date:    November 3, 2015 |
| | ) Time:    2:00 p.m. |
| | ) Place:   Courtroom 1645 |
| | )              255 E. Temple St. |
| | )              Los Angeles, CA |

On November 3, 2015, the Court held a Chapter 11 Status Conference in the above referenced Chapter 11 case (the "Case") filed by IMAGINATION WORLDWIDE, LLC, the debtor and debtor-in-possession herein ("Debtor").  Elaine V. Nguyen appeared on behalf of the Debtor.

The Court having considered the representations of counsel at the hearing and for good cause therefor:

**IT IS HEREBY ORDERED** that the Debtor shall file its Plan and Disclosure Statement no later than February 4, 2016.

**IT IS FURTHER ORDERED** that the Court will hold a continued Status Conference on February 18, 2016 at 2:00 p.m. in Courtroom 1645 of the Court located at 255 E. Temple Street, Los Angeles, California.

###

Date: November 10, 2015

Richard M. Neiter
United States Bankruptcy Judge

2