UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>IMAGINATION WORLDWIDE, LLC.<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  2:15-BK-19378-RN<br>Operating Report Number:  4<br>For the Month Ending:  31-Oct-15 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 22,733.28

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 14,615.08

3.  BEGINNING BALANCE: — 8,118.20

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify) | |
| **Other (Specify) | 0.00 |

TOTAL RECEIPTS THIS PERIOD: — 0.00

5.  BALANCE: — 8,118.20

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 3,031.97 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 3,031.97

7.  ENDING BALANCE: — 5,086.23

8.  General Account Number(s):  xxxxx9546

Depository Name & Location:  City National Bank
400 No Roxbury, Beverly Hills, CA  90210

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/3/2015 | 9007 | Brainstorm Media | Rent October | | 1,308.10 | 1,308.10 |
| 10/3/2015 | 9008 | PMG Parking | Parking October | | 150.00 | 150.00 |
| 10/9/2015 | 1010 | Marian Salas | September October | | 700.00 | 700.00 |
| 10/9/2015 | 1011 | VoiceTex Comm | Telephone Conference Call | | 30.87 | 30.87 |
| 10/19/2015 | 1012 | Marian Salas | Storage Unit - October 2015 | | 401.50 | 401.50 |
| 10/21/2015 | 1013 | Marian Salas | Storage Unit - June replacement ck | | 421.50 | 421.50 |
| 9/30/2015 | BkChg | City National Bank | Bank Service Fee | | 20.00 | 20.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | $3,031.97 | $3,031.97 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

ANNOTATION ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 10/31/2015 | Balance on Statement: | $5,086.23 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

| |
| --- |
| |

| ADJUSTED BANK BALANCE: | | | $5,086.23 |

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS        _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS        _____

3.  BEGINNING BALANCE:        | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)        _____

5.  BALANCE:        | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***        | 0.00 |

7.  ENDING BALANCE:        | 0.00 |

8.  PAYROLL Account Number(s):        _____
                                       _____

    Depository Name & Location:        _____
                                       _____
                                       _____

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: | 0.00

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                    | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)    _____

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  TAX Account Number(s):    _____
                             _____

    Depository Name & Location:    _____
                                   _____
                                   _____

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

Bank statement Adjustments:                                _____
Explanation of Adjustments-

_____

ADJUSTED BANK BALANCE:                                        $0.00

I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | | |
|---|---|---|
| General Account: | | 5,086.23 |
| Payroll Account: | | |
| Tax Account: | | |
| *Other Accounts: | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | | 0.00 |

TOTAL CASH AVAILABLE:                                            5,086.23

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS:                                   0.00

II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ |  |  |  |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  | 162,658.06 | 161,120.72 |
| TOTAL: | 0.00 | 162,658.06 | 161,120.72 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2015 | 566.64 | 325.00 | 27-Jul-2015 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 325.00 |  | 325.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

INCOME/PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | 0.00 | 13,871.64 |
|  |  |  |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
|  |  |  |
| Gross Profit | 0.00 | 13,871.64 |
|  |  |  |
| Other Operating Income (Itemize) |  |  |
|  |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) |  |  |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property | 1,308.10 | 5,194.30 |
| Lease Expense - Personal Property |  |  |
| Insurance |  |  |
| Real Property Taxes |  |  |
| Telephone and Utilities |  | 1,116.02 |
| Repairs and Maintenance |  |  |
| Travel and Entertainment (Itemize) |  |  |
| Miscellaneous Operating Expenses (Itemize) | 1,723.87 | 11,362.72 |
| Total Operating Expenses | 3,031.97 | 17,673.04 |
| Net Gain/(Loss) from Operations | (3,031.97) | (3,801.40) |
|  |  |  |
| Non-Operating Income: |  |  |
| Interest Income |  |  |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income | 0.00 | 0.00 |
|  |  |  |
| Non-Operating Expenses: |  |  |
| Interest Expense |  |  |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses | 0.00 | 0.00 |
|  |  |  |
| NET INCOME/(LOSS) | (3,031.97) | (3,801.40) |

(Attach exhibit listing all itemizations required above)

## IX. PROFIT AND LOSS STATEMENT Itemized Schedule
### (ACCRUAL BASIS ONLY)

|  | Current Month | nulative Post-Petition |
|---|---|---|
| Miscellaneous Operating Expenses (Itemize) |  |  |
| Bank Service Charge | 20.00 | 93.00 |
| Bankruptcy Quarterly Fee | 0.00 | 325.00 |
| Bookkeeping Services | 700.00 | 7,950.00 |
| Delivery Services to Distributors | 0.00 | 460.00 |
| Dues and Suscriptions | 0.00 | 50.45 |
| Parking | 150.00 | 600.00 |
| Printing and Reproduction | 0.00 | 114.90 |
| Storage Unit | 823.00 | 1,712.50 |
| Wire Fees - Incoming | 0.00 | 26.00 |
| Telephone Conference Call | 30.87 | 30.87 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Miscellaneous Operating Expenses (Itemize) | 1,723.87 | 11,362.72 |

