**Daniel Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Elaine V. Nguyen - Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile:  (310) 442-0660**
**Email: elaine@wsrlaw.net**

Attorneys for Debtor and Debtor-In-Possession,
IMAGINATION WORLDWIDE, LLC

**FILED & ENTERED**

**NOV 19 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jones      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>IMAGINATION WORLDWIDE, LLC<br><br>       Debtor and Debtor-In-Possession. | Case No. 2:15-bk-19378- RN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER GRANTING AN EXTENSION OF THE EXCLUSIVE PERIOD TO PROPOSE AND CONFIRM A PLAN OF REORGANIZATION PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)**<br><br>[L.B.R 9013-1(o)(1)]<br><br>[No Hearing Required] |

1

     Upon consideration of the Debtor's *Motion for Order Granting an Extension of the Exclusive Period to Propose and Confirm a Plan of Reorganization Pursuant to Bankruptcy Code Section 1121(d)* ("Motion") filed by Imagination Worldwide, LLC  the debtor and debtor in possession herein  ("Debtor"), and based on the matters set forth in the Motion; having considered the evidence in support of the Motion, all relevant documents on file in the Case and having received no objections to the relief requested; good cause appearing:

     **IT IS ORDERED** that the Motion is granted; and

     **IT IS FURTHER ORDERED** that the exclusivity period for the Debtor to file its Chapter 11 Plan is extended from October 9, 2015 to **Febraury 6, 2016**, and the last day for the Debtor to secure acceptances of its Chapter 11 Plan is extended from December 8, 2015 to **April 6, 2016**.

###

Date: November 19, 2015

_____
Richard M. Neiter
United States Bankruptcy Judge