UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>IMAGINATION WORLDWIDE, LLC.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  2:15-BK-19378-RN<br>Operating Report Number:<br>For the Month Ending:  30-Nov-15 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS              22,759.27

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL              17,998.04
ACCOUNT REPORTS

3.  BEGINNING BALANCE:              4,761.23

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 1,595.57 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify) | |
| **Other (Specify) | 0.00 |

TOTAL RECEIPTS THIS PERIOD:              1,595.57

5.  BALANCE:              6,356.80

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 2,920.42 |

TOTAL DISBURSEMENTS THIS PERIOD:***              2,920.42

7.  ENDING BALANCE:              3,436.38

8.  General Account Number(s):              127119546

Depository Name & Location:       City National Bank
400 No Roxbury, Beverly Hills, CA  90210

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 11/4/2015 | 1015 | Marian Salas | October Accounting | | 650.00 | 650.00 |
| 11/10/2015 | 9010 | Brainstorm Media | Rent November 2015 | | 1,308.10 | 1,308.10 |
| 11/10/2015 | 9011 | PMG Parking | Parking November 2015 | | 150.00 | 150.00 |
| 11/16/2015 | Online | Time Warner Cable | Office Phones | | 370.82 | 370.82 |
| 11/30/2015 | 1016 | Marian Salas | Storage Unit - November 2015 | | 421.50 | 421.50 |
| 11/30/2015 | BkChg | City National Bank | Bank Service Fee | | 20.00 | 20.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | $2,920.42 | $2,920.42 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____11/30/2015_____    Balance on Statement: _____$3,857.88_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 10/12/1902 | 11/30/2015 | 421.50 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      421.50

Bank statement Adjustments:                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      $3,436.38

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

1. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:    _____
    (Transferred from General Account)

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  PAYROLL Account Number(s):    _____
                                  _____

    Depository Name & Location:    _____
                                   _____
                                   _____

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

                              Deposit Date           Deposit Amount

                              _____      _____

                              _____      _____

                              _____      _____

                              _____      _____

                              _____      _____

TOTAL DEPOSITS IN TRANSIT                                              0.00

Less Outstanding Checks (a):

                  Check Number           Check Date           Check Amount

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                         $0.00

\* It is acceptable to replace this form with a similar form        Page 6 of 16
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX    _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:    | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:    _____
     (Transferred from General Account)

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  TAX Account Number(s):    _____
                             _____

     Depository Name & Location:    _____
                                    _____
                                    _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Page 8 of 16 | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                       | $0.00 |

I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 3,436.38 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts:

*Other Monies:

**Petty Cash (from below):    0.00

**TOTAL CASH AVAILABLE:**                                         3,436.38

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                              0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

**FOR THE REPORTING PERIOD:**

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

Page 11 of 16

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  | 162,658.06 | 161,120.72 |
| TOTAL: | 0.00 | 162,658.06 | 161,120.72 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2015 | 566.64 | 325.00 | 27-Jul-2015 | 325.00 | 0.00 |
| 30-Sep-2015 | 8,310.49 | 325.00 | 26-Oct-2015 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 650.00 |  |  | 650.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 1,595.57 | 15,467.21 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 1,595.57 | 15,467.21 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | 1,308.10 | 6,502.40 |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | 370.82 | 1,486.85 |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | 1,241.50 | 12,929.21 |
| Total Operating Expenses | 2,920.42 | 20,918.46 |
| Net Gain/(Loss) from Operations | (1,324.85) | (5,451.25) |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | (1,324.85) | (5,451.25) |

(Attach exhibit listing all itemizations required above)

## IX. PROFIT AND LOSS STATEMENT Itemized Schedule
### (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Miscellaneous Operating Expenses (Itemize) | | |
| Bank Service Charge | 20.00 | 113.00 |
| Bankruptcy Quarterly Fee | 0.00 | 650.00 |
| Bookkeeping Services | 650.00 | 8,600.00 |
| Delivery Services to Distributors | 0.00 | 460.00 |
| Dues and Suscriptions | 0.00 | 50.44 |
| Parking | 150.00 | 750.00 |
| Printing and Reproduction | 0.00 | 114.90 |
| Storage Unit | 421.50 | 2,134.00 |
| Wire Fees - Incoming | 0.00 | 26.00 |
| Telephone Conference Call | 0.00 | 30.87 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Miscellaneous Operating Expenses (Itemize) | 1,241.50 | 12,929.21 |

X-5 BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 3,436.38 | |
| Restricted Cash | | |
| Accounts Receivable | 161,120.72 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 164,557.10 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 164,557.10 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 0.00 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | 1,160,898.90 | |
| Unsecured Liabilities | 25,000.00 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 1,185,898.90 |
| TOTAL LIABILITIES | | 1,185,898.90 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (1,015,890.55) | |
| Post-petition Profit/(Loss) | (5,451.25) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (1,021,341.80) |
| TOTAL LIABILITIES & EQUITY | | 164,557.10 |

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:    No __x__ Yes ____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:    No __x__ Yes ____

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Debtor has found an investor and is waiting on it's plan and disclosure statement.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.    No __x__ Yes ____

I, _Lawrence A. Coebsel_
   [enter your name and title here],
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_Dec. 15, 2015_
Date

_[signature]_
Page 16 of 16                                    Principal for debtor-in-possession

# CITY NATIONAL BANK
## The way up.®

Page 1                    (4)

