Elaine V. Nguyen – Bar #256432
Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor,
IMAGINATION WORLDWIDE, LLC.

FILED & ENTERED

DEC 29 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re

IMAGINATION WORLDWIDE, LLC.,

    Debtor.

Case No. 2:15-bk-19378-RN

Chapter 11

**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND STUCK PRODUCTIONS, LLC FOR**

1. **LIMITED RELIEF FROM THE AUTOMATIC STAY;**
2. **REJECTION OF SALES AGENCY AGREEMENT BETWEEN DEBTOR AND STUCK PRODUCTIONS, LLC DATED APRIL 18, 2013; AND**
3. **PLAN SUPPORT AGREEMENT**

    The Court, having considered the *Stipulation Between Debtor and Stuck Productions, LLC.* (the "Stipulation") between Debtor, Imagination Worldwide, LLC. ("Debtor") and Creditor, Stuck Productions, LLC ("Stuck Productions") reflected on the docket as Docket No.53, and for good cause appearing:

1     **IT IS HEREBY ORDERED** the Stipulation is approved.

2                                                                 # # #

24 Date: December 29, 2015

Richard M. Neiter
United States Bankruptcy Judge

2