Elaine V. Nguyen – Bar #256432
Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and Debtor-In-Possession,
IMAGINATION WORLDWIDE, LLC.

**FILED & ENTERED**

**JAN 12 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jones      **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-19378-RN |
| IMAGINATION WORLDWIDE, LLC., | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING STIPULATION BETWEEN DEBTOR AND BUS DRIVER, LLC FOR** |
| | **1. LIMITED RELIEF FROM THE AUTOMATIC STAY; AND** |
| | **2. REJECTION OF SALES AGENCY AGREEMENT BETWEEN DEBTOR AND BUS DRIVER, LLC DATED APRIL 18, 2013** |

The Court having considered the *Stipulation Between Debtor and Bus Driver, LLC for 1. Limited Relief From The Automatic Stay; And 2. Rejection Of Sales Agency Agreement Between Debtor And Bus Driver, LLC Dated April 18, 2013* (the "Stipulation") between Imagination

1  Worldwide, LLC. ("<u>Debtor and Debtor-In-Possession</u>") herein, and Bus Driver, LLC ("<u>Bus</u>

2  <u>Driver</u>") reflected on the docket as Docket No. 56, and for good cause appearing:

3      **IT IS HEREBY ORDERED** the Stipulation is approved.

4      # # #

24  Date: January 12, 2016

                                              Richard M. Neiter
                                              United States Bankruptcy Judge

2