United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 15-19378-RN
Imagination Worldwide, LLC                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Jan 12, 2016
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2016.
db              +Imagination Worldwide, LLC,    280 S. Beverly Dr., Ste 208,    Beverly Hills, CA 90212-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2016 at the address(es) listed below:
              Daniel J Weintraub    on behalf of Debtor    Imagination Worldwide, LLC dan@wsrlaw.net,
               jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Daren M Schlecter    on behalf of Interested Party    Interested Party daren@schlecterlaw.com,
               assistant@schlecterlaw.com
              Elaine Nguyen    on behalf of Debtor    Imagination Worldwide, LLC elaine@wsrlaw.net,
               jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com;Sam@wsrlaw.net
              James R Selth    on behalf of Debtor    Imagination Worldwide, LLC jim@wsrlaw.net,
               jselth@yahoo.com;jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
              M Hope Aguilar    on behalf of Creditor    A.C.I. Films, LLC hope@business-affairs.tv,
               hope@neuvilleLaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 7

Elaine V. Nguyen – Bar #256432
Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and Debtor-In-Possession,
IMAGINATION WORLDWIDE, LLC.

**FILED & ENTERED**

JAN 12 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:15-bk-19378-RN |
| IMAGINATION WORLDWIDE, LLC., | ) Chapter 11 |
| Debtor and Debtor in Possession. | ) **ORDER APPROVING STIPULATION BETWEEN DEBTOR AND BUS DRIVER, LLC FOR**<br><br>) **1. LIMITED RELIEF FROM THE AUTOMATIC STAY; AND**<br>) **2. REJECTION OF SALES AGENCY AGREEMENT BETWEEN DEBTOR AND BUS DRIVER, LLC DATED APRIL 18, 2013** |

The Court having considered the *Stipulation Between Debtor and Bus Driver, LLC for 1. Limited Relief From The Automatic Stay; And 2. Rejection Of Sales Agency Agreement Between Debtor And Bus Driver, LLC Dated April 18, 2013* (the "Stipulation") between Imagination

Worldwide, LLC. ("<u>Debtor and Debtor-In-Possession</u>") herein, and Bus Driver, LLC ("<u>Bus Driver</u>") reflected on the docket as Docket No. 56, and for good cause appearing:

**IT IS HEREBY ORDERED** the Stipulation is approved.

# # #

Date: January 12, 2016

Richard M. Neiter
United States Bankruptcy Judge

2