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 5,086.23 | |
| Restricted Cash | | |
| Accounts Receivable | 161,120.72 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 166,206.95 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 166,206.95 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 0.00 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | 1,160,898.90 | |
| Unsecured Liabilities | 25,000.00 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 1,185,898.90 |
| TOTAL LIABILITIES | | 1,185,898.90 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (1,015,890.55) | |
| Post-petition Profit/(Loss) | (3,801.40) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (1,019,691.95) |
| TOTAL LIABILITIES & EQUITY | | 166,206.95 |

XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Debtor is in communication with 3rd party investor regarding recapitalizing the company.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I, *Lawrence A. Goebel*
[enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Nov. 16, 2015
_____
Date

Page 16 of 16

_____
Principal for debtor-in-possession

# CITY NATIONAL BANK
## The way up.®

Page 1          (6)

Account #:          9546

This statement: October 30, 2015
Last statement: September 30, 2015

Contact us:
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

cnb.com

001                              0930K
IMAGINATION WORLDWIDE, LLC
DIP CASE NO. 2:15-BK-19378
(GENERAL ACCOUNT)
280 S BEVERLY DRIVE #208
BEVERLY HILLS CA  90210

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 9646 | Beginning balance (9/30/2015) | $8,118.20 |
| Minimum balance | $5,106.23 | | |
| Average balance | $6,635.56 | Credits | + $0.00 |
| Avg. collected balance | $6,635.00 | | |
| | | Debits  Checks paid  (6) | - 3,011.97 |
| | | Electronic db (0) | - 0.00 |
| | | Other debits  (1) | - 20.00 |
| | | Total debits | - $3,031.97 |
| | | Ending balance (10/30/2015) | $5,086.23 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1010 | 10-13 | 700.00 | 1012 | 10-20 | 401.50 | 9007 * | 10-15 | 1,308.10 | | | * Skip in check sequence |
| 1011 | 10-20 | 30.87 | 1013 | 10-22 | 421.50 | 9008 | 10-15 | 150.00 | | | |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 10-30 | Service Charge MONTHLY MAINT | | 20.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 9-30 | 8,118.20 | 10-15 | 5,960.10 | 10-22 | 5,106.23 | | |
| 10-13 | 7,418.20 | 10-20 | 5,527.73 | 10-30 | 5,086.23 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with City National Bank



Page : 2
Account # :   546



| 1010 | Paid :10/13/2015 | $700.00 | 1011 | Paid :10/20/2015 | $30.87 | 1012 | Paid :10/20/2015 | $401.50 |
| 1013 | Paid :10/22/2015 | $421.50 | 6007 | Paid :10/15/2015 | $1308.10 | 9008 | Paid :10/15/2015 | $150.00 |

11:03 AM
11/16/15

## Imagination Worldwide, LLC Bankruptcy Trustee
# Reconciliation Summary
### CNB Checking, Period Ending 10/31/2015

|  | Oct 31, 15 |
|---|---|
| Beginning Balance | 8,118.20 |
|     Cleared Transactions |  |
|         Checks and Payments - 7 items | -3,031.97 |
|     Total Cleared Transactions | -3,031.97 |
| Cleared Balance | 5,086.23 |
| Register Balance as of 10/31/2015 | 5,086.23 |
|     New Transactions |  |
|         Checks and Payments - 1 item | -650.00 |
|     Total New Transactions | -650.00 |
| Ending Balance | 4,436.23 |

11:03 AM

11/16/15

# Imagination Worldwide, LLC Bankruptcy Trustee
## Reconciliation Detail
### CNB Checking, Period Ending 10/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 8,118.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 10/03/2015 | 9007 | Brainstorm Media | X | -1,308.10 | -1,308.10 |
| Check | 10/03/2015 | 9008 | PMG Parking | X | -150.00 | -1,458.10 |
| Check | 10/09/2015 | 1010 | Marian Salas | X | -700.00 | -2,158.10 |
| Check | 10/09/2015 | 1011 | VoiceText Commun... | X | -30.87 | -2,188.97 |
| Check | 10/19/2015 | 1012 | Marian Salas | X | -401.50 | -2,590.47 |
| Check | 10/21/2015 | 1013 | Marian Salas | X | -421.50 | -3,011.97 |
| Check | 10/30/2015 | | | X | -20.00 | -3,031.97 |
| Total Checks and Payments | | | | | -3,031.97 | -3,031.97 |
| Total Cleared Transactions | | | | | -3,031.97 | -3,031.97 |
| **Cleared Balance** | | | | | -3,031.97 | 5,086.23 |
| Register Balance as of 10/31/2015 | | | | | -3,031.97 | 5,086.23 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/04/2015 | 1015 | Marian Salas | | -650.00 | -650.00 |
| Total Checks and Payments | | | | | -650.00 | -650.00 |
| Total New Transactions | | | | | -650.00 | -650.00 |
| **Ending Balance** | | | | | -3,681.97 | 4,436.23 |

Page 1