**Account #:** ████ 9546

This statement: November 30, 2015
Last statement: October 30, 2015

**Contact us:**
213 673-7700

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

001                                      0830K
IMAGINATION WORLDWIDE, LLC
DIP CASE NO. 2:15-BK-19378
(GENERAL ACCOUNT)
280 S BEVERLY DRIVE #208
BEVERLY HILLS CA  90210

cnb.com

## Checking Account

### Account Summary

| | |
|---|---|
| Account number | 127119546 |
| Minimum balance | $2,282.31 |
| Average balance | $3,549.08 |
| Avg. collected balance | $3,549.00 |

### Account Activity

| | | | |
|---|---|---|---|
| **Beginning balance  (10/30/2015)** | | | $5,086.23 |
| **Credits** | Deposits    (3) | + 1,595.57 | |
| | Electronic cr  (0) | + 0.00 | |
| | Other credits  (0) | + 0.00 | |
| | **Total credits** | | + $1,595.57 |
| **Debits** | Checks paid  (4) | - 2,433.10 | |
| | Electronic db  (1) | - 370.82 | |
| | Other debits  (1) | - 20.00 | |
| | **Total debits** | | - $2,823.92 |
| **Ending balance  (11/30/2015)** | | | $3,857.88 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 11-27 | Deposit | | 241.08 |
| 11-27 | Deposit | | 274.98 |
| 11-27 | Deposit | | 1,079.51 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015 | 11-5 | 650.00 | 9010 | 11-16 | 1,308.10 | * Skip in check sequence | | | | | |
| 9009 * | 11-3 | 325.00 | 9011 | 11-12 | 150.00 | | | | | | |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 11-16 | Preauthorized Debit TIME WARNER CABL TWC EFTPMT WEB WORLDWIDE LLC, | 370.82 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 11-30 | Service Charge MONTHLY MAINT | | 20.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-30 | 5,086.23 | 11-5 | 4,111.23 | 11-16 | 2,282.31 | 11-30 | 3,857.88 |
| 11-3 | 4,761.23 | 11-12 | 3,961.23 | 11-27 | 3,877.88 | | |

# CITY NATIONAL BANK

The way up.®



| 1015 | Paid :11/05/2015 | $650.00 |



| 9009 | Paid :11/03/2015 | $325.00 |



| 9010 | Paid :11/16/2015 | $1308.10 |

| 9011 | Paid :11/12/2015 | $150.00 |

4:16 PM

12/14/15

## Imagination Worldwide, LLC Bankruptcy Trustee
## Reconciliation Summary
### CNB Checking, Period Ending 11/30/2015

|  | Nov 30, 15 |
|---|---|
| **Beginning Balance** | 5,086.23 |
|     Cleared Transactions |  |
|         Checks and Payments - 6 items | -2,823.92 |
|         Deposits and Credits - 3 items | 1,595.57 |
|     Total Cleared Transactions | -1,228.35 |
| **Cleared Balance** | **3,857.88** |
|     Uncleared Transactions |  |
|         Checks and Payments - 1 item | -421.50 |
|     Total Uncleared Transactions | -421.50 |
| **Register Balance as of 11/30/2015** | **3,436.38** |
|     New Transactions |  |
|         Checks and Payments - 3 items | -2,033.10 |
|         Deposits and Credits - 2 items | 1,747.20 |
|     Total New Transactions | -285.90 |
| **Ending Balance** | **3,150.48** |

4:16 PM

12/14/15

## Imagination Worldwide, LLC Bankruptcy Trustee
## Reconciliation Detail
### CNB Checking, Period Ending 11/30/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,086.23 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 10/26/2015 | 9009 | US Trustee | X | -325.00 | -325.00 |
| Check | 11/04/2015 | 1015 | Marian Salas | X | -650.00 | -975.00 |
| Check | 11/10/2015 | 9010 | Brainstorm Media | X | -1,308.10 | -2,283.10 |
| Check | 11/10/2015 | 9011 | PMG Parking | X | -150.00 | -2,433.10 |
| Check | 11/16/2015 | Online | Time Warner Cable | X | -370.82 | -2,803.92 |
| Check | 11/30/2015 | | | X | -20.00 | -2,823.92 |
| Total Checks and Payments | | | | | -2,823.92 | -2,823.92 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 11/25/2015 | | | X | 241.08 | 241.08 |
| Deposit | 11/25/2015 | | | X | 274.98 | 516.06 |
| Deposit | 11/25/2015 | | | X | 1,079.51 | 1,595.57 |
| Total Deposits and Credits | | | | | 1,595.57 | 1,595.57 |
| Total Cleared Transactions | | | | | -1,228.35 | -1,228.35 |
| **Cleared Balance** | | | | | -1,228.35 | 3,857.88 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/30/2015 | 1016 | Marian Salas | | -421.50 | -421.50 |
| Total Checks and Payments | | | | | -421.50 | -421.50 |
| Total Uncleared Transactions | | | | | -421.50 | -421.50 |
| **Register Balance as of 11/30/2015** | | | | | -1,649.85 | 3,436.38 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 12/04/2015 | 1018 | Marian Salas | | -575.00 | -575.00 |
| Check | 12/08/2015 | 1030 | Brainstorm Media | | -1,308.10 | -1,883.10 |
| Check | 12/08/2015 | 1031 | PMG Parking | | -150.00 | -2,033.10 |
| Total Checks and Payments | | | | | -2,033.10 | -2,033.10 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/01/2015 | | | | 272.71 | 272.71 |
| Deposit | 12/01/2015 | | | | 1,474.49 | 1,747.20 |
| Total Deposits and Credits | | | | | 1,747.20 | 1,747.20 |
| Total New Transactions | | | | | -285.90 | -285.90 |
| **Ending Balance** | | | | | **-1,935.75** | **3,150.48** |