**Daniel J. Weintraub - Bar #132111**
**James R. Selth – Bar #123420**
**Elaine V. Nguyen – Bar #256432**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

Attorneys for Chapter 11 Debtor and Plan Proponent,
IMAGINATION WORLDWIDE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>IMAGINATION WORLDWIDE, LLC<br><br>Debtor and Debtor in Possession. | ) Case No. 2:15-bk-19378-RN<br>)<br>) In a Case Under Chapter 11 of the<br>) Bankruptcy Code (11 U.S.C. § 101 *et seq.*)<br>)<br>) **DISCLOSURE STATEMENT**<br>) **DESCRIBING CHAPTER 11 PLAN OF**<br>) **REORGANIZATION OF**<br>) **IMAGINATION WORLDWIDE, LLC**<br>)<br>) <u>**Disclosure Statement Hearing:**</u><br>) Date:    March 17, 2016<br>) Time:   2:00 PM<br>) Place:  Courtroom 1645<br>)          255 E. Temple St.<br>)          Los Angeles, CA 90012<br>)<br>) <u>**Plan Confirmation Hearing:**</u><br>) Date:    [TO BE SET]<br>) Time:   [TO BE SET]<br>) Place:  Courtroom 1645<br>)          255 E. Temple St.<br>)          Los Angeles, CA 90012<br>)<br>) |

# TABLE OF CONTENTS

Page

| | | | | |
|---|---|---|---|---|
| I. | | INTRODUCTION ……………………………………………………… | | 2 |
| | A. | Purpose of This Document …………………………………………… | | 6 |
| | B. | Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing … | | 7 |
| | | 1. | Time and Place of the Confirmation Hearing ……………………… | 8 |
| | | 2. | Deadline For Voting For or Against the Plan ……………………... | 8 |
| | | 3. | Deadline For Objecting to the Confirmation of the Plan ………….. | 8 |
| | | 4. | Identity of Person to Contact for More Information Regarding the Plan ………………………………………………………… | 8 |
| | C. | Disclaimer ……………………………………………………………… | | 8 |
| II. | | BACKGROUND ……………………………………………………….. | | 9 |
| | A. | Description and History of the Debtor's Business and Events Leading To The Bankruptcy …….. ……………………………….…………………… | | 9 |
| | B. | Events Occurring After Bankruptcy Filing ………………………….. | | 10 |
| | | 1. | Employment of Professionals ………………………………….. | 10 |
| | | 2. | Claims Bar Date……………………………………………….. | 10 |
| | | 3. | Rejection of Two Executory Contracts..……………………….. | 10 |
| | | 4. | Debtor's Search For A Buyer And/or An Investor………………... | 11 |
| | C. | Current and Historical Financial Conditions ……………………………… | | 12 |
| III. | | SUMMARY OF THE PLAN ………………………………………….......... | | 13 |
| IV. | | CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN……………………………………………………………… | | 15 |
| | A. | What Creditors and Interest Holders Will Receive Under The Plan ……….. | | 15 |
| | B. | Unclassified Claims ……………………………………………………… | | 15 |
| | | 1. | Administrative Expenses …………………………………………. | 15 |
| | | 2. | Priority Tax Claims ……………………………………………..... | 17 |
| | C. | Classified Claims and Interests ………………………………………… | | 18 |
| | | 1. | Class of Secured Claims ……………………………….......…... | 18 |
| | | 2. | Classes of Priority Unsecured Claims …………………………… | 18 |
| | | 3. | Class of General Unsecured Claims ……………………………… | 18 |
| | | 4. | Class of Interest Holders ……………………………………….. | 23 |
| | D. | Means of Effectuating the Plan ………………………………………… | | 23 |
| | | 1. | Funding for the Plan and Post Confirmation Management………… | 23 |
| | | 2. | The Management of the Reorganized Debtor ……………………… | 23 |
| | | 3. | Disbursing Agent …………………………………………………. | 26 |
| | | 4. | Objections to Claims …………………………………………… | 26 |
| | | 5. | Interest Pending Allowance of Claims…… ……………………… | 27 |
| | | 6. | Distributions to be Made Pursuant to the Plan ………………… | 27 |
| | | 7. | Payment of Professional Fees and Expenses Incurred Post Effective Date……………………………………………………………… | 28 |
| | | 8. | Exculpations and Releases ……………………………………… | 28 |
| | | 9. | Injunctions ………………………………………………………… | 29 |
| | | 10. | Investigation and Prosecution of Claim and Causes of Action including Avoidance Actions…………………………………………………… | 29 |
| | E. | Other Provisions of the Plan ………………………………………………… | | 30 |

|  |  | 1. | Executory Contracts and Unexpired Leases..………………………… | 30 |
|  |  | 2. | Changes in Rates Subject to Regulatory Commission Approval …… | 34 |
|  |  | 3. | Retention of Jurisdiction ………………………………………….. | 34 |
|  |  | 4. | Risk Factors ……………………………………………………….. | 36 |
|  | F. | | Tax Consequences of Plan …………………………………………. | 36 |
| V. | | | CONFIRMATION REQUIREMENTS AND PROCEDURES ……………………. | 37 |
|  | A. | | Who May Vote or Object …………………………………………… | 37 |
|  |  | 1. | Who May Object to Confirmation of the Plan …………………….. | 37 |
|  |  | 2. | Who May Vote to Accept/Reject the Plan ………………………… | 37 |
|  |  |  | a) What Is an Allowed Claim/Interest ………………………….. | 38 |
|  |  |  | b) What Is an Impaired Claim/Interest ………………………….. | 38 |
|  |  | 3. | Who is Not Entitled to Vote ……………………………………….. | 39 |
|  |  | 4. | Who Can Vote in More Than One Class ………………………….. | 39 |
|  |  | 5. | Votes Necessary to Confirm the Plan …………………………….. | 39 |
|  |  | 6. | Votes Necessary for a Class to Accept the Plan ………………….. | 39 |
|  |  | 7. | Treatment of Nonaccepting Classes ……………………………….. | 40 |
|  |  | 8. | Request for Confirmation Despite Nonacceptance by Impaired Class(es) ……………………………………………………………. | 40 |
|  | B. | | Liquidation Analysis ………………………………………………. | 40 |
|  | C. | | Feasibility …………………………………………………………... | 43 |
| VI. | | | EFFECT OF CONFIRMATION OF PLAN …………………………………….. | 44 |
|  | A. | | Discharge…………………………………………………………….. | 44 |
|  | B. | | Revesting of Property in the Reorganized Debtor …………………… | 44 |
|  | C. | | Modification of Plan………………………………………………….. | 44 |
|  | D. | | Post-Confirmation Status Report……………………………………... | 45 |
|  | E. | | Quarterly Fees………….. ……………………………………………. | 45 |
|  | F. | | Post-Confirmation Conversion/Dismissal …………………………… | 45 |
|  | G. | | Final Decree ……………………………………………………….... | 46 |
| DECLARATION OF LAWRENCE GOEBEL..……………………………………....... | | | | 47 |
| DECLARATION OF MICHELLE MOWER…..………………………………………....... | | | | 48 |

EXHIBIT A-  12 Month Cash Flow Projection
EXHIBIT B-  Class 1 Creditors
EXHIBIT C-  Class 2 Creditors
EXHIBIT D-  Class 3 Creditors
EXHIBIT E-  Business Plan
EXHIBIT F-  Schedules A and B

# I.

## **INTRODUCTION**

Imagination Worldwide, LLC, the debtor and debtor-in-possession herein (the "Debtor" or "Proponent"), is an international motion picture sales and distribution company based in Los Angeles, California. The company was founded in 2003, and has a diverse catalogue of more than sixty (60) films ranging from thrillers to documentaries and cutting edge science fiction.  The Debtor's business model involves two steps: the Debtor enters into acquisition agreements with producers to obtain the rights to license a particular film ("Acquisition Agreements"), and then enters into licensing agreements to exploit  such films with various distribution companies around the world (the "Licensing Agreements").

On June 11, 2015, (the "Petition Date"), the Debtor commenced the instant case by filing a voluntary Chapter 11 petition under the United States Bankruptcy Code ("Bankruptcy Code")[1], 11 U.S.C. § 101 *et seq*. Upon the filing of the Case, a bankruptcy estate (the "Estate"), was created that contains the assets described in Sections 541 and 1115 of the Bankruptcy Code.   The Debtor controls its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108. Chapter 11 allows the Debtor, and, under some circumstances, creditors and other parties in interest, to propose a plan of reorganization.  A plan of reorganization may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the Estate, or a combination of both.

This is a reorganizing Plan.  The Debtor is the party proposing the Chapter 11 Plan of Reorganization ("Plan"), which is described in this document the Disclosure Statement (the "Disclosure Statement").  The effective date of the Plan (the "Effective Date"), will be the fifteenth (15th) calendar day after the entry of the order of the Bankruptcy Court confirming the Plan

("<u>Confirmation Order</u>") (unless such day is a Saturday, Sunday or a legal holiday, in which case the Effective Date shall be the next calendar day).  The Debtor, following the Effective Date, will be referred to herein as the "Reorganized Debtor".  Where necessary, the term Debtor and Reorganized Debtor shall be interchanged.

The Debtor's primary liabilities consist of unpaid licensing fees due to producers under the Acquisition Agreements.

In brief, the Plan proposes the following:

- The purchase of all the equity in the Debtor by Michelle Mower for the sum of $250,000, payable upon Plan confirmation.  Ms. Mower may contribute an additional $250,000 as necessary for the Reorganized Debtor's operations at Ms. Mower's sole discretion.  Ms. Mower is a filmmaker and producer and one of the owners of Shadow Cave Productions, LLC, --- the Debtor's largest unsecured creditor.  Ms. Mower is purchasing the equity of the Reorganized Debtor in her individual capacity.

- Payment of all administrative claims and priority tax claims in full on the later of the Effective Date or the date such claims are allowed by the Court.

- **Class 1**:  Consists of certain producer creditors whose films rights are being rejected and the films and rights returned to such parties.  A complete list of Class 1 **claimants** is attached hereto as **Exhibit B.**  The Order confirming the Plan shall provide that on the Effective Date, all Acquisition Agreements and Licensing Agreements pertaining to the Class 1 film producers shall be deemed rejected.  The Debtor will work diligently and in good faith to promptly have all material returned to producers upon written request.  If a producer does not provide a

---

[1] Unless otherwise stated, all sections references herein are to the Bankruptcy Code

written request for the film material within 90 days, the film material may be destroyed. On the Effective Date, the Debtor will disburse to all Class 1 allowed claim holders a sum equal to 5% of each Class 1 allowed claim.

- **Class 2**: Consists of certain producer creditors whose films rights are being assumed and retained. A complete list of Class 2 claimants is attached hereto as **Exhibit C** and the Debtor's proposed cure amount, which is 15% of each claimant's claim in full and final satisfaction of the arrearage in each contract. The Order confirming the Plan shall provide that on the Effective Date all Acquisition Agreements and Licensing Agreements pertaining to the Class 2 film producers shall be assumed.

With respect to those films that the Debtor seeks to retain (i.e., those listed in **Exhibit C** ), the Debtor has great familiarity with these titles, all prior marketing and sales efforts and contacts made and the most likely additional markets, forms of exploitation and business opportunities for such titles. It has marketed these films widely and aggressively and will continue to do so. These producers will have the advantage of a distributer who is better funded than IWW and which is concentrated on working on a smaller library of films to secure deals and this company coming out of bankruptcy has very strong incentives to find new and additional revenue for such films. The Debtor is very familiar with such films and also with the best markets and opportunities in which to obtain new licensing deals to generate additional revenue for the producers. The Reorganized Debtor is confident new management can procure additional distribution deals for these select films and produce additional value for its clients if they elect to continue with the reorganized IWW.

The Debtor has already entered into Distribution Agreements for these films, which Distribution Agreements will be assumed by the Reorganized Debtor such that the Reorganized Debtor will continue providing the services required under these agreements and generating revenue for both the producer and the Reorganized Debtor.   Hence, whether or not a producer takes back its rights in a film, the Distribution Agreements will remain in effect.  The Debtor believes it would be disadvantageous for its producer clients to have multiple sale agents representing a single film(s) in a given market as this could result in dilution or a negative impact the film as well as the producer's brand.  IWW knows the history of the film, has all the delivery elements, knows the existing distributor agreements and where there could be future sales. Also, producers know that a lot of sales companies will not take a film previously handled by another sales company.

-  **Class 3:**  Consists of other unsecured creditors of the Debtor who are not producers or creditors with film rights.  A complete list of Class 3 creditors is attached hereto as **Exhibit D**.  The Plan provides that on the Effective Date, the Debtor will disburse to all Class 3 allowed claim holders a sum equal to 15% of each Class 3 allowed claim.

-  **Class 4:**  Consists of the claim of AFTRA SAG.  The Plan provides that on the Effective Date, the Debtor will pay the Class 4 claim holder the sum of $4,694.77

//

//

//

//

5

**DESPITE INTENSIVE EFFORTS TO RECAPITALIZE THE DEBTOR, NO OTHER PARTY HAS MADE A COMMITMENT TO RECAPITALIZE, INVEST, OR PURCHASE THE DEBTOR'S BUSINESS OPERATIONS.  THUS, IF THIS PLAN IS NOT CONFIRMED, THE DEBTOR WILL MOST LIKELY CONVERT TO A CHAPTER 7.  AS SET FORTH IN SECTION V. B OF THIS DISCLOSURE STATEMENT, IN CHAPTER 7, THE PRODUCERS OR OTHER GENERAL UNSECURED CREDITORS WOULD RECEIVE NOTHING.  IN ADDITION, THERE WOULD LIKELY BE UNCERTAINTY AND A LONG DELAY BETWEEN CONVERSION TO CHAPTER 7 AND THE RETURN OF FILM(S) TO THE PRODUCERS.**

The Debtor submits that the Plan provides is the best chance for creditors to recover any payment on its claims and the quickest way for Class 1 producers to receive the return of their film(s).

**A.      Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan, and includes information relating to the Plan and the Plan Confirmation process.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

**(1)      WHO CAN VOTE OR OBJECT,**

**(2)      WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD RECEIVE IN LIQUIDATION,**

(3)    **THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE DEBTOR'S BANKRUPTCY CASE,**

(4)    **WHAT ISSUES THE COURT WILL CONSIDER WHEN DECIDING WHETHER OR NOT TO CONFIRM THE PLAN,**

(5)    **WHAT IS THE EFFECT OF CONFIRMATION, AND**

(6)    **WHETHER THE PLAN IS FEASIBLE.**

This Disclosure Statement cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how the Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as this Disclosure Statement.  If there are any inconsistencies between the Plan and this Disclosure Statement, the Plan provisions will govern.

The Bankruptcy Code requires a Disclosure Statement to contain "adequate information" concerning the Plan.  The United States Bankruptcy Court for the Central District of California (the "Court") has approved this document as an adequate Disclosure Statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.

**B.**    **Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT.  IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.    Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take

place on _____ at _____ in Courtroom _____, located at 255 E. Temple

Street, Los Angeles, California.

**2.    Deadline For Voting For or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed ballot

and return the ballot in the enclosed envelope to Elaine V. Nguyen, Esq., of Weintraub & Selth,

APC, 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025.  Your ballot must be received

by 5:00 p.m. PST, on _____, or it will not be counted.

**3.    Deadline For Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed with the Court by _____

and served upon counsel for the Debtor, Elaine V. Nguyen, Esq., of Weintraub & Selth, APC,

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025.

**4.    Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact Elaine V.

Nguyen, Esq., of Weintraub & Selth, APC, 11766 Wilshire Blvd., Suite 1170, Los Angeles,

California 90025, Telephone: (310) 207-1494.

**C.    Disclaimer**

The financial data relied upon in formulating the Plan is based on the Debtor's books and

records which, unless otherwise indicated, are unaudited.  The information contained in this

Disclosure Statement is provided solely by the Debtor.  The Debtor represents that everything

stated in this Disclosure Statement is true and correct to the Debtor's best knowledge.  The Court

has not yet determined whether or not the Plan is confirmable and makes no recommendation as

to whether or not you should support or oppose the Plan.

## II.

## BACKGROUND

A.    **Description and History of the Debtor's Business and Events Leading To The Bankruptcy**

IWW is an international motion picture sales and distribution company based in Los Angeles, California.  The company was established in 2003 in the State of California by veteran producers Tom Berry and Pierre David and then transferred in 2013 to Lawrence Goebel ("Goebel"), who had previously served as the President of the Company.  IWW currently maintains a library of over 60 feature films.  The Debtor's business model involves two steps: the Debtor enters into Acquisition Agreements with producers to obtain the rights to license a particular film and then enters into Licensing Agreements to exploit such films with various distribution companies around the world.

The Debtor commenced the instant case because it began to fall behind on its payments to producers under the Acquisition Agreements primarily due to the collapse of the DVD distribution market which the Debtor relied heavily upon.  IWW was unable to license many of its independent films, which were previously distributed via DVD.  As a result, the Debtor began to receive letters from producers threatening to terminate their Acquisition Agreements with the Debtor.

During this time, IWW was in discussions with several parties regarding recapitalizing the Debtor and funding its reorganization.  In order to preserve the going-concern of the company in light of the termination letters, the Debtor filed this Chapter 11 reorganization case in order to preserve its interests in the Acquisition Agreements and Licensing Agreements and to preserve the company's going-concern value.  The Debtor's goal in preserving the value of the company was to provide the time needed to locate either a buyer or an investor in order to maintain the going concern and generate a return for the holders of allowed claims against the estate.

In furtherance of this effort, prior to filing this case, IWW downsized its operations and currently has one employee (Mr. Goebel) who manages all aspects of sales, distribution, marketing and servicing for the Debtor and one independent contractor who assists Mr. Goebel on an as needed basis in the company's accounting and general operations.  Mr. Goebel has not received any compensation during the pendency of this case and has been living from his dwindling savings.

**B**.    **Events Occurring After Bankruptcy Filing.**

    **1.    Employment of Professionals**

On August 17, 2015, the Court entered its order authorizing the employment of Weintraub & Selth, APC as Debtor's general bankruptcy counsel [Docket #33].

On August 13, 2015, the Court entered its order authorizing the employment of Marian Salas as bookkeeper to the Debtor [Docket #30].

There are no other professionals employed by the estate.

    **2.    Claims Bar Date**

On June 29, 2015, Debtor filed a *Motion for Order Establishing Bar Date for Filing of Proofs of Claim* ("Bar Date Motion").  The Court granted the Bar Date Motion and entered its order establishing a claim bar date of September 16, 2015 ("Bar Date").

    **3.    Rejection of Two Executory Contracts**

Since filing the case, the Debtor rejected the following Acquisition Agreements:

Stuck Productions, LLC ("Stuck Productions")

On December 24, 2015, the Debtor and Stuck Productions entered into a Stipulation whereby the Debtor (1) rejected the Acquisition Agreement dated April 18, 2013, under which the Debtor was to act as the exclusive authorized sales agent of Stuck Productions for the feature length motion picture *Stuck*; (2) Stuck Productions agreed to amend and reduce its proof of claim

from $221,000 to $50,000; and (3) Stuck Productions agreed to support the Debtor's Chapter 11

Plan.  The Stipulation between the Debtor and Stuck Productions was filed on December 23,

2015 [Docket #53] and was approved by Order entered by the Court on December 29,

2105[Docket #54].

Stuck Productions has an allowed claim in the amount of $50,000 against the estate and is

placed in Class 1.  As a **Class 1** claimant, Stuck Productions will receive 5% of its claim on the

Effective Date along with other holders of allowed **Class 1** claims.

Bus Driver, LLC

On January 8, 2016, the Debtor rejected the Acquisition Agreement dated July 15, 2014

with Bus Driver, LLC, under which the Debtor served as the exclusive authorized sales agent of

the feature length motion picture *The Bus Driver*.  The movie had generated no gross sales to

date and the Debtor rejected the Acquisition Agreement because the movie had no value or a *de

minis* value to the estate.  In return for the film rights and to avoid a lawsuit from the Debtor, Bus

Driver, LLC, paid $10,000.00 to the Debtor to reimburse the Debtor for its out of pocket

expenses in marketing the film.  The Stipulation between the Debtor and Bus Driver, LLC, was

filed on January 8, 2016 [Docket #56], and was approved by Order entered by the Court on

January 8, 2016, [Docket #56].

Bus Driver, LLC, does not have an allowed claim against the estate and will not receive a

distribution under Debtor's Chapter 11 Plan.

**4.      Debtor's Search For A Buyer And/or An Investor**

Prior to filing this Case, the Debtor widely marketed the company, seeking a transaction,

including a sale, merger, joint venture, partner or recapitalization and was in discussions with

several parties regarding a possible investment into the company.  Despite the Debtor's efforts,

while many serious expressions of interest were made and due diligence completed, no concrete

offers which were acceptable to the Debtor were made.  After filing this case, the Debtor resumed these efforts and while several parties expressed an interest, only Michelle Mower made a concrete offer.  Ms. Mower has committed to invest $250,000 upon Plan confirmation in consideration of the acquisition of all the equity interest in the Reorganized Debtor.  Ms. Mower is a producer and filmmaker and is also one of the owners of Shadow Cave Pictures, a production company that is the Debtor's largest unsecured creditor.

The offer from Ms. Mower is the best and highest offer the Debtor received.

**C.    Current and Historical Financial Conditions And Changes In The Operations of The Reorganized Debtor**

During the Debtor's bankruptcy case, in order to keep the business afloat the Debtor reduced its expenses to a bare minimum, paying only necessary operating expenses such as rent, accounting, and office expenses.

The Debtor has now found an investor, Ms. Mower, who will purchase the equity of the Reorganized Debtor for $250,000.  With these funds, the Debtor will make its Plan payments and pay for operating expenses.  Despite the fact that all payments under the Plan shall be made on the Effective date, the Debtor has attached hereto as **Exhibit A** its one-year cash flow projection ("Cash Projection").  All plan payments will be made from the $250,000 paid by Ms. Mower for the Debtor's equity on the Effective Date.  Ms. Mower may contribute an additional $250,000 as necessary for the Reorganized Debtor's operations at Ms. Mower's sole discretion.

IWW will undergo organizational restructuring to address the shifts in demand in the current motion picture, television and new media industries.  In accordance with the reorganized Debtor's business plan, a copy of which is attached hereto as **Exhibit E**, the Reorganized Debtor will be comprised of three divisions:  production, business and financial solutions and sales and distribution. By diversifying IWW's corporate portfolio, IWW will be able to generate revenue

through both traditional and non-traditional avenues, including theatrical, television, subscription video-on-demand, and digital platforms.

The Reorganized Debtor will offer future advantages to current and subsequent producers which were not previously available. The company intends to have a division (temporarily called Business Solutions) which will assist filmmakers in every aspect of the production process, including script analysis/development, financing, casting, legal and pre-production through post-production. The company will earn fees for these services and, in certain cases, will handle the sales and marketing as well for a distribution fee. Also, in 2017, the company intends to begin producing some of its own films in-house thereby strengthening its overall line-up of films with potential buyers which will benefit the sales and marketing of outside-produced films as well. Finally, it is the company's intention to offer its current producers a more frequent accounting cycle, e.g. monthly instead of quarterly accounting of producer's share of sales, as well as a lower distribution fee on future sales than originally contracted.

### III.

### __SUMMARY OF THE PLAN__

The following is a summary description of the fundamental terms of the Plan:

- The purchase of all the equity in the Debtor by Michelle Mower for the sum of $250,000, payable upon Plan confirmation.  Ms. Mower may contribute an additional $250,000 as necessary for the Reorganized Debtor's operations at Ms. Mower's sole discretion.  Ms. Mower is a filmmaker and producer and one of the owners of Shadow Cave Productions, LLC, --- the Debtor's largest unsecured creditor.  Ms. Mower is purchasing the equity of the Reorganized Debtor in her individual capacity.

- Payment of all administrative claims and priority tax claims in full on the later of the Effective Date or the date such claims are allowed by the Court.

- **Class 1**:  Consists of certain producer creditors whose films rights are being rejected and the films and rights returned to such parties.  A complete list of Class 1 **claimants** is attached hereto as **Exhibit B.**  The Order confirming the Plan shall provide that on the Effective Date, all Acquisition Agreements and Licensing Agreements pertaining to the Class 1 film producers shall be deemed rejected. The Debtor will work diligently and in good faith to promptly have all material returned to producers upon written request.  If a producer does not provide a written request for the film material within 90 days, the film material may be destroyed.  On the Effective Date, the Debtor will disburse to all Class 1 allowed claim holders a sum equal to 5% of each Class 1 allowed claim.

- **Class 2**:  Consists of certain producer creditors whose films rights are being assumed and retained.  A complete list of Class 2 claimants is attached hereto as **Exhibit C** and the Debtor's proposed cure amount, which is 15% of each claimant's claim in full and final satisfaction of the arrearage in each contract. The Order confirming the Plan shall provide that on the Effective Date all Acquisition Agreements and Licensing Agreements pertaining to the Class 2 film producers shall be assumed.

- **Class 3:**  Consists of other unsecured creditors of the Debtor who are not producers or creditors with film rights.  A complete list of Class 3 creditors is attached hereto as **Exhibit D**.  The Plan provides that on the Effective Date, the

Debtor will disburse to all Class 3 allowed claim holders a sum equal to 15% of each Class 3 allowed claim.

-    **Class 4:**  Consists of the claim of AFTRA SAG.  The Plan provides that on the Effective Date, the Debtor will pay the Class 4 claim holder the sum of $4,694.77

## IV.

### CLASSIFICATION AND TREATMENT OF

### CLAIMS AND INTERESTS UNDER THE PLAN

**A.    What Creditors and Interest Holders Will Receive Under the Plan**

As required by the Bankruptcy Code, the Plan classifies claims and interests in various classes according to their right to priority.  The Plan states whether each class of claims or interests is impaired or unimpaired.  The Plan provides the treatment each class will receive.

**B.    Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Debtor has not placed the following claims in a class:

**1.    Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Chapter 11 case that are allowed under Bankruptcy Code Section 507(a)(1).  The Bankruptcy Code requires that all administrative claims be paid on the Effective Date unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's § 507(a)(1) administrative claims and their treatment under the Plan:

| Name | Amount Owed[2] | Treatment |
|---|---|---|
| Clerk's Office Fees | $0 (Estimate) | Paid in full on the Effective Date by the Reorganized Debtor |
| Office of the U.S. Trustee Fees | $325.00 per Quarter (Estimate) | Paid in full on the Effective Date and every quarter thereafter until the entry of a Final Decree closing the case. |
| Weintraub & Selth, APC ("WS") General Bankruptcy Counsel | $45,000.00 (Estimate) in addition to the pre-petition retainer made by the Debtor. | Paid in full the later of the Effective Date or the date of an Order approving an interim or final fee application |

Court Approval of Fees Required:

The Court must approve all professional fees and expenses listed in this chart before they may be paid.  For all professional fees and expenses except fees owing to the Clerk of the Court and fees owing to the Office of the United States Trustee (the "OUST"), the professional in question must file and serve a properly noticed fee application and the Court must rule on the application, unless payment of such fees and expenses has previously been approved by this Court pursuant to 11 U.S.C. § 328(a).  Only the amount of fees and expenses allowed by the Court will be required to be paid under the Plan.  The administrative claim amounts set forth above for professional fees and expenses simply represent the Debtor's best estimate as to the amount of allowed administrative claims for professional fees and expenses in this case, making the assumption that the Debtor makes all of the post-petition professional fee monthly payments that the Debtor is authorized to make.  The actual administrative claims for professional fees and expenses may be higher or lower.  By voting to accept the Plan, creditors are not acknowledging the validity of, or consenting to the amount of, any of these administrative claims for professional fees and expenses, and creditors are not waiving any of their rights to object to the

---

[2] The amounts set forth in this chart are estimates of the administrative claim amounts that the Debtor believes each administrative claimant will be entitled to on the Effective Date.

allowance of any of these administrative claims for professional fees and expenses.  Also, the professionals employed in this case may, prior to the Effective Date, seek Court approval of interim fees and expenses incurred in excess of the post-petition professional fee monthly payments received by such professionals.  To the extent any such interim fees and expenses are allowed by the Bankruptcy Court and paid by the Debtor prior to the Effective Date, that will reduce the amount of professional fees and expenses to be paid by the Reorganized Debtor.

**The last day to file Chapter 11 administrative claims (except for ordinary post-petition operating obligations and professional fees and expenses) is thirty (30) days after the Effective Date. Administrative expenses will be paid on the later of the Effective Date or 10 days after the entry of a non-appealable order allowing the administrative expense, unless the administrative claimant has consented otherwise in writing.**

**2.      Priority Tax Claims**

Priority tax claims include certain unsecured income, employment and other taxes described by Bankruptcy Code Section 507(a)(8).  The Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive the present value of such claim in regular installment payments in cash (i) of total value, as of the Effective Date of the Plan, equal to the allowed amount of such claim; (ii) over a period ending not later than five (5) years after the Petition Date; and (iii) in a manner not less favorable than the most favored nonpriority unsecured claim provided for under the Plan.

The following chart lists all of the Debtor's Section 507(a)(8) priority tax claims and its treatment under the Plan.

| NAME | AMOUNT OWED | TREATMENT |
|---|---|---|
| Internal Revenue Service | $3,156.81 per *Proof of Claim #1* | Paid in full on the Effective Date |
| Franchise Tax Board | $855.76 per *Proof of Claim #2* | Paid in full on the Effective Date |
| Los Angeles County Treasurer and Tax Collector | $332.56 per *Proof of Claim #4* | Paid in full on the Effective Date |

**C.    Classified Claims and Interests**

**1.    Class of Secured Claims**

Secured claims are claims secured by liens on property of the bankruptcy estate. The Debtor is not aware of any secured claims.

**2.    Classes of Priority Unsecured Claims**

Certain priority claims that are referred to in Bankruptcy Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Bankruptcy Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.  The Debtor is not aware of any claims that would qualify as Sections 507(a)(3), (a)(4), (a)(5), (a)(6), and (a)(7) priority unsecured claims under the Plan.

**3.    Class of General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Bankruptcy Code Section 507(a).

The Plan divides all general unsecured creditors into 4 categories:

-    **Class 1**:  Consists of certain producer creditors whose films rights are being

rejected and the films and rights returned to such parties.  A complete list of Class

1 **claimants** is attached hereto as **Exhibit B.** The Order confirming the Plan shall provide that on the Effective Date, all Acquisition Agreements and Licensing Agreements pertaining to the Class 1 film producers shall be deemed rejected. The Debtor will work diligently and in good faith to promptly have all material returned to producers upon written request. If a producer does not provide a written request for the film material within 90 days, the film material may be destroyed. On the Effective Date, the Debtor will disburse to all Class 1 allowed claim holders a sum equal to 5% of each Class 1 allowed claim.

- **Class 2**: Consists of certain producer creditors whose films rights are being assumed and retained. A complete list of Class 2 claimants is attached hereto as **Exhibit C** and the Debtor's proposed cure amount, which is 15% of each claimant's claim in full and final satisfaction of the arrearage in each contract. The Order confirming the Plan shall provide that on the Effective Date all Acquisition Agreements and Licensing Agreements pertaining to the Class 2 film producers shall be assumed.

- **Class 3**: Consists of other unsecured creditors of the Debtor who are not producers or creditors with film rights. A complete list of Class 3 creditors is attached hereto as **Exhibit D**. The Plan provides that on the Effective Date, the Debtor will disburse to all Class 3 allowed claim holders a sum equal to 15% of each Class 3 allowed claim.

- **Class 4:** Consists of the claim of AFTRA SAG. The Plan provides that on the

Effective Date, the Debtor will pay the Class 4 claim holder the sum of $4,694.77

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 1 | All Class 1 claimants are listed in **Exhibit B**.<br><br>**Total:  $853,196.45** | N | Y<br><br>Allowed claims in this class are entitled to vote on the Plan | **Each claimant in Exhibit B will receive a cash distribution equal to 5% of its allowed claim on the Effective Date**<br><br>**Total Payout:** $42,659.82 (estimated)<br><br>The Debtor shall distribute an amount equal to 5% of the allowed Class 1 claims against the estate.<br><br>Upon entry of an Order confirming the Plan, any and all Acquisition Agreements and Licensing Agreements between the Debtor and any third party pertaining to the films produced by the Class 1 claimants will be deemed rejected and within 10 days of the Effective Date.<br><br>The Debtor will work diligently and in good faith to promptly have all material returned to producers upon written request. If a producer does not provide a written request for the film material within 90 days, the film material may be destroyed or discarded by the Debtor.<br><br>The foregoing treatment of all **Class 1** claims will be in full settlement and satisfaction of all obligations of the Debtor to holders of **Class 1** claims. |

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 2 | All Class 2 claimants are listed in **Exhibit C**.<br><br>**Total: $246,520.74** | N | Y<br><br>Allowed claims in this class are entitled to vote on the Plan | **PLEASE REFER TO *SECTION IV. E* BELOW FOR FURTHER EXPLANATION REGARDING PLAN TREATMENT**<br><br>Class 2 consists of certain producer creditors whose **films rights are being assumed and retained**. A complete list of Class 2 claimants is attached hereto as **Exhibit C** and the Debtor's proposed cure amount, which is 15% of each claimant's claim in full and final satisfaction of the arrearage in each contract. The Order confirming the Plan shall provide that on the Effective Date all Acquisition Agreements and Licensing Agreements pertaining to the Class 2 film producers shall be assumed.<br><br>**The Debtor will assume any and all contracts between the Debtor and Class 2 claimants. All rights, and interests in the films will remain with the Debtor.**<br><br>The foregoing treatment of all **Class 2** claims will be in full settlement and satisfaction of all obligations of the Debtor to holders of **Class 2** claims.<br><br>**Total Payout:** $36,978.12 (estimated)<br><br>**Objections**<br>To the extent that any interested party wishes to object to any matter pertaining to the assumption and assignment of the assumed contract, including, without limitation, Debtor's cure amount set forth in **Exhibit C**, such interested party <u>must</u> file with the Court and serve upon the Debtor and the Debtor's counsel a written statement, together with supporting declaration stating the basis for its objection and any supporting documentation for such objection. **<u>Such statement, declaration and documentation must be filed and served not later than 10 days before the date of the Plan confirmation hearing.</u>** Any person who fails to timely file and serve such a statement and declaration will be deemed to have waived any and all objections to both the proposed assumption and the proposed cure amount in connection with such assumption. |

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 3 | All Class 3 claimants are listed in **Exhibit D**.<br><br>**Total: $67,388.74** | N | Y<br><br>Allowed claims in this class are entitled to vote on the Plan | **Each claimant in Exhibit D will receive a cash distribution equal to 15% of its allowed claim on the Effective Date**<br><br>**Total Payout:** $10,108.30 (estimated)<br><br>The Debtor shall distribute an amount equal to 15% of the allowed Class 3 claims against the estate.<br><br>The foregoing treatment of all **Class 3** claims will be in full settlement and satisfaction of all obligations of the Debtor to holders of **Class 3** claims. |

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 4 | AFTRA SAG<br><br>**Total: $4,694.77** | N | N | **Claimant will be paid in full**<br><br>**Total Payout:** $4,694.77<br><br>The Debtor shall distribute $4,694.77 on the Effective Date to **Class 4** claimant.<br><br>The foregoing treatment of all **Class 4** claims will be in full settlement and satisfaction of all obligations of the Debtor to holders of **Class 4** claims. |

### 4.  Class of Interest Holders

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtor.  The following chart identifies the Plan's treatment of the class of interest holders:

| CLASS # | DESCRIPTION | INSIDER (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| 5 | Equity Interest in Debtor – <br><br> Lawrence Goebel (100%) | Y | Y | On the Effective Date, the equity interest in the Debtor, which is currently owned 100% by Lawrence Goebel will be cancelled and extinguished. <br><br> All equity in the Reorganized Debtor will be distributed to Michelle Mower <br><br> On the Effective Date, Ms. Mower will purchase the equity in the Reorganized Debtor for $250,000.00. Ms. Mower may contribute an additional $250,000 as necessary for the Reorganized Debtor's operations at Ms. Mower's sole discretion. |

**D.  Means of Effectuating the Plan**

### 1.  Funding for the Plan and Post Confirmation Management

The Plan will be funded from Ms. Mower's purchase of the equity in the Reorganized Debtor for $250,000. Ms. Mower may contribute an additional $250,000 as necessary for the Reorganized Debtor's operations at Ms. Mower's sole discretion.

### 2.  The Management Team of the Reorganized Debtor

Michelle Mower –Chief Executive Officer

Michelle Mower has written, directed and produced a number of short films, as well as three feature films. Her debut feature "The Preacher's Daughter," starring Andrea Bowen ("Desperate Housewives") premiered on Lifetime Movie Network (LMN) on August 31, 2012.

The premiere garnered the highest ratings of any movie on LMN for all of 2012. After the success of her film on Lifetime, Michelle was given the opportunity to write, co-produce and direct a second tv movie for the network titled "The Preacher's Mistress." The film, which stars Sarah Lancaster and Natalia Cigliuti, premiered on The Lifetime Channel in November, 2013. She is currently in production another project for Lifetime.  Michelle received her B.A. degree in Radio/Television from the University in Houston in 2000. After graduation, Michelle was hired by the Houston NBC affiliate as Associate Producer for the morning news program. In 2003, Michelle went to work for Southwest Alternate Media Project (SWAMP), a non-profit media arts organization based in Houston. Her primary function as Program Coordinator was to organize SWAMP's professional development workshops, youth after-school programs, independent film screenings, monthly networking mixers and special film-related events. Through her work with SWAMP, Michelle started "*Lights! Camera! Action!* Summer Moviemaking Camp" for teens and the annual Business of Film Conference, which takes place annually at Rice University.

Lawrence Goebel –President of Sales and Distribution

Lawrence Goebel is owner, president and chief executive officer of Imagination Worldwide, LLC (Imagination), and has been with the company since its inception in August 2003. Imagination specializes in worldwide sales/licensing, distribution and marketing of feature-length motion pictures and television programming. It currently has an eclectic library of over sixty films that includes titles ranging from the charming and critically acclaimed romantic comedy documentary MY DATE WITH DREW (with Drew Barrymore) and the emotional and inspirational GO FAR: THE CHRISTOPHER RUSH STORY to acclaimed science fiction, horror and thriller films like THE HAMILTONS, SHALLOW GROUND and THE ZOMBIE DIARIES series. Mr. Goebel has served as executive producer on ten feature films in his career as well, including award winning family films like MY DOG'S CHRISTMAS MIRACLE and CUPID

DOG. Mr. Goebel's responsibilities at Imagination include overseeing all aspects of the day to-day operations of the company including sales, business/legal affairs, acquisitions and development, marketing, contract administration, accounting/cash flow management, technical servicing and personnel.

<u>Orly Ravid-- General Council/Film Distribution Advisor</u>

Orly Ravid brings 15-years of experience in the film industry to Imagination Worldwide LLC, including film festival programming, acquisitions, sales, theatrical distribution and business affairs. After feeling disgusted with the trappings of traditional film industry mechanics, in 2009 Orly founded The Film Collaborative ("TFC"), the first non-profit to focus on film distribution-education and facilitation without taking filmmakers' rights.  At TFC Orly co-authored and published the multi-format book "Selling Your Film Without Selling Your Soul" (Parts I & II) and distributes Oscar-nominated and top festival winning documentaries and narrative feature films.

Previously Orly was a Programming Associate at Sundance and a programming consultant at Palm Springs International (PSIFF) and the Middle East Film Festival (MEIFF). Other past affiliations include Senator Entertainment (VP Acquisitions and Distribution); Wolfe Releasing (Director: Acquisitions, Theatrical, Non-Theatrical/Festivals, Business Affairs and Digital Distribution); Maxmedia (Development); and Outfest (Board of Directors).  Orly is also functions as a sales agent, representing independent film festival hits such as "The Invisible War", "Weekend" and "We Were Here." A regular panelist and blogger about new media and distribution in general, Orly regularly contributes to indieWIRE, Ted Hope's blog "Truly Free Film," and Sundance's Artists Services for which she was an advisor and to the TFC blog. Orly has spoken about distribution and new media on panels at Berlinale, Cannes, Edinburgh Pitch, IDFA, IFP, Outfest, Sundance, SXSW,

UCLA, USC, to name a few.  Raised in Manhattan Orly got her B.A. in English Literature with a concentration in film studies at Columbia University. Orly is also a licensed attorney committed to helping filmmakers and creatives with their legal needs in an artist-friendly fashion.

### 3.  Disbursing Agent

The Debtor will serve, without bond, as the Disbursing Agent under the Plan and make Plan disbursements as well as facilitate the calculation and distribution of the pro-rata share for each general unsecured claimant.

### 4.  Objections to Claims

Pursuant to 11 U.S.C. § 502(a), any party in interest may assert objections to claims.

Any proof of claim that is filed with the Bankruptcy Court and/or served on the Debtor after the Bar Date of **September 16, 2015** will be deemed invalid unless the claimant files a motion for leave of Court to file such claim.  With respect to disputed claims which are not resolved prior to the Effective Date, the Reorganized Debtor shall have the authority, in its sole discretion, in the reasonable exercise of its business judgment and subject to the approval of the Bankruptcy Court, to settle or compromise any claim.

Claim #3 and #14 Match Box Pictures Inc. and Kingdom Come Film Inc.

Proofs of Claims #3 and #14 filed by claimant "Matchbox Pictures Inc. and Kingdom Come Film Inc", each claim for $189,000.00 appear to be duplicates.  Further the Debtor believes that the claim owed to Matchbox is $44,987.11 ("Matchbox Claim").  The Debtor will file an objection to Claims #3 and #14 shortly.  The Plan with withhold any disbursements to Matchbox until the claim objection is resolved and the Matchbox Claim is an allowed claim.

//

//

As provided by Section 502(c) of the Bankruptcy Code, the Court may estimate any contingent or un-liquidated disputed claim for purposes of confirmation of the Plan. The Court shall retain jurisdiction over the Debtor, the Reorganized Debtor and the Bankruptcy Case to resolve such objections to claims following the confirmation of the Plan.

Nothing contained herein shall constitute a waiver or release by the Debtor of any rights of setoff or recoupment, or of any defense, they may have with respect to any claim. The Disbursing Agent will withhold from property to be distributed under the Plan and will place in reserve a sufficient amount of cash to be distributed on account of claims that are disputed and have not been allowed as of the date of distribution to creditors ("Disputed Claims") of any particular class as if such claims were allowed in full.

### 5.    Interest Pending Allowance of Claims

Except as specifically provided for in the Plan, in the order confirming the Plan, or in some other order of the Court, interest will not accrue on claims and no holder of a claim will be entitled to interest accruing on or after the Petition Date on any claim.

To the extent the Debtor or any other party in interest objects to the allowance of any claim, nothing in the Plan or herein will be deemed to imply or create for the holders of any Disputed Claims any entitlement to receive interest upon the allowed amount of any such Disputed Claims as a result, *inter alia*, of the delay in payment of such claims, except as expressly stated in the treatment pursuant to the Plan.

### 6.    Distributions to be Made Pursuant to the Plan

Except as otherwise agreed to by the Reorganized Debtor in writing, distributions to be made to holders of allowed claims pursuant to the Plan may be delivered by regular mail, postage prepaid, to the address shown in the Debtor's schedules, as they may from time to time be amended in accordance with Bankruptcy Rule 1000, or, if a different address is stated in a proof of

claim duly filed with the Bankruptcy Court, to such address.  Checks issued to pay allowed claims shall be null and void if not negotiated within one hundred twenty (120) days after the date of issuance thereof.  Those funds represented by voided checks that were not timely negotiated shall be retained by Debtor.

Requests for reissuance of any check will be made to the Reorganized Debtor by the holder of the allowed claim to whom such check originally was issued, prior to the expiration of one hundred twenty (120) days from the date of issuance of such check.  After such date, the monies otherwise payable on account of such claim will revest in the Reorganized Debtor free and clear of all claims and interests.

In connection with the Plan and any instruments issued in connection therewith, the Reorganized Debtor shall comply with all applicable withholding and reporting requirements imposed by any federal, state or local taxing authority, and all distributions under the Plan will be subject to any such withholding or reporting requirements.

### 1.  Payment of Professional Fees and Expenses Incurred Post Effective Date

The Reorganized Debtor shall be entitled to employ such professionals that the Reorganized Debtor deems appropriate and to pay the fees and expenses incurred by such professionals post-Confirmation in the ordinary course without any further order of the Bankruptcy Court.

### 8.    Exculpations and Releases

To the maximum extent permitted by law, none of the Debtor, the estate, nor any of their employees, agents, representatives, or the professionals employed or retained by any of them, whether or not by Court order (each, a "Released Person"), shall have or incur liability to any person or entity for an act taken or omission made in good faith in connection with or related to the formulation of the Plan, the Disclosure Statement, or a contract, instrument, release, or other

agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, or the consummation and implementation of the Plan and the transactions contemplated therein. Each Released Person shall in all respects be entitled to reasonably rely on the advice of counsel with respect to its duties and responsibilities under the Plan.

**9.     Injunctions**

The occurrence of the Effective Date after the entry of the Confirmation Order shall enjoin the prosecution, whether directly, derivatively or otherwise, of any claim, obligation, suit, judgment, damage, demand, debt, right, cause of action, liability or interest released, discharged or terminated pursuant to the Plan.

Except as provided in the Plan or the Confirmation Order, as of the Effective Date, all entities that have held, currently hold or may hold a claim or other debt or liability that is discharged or an interest or other right of an equity security holder that is terminated pursuant to the terms of the Plan are permanently enjoined from taking any of the following actions against the Debtor, the estate, or their property on account of any such discharged claims, debts or liabilities or terminated interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtor; and (v) commencing or continuing any action in any manner, in any place that does not comply with or is inconsistent with the provisions of the Plan.

**10.     Investigation and Prosecution of Claims and Causes of Action Including Avoidance Actions**

The Debtor or the Reorganized Debtor, as the case may be, shall investigate all claims and causes of actions, including causes of action under Sections 544, 546, 547, 548, 550, 551 and 552

of the Bankruptcy Code (the "Avoiding Power Claims") of the Debtor and this estate and

determine which, if any, should be prosecuted.  All such claims and causes of action of the Debtor

and its estate are preserved by the Plan, and the Reorganized Debtor shall have the full power and

authority to file, prosecute, settle, adjust, retain, enforce or abandon any such claim or cause of

action as the representative of the Debtor's estate under section 1123(b) of the Bankruptcy Code or

otherwise, whether such claims and causes of action were commenced by the Debtor prior to the

Effective Date or by the Reorganized Debtor after the Effective Date.  The Reorganized Debtor

shall have the authority to file and to prosecute any and all such claims and causes of action

following the confirmation of the Plan (and to continue with the prosecution of any such claims

and causes of action which were commenced but not completed by the Debtor prior to the

confirmation of the Plan), and the Bankruptcy Court shall retain jurisdiction over the Debtor, the

Reorganized Debtor, this case and this estate to resolve and to adjudicate any and all such claims

and causes of action following the confirmation of the Plan.  Nothing contained in the Plan shall

constitute a waiver or release by the Debtor or the Reorganized Debtor of any rights or of any

defenses the Debtor or the Reorganized Debtor may have with respect to any such claims and

causes of action.

**E.**    **Other Provisions of the Plan**

    **1.**    **Executory Contracts and Unexpired Leases**

        **a)**    **Assumptions**

            **(i)**    **Schedule of Assumed Agreements.**

Attached hereto as **Exhibit C** and incorporated herein by reference is a list of the

executory contracts which the Reorganized Debtor intends to assume on the Effective Date. The

contracts on **Exhibit C** consist of the Acquisition Agreements and Licensing Agreements which

the Debtor intends to retain and continue to service. **Exhibit C** also shows both (i) the arrearage, according to the Debtor's books and records, of each such contract, and (ii) the proposed cure payment for such contracts. If the Debtor's books reflect that the Debtor is current on such agreements, the "Arrearage Amount" is listed as zero.

The Reorganized Debtor is unable to pay all arrearages on the contracts listed in **Exhibit C**. As a result, the Debtor offers those counter parties shown in **Exhibit C** two options:

(i)      with the consent of the counter party, the Debtor will assume such contracts and pay immediately upon the Plan's Effective Date an amount equal to fifteen percent (15%) of the Arrearage Amount for each counter party (see column entitled "Cure Payment"), and the Reorganized Debtor will be bound by all terms of the assumed agreements and continue all services under the applicable agreements; or

(ii)      the counter party listed in **Exhibit C** can advise it does not accept the Cure Payment and shall in that case, the Debtor shall reject such party's contract(s), make available for pick up any film materials concerning a rejected contract and receive five percent (5%) of their Arrearage Amount on the Plan's Effective Date. In this instance, the Reorganized Debtor will have no further obligations or duties to such counter party.

So to summarize, on the Effective Date, subject to consent of the contract counter party, the Reorganized Debtor will assume the executory contracts and unexpired leases identified in **Exhibit C** attached hereto and pay the Cure Payment shown. The Confirmation Order, subject to the occurrence of the Effective Date, will constitute a Court order approving the assumption, on the Effective Date, of the executory contracts and unexpired leases identified in **Exhibit C**, and any other executory contracts that may hereafter be entered into in the ordinary course of

Debtor's business, prior to the Effective Date.

With respect to those films that the Debtor seeks to retain (i.e., those listed in **Exhibit C**), the Debtor has great familiarity with these titles, all prior marketing and sales efforts and contacts made and the most likely additional markets, forms of exploitation and business opportunities for such titles. It has marketed these films widely and aggressively and will continue to do so. These producers will have the advantage of a distributer who is better funded than IWW and which is concentrated on working on a smaller library of films to secure deals and this company coming out of bankruptcy has very strong incentives to find new and additional revenue for such films. The Debtor is very familiar with such films and also with the best markets and opportunities in which to obtain new licensing deals to generate additional revenue for the producers. The Reorganized Debtor is confident new management can procure additional distribution deals for these select films and produce additional value for its clients if they elect to continue with the reorganized IWW.

The Debtor has already entered into Distribution Agreements for these films, which Distribution Agreements will be assumed by the Reorganized Debtor such that the Reorganized Debtor will continue providing the services required under these agreements and generating revenue for both the producer and the Reorganized Debtor. Hence, whether or not a producer takes back its rights in a film, the Distribution Agreements will remain in effect. The Debtor believes it would be disadvantageous for its producer clients to have multiple sale agents representing a single film(s) in a given market as this could result in dilution or a negative impact the film as well as the producer's brand. IWW knows the history of the film, has all the delivery elements, knows the existing distributor agreements and where there could be future sales. Also, producers know that a lot of sales companies will not take a film previously handled by another sales company.

### (ii)    Cure Payments.

As stated above, the Debtor has proposed a 15% cure payment for the executory contracts identified in **Exhibit C**.  All producer creditors whose film rights are being assumed and retained are listed in **Exhibit C**.  The Cure Amount (15% of each claimant's arrearage) is also shown and said sum shall be paid in full and final satisfaction of the arrearage under each contract.   The Order confirming the Plan shall provide that on the Effective Date all Acquisition Agreements and Licensing Agreements pertaining to the Class 2 film producers shall be assumed.

### (iii)    Objections to Assumption or Proposed Cure Payments.

Any person who is a party to an executory contract or unexpired lease that will be assumed under the Plan and who either contends that there exists a default requiring cure payments, or otherwise objects to the contemplated assumption <u>must</u> file with the Court and serve upon the Debtor and the Debtor's counsel a written statement, together with supporting declaration stating the basis for its objection and any supporting documentation for such objection.  **<u>Such statement, declaration and documentation must be filed and served not later than 10 days before the date of the Plan confirmation hearing.</u>**  Any person who fails to timely file and serve such a statement and declaration will be deemed to have waived any and all objections to both the proposed assumption and the proposed cure amount in connection with such assumption.

The Disbursing Agent shall not be required to make any payment of any proposed or allowed cure amounts until that date which is 30 days after entry of a final order resolving any objection or other dispute regarding: (a) the proposed cure amount under the executory contract or unexpired lease which the Debtor seeks to assume; (b) whether the Debtor or Reorganized Debtor has provided adequate assurance of future performance under such executory contract or unexpired lease; or (c) any other matter pertaining to a proposed assumption, the dispute and approving the assumption.

**b)** **Rejections**

To the extent that an executory contract or unexpired lease is not assumed, as specified in **Exhibit C**, on the Effective Date, all such executory contracts and unexpired leases shall be deemed rejected. The Confirmation Order, subject to the occurrence of the Effective Date, shall constitute an Order approving the Debtor's rejection of all such executory contracts and unexpired leases.

THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WILL BE 30 DAYS AFTER DATE OF ENTRY OF THE CONFIRMATION ORDER. Any claim based on the rejection of an executory contract or unexpired lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

**2.** **Changes in Rates Subject to Regulatory Commission Approval**

The Debtor is not subject to governmental regulatory commission approval of its rates.

**3.** **Retention of Jurisdiction**

After confirmation of the Plan and occurrence of the Effective Date, in addition to jurisdiction which exists in any other court, the Court will retain such jurisdiction as is legally permissible including for the following purposes:

a. To resolve any and all disputes regarding the operation and interpretation of the Plan and the Confirmation Order;

b. To determine the allowability, classification, or priority of claims and interests upon objection by the Debtor, the Reorganized Debtor, or by other parties in interest with standing to bring such objection or proceeding;

c. To determine the extent, validity and priority of any lien asserted against property of the Debtor or property of the Debtor's estate;

d.    To authorize the sale of real property and order reconveyances of liens and deeds of trusts dealt with in the Plan;

e.    To construe and take any action to enforce the Plan, the Confirmation Order, and any other order of the Court, issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan, the Confirmation Order, and all matters referred to in the Plan, the Confirmation Order, and to determine all matters that may be pending before the Court in this case on or before the Effective Date with respect to any person or entity related thereto;

f.    To determine (to the extent necessary) any and all applications for allowance of compensation and reimbursement of expenses of professionals for the period on or before the Effective Date;

g.    To determine any request for payment of administrative expenses;

h.    To determine all applications, motions, adversary proceedings, contested matters, and any other litigated matters instituted during the pendency of this case whether before, on, or after the Effective Date;

i.    To determine such other matters and for such other purposes as may be provided in the Confirmation Order.

j.    To modify the Plan under Section 1127 of the Bankruptcy Code in order to remedy any apparent defect or omission in the Plan or to reconcile any inconsistency in the Plan so as to carry out its intent and purpose;

k.    Except as otherwise provided in the Plan or the Confirmation Order, to issue injunctions to take such other actions or make such other orders as may be necessary or appropriate to restrain interference with the Plan or the Confirmation Order, or the execution or implementation by any person or entity of the Plan or the Confirmation Order;

l.      To issue such orders in aid of consummation of the Plan or the

Confirmation Order, notwithstanding any otherwise applicable nonbankruptcy law, with respect

to any person or entity, to the fullest extent authorized by the Bankruptcy Code or Bankruptcy

Rules; and

m.      To enter a final decree closing this Case.

**4.      Risk Factors**

Since all Plan payments will be made upon the Effective Date, there is no risk that

creditors will not receive their Plan disbursement.  The continued operations of the Debtor will

have many risk factors such as the Debtor's ability to acquire films and ability to market and

distribute the films.

**F.      Tax Consequences of Plan**

CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN

MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN

ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS.  The following disclosure of possible

tax consequences is intended solely for the purpose of alerting readers about possible tax issues

the Plan may present to the Debtor.  The Debtor CANNOT and DOES NOT represent that the

tax consequences contained below are the only tax consequences of the Plan because the Tax

Code embodies many complicated rules which make it difficult to state completely and

accurately all of the tax implications of any action.

The Debtor does not anticipate that confirmation of the Plan will have a significant or

material effect on its tax liability.  The Debtor makes no representations regarding the potential

tax consequences to creditors.

# V.

## CONFIRMATION REQUIREMENTS AND PROCEDURES

PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OF THE PLAN SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX. The following discussion is intended solely for the purpose of alerting readers about basic confirmation issues, which they may wish to consider, as well as certain deadlines for filing claims. The Debtor CANNOT and DOES NOT represent that the discussion contained below is a complete summary of the law on this topic.

Many requirements must be met before the Court can confirm the Plan. Some of the requirements include that the Plan must be proposed in good faith, acceptance of the Plan, whether the Plan pays creditors at least as much as creditors would receive in a Chapter 7 liquidation, and whether the Plan is feasible. These requirements are not the only requirements for confirmation.

### A.    Who May Vote or Object

#### 1.    Who May Object to Confirmation of the Plan

Any party in interest may object to the confirmation of the Plan, but, as explained below, not everyone is entitled to vote to accept or reject the Plan.

#### 2.    Who May Vote to Accept/Reject the Plan

A creditor or interest holder has a right to vote for or against the Plan if that creditor or interest holder has a claim which is both (1) allowed or allowed for voting purposes and (2) classified as an impaired class.

### a)    What Is an Allowed Claim/Interest

As noted above, a creditor or interest holder must first have an <u>allowed claim or interest</u> to have the right to vote.  Generally, any proof of claim or interest will be allowed, unless a party in interest brings a motion objecting to the claim.  When an objection to a claim or interest is filed, the creditor or interest holder holding the claim or interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or interest for voting purposes.

THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE was **<u>September 16, 2015.</u>**  A creditor or interest holder may have an allowed claim or interest even if a proof of claim or interest was not timely filed.  A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim.  An interest is deemed allowed if it is scheduled and no party in interest has objected to the interest.

### b)    What Is an Impaired Claim/Interest

As noted above, an allowed claim or interest only has the right to vote if it is in a class that is <u>impaired</u> under the Plan.  A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.  For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of what they are owed.

In this case, Debtor believes that all classes **(Classes 1-3)** are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan.  Parties who dispute the Debtor's characterization of their claim or interest as being impaired or unimpaired may file an objection to the Plan contending that the Debtor has incorrectly characterized the class.

### 3.   Who is Not Entitled to Vote

The following four types of claims are not entitled to vote:  (1) claims that have been disallowed; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan.  Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan.  Claims entitled to priority pursuant to Bankruptcy Code Sections 507(a)(1), (a)(2), and (a)(8) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Bankruptcy Code.  Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.

EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

### 4.   Who Can Vote in More Than One Class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject the Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

### 5.   Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, as discussed below.

### 6.   Votes Necessary for a Class to Accept the Plan

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the claims which actually voted, voted

in favor of the Plan.  A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

### 7.    Treatment of Nonaccepting Classes

As noted above, even if _all_ impaired classes do not accept the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Bankruptcy Code.  The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Bankruptcy Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" towards each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.  The Debtor believes the Plan may be confirmed on a non-consensual basis and will show same at the confirmation hearing if necessary.

### 8.    Request for Confirmation Despite Nonacceptance by Impaired Class(es)

The Debtor will request cramdown on any impaired classes who do not vote to accept the Plan.

### B.    Liquidation Analysis

Another confirmation requirement is the "Best Interest Test", which requires a liquidation analysis.  Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, the debtor's assets are usually sold by a Chapter 7 trustee.  Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien.    Administrative claims are paid next.    Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total allowed unsecured claims.  Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Bankruptcy Court to be able to confirm the Plan, the Bankruptcy Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a Chapter 7 liquidation of the Debtor.  This requirement is met here because the Debtor has little assets other than miscellaneous office equipment.  The Debtor does not own any of the films in its film library, but does own the rights to these films.  The Debtor does not believe that these rights have much value in a liquidation. The Debtor's schedules A and B are attached hereto as **Exhibit F** and list all of the Debtor's assets.  Because the Debtor has basically no assets other than receivables, which the Debtor has spent significant time trying to pursue, the unsecured creditors would receive a 0% distribution under a hypothetical Chapter 7 liquidation.

In contrast, the Debtor's Plan proposes to pay general unsecured claims of non-insiders at least a 5% distribution of creditor's allowed claim.  The Debtor therefore believes that unsecured creditors will undoubtedly receive more under the Plan than they would receive in a chapter 7 liquidation of the Debtor.

Below is a demonstration, in balance sheet format, demonstrating that in a piece meal Chapter 7 liquidation, the liquidation proceeds would be nominal after taking into account Debtor's secured debt and Chapter 11 administrative expenses.

| ASSETS (December 31, 2015) | | | |
|---|---|---|---|
| | Book Value | Liquidation Value | Valuation Methodology |
| Real Estate | $0.00 | $0.00 | |
| Total DIP Account | $5,353.53 | $5,353.53 | |
| Accounts Receivable | $143,879.18 | $33,616.90 | The Debtor believes $110,262.28 of the receivables are uncollectable |
| Total Fixed Assets Office equipment, vehicles, machinery | $825.00 | $0.00 | The office equipment is old and Debtor believes has zero liquidation value |
| 100% Interest in Jade Rose Entertainment, LLC | $0.00 | $0.00 | Jade Rose has no assets |
| Executory Contracts listed in Debtor's Schedule G | $0.00 | $0.00 | Debtor believes the agreements in Schedule G have zero value to the estate because they are not assignable. |
| **Total** | **$150,057.71** | **$38,970.43** | |
| LESS IRS Priority Tax Claim | | ($3,156.81) | Proof of Claim #1 |
| LESS Franchise Tax Board | | ($855.76) | Proof of Claim #2 |
| LESS Los Angeles County Treasurer and Tax | | ($332.56) | Proof of Claim #4 |
| LESS Chapter 7 Trustee Fees | | ($1,169.11) | (Estimated disbursement of 3% per 11 USC 326(a)) |
| Less Chapter 7 Trustee Administrative Expens | | ($10,000.00) | (Estimated Chapter 7 legal and accounting expenses) |
| LESS Chapter 11 Administrative Claims | | ($45,000.00) | |
| **BALANCE AVAILABLE FOR UNSECURED CLAIMS** | | **($21,543.81)** | |
| **TOTAL AMOUNT OF UNSECURED CLAIMS** | | **$1,191,589.80** | |

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS
WOULD RECEIVE OR RETAIN IN A CH. 7 LIQUIDATION: = 0%**

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WILL
RECEIVE OR RETAIN UNDER THIS PLAN: = 5-15%**

## C.    Feasibility

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis.  The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date to pay all the claims and expenses which are entitled to be paid on such date.

| EFFECTIVE DATE PAYMENTS | |
| --- | --- |
| **Description** | **Amount** |
| Admin: Weintraub & Selth (estimated) | $45,000.00 |
| Admin: UST Quarterly Fees (estimated) | $325.00 |
| IRS | $3,156.81 |
| FTB | $855.76 |
| LA County Treasurer and Tax Collector | $332.56 |
| Class 1 | $42,659.82 |
| Class 2 | $36,978.12 |
| Class 3 | $10,108.30 |
| Class 4 | $4,694.77 |
| **Total Plan Payments** | **$144,111.14** |

As described above, The Debtor estimates that the sum of approximately **$144,111.14** will be necessary to fund the Plan on the Effective Date.  The Debtor anticipates having **$250,000** on the Effective Date from Ms. Mower's purchase of the equity of the Reorganized Debtor.  After making the Plan payments, the Reorganized Debtor will use the remaining funds to resume operating the business. Currently, the business is not operating, but just paying its necessary expenses such as rent and accounting services.

The second aspect considers whether there will be enough cash over the life of the Plan to make the required Plan payments.  All Plan payments will be made on the Effective Date, thus the Debtor's continued feasibility is not relevant.

## VI.

## EFFECT OF CONFIRMATION OF PLAN

**A.    Discharge**

Upon confirmation of the Plan, the Debtor shall receive a discharge of all preconfirmation debts, whether or not the creditor files a proof of claim, or accepts the Plan, unless the court orders otherwise.

Such discharge will not discharge Debtor from any debts that are nondischargeable under § 523 or the obligations created by this Plan.

**B.    Revesting of Property in the Reorganized Debtor**

Except as provided elsewhere in the Plan, the confirmation of the Plan revests all of the property of the estate in the Reorganized Debtor.  In addition, on the Effective Date, all of the claims against and/or interests in third parties that constitute property of the estate shall be revested in the Reorganized Debtor.

**C.    Modification of Plan**

The Debtor may modify the Plan at any time before confirmation.  In addition, in motion by a party in interest, the Court may modify the Plan at any time after confirmation of the Plan, but before the completion of payments under the Plan, whether or not the plan has been substantially consummated, to (1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time period for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to

the extent necessary to take account of any payment of such claim made other than under the plan.

**D.    Post-Confirmation Status Report**

Within one hundred twenty (120) days of the entry of the order confirming the Plan, the Debtor shall file a status report with the Court explaining what progress has been made toward consummation of the confirmed Plan.  The status report shall be served on the United States Trustee, the 20 largest unsecured creditors, and those parties who have requested special notice after the Effective Date.  Further status reports shall be filed every 120 days and served on the same entities.

**E.    Quarterly Fees**

Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) to date of confirmation shall be paid to the United States Trustee on or before the effective date of the plan.  Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) after confirmation shall be paid to the United States Trustee in accordance with 28 U.S.C. § 1930(a)(6) until entry of a final decree, or entry of an order of dismissal or conversion to chapter 7.

**F.    Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to convert or dismiss the Case under § 1112(b) after the Plan is confirmed if there is a default in performing the Plan.  If the Court orders the Case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will revest in the Chapter 7 estate.  The automatic stay will be reimposed upon the revested property, but only to the extent that the Court did not previously authorize relief from stay during the Case.

The order confirming the Plan may also be revoked under very limited circumstances. The Court may revoke the order if the order of confirmation was procured by fraud and if the

party in interest brings an adversary proceeding to revoke confirmation within 180 days after the

entry of the order of confirmation.

**G.     Final Decree**

Once the estate has been fully administered as referred to in Rule 3022 of the Federal

Rules of Bankruptcy Procedure, the Debtor or other party as the Court shall designate in the

order confirming the Plan, shall file a motion with the Court to obtain a final decree to close the

Case.

Dated: February 4, 2016                    IMAGINATION WORLDWIDE, LLC


By:     _____
                                           Lawrence Goebel, Manager
                                           Chapter 11 Debtor and Debtor-in-Possession
                                           And Plan Proponent

Presented By:

WEINTRAUB & SELTH, APC


By:     /s/ Elaine V. Nguyen
           Daniel J. Weintraub
           James R. Selth
           Elaine V. Nguyen
           Attorneys for Chapter 11 Debtor and Debtor-in-Possession
           and Plan Proponent

46

## DECLARATION OF LAWRENCE GOEBEL

I, LAWRENCE GOEBEL, hereby declare:

1.    I am the manager 100% owner of Imagination Worldwide, LLC a California limited liability company and the Chapter 11 debtor and debtor-in-possession and Plan Proponent herein in the above-captioned case.  Unless otherwise set forth herein, I have personal knowledge of the facts set forth herein and, if called to testify, I could and would competently testify thereto.

2.    I make this declaration in support of this disclosure statement ("Disclosure Statement") which describes the Debtor's Chapter 11 Plan of Reorganization ("Plan").

3.    To the best of my knowledge, information and belief, all of the information contained in this Disclosure Statement is truthful and accurate.

4.    Attached hereto as **Exhibit A** is a cash flow projection.

5.    Attached hereto as **Exhibit B** is a list of all Class 1 creditors.

7.    Attached hereto as **Exhibit C** is a list of all Class 2 creditors.

8.    Attached hereto as **Exhibit D** is list of all Class 3 creditors.

9.    Attached hereto as **Exhibit E** is a copy of the business plan I developed with Ms. Mower.

10.    Attached hereto as **Exhibit F** are the Debtor's schedules A and B, which list all of the Debtor's assets.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of February, 2016, in Los Angeles, California.

_____
Lawrence Goebel, Manager

47

## **DECLARATION OF MICHELLE MOWER**

I, Michelle Mower, hereby declare as follows:

1.      I am an individual over the age of eighteen and am a filmmaker and producer. Each of the facts contained in this declaration is based on my personal knowledge and if called as a witness, I could and would competently testify hereto.

2.      I make this declaration in support of the Disclosure Statement and Chapter 11 Plan filed by Imagination Worldwide, LLC the debtor and debtor in possession herein ("Debtor").

3.      I have offered to purchase all the equity in the Reorganized Debtor for $250,000, payable upon confirmation of the Debtor's Chapter 11 Plan.  I may, in my sole discretion, contribute an additional  $250,000 as necessary for the Reorganized Debtor's operations.

4.      I am one of the owners of Shadow Cave Productions, LLC, --- the Debtor's largest unsecured creditor.  However, I am purchasing the equity of the Reorganized Debtor in my individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _3_ day of February, 2016, in _____, California.

_Michelle Mower_
MICHELLE MOWER

# EXHIBIT A

Imagination Worldwide, LLC
12 Month Cash Flow
May 2016 through April 2017

| | May 2016 | June 2016 | July 2016 | August 2016 | Sept 2016 | Oct 2016 | Nov 2016 | Dec 2016 | Jan 2017 | Feb 2017 | Mar 2017 | Apr 2017 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Carryforward Cash** | **5,000.00** | **104,995.86** | **94,619.11** | **62,942.36** | **28,865.61** | **12,788.86** | **19,462.11** | **62,135.36** | **62,208.61** | **148,031.86** | **109,855.11** | **121,128.36** | **5,000.00** |
| | | | | | | | | | | | | | |
| **Capital Investment** | **250,000.00** | | | | | | | | | | | **250,000.00** | **500,000.00** |
| By Michelle Mower | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Total Inflow New Sales | - | - | - | | 13,000.00 | 31,500.00 | 105,000.00 | 58,500.00 | 103,500.00 | 48,500.00 | 112,500.00 | 219,500.00 | 692,000.00 |
| Royalties - Old Library | 26,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 48,000.00 |
| **Total Cash Available** | **26,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **15,000.00** | **33,500.00** | **107,000.00** | **60,500.00** | **105,500.00** | **50,500.00** | **114,500.00** | **221,500.00** | **740,000.00** |
| | | | | | | | | | | | | | |
| New Laptop for Larry | - | - | - | - | - | - | - | - | (2,500.00) | - | - | - | (2,500.00) |
| Total Recoupable Costs | - | - | - | (20,000.00) | (10,000.00) | (10,000.00) | (30,000.00) | (30,000.00) | (20,000.00) | | | | (120,000.00) |
| Payments to Producers - New Sales | - | - | | | | | - | | 1,000.00 | (47,000.00) | (84,000.00) | (20,000.00) | (150,000.00) |
| Royalties 80% Due to Producer 20% commission | - | - | (20,800.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (1,600.00) | (35,200.00) |
| Due on Royalties collected during Bankruptcy $19,800 Less 20% Commission | (15,840.00) | - | - | - | - | - | | | | | | | (15,840.00) |
| Total Market Costs | - | - | - | - | (5,000.00) | - | (10,000.00) | - | (10,000.00) | (10,000.00) | - | (5,000.00) | (40,000.00) |
| Total Business Solutions | - | - | - | - | - | - | (7,500.00) | (12,500.00) | 32,500.00 | (12,500.00) | - | 37,500.00 | 37,500.00 |
| Total Overhead | (16,053.00) | (12,376.75) | (12,876.75) | (14,476.75) | (14,476.75) | (15,226.75) | (15,226.75) | (16,326.75) | (19,076.75) | (17,576.75) | (17,626.75) | (16,826.75) | (188,147.25) |
| **Total Overhead** | **(31,893.00)** | **(12,376.75)** | **(33,676.75)** | **(36,076.75)** | **(31,076.75)** | **(26,826.75)** | **(64,326.75)** | **(60,426.75)** | **(19,676.75)** | **(88,676.75)** | **(103,226.75)** | **(5,926.75)** | **(514,187.25)** |
| | | | | | | | | | | | | | |
| Chapter 11 Plan Payments | | | | | | | | | | | | | |
| Admin: Weintraub & Selth | (45,000.00) | | | | | | | | | | | | (45,000.00) |
| Admin: United States Trustee | (325.00) | | | | | | | | | | | | (325.00) |
| IRS | (3,156.81) | | | | | | | | | | | | (3,156.81) |
| FTB | (855.76) | | | | | | | | | | | | (855.76) |
| LA County and Tax Collector | (332.56) | | | | | | | | | | | | (332.56) |
| Class 1 | (42,659.82) | | | | | | | | | | | | (42,659.82) |
| Class 2 | (36,978.12) | | | | | | | | | | | | (36,978.12) |
| Class 3 | (10,108.30) | | | | | | | | | | | | (10,108.30) |
| Class 4 | (4,694.77) | | | | | | | | | | | | (4,694.77) |
| **Total Plan Payments** | **(144,111.14)** | | | | | | | | | | | | **(144,111.14)** |
| | | | | | | | | | | | | | - |
| **Net Cash Flow** | **104,995.86** | **94,619.11** | **62,942.36** | **28,865.61** | **12,788.86** | **19,462.11** | **62,135.36** | **62,208.61** | **148,031.86** | **109,855.11** | **121,128.36** | **586,701.61** | **586,701.61** |
| | *Estimated Effective Date* | | | | | | | | | | | | |

Created 2/4/2016
MLS

# EXHIBIT B

Class 1-- Paid 5% on the Effective Date

DEBTOR RETURNS ALL RIGHTS AND INTERESTS IN THE FILM TO CREDITOR/PRODUCER

| CREDITOR/PRODUCER | TITLE | AMOUNT OWED | | AMOUNT TO BE PAID | |
|---|---|---|---|---|---|
| 1. A.C.I. Films<br>*Per Proof of Claim #8* | Wicked, The | $54,995.10 | | **$2,749.75** | |
| 2. Alyce the Movie, LLC | Alyce | $5,585.04 | | **$279.25** | |
| 3. Barnholtz Entertainment, Inc. | B.T.K | $38,559.95 | | **$1,928.00** | |
| | Boston Strangler, The | $8,666.63 | | **$433.33** | |
| | Bram Stoker's Dracula's Guest | $14,338.72 | | **$716.94** | |
| | Bundy, An American Icon | $27,674.13 | | **$1,383.71** | |
| | Henry Lee Lucas (commission) | $1,223.83 | | **$61.19** | |
| | BEI Total: | | $90,463.26 | | **$4,523.17** |
| 4. Big Screen Entertainment<br>*per Proof of Claim #13* | Babysitter Wanted | $7,807.76 | | **$390.39** | |
| 5. Boneboys, Inc. | Boneboys | $50,000.00 | | **$2,500.00** | |
| 6. CCV International/Yellow Bastard | Kill Buljo | $9,274.53 | | **$463.72** | |
| 7. Coldwood Productions | Don't Let Him In | $15,720.11 | | **$786.00** | |

### Class 1-- Paid 5% on the Effective Date
DEBTOR RETURNS ALL RIGHTS AND INTERESTS IN THE FILM TO CREDITOR/PRODUCER

| CREDITOR/PRODUCER | TITLE | AMOUNT OWED | | AMOUNT TO BE PAID |
|---|---|---|---|---|
| 8. Domain Entertainment, Ltd | Wake Up and Die | $6,665.72 | | **$333.29** |
| 9. Down the Road, LLC | Punishment | $10,591.68 | | **$529.58** |
| 10. First Act Entertainment, LLC | Betrayed at 17 | $27,439.99 | | **$1,372.00** |
| 11. Godspeed the Movie, LLC | Godspeed | $4,303.44 | | **$215.17** |
| 12. Jade Rose Entertainment | My Dog's Christmas Miracle | $26,081.41 | | **$1,304.07** |
| | Gabe the Cupid Dog | $5,402.56 | | **$270.13** |
| | Betrayed at 17 | $6,158.16 | | **$307.91** |
| | JRE Total: | | $37,642.13 | **$1,882.11** |
| 13. Kill Me Again Investments, LLC | Heart of the Storm | $7,019.59 | | **$350.98** |
| 14. LHD Films | Living and the Dead, The | $5,403.15 | | **$270.16** |

## Class 1-- Paid 5% on the Effective Date
### DEBTOR RETURNS ALL RIGHTS AND INTERESTS IN THE FILM TO CREDITOR/PRODUCER

| CREDITOR/PRODUCER | TITLE | AMOUNT OWED | AMOUNT TO BE PAID |
|---|---|---|---|
| 15. Lance Entertainment, Inc. | Various titles | $17,376.20 | **$868.81** |
| 16. Limerent Pictures | Make Out with Violence | $10,646.38 | **$532.32** |
| 17. London Music Video | Gangsters, Guns and Zombies | $11,297.76 | **$564.89** |
| 18. Mark Ezra *per Proof of Claim #15* | House Swap | $2,081.26 | **$104.06** |
| 19. Moviworld Pty Ltd | Dead Easy | $2,076.84 | **$103.84** |
| 20. Outsider Productions | Torn Apart | $17,708.57 | **$885.43** |
| 21. Plan 9 Entertainment | Prank | $12,993.92 | **$649.70** |
| 22. Propaganda Pictures, Ltd | Vanguard, The | $4,731.89 | **$236.59** |
| 23. Premiere Bobine | Various titles | $50,370.12 | **$2,518.51** |

Class 1-- Paid 5% on the Effective Date
DEBTOR RETURNS ALL RIGHTS AND INTERESTS IN THE FILM TO CREDITOR/PRODUCER

| CREDITOR/PRODUCER | TITLE | AMOUNT OWED | AMOUNT TO BE PAID |
|---|---|---|---|
| 24. Renegade Pictures, LLC | Henry Lee Lucas | $12,720.69 | **$636.03** |
| 25. ScreenProjex Ltd | Little Deaths | $32,155.61 | **$1,607.78** |
| 26. Shadow Cave Pictures, LLC *per Proof of Claim #9* | Preacher's Daughter, The | $157,238.58 | **$7,861.93** |
| 27. Shining Light Productions Limited | Axed | $10,755.66 | **$537.78** |
| 28. Silver Web Productions, LLC | The Lost | $11,631.94 | **$581.60** |
| 29. Stuck Productions, LLC *per Proof of Claim # 10* | Stuck | $50,000.00 | **$2,500.00** |
| 30. The Disconnect, LLC | Various titles | $100,000.00 | **$5,000.00** |
| 31. YSA Productions, LLC | Young, Single and Angry | $5,063.03 | **$253.15** |
| 32. Zed Crook Ltd | Crook | $5,668.54 | **$283.43** |
| 33. Zed Filmworks, Inc. | Smash Cut | $5,767.96 | **$288.40** |
| Total Class 1: | | $853,196.45 | **$42,659.82** |

# EXHIBIT C

**Class 2-- Paid 15% on the Effective Date**
**DEBTOR RETAINS ALL RIGHTS AND INTERESTS IN THE FILM**

| CREDITOR/PRODUCER | TITLE | AMOUNT OWED | | AMOUNT TO BE PAID "Cure Amount" | |
|---|---|---|---|---|---|
| 1. Brainstorm Media | Engaged to Kill | $20,486.53 | | **$3,072.98** | |
| *per Proof of Claim #11* | The Stranger I Married | $13,713.90 | | **$2,057.08** | |
| | BSM Total: | | **$34,200.43** | | **$5,130.06** |
| 2. DECO Filmworks | Shallow Ground | $3,393.37 | | **$509.00** | |
| 3. Drew Crew, LLC | My Date with Drew | $3,602.45 | | **$540.37** | |
| 4. Hunger Productions, LLC | Hunger | $18,195.64 | | **$2,729.35** | |
| 5. K5 Film | Blood Trails | $11,963.74 | | **$1,794.56** | |
| | Steel Trap | $3,128.58 | | **$469.29** | |
| | K5 Total: | | **$15,092.32** | | **$2,263.85** |
| 6. Kingsparrow Films Ltd | Psychosis | $17,501.90 | | **$2,625.29** | |
| *per Proof of Claim #12* | | | | | |
| 7. Matchbox Pictures, Inc. | Devil Seed | $40,088.67 | | **$6,013.30** | |
| | Kingdom Come | $4,898.44 | | **$734.77** | |
| | MP Total: | | **$44,987.11** | | **$6,748.07** |
| 8. Off World Films and Bleeding | The Paranormal Diaries: Clophill | $19,338.61 | | **$2,900.79** | |
| 9. Edge Films | Zombie Diaries, The | $7,158.20 | | **$1,073.73** | |
| | OWFBEF Total: | | **$26,496.81** | | **$3,974.52** |
| 10. Productions Last Exit Inc. | Last Exit | $2,351.18 | | **$352.68** | |

| | | | |
|---|---|---|---|
| 11. Small Town Folk, Ltd | Small Town Folk | $1,443.49 | **$216.52** |
| 12. The Hamiltons Film, LLC | The Hamiltons | $4,659.29 | **$698.89** |
| 13. The List Film, Ltd<br>*Per Proof of Claim #6* | The List | $6,250.00 | **$937.50** |
| 14. The Pig Project, LLC | Pig | $4,422.00 | **$663.30** |
| 15. The Return of Joe Rich, LLC | The Return of Joe Rich | $12,442.03 | **$1,866.31** |
| 16. The Thompsons Film, LLC/<br>Film Harvest | The Thompsons | $34,200.51 | **$5,130.08** |
| 17. Trauma One Entertainment, Inc. | Five Across the Eyes | $2,983.85 | **$447.58** |
| 18. Treehouse Films (UK) Ltd | Treehouse | $12,492.36 | **$1,873.85** |
| 19. TZD2 Ltd. | World of the Dead: Zombie<br>Diaries 2 | $1,806.00 | **$270.90** |
| Total Class 2: | | $246,520.74 | **$36,978.12** |

B6G (Official Form 6G) (12/07)

IN RE Imagination Worldwide, LLC _____    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Lance Entertainment 9107 Wilshire Blvd., Ste. 625 Beverly Hills, CA 90210 | ▉▉▉▉▉▉▉▉▉▉ |
| Lance Entertainment 9107 Wilshire Blvd., Ste. 625 Beverly Hills, CA 90210 | ▉▉▉▉▉▉▉▉▉▉ |
| Premier Bobine 926, St. Maurice, Ste. 200 Montreal QC H3C1L7 Canada, | ▉▉▉▉▉▉▉▉▉▉ |
| BananaSeat Films C/O Houston King 5525 Cantaloupe Ave. Sherman Oaks, CA 91401 | Acquisition Agreement re "All Alone" |
| Alyce The Movie, LLC 1433 Angelus Ave. Los Angeles, CA 90026 | ▉▉▉▉▉▉▉ |
| Shining Light Productions Limited 10 Buckhurst Road Bexhill-On-Sea, U.K.,    TN40 1QF | ▉▉▉▉▉▉▉ |
| Big Screen Raleigh Studios 5300 Melrose Ave., Van Ness Bldg, 2nd Fl Los Angeles, CA 90038 | ▉▉▉▉▉▉▉▉▉ |
| Abnormal Pictures/K5 Film GmbH Konradinstrasse 5 D-81543 Munich, Germany, | Acquisition Agreement re "Bloodtrails" |
| Boneboys, Inc. Attn: Robert Kuhn 603 W. 8th St. Austin, TX 78701 | ▉▉▉▉▉▉▉ |
| Traction Media 9665 Wilshire Blvd., 5th Floor Beverly Hills, CA 90212-0000 | |
| Barnholtz Entertainment, Inc. 23300 Ventura Blvd., 2nd Floor Woodland Hills, CA 91364 | ▉▉▉▉▉▉▉▉▉▉▉ |
| N/A Records, Inc. 16633 Ventura Blvd., Ste. 1440 Encino, CA 91436 | ▉▉▉▉▉▉▉▉ |
| Barnholtz Entertainment, Inc. 23300 Ventura Blvd., 2nd Floor Woodland Hills, CA 91364 | ▉▉▉▉▉▉ |
| Barnholtz Entertainment, Inc. 23300 Ventura Blvd., 2nd Floor Woodland Hills, CA 91364 | ▉▉▉▉▉▉▉▉ |
| Zed Crook, Ltd. | ▉▉▉▉▉▉ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____

Debtor(s)                                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 250 Besserer St., 2nd Fl.<br>Ottawa, Ontario, | |
| Daylight Fades, LP<br>7163 Rico Cove<br>Germantown, TN 38138 | Acquisition Agreement re "Daylight Fades" |
| Moviworld<br>P.O. Box 1234<br>Highlands North Johannesburg<br>South Africa, 2037 | ███████████████ |
| Matchbox Pictures, Inc.<br>123 King St., Ste. 209<br>London, Ontario<br>CAD N6A 1C3, | Acquisition Agreement re "Devil Seed" |
| Coldwood Productions<br>119 Fortess Rd.<br>Kentish Town, London, NW52HR | ██████████████ |
| Straighwire Films, Ltd.<br>10 Cranbrook Ct.<br>Fleet, Hamshire, GU514QA | |
| Mandala Films, Ltd.<br>C/O I-On New Media GMBh<br>Alteburger Wall 23<br>50678 Koeln, Germany, | Acquisition Agreement re "Encounter" |
| Mandala Films, Ltd.<br>Michael Kraetzer<br>106 Allum St, Auckland 1071<br>New Zealand, | |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA 90212 | Acquisition Agreement re "Engaged to Kill" |
| The Disconnect<br>16633 Ventura Blvd., #1440<br>Encino, CA 91436 | ████████████ |
| Trauma One Entertainment, Inc.<br>Attn: Ryan Thiessen<br>P.O. Box 5321<br>Knoxville, TN 37928 | Acquisition Agreement re "Five Across the Eyes" |
| Nom De Plume Films, LLC<br>11030 Moorpark, #27<br>Studio City, CA 91602 | Acquisition Agreement re "Forbidden Attraction" |
| London Music Video<br>24 Gloucester Rd.<br>Dartford Kent, UK, Da1 3DJ | ███████████████ |
| Pulse Productions<br>4919 Nofral Rd.<br>Woodland Hills, CA 91364 | Acquisition Agreement re "Go Far: The Christopher Rush Story" |
| Godspeed The Movie, LLC<br>2233 N. Cahuenga Blvd.<br>Los Angeles, CA 90068 | █████████████ |
| KGM Films, LLC<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA 91436 | █████████████ |

© 1992-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Kineses Entertainment, Inc.<br>1230 Horn Ave., Ste. 632<br>West Hollywood, CA 90069 | Acquisition Agreement re "He's Such a Girl" |
| Kill Me Again Investments, LLC<br>12103 Maxwellton Rd.<br>Studio City, CA 91604 | ████████████████████ |
| Renegade Pictures, LLC<br>5799 Broadmoore St., Ste. 550<br>Mission, KS 66202 | ████████████████████ |
| Mark Ezra<br>55 Wallingford Ave.<br>London, UK, W106PZ | ████████████████████ |
| Hunger Productions, LLC<br>Hunger Trust Account<br>6710 Stewart Rd., Ste. 300<br>Galveston, TX 77551 | Acquisition Agreement re "Hunger" |
| The Lost Eye Films, Ltd.<br>Clare Pearce<br>40 Newton Nod Isleworth<br>London, UK, TW16QD | Acquisition Agreement re "It Never Sleeps aka Dark Kills" |
| CCV International AS<br>Ovre Vollgate 6<br>Oslo 0158<br>Norway, | ████████████████████ |
| Matchbox Pictures, Inc.<br>123 King St., Ste. 209<br>London, Ontario<br>N6A 1C3, | Acquisition Agreement re "Kingdom Come" |
| Production Last Exit, Inc.<br>Attn: Richard Lalonde<br>6250 Chemin Deacon Montreal<br>Quebec H3S 2P5, | Acquisition Agreement re "Last Exit" |
| ScreenProjex, Ltd.<br>Watchmaker Court<br>33 St. Johns Lane<br>London, UK, EC1M4DB | ████████████████████ |
| Limerent Pictures<br>929 Fairwin Ave.<br>Nashville, TX 37216 | ████████████████████ |
| Drew Crew<br>4152 Madella Ave.<br>Sherman Oaks, CA 91403 | Acquisition Agreement re "My Date with Drew" |
| Brandes Film International<br>28990 PCH, #105<br>Malibu, CA 90265 | ████████████████████ |
| The Pig Project, LLC<br>2100 N. Beachwood Dr., #207<br>Los Angeles, CA 91505 | Acquisition Agreement re "Pig" |
| Plan 9 Entertainment, LLC<br>2662 Lake View Ave.<br>Los Angeles, CA 90039 | ████████████████████ |
| Kingsparrow Films, Ltd.<br>88/90 Baker St.<br>London, UK, W1U 6TQ | Acquisition Agreement re "Psychosis" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Down The Road, LLC<br>2711 Centerville Rd.<br>Wilmington, DE 19808-1645 | ███████████████████ |
| Deco Filmworks<br>8020 So. Rainbow Blvd., Ste. 252<br>Las Vegas, NV 90139 | Acquisition Agreement re "Shallow Ground" |
| Small Town Folk, Ltd.<br>112 Ringwood Rd., St. Ives<br>Ringwood, Hampshire, UK,    BH24 1HU | Acquisition Agreement re "Small Town Folk" |
| Zed Filmworks, Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, Ontario,    K1G 4B8 | ████████████ |
| The Disconnect<br>16633 Ventura Blvd., #1440<br>Encino, CA 91436 | █████████████ |
| K5 Film<br>Konradinstrasse 5<br>D-81543 Munich, GERMANY, | Acquisition Agreement re "Steel Trap" |
| Stuck Productions, LLC<br>7250 Franklin Ave., #505<br>Los Angeles, CA 90046 | ████████████ |
| Barnholtz Entertainment, Inc.<br>23300 Ventura Blvd., 2nd Floor<br>Woodland Hills, CA 91364 | ██████████████████ |
| The Bus Driver, LLC<br>Rick Finkelstein<br>3423 N. Hiatus Rd.<br>Sunrise, FL 33351 | █████████████ |
| The Hamiltons Films, LLC<br>C/O Mitchell Altieri<br>1877 Petaluma Blvd.<br>Petaluma, CA 94952 | Acquisition Agreement re "The Hamiltons" |
| The List Film, Ltd.<br>40 Homer St. London<br>W1H 4NL<br>United Kingdom, | Acquisition Agreement re "The List" |
| LHD Films<br>24 Hanway St.<br>London W1T 1UH<br>United Kingdom, | ███████████████████ |
| Silver Web Productions, LLC<br>1022 Milwaukee Ave.<br>Los Angeles, CA 90042 | █████████████ |
| Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,    SG4 0DB | Acquisition Agreement re "The Paranormal Diaries" |
| Shadow Cave Pictures, LLC<br>3205 Duchess Park<br>Lane Friendswood, TX 77546 | █████████████████ |
| The Return Of Joe Rich, LLC<br>2615 W. Magnolia Blvd.<br>Burbank, CA 91505 | Acquisition Agreement re "The Return of Joe Rich" |
| Title Films | Acquisition Agreement re "The Room' |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 27 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC    Case No. _____

Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Rue Des Palais 44 Bte 45<br>1030 Brussels, Belgium, | |
| New Artist Alliance<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA 91436 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA 90212 | Acquisition Agreement re "The Stranger I Married" |
| Film Harvest, LLC<br>516 Sapphire<br>Redondo Beach, CA 90277 | Acquisition Agreement re "The Thompsons" |
| Propoganda Pictures, Ltd.<br>The Priory<br>Priory Lane Littly Wymondley<br>Hertforshire, SG4 7HD, | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Off World Films And Bleeding Edge Films<br>79 Millstream Close<br>Hitchin, U.K.,    SG4 0DB | Acquisition Agreement re "The Zombie Diaries" |
| Outsider Productions, Inc.<br>402 East Gutierrez St.<br>Santa Barbara, CA 93101 | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Treehouse Films (UK) Limited<br>38 Broadhurst Ave.<br>Edgware, Middlesex<br>HA8 8TS, | Acquisition Agreement re "Treehouse" |
| Domain Entertainment, Ltd.<br>432 S. Curson Ave., Ste. 11H<br>Los Angeles, CA 90036 | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| A.C.I. Films<br>C/O Edward Labowitz Alexander, Etc.<br>1925 Century Park E., Ste. 850<br>Los Angeles, CA 90067 | ▮▮▮▮▮▮▮▮▮▮ |
| TZD2 Limited<br>10 Cranbrook Court<br>Fleet Hamshire GU51 4QA, | Acquisition Agreement re "World of the Dead, the Zombie Diaries" |
| Halo 8<br>7336 Santa Monica Blvd., #10<br>Los Angeles, CA 90046 | Acquisition Agreement re "Xomble" |
| YSA Productions, LLC<br>802 N. Cherokee Ave.<br>Los Angeles, CA 90038 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Brainstorm Media<br>280 S. Beverly Dr., Ste. 208<br>Beverly Hills, CA 90212 | Lease Agreement re 280 S. Beverly Dr., Ste. 208, Beverly Hills, CA |
| Oakshire, LLC<br>P.O. Box 5357EE Drive, Ste. 101<br>Beverly Hills, CA 90209 | Lease Agreement re 9107 Wilshire Blvd., Ste. 625, Beverly Hills, CA |
| Wilhurst, Inc.<br>9034 W. Sunset Blvd.<br>West Hollywood, CA 90069-0000 | |
| Cobalt Media, Inc.<br>22537 Friar Street<br>Woodland Hills, CA 91367 | Licensing Agreeement re "Gabe, The Cupid Dog" and "My Dog's Christmas Miracle" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC

Debtor(s)

Case No.

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Cultmovie Entertainment<br>Ostermoorweg 70<br>Bonningstedt, Germany,    25474 | Licensing Agreeement re "Kill Buljo" |
| Noah Comm. (Israel)<br>IL Films Distributors Ltd.<br>Tel Aviv, Israel,    63567 | Licensing Agreement re "A Killer Upstairs", "A Lover's Revenge", "The Perfect Husband", "The Perfect Neighbor" and "Stranger at the Door" |
| Programs4Media<br>Sovereign House<br>1 Albert Place<br>London, UK,    N3 1QB | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "Accused at 17", "Alyce", "The Boy She Met Online", "Daylight Fades", "Growth", "The Lost", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "Smash Cut", "Til Lies Do Us Part" and "Torn Apart" |
| Star TV / SGL Entertainment<br>13/F, One Harbourfront, 18 Tak Fung Stre<br>Hunghom, Kowloon<br>Hong Kong,    China | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Betrayed at 17", "The Boy She Met Online", "Christie's Revenge", "Crook", "Dead at 17", "Decoys", "Demons From Her Past", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Heart of the Storm", "He's Such a Girl", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The List", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder In My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Neighbor", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's Daughter", "Psychosis", "The Rival", "Secrets From Her Past", "Static", "The Stranger I Married", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Wife He Met Online" and "Young, Single & Angry" |
| TMN | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Body Language", "The Boy She Met Online", "Daylight Fades", "Engaged to Kill", "Framed for Murder", "Maid of Honor", "Maternal Obsession", "Murder in My House", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Preacher's Daughter", "Swarmed" and "Til Lies Do Us Part" |
| Leslie Overseas<br>35 A Regent St.<br>Belize City, Belize, | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "Arctic Blast", "Betrayed at 17", "The Boy She Met Online", "Breathing Room", "Dead at 17", "Metal Tornado", "My Family's Secret", "My Mother's Secret", "The Perfect Roommate", "The Perfect Teacher", "Pyschosis", "Secrets From Her Past" and "The Wife He Met Online" |
| Zon Lusomundo<br>Rua Ator Antonio Silva, 9<br>1600-404 Lisboa 1# PT503<br>Campo Grande,    Portugal | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Babysitter Wanted", "Betrayed at 17", "Body Language", "Body Language II", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Brood", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dead Easy", "Demons From Her Past", "Devi's Seed", "Don't Let Him In", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid God", "Gangsters, Guns and Zombies", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 29 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
    Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Godspeed", "Growth", "Hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", " Last Exit", ""Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Dog's Christmas Miracle", 'My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "Out for Blood", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Perfect Roommate", "The Perfect Teacher", "PIG", "The Preacher's Daughter", "Psychosis", "The Return of Joe Rich", "The Rival", "The Room", "Saving Emily", "Scanners", "Scanners I", "Scanners II", "Scanners III", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "Torn Apart", "The Vanguard", "The Wife He Met Online", "World of The Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| STG Multimedia Limited 143/448-452 Boromrajchonee Rd. Arunamrin, Bangkoknol Bankgkok, Thailand,   10700 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Arctic Blast", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "Bundy, An American Icon", "Gospeed", "Growth", "Henry Lee Lucas", "Make Out With Violence", "Metal Tornado", "My Neighbor's Secret", "Smash Cut", "Stripped Naked", "Summer's Blood" and "The Thompsons" |
| Ster Kinekor Entertainment 185 Katherine Street Sandton, South Africa,   2146 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", 'A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Aces", "Arctic Blast", "Betrayed at 17", "Blood Trails", "Body Language", "Boneboys", "The Boston Strangler", ""The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Decoys", "Demons From Her Past", "Devil's Seed", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid God", "Gangsters, Guns and Zombies", Godspeed", "Growth", "hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", 'Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", ""Kingdom Come", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Psychosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Shallow Ground", "Small Town Folk", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                Case No. _____

Debtor(s)                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | "Till Lies Do Us Part", "Torn Apart", "Treehouse", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| Summerstorm Entertainment, Inc. 23-2 Lane 3 Alley 18 Section 2 Herping East Road Taipei City, TAIWAN,    00000-0000 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Body Language" "The Boston Strangler", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Decoys", "Demons From Her Past", "Devil's Seed", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "hamiltons", "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", "Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", ""Kingdom Come", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Revenge", "Maid of Honor", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Psychosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Shallow Ground", "Small Town Folk", "Smash Cut", "Static", "Steel Trap", "Stranger at the Door", "Stripped Naked", "Stuck", "Summer's Blood", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "Torn Apart", "Treehouse", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| West Company (Russia) Kutuzovskly prospect 36, Bldg 23, Office 511, Floor 5 Moscow, Russia,    121170 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Betrayed at 17", "Blood Trails", "Body Language", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Christie's Revenge", "Dead at 17", "Dead Easy", "Dear Mr. Gacy", "Decoys", "Demons From the Past", "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Five Across the Eyes", "Framed For Murder", "Gabe, The Cupid Dog", "Godspeed", "Growth", "Hamiltons', "Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "Little Deaths", "The Living and the Dead", "The Lost", "A Lover's Reveng', "Maid of Honor", "Make Out With Violence", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Neighbor's Secret", "Out For Blood', "The Perfect Assistant', "The Perfect Husband", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "The Rival", "The Room", "Saving Emily", "Secrets From Her Past", "Small Town Folk", "Smash Cut", "Steel Trap", "Stranger at the Door" The Stranger I Married", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC

Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
| --- | --- |
| | "Stripped Naked", "Summer's Blood", "Swarmed", "The Thompsons", "Til Lies Do Us Part", "Torn Apart", "The Vanguard", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Xomble: Dead on Arrival", "Young Single & Angry" and "The Zombie Diaries" |
| Daro Film Distribution<br>Töpferstrasse 5, Weggishaus<br>Luzern, Switzerland,    CH6004 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Aces", "Betrayed at 17", "Body Language II", "Boneboys", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Dead at 17", "Demons From Her Past", "Devil's Seed", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stuck", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| Cine Video y TV SA de CV<br>Augustin Vicente Eguia No. 24<br>Col. San Miguel Chapultepec, Deleg<br>Miguel Hidalgo, Mexico,    11850 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Woman's Rage", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Growth", "Henry Lee Lucas", "The Lost", "My Family's Secret", "My Neighbor's Secret", "Summer's Blood", "The Vanguard" and "Young Single & Angry" |
| European Film Partners<br>EFP-Film Investors B.V.<br>Gateway A, 1st Fl., Sumatralaan 45<br>Hilversum, Neatherlands,    1217 GP | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "Accused at 17", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, an American Idol", "Dim Sum Funeral", "Godspeed", "Growth", "Henry Lee Lucas", "The Lost", "My Family's Secret", "The Perfect Teacher", "Smash Cut", "Summer's Blood", "The Vanguard" and "Young, Single & Angry" |
| Falcon Films<br>Hamra, Mneinmneh St.<br>Makki Bldg. 2nd Floor<br>Beirut, Lebanon, | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Artic Blast", "Betrayed at 17", "Blood Trails", "The Boy She Met Online", "Breathing Room", "Christie's Revenge", "Dead at 17", "Dear Mr. Gacy", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Hamilton's", "KAW", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder In My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 32 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No.
_____                                    _____
              Debtor(s)                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | Daughter", "Psychosis", "The Rival", "The Room", "Secrets From Her Past", "Small Town Fok", "Static", "Steel Trap", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "The Thompsons", "Till Lies Do Us Part" and "The Wife He Met Online" |
| Free Dolphin Entertainment<br>10, rue du Dôme<br>Boulogne Billancourt France<br>92100 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Betrayed at 17", "Blood Trails, "The Boy She Met Online", "Bundy, The American Icon", Christie's Revenge", "Dead at 17", "Decoys", "Demons From Her Past", "Engaged to Kill", "Framed For Murder", "Gabe, The Cupid Dog", "Growth", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Lost", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family's Secret", "My Mother's Secret", "My Neighbor's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Nieghbor", "The Perfect Roommate", "The Perfect Teacher", "The Preacher's Daughter", "Pyschosis", "The Rival", "The Room", "Saving Emily", "Secrets From Her Past", "Shallow Ground", "Static", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "Torn Apart", "The Wicked" and "The Wife He Met Online" |
| Accent Films<br>P.3 Hobson Street<br>Sandringham, Australia,    VIC3191 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Aces", "Betrayed at 17", "Body Language II", "Boneboys", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Dead at 17", "Demons From Her Past", "Devil Seed, "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Mother's Secret", "My Neighbor's Secret", "Paranormal Diaries", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "Stuck", Swarmed", "Static", "Steel Trap", "Stuck", "Swarmed", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| Blue Sky Film Distribution, A.S.<br>Lazenska 11<br>Praha 1<br>Czech Republic,    11800 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "All Alone", "Alyce", "Arctic Blast", "Axed", "Babysitter Wanted", "Betrayed at 17",  "Blood Trails", "Body Language", "The Boston Strangler", "The Boy She Met Online", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Crook", "Daylight Fades", "Dead at 17", "Demons From Her |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                  Case No. _____

Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | Past", "Devil Seed, "Dim Sum Funeral", "Don't Let Him In", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Framed for Murder", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "Godspeeed", "Growth", "Hamiltons", "Henry Lee Lucas", "He's Such a Gril", "HouseSwap", "Hunger", "KAW", "Kill Buljo", "Last Exit", "Like Mother, Like Daughter", "The List", "Little Deaths", "Make Out With Violence", "Maternal Obsession", Metal Tornado", "Murder In My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", My Mother's Secret", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Roommate", The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter","Pyschosis", "Punishment", "The Return of Joe Rich", "The Rival", "Secrets From Her Past", "Smash Cut", "Static", "Steel Trap", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "The Thompsons", "Till Lies Do Us Part", "The Vanguard", "Wake Up and Die", The Wicked", "The Wife He Met Online", "World of the Dead: Zombie Diaries", "Young, Single & Angry" and "The Zombie Diaries" |
| CCV (Scandinavia) Cinematic Vision Ulrika Bandeira, Hangövägen 19 Stockholm, Sweden,    115 41 | Licensing Agreement re "A Nanny's Secret", "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Accused at 17", "Arctic Blast", "Babysitter Wanted", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, an American Idol", "Christie's Revenge", "Dead at 17", "Dead Easy", "Decoys", "Decoys II", "Demon's From Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Godspeed", "Hamiltons", "Heart of the Story", "Henry Lee Lucas", "He's Such a Girl", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Family Secret", "My Neighbor's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "The Rival", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger At the Door", "The Stranger I Married", "Stripped Naked", "Summer's Blood", "Swarmed", "The Thompsons", "Til Lies Do Us Part", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| RRS Entertainment (Germany) Sternwartstr., 2 Munchen, Germany,    D-81679 | Licensing Agreement re "A Nanny's Secret", "Arctic Blast", "Betrayed at 17", "The Boy She Met Online", "Dead at 17", "Framed for Murder", "He's Such a Gril", "Metal Tornado", "My Daughter's Secret", "My Dog's Christmas Miracle", "My Neighbor's Secret", "The Perfect Assistant", "The Perfect Roommate", "The Perfect Teacher", "Secrets From Her Past" and "Swarmed" |
| CDI Filmes Riobamba 332 2 A (1025) Buenos Aires,    Argentina | Licensing Agreement re "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "Blook Trails", "The Boston Strangler", "Bram Stoker's Dracula Guest", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Godspeed", Growth", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "The Lost", "A Lover's Revenge", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | "Maid of Honor", "Maternal Obsession", "Muder In My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Steel Trap", "Stranger At The Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Videorama Entertainment Group-Greece<br>Aglou Meletiou 47<br>Athens, Greece,    11257 | Licensing Agreement re "A Sister's Secret", "A Teacher's Crime", "A Woman's Rage", "All Alone", "Alyce", "Arctic Blast", "Betrayed at 17", "Breathing Room", "BTK", "Crook", "Daylight Fades", "Dead at 17", "Dear Mr. Gacy", "Don't Let Him In", "Extracted", "Five Across the Eyes", "Forbidden Attraction", "Gabe, the Cupid Dog", "Gangsters, Guns and Zombies", "Growth", "Houseswap", "Hunger", "Kill Buljo", "The List", "Little Deaths", "The Living and the Dead", "The Lost", "Make Out With Violence", "Maternal Obsession", "Metal Tornado", "My Dog's Christmas Miracle", "My Mother's Secret", "The Perfect Roommate", "The Perfect Teacher", "PIG", "Prank", "The Preacher's Daughter", "Pyschosis", "Punishment", "The Return of Joe Rich", "Secrets From Her Past", "Smash Cut", "Static", "Stripped Naked", "The Thompsons", "The Vanguard", "Wake Up and Die", "The Wicked", "The Wife He Met Online", Young, Single & Angry" and "The Zombie Diaries" |
| Avalon Arabia FZ, LLC<br>Maxaya Center, Sheikh Zahed Rd.<br>A Pro, Block B, Office 2011<br>P.O. Box 214394,    Dubbi UAE | Licensing Agreement re "A Sister's Secret", "The Boston Strangler", "Bram Stoker's Dracula Guest", "Bundy, An American Icon", "Dim Sum Funeral", "Kill Buljo", "My Family's Secret", "My Neigbor's Secret", "Summer's Blood" and "The Zombie Diaries" |
| Xystus<br>1421 Sw 107th Avenue<br>Miami, FL  33174 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Arctic Blast", "Blood Trails", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries" |
| Quality Films S de RL de CV<br>Magdalena  No. 320<br>Col. del Valle<br>México DF,    03100 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder In My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Smash Cut", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Swarmed", "Till Lies Do Us Part", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | "Torn Apart" and "The Zombie Diaries"; |
| Indies Entertainment Group (Benelux)<br>Gateway A, 1st Fl.<br>Sumatralaan 45<br>Hilversum, Neatherlands,    00000-0000 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "Dead at 17", "Engaged to Kill", "Five Across the Eyes", "Kill Buljo", "Like Mother, Like Daughter", "The Living and The Dead", "Maternal Obsession", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "Small Town Folk", "Steel Trap", "The Stranger I Married", "Til Lies Do Us Part" and "The Zombie Diaries" |
| IFTA Collections<br>10850 Wilshire Blvd., 9th Floor<br>Los Angeles, CA 90024 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "BTK", "Dead Easy", "Decoys", "Engaged to Kill", "Five Across the Eyes", "Hamiltons", "Heart of the Storm", "KAW", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "My Date With Drew", "Shallow Ground", "Small Town Folk", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries' |
| Europa Films<br>Cannes Produceops S/A<br>Alameda Ita Pecuru, 320, Alphaville<br>Barueri, Sao Paulo, Braz,    06454 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Blood Trails", "Breathing Room", "BTK", "Christie's Revenge", "Dead at 17", "Demons from Her Past", "Dim Sum Funeral", "Engaged to Kill", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "Kill Buljo", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Teacher", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "Stranger at the Door", "The Stranger I Married", "Summer's Blood", "Swarmed", "Till Lies Do Us Part", "Torn Apart", "The Vanguard" and "The Zombie Diaries" |
| Eagle Pictures<br>Via Marostica, 1<br>20146 Milan,    Italy | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Christie's Revenge", "Dead at 17", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "Stranger at the Door", "The Stranger I Married" and "Swarmed" |
| Crow Ten<br>C Frederic Mompou<br>4B, B2<br>Barcelona, Spain,    08960 | Licensing Agreement re "A Teacher's Crime", "A Woman's Rage", "Christie's Revenge", "Demons From Her Past", "Engaged to Kill", "Framed for Murder", "KAW", "Last Exit", "Like Mother, Like Daughter", "Maternal Obsession", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival" and "Till Lies Do Us Part |
| Reel Rights/Sparrowhawk<br>35 St. Andrews Close<br>Crowlhorne, Berkshire<br>United Kingdom,    RG45 6UP | Licensing Agreement re "A Teacher's Crime", "Blood Trails", "Christie's Revenge", "Dead at 17", "Dead Easy", "Demons From Her Past", "Engaged to Kill", "Five Across the Eyes", "Framed For Murder", "Heart of the Storm", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Murder In My House", "My Daughter's Secret", "My Dog's Christmas Miracle", "The Perfect Assistant", "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "Saving Emily", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part" and "Torn Apart" |
| Major CinePictures Co, Ltd. | Licensing Agreement re "A Woman's Rage", "Blood Trails', |

© 1993-2013 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 18 SCB Park Plaza  West Tower 2, #203B 3rd Floor, Zone B, Ratchadapisek Road Chatachuak, Bangkok,    10900 | "Breathing Room", "Christie's Revenge", "Dead at 17", "Decoy's II", "Demons From Her Past", "Engaged to Kill", "Extracted", "Five Across the Eyes", "Framed for Murder", "Hamiltons", "Hear of the Storm", "KAW", "Kill Buljo", "Last Exit", "Like Mother, Like Daughter", "The Living and the Dead", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Rival", "The Room", "Shallow Ground", "Small Town Folk", Steel Trap", "The Stranger I Married", "Swarmed", "Til Lies Do Us Part" and "Torn Apart" |
| Reel One Entertainment, Inc. 9107 Wilshire Boulevard # 625 Beverly Hills, CA  90210 | Licensing Agreement re "Accused at 17" |
| Digiturk/Umut Sanat Filmcilik Konaklar Mah, Faruk Nafiz Çamlibel Sokak Final Apt., No:3/2 4.Levent 34330, Istanbul,    Turkey | Licensing Agreement re "Accused at 17" |
| Premiere Bobine Inc. 926 RUE St-Maurice, #200 Montreal, QC Canada,    H3C 1L7 | Licensing Agreement re "Accused at 17" and "Betrayed at 17" |
| Voices, Music & Entertainment Ulveinveien 88 0581, Oslo,    Norway | Licensing Agreement re "Accused at 17", "Alyce", "Axed", "The Boy She Met Online", "Dear Mr. Gacy", "Devil's Seed", "Don't Let Him In", "Forbidden Attraction", "Hunger", "Make Out With Violence", "My Dog's Christmas Miracle", "My Family's Secret", "The Perfect Roommate", "The Perfect Teacher" and "Wake Up and Die" |
| Bridge Rights B.V. Melkpad 51, 1217 KB Hilversum The Neatherlands, | Licensing Agreement re "All Alone", "Alyce", "Artic Blast", "Axed", "The Boy She Met Online", "Daylight Fades", "Dear Mr. Gacy", "Devil Seed", "Dont Let Him In", "Gabe The Cupid Dog", "Hunger", "KAW", "The List", "Little Deaths", "Make Out With Violence", "Metal Tornado", "My Dog's Christmas Miracle", "My Neighbor's Secret", "The Preacher's Daughter", "Pyschosis", "Secrets from Her Past", "Stripped Naked", "Stuck", "The Thompsons", "Treehouse", "Wake Up and Die", "The Wife He Met Online" and "World of the Dead: Zombie Diaries" |
| One Movie Entertainment Via A Costa, 31 Milano, Italy,    20131 | Licensing Agreement re "All Alone", "Alyce", "Axed", "Body Language", "Bundy, An American Icon", "Crook", "Daylight Fades", "Dear Mr. Gacy", "Devil Seed", "Don't Let Him In", "Extracted", "Forbidden Attraction", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", "Hunger", "The List", "Little Deaths", "Make Out With Violence", "PIG", "prank", Psychosis", "Punishment", "The Return of Joe Rich", "Smash Cut", "Static", "Stripped Naked", "Summer's Blood", "The Thompsons", "Wake Up and Die", "The Wicked", "World of the Dead: Zombie Diaries" and "Xombie: Dead on Arrival" |
| Tiberius Film GmbH Schellingstrabe 45 Muchen, Germany,    80799 | Licensing Agreement re "All Alone", "Alyce", "Axed", "Bram Stoker's Dracula's Guest", "Breathing Room", "Crook", "Daylight Fades", "Devil's Seed", "Don't Let Him In", "Extracted", "Gabe, the Cupid Dog", "Gangster's Guns and Zombies", "Hamiltons", "Houseswap", "The List", "Little Deaths", "Make Out With Violence", "PIG", "Prank", 'Punishment", "The Return of Joe Rich", "Static", "Stripped Naked", "The Thompsons", "Treehouse", "Wake Up and Die" |

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
    Debtor(s)                                             (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | and "The Wicked" |
| First Factom<br>612 51st Street Northwest<br>Bradenton, FL 34209 | Licensing Agreement re "All Alone", "Alyce", "Axed", "The Boston Strangler", "Breathing Room", "BTK", "Crook", "Daylight Fades", "Dear Mr. Gacy", "Devil's Seed", "Don't Let Him In", "Extracted", "Five Across the Eyes", "Gangster's, Guns and Zombies", "Godspeed", "Henry Lee Lucas", "He's Such a Girl", "HouseSwap", "Hunger", "Kindom Come", "Little Deaths", "The Living and the Dead", "Make Out With Violence", "My Date With Drew", "Paranormal Diaries", "Punishment", "Small Town Folk", "Smash Cut", "Stripped Naked", "The Vanguard", "Wake Up and Die", "World of the Dead: Zombie Diaries", "Young Single & Angry" and "The Zombie Diaries" |
| Youkou, Inc<br>6th Floor, Sinosteel Plaza<br>8 Haidian Dajie  Haiden District<br>Beijing, China,    100080 | Licensing Agreement re "All Alone", "Alyce", "The Boston Strangler", "BTK", "Bundy, An American Icon", "Crook", "Daylight Fades", "Dead Easy", "Extracted", "Forbidden Attraction", "Godspeed", "Growth", 'Heart of the Storm", "Henry Lee Lucas", "He's Such a Girl", "Hunger", "Last Exit", "The List", "The Living and the Dead", "The Lost", "Make Out With Violence", "My Date With Drew", "Paranormal Diaries", "PIG, "Prank", "Preacher's Daughter", "Pyschosis", "The Return of Joe Rich", "The Room", "Static, "Stuck", "Torn Apart" and "Young, Single & Angry" |
| Another World<br>Wilders Plads 9 A, 3 Sal<br>1403 Copenhagen<br>    Denmark | Licensing Agreement re "All Alone", "Daylight Fades" and "The Preacher's Daughter" |
| Pinema Filmcilik<br>Ekinciler C.Erturk Sk<br>Unver Business Center, No: 4 Kat. 6<br>Kavacik,Istanbul, Turkey,    34394-0000 | Licensing Agreement re "Alyce" |
| Lions Gate Entertainment<br>2700 Colorado Ave., Suite 200<br>Santa Monica, CA  90404 | Licensing Agreement re "Alyce", "Arctic Blast", "Axed", "Babysitter Wanted", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Daylight Fades", "Devil's Seed", "Dim Sum Funeral", "Five Across the Eyes", "Gabe, The Cupid Dog", "Gangsters, Guns and Zombies", "Godspeed", "Growth", "Hamiltons', "Henry Lee Lucas", "He's Such a Girl", "Hunger", "Make Out With Violence", "Metal Tornado", "My Dog's Christmas Miracle", "Psychosis", "Smash Cut", "Steel Trap", "Stripped Naked", "Summer's Blood", "The Thompsons", "The Vanguard" and "Xombie: Dead on Arrival" |
| Liselot, SA de CV<br>Carolina 98-401<br>MEXICO D.F., | Licensing Agreement re "Alyce", "Blood Trails", "The Boston Strangler", "Bram Stoker's Dracula's Guest", ""Breathing Room", "Bundy, An American Icon", "Christie's Revenge", "Decoys", "Don't Let Him In", "Five Across The Eyes", "Godspeed", "Growth", "Hamiltons', "Heart of the Storm", "Henry Lee Lucas", "KAW", "Living and the Dead", "A Lover's Revenge", "Make Out With Violence", "My Daughter's Secret", "The Perfect Neighbor", "Pyschosis", "Shallow Ground", "Smash Cut", "Steel Trap", "Stripped Naked", "Summer's Blood", "Swarmed", "Torn Apart" and "The Zombie Diaries" |
| Top Movie<br>264 EL Hegaz st.  District 7th<br>6th Octbar City,    Egypt | Licensing Agreement re "Alyce", "The Boston Strangler", "Bram Stoker's Dracula's Guest", "BTK", "Bundy, An American Icon", "Daylight Fades", "Don't Let Him In", "Forbidden Action", "Growth", "He's Such a Girl", "Hunger", "Kill Buljo", "Make Out With Violence", "Smash Cut", "The |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC

Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Vanguard", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| NBC Universal<br>Prospect House<br>80-110 New Oxford St.<br>London, UK,   WC1A1HN | Licensing Agreement re "Arctic Blast" "Metal Tornado" and "Shallow Ground" |
| Umut Sanat Filmcilik<br>Sanayi Ve Ticaret A.S.<br>Konaklar Mah, Faruk Nafiz Çamlibel Sokak<br>Final Apt., No:3/2,,   Turkey | Licensing Agreement re "Arctic Blast", "Axed", "Blood Trails", "The Boston Strangler", "The Boy She Met Online", "Breathing Room", BTK", "Bundy, an American Idol", "Dead at 17", "Decoys", "Dim Sum Funeral", "Five Across the Eyes", "Framed for Murder", "Gangsters, Guns and Zombies", "Growth", "Hamiltons", "Heart of the Storm", "KAW", "the Living and The Dead", "The Lost", "Make Out With Violence", "Maternal Obsession", "My Date With Drew", "My Dog's Christmas Miracle", "My Family's Secret", "My Neighbor's Secret", "Out for Blood", "The Perfect Marriage", "The Perfect Roommate", "The Perfect Teacher", "Psychosis", "Secrets From Her Past", "Shallow Ground", "Steel Trap", "Stuck", "Summer's Blood", "Swarmed", "The Vanguard", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Entertaining Power Co. Limited<br>Rm 2717, 27/F., Ho King Commercial Cntr.<br>2-16 Fa Yuen Street, Mongkok,Kowloon<br>Hong Kong,   China | Licensing Agreement re "Arctic Blast", "Blood Trails, "Body Language", "Bram Stoker's Dracula's Guest", "Breathing Room", "BTK", "Bundy, An American Icon", "Godspeed" "Growth", "Hamiltons", "He's Such a Girl", "Hunger", "KAW", "The Living and the Dead", "Psychosis", "The Room", "Summer's Blood", "The Vanguard", "Xomble: Dead on Arrival", "Young Single & Angry" and "The Zombie Diaries" |
| New Select Co. LTD.<br>Ginza Aurore Bldg. 3rd Floor<br>5-13-14 Ginza Chuo-ku<br>Tokyo, JAPAN,   104-0061 | Licensing Agreement re "Arctic Blast", "Blood Trails", "Breathing Room", "Five Across The Eyes", "Hunger", "Kill Buljo", "The List", "Little Deaths", "Metal Tornado", "Shallow Ground", "Steel Trap", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Monolith Films, Ltd.<br>Karska 8<br>01-810 Warsaw,   Poland | Licensing Agreement re "Arctic Blast", "Blood Trails, "The Boston Strangler", "Dead at 17", "Dead Easy", "Decoys", "Engaged to Kill", "Growth", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", "Maternal Obsession", "Metal Tornado", "Murder in My House", "My Date With Drew", "My Daughter's Secret", "Out For Blood", "The Perfect Assistant", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Shallow Ground", "Smash Cut", "The Stranger I Married", "Summer's Blood", "Swarmed" and "Torn Apart" |
| MedAsia<br>909 Grant Street, #1<br>Santa Monica, CA 90405 | Licensing Agreement re "Arctic Blast", "Body Language II" and "Metal Tornado" |
| PT Multiplex Media<br>Pasaraya Theatre Building, 9th Floor<br>Jl. Iskandarsyah II No.2<br>Jakarta, Indonesia,   12160 | Licensing Agreement re "Arctic Blast", "Dead Easy", "Decoys", "Decoys II", "Engaged to Kill", "Growth", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "A Lover's Revenge", "Maid of Honor", "Metal Tornado", "Murder In My House", "Out For Blood", "The Perfect Husband", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "Saving Emily", "Stranger At The Door", "The Stranger I Married", "Swarmed" and "Torn Apart" |
| Les Films Seville Inc.<br>400,boul.de Maisonneuve Ouest,Bureau1120 | Licensing Agreement re "Axed", "Don't Let Him In", "Five Across The Eyes", "Gabe, The Cupid Dog", "Gangster's, |

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 39 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                          Case No. _____
                        Debtor(s)                                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Montreal, Quebec Canada,   H3A 1L4 | Guns and Zombies", "Godspeed", "Growth", "He's Such a Girl", "Kill Buljo", "Little Deaths", "My Dog's Christmas Miracle", "Punishment", "The Room", "Shallow Ground", "Steel Trap", "The Vanguard", "Wake Up and Die", "The Wicked", "World of the Dead: Zombie Diaries", Young, Single & Angry" and "The Zombie Diaries" |
| M  Pictures Co. Ltd. 97/11 EGV Metropolis Building Ratdamri Road, Lumpini Patumwan, Bangkok,   10330 | Licensing Agreement re "Babysitter Wanted", "Body Language", "BTK", "The Vanguard" and "The Zombie Diaries" |
| Just Bridge Melkpad 51 Hilversu, Neatherlands,   117KB | Licensing Agreement re "Betrayed at 17", "Crook", "Extracted", "Forbidden Attraction", Gangsters, Guns and Zombies", "HouseSwap", "Kingdom Come", "My Mother's Secret", "The Perfect Roommate", "PIG", "Prank", "Punishment', "The Return of Joe Rich", "Static" and "The Wicked" |
| VME | Licensing Agreement re "Betrayed at 17", "Gabe, the Cupid Dog", "My Mother's Secret" and "Secrets From Her Past" |
| Starz Home Entertainment Suite 32, Level 1, MVB 90 Mona Vale Rd. Mona Vale, Australia,   NSW 2103 | Licensing Agreement re "Blood Trails and "Breathing Room" |
| Silverline | Licensing Agreement re "Blood Trails" |
| VCL Communications GmbH Wolfratshauser Str. 84 Munchen, Germany,   D-81379 | Licensing Agreement re "Blood Trails" and "My Date With Drew" |
| Mondo Home Entertainmet, S.p.A. Via Melchiorre Giola 72-20125 Milano,   Italy | Licensing Agreement re "Blood Trails", "BTK", "Five Across the Eyes", "Hamiltons", "The Room", "Small Town Folk", "Steel Trap" and "The Vanguard" |
| Videosonic SA 1 Evridamantos & Lagoumitzi St. Athens, Greece,   117 45 | Licensing Agreement re "Blood Trails", "Christie's Revenge", "Dead Easy", "Decoys", "Demons From Her Past", "Devil's Seed", "Engaged to Kill", "Framed for Murder", "Hamiltons", "Heart of the Storm", "KAW", "A Killer Upstairs", "Last Exit", "Like Mother, Like Daughter", "A Lover's Revenge", "Maid of Honor", ""Murder in My House", "My Date With Drew", "My Daughter's Secret", "The Perfect Assistant", "The Perfect Marriage", "The Perfect Neighbor", "The Rival", "The Room", "Saving Emily", "Shallow Ground", "Small Town Folk", "Steel Trap", "The Stranger I married", "Swarmed", "Til Lies Do Us Part", "Torn Apart" and "World of the Dead: Zombie Diaries" |
| Max Films Co. Unit 303, Treasure Centre 42 Hung To Road Kwun Tong,   Hong Kong | Licensing Agreement re "Blood Trails", "Last Exit", "A Lover's Revenge", "Mald of Honor", "Murder in My House", "My Date With Drew" and "The Stranger I Married" |
| Fintage/TOT Media (Spain) Fintage Magyar Terez Korut 46, 3rd Floor, H-1066 Budapest,   Hungary | Licensing Agreement re "Blood Trails", "The Boston Strangler", "Breathing Room", "BTK", "Five Across the Eyes", "Hamiltons", "KAW", "Kill Buljo", "The Living and The Dead", "The Room", "Smash Cut", "Steel Trap", "Summer's Blood", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Taewon Entertainment 135-010, 5th Floor Pax Tower. 231-13 Nonhyun-Dong Gangnam-Gu Seoul,   Korea | Licensing Agreement re "Body Language" |
| IFM World Releasing | Licensing Agreement re "Body Language", "Body Language |

© 1993-2013 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____ Case No. _____
                   Debtor(s)                                             (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 1328 East Palmer Ave.<br>Glendale, CA 91205 | II", "Christie's Revenge", "Dead at 17", "Demons From Her Past", "Gabe, The Cupid Dog", "Last Exit", "Like Mother, Like Daughter", "The Living and The Dead", "My Family's Secret", "My Neighbor's Secret", "The Perfect Marriage", "The Stranger I Married", "Pyschosis", "The Rival", "Small Town Folk", "Stripped Naked" and "Summer's Blood" |
| E-Net/GEO<br>Dai X Bldg. 3F<br>1-4-10 Nishi-Ikebukuro<br>Toshima ku, Tokyo, 17100-2100 | Licensing Agreement re "Body Language", "The Boston Strangler", "Dim Sum Funeral", "The Lost", "Stripped Naked", "Summer's Blood" and "Young, Single & Angry" |
| Mad Dimension GmbH<br>Qaelskampweg 97 A<br>22880 Wedel, Germany | Licensing Agreement re "Boneboys" |
| A Vjet Intl., Media Co., Ltd.<br>5F., No. 52, Ln. 10<br>Jihu Rd., Nelhu Dist., | Licensing Agreement re "Boneboys", "Crook", "Devil's Seed", "Don'e Let Him In", "Hunger", "The List", "Little Deaths", "Paranormal Diaries", "Prank", "Psychosis", "Punishment", "Shallow Ground", "the Thompsons", "Wake Up and Die" and "The Wicked" |
| 101 Films<br>39-40 The Old Steine<br>Brighton, East Sussex, BN11NH | Licensing Agreement re "Boneboys", "HouseSwap" and "The Wicked" |
| DNC S.P.A.<br>DNC Entertainment S.r.l.<br>Viale A. Volta, 100<br>Firenze, Italy, 50131 | Licensing Agreement re "Breathing Room" and 'The Living and the Dead" |
| DNC<br>The Old School<br>Princess Road, Weybridge<br>Surrey, United Kingdom, KT139BN | Licensing Agreement re "Breathing Room", "The Living and The Dead", "Small Town Folk" and 'The Zombie Diaries" |
| Miracle Communications, Ltd.<br>38 Broadhurst Ave.<br>Edgeware, Middlesex<br>United Kingdom, HA8 8TS | Licensing Agreement re "Brood", "Out for Blood", "Scanners", "Scanners II" and "Scanners III" |
| AMG Entertainment, Inc.<br>Nikkatsu Corporation<br>3-28-12 Hongo, Bunkyo-Ku<br>Tokyo 1133-0033, Japan | Licensing Agreement re "BTK", "Growth" and "The Vanguard" |
| RCV (Benelux)<br>E1 Entertainment Benelux<br>Bergweg 46<br>Hilversum, Neatherlands, 1217 SC | Licensing Agreement re "Christie's Revenge", "Dead Easy", "Decoys", "Demons From Her Past", "Framed for Murder", "Hamiltons", "Heart of the Storm", "A Killer Upstairs", "Last Exit", "A Lover's Revenge", "Maid of Honor", "Murder in My House", "Out For Blood", "The Perfect Husband", "The Perfect Marriage", "The Rival", "Saving Emily", "Shallow Ground", "Stranger at The Door", and "Swarmed" |
| Antenna 1 | Licensing Agreement re "Dead Easy", "Decoys", "A Killer Upstairs", "The Perfect Neighbot" and "Saving Emily" |
| HBO Asia<br>151 Lorong Chuan<br>4th Floor #04-04B/05<br>New Tech Park, Singapore, 556741 | Licensing Agreement re "Dead Easy", "Decoys", "Out for Blood", "The Perfect Husband", "Saving Emily" and "Stranger at the Door" |
| Gabo Film Media International Corp.<br>127 Crockamhill Drive<br>Scarborough, Ontario<br>Canada, MIS2L2 | Licensing Agreement re "Dead Easy", "Dim Sum Funeral" and "Stranger At The Door" |
| AQS | Licensing Agreement re "Dead Easy", "Heart of the Storm", |

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 41 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
　　　　　　　　　Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Rlegrovy Sady 38<br>120 00 Praha 2<br>Czech Republic, | "A Killer Upstairs", "A Lover's Revenge", "Maid of Honor", "My Date With Drew", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Shallow Ground", "Stranger at the Door" "Swarmed" and "Torn Apart" |
| Rod Puskar Enterprises<br>Suite 503, Level 5, Spectrum Building<br>220 Pacific Highway<br>Crowsnest, Australia,    NSW 2065 | Licensing Agreement re "Dead Easy", "Heart of the Storm", "A Killer Upstairs", "A Lover's Revenge", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Stranger At the Door" and "Torn Apart" |
| Sivsa Entertainment S.A.<br>C/Marina 16-18, Pita. 18-C<br>Barcelona, Spain,    08005 | Licensing Agreement re "Dead Easy", "Heart of the Storm", "A Killer Upstairs", "A Lover's Revenge", "Maid of Honor", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", "Stranger at the Door", "The Stranger I Married", "Swarmed" and "Torn Apart" |
| Morefilms GmbH<br>Lindwurmstr. 95a<br>Munchen, Germany,    80337 | Licensing Agreement re "Dear Mr. Gacy", "The Living and The Dead" and "Psychosis" |
| Home Entertainment (UK)<br>19-24 Manasty Rd.<br>Orton Southgate<br>PeterBorough,    PE2 6UP | Licensing Agreement re "Decoys" |
| Suraya Film Production<br>94B, Jalan Masjid<br>Kuala Lumpur, Malaysia<br>India,    50100 | Licensing Agreement re "Decoys" |
| Zone Horror | Licensing Agreement re "Decoys" |
| Film Financial | Licensing Agreement re "Decoys" |
| Blitz Film & Video<br>Kamenarka 1<br>Zagreb 10 010,    Croatia | Licensing Agreement re "Decoys" |
| Columbia TriStar<br>10202 W. Washington Blvd.<br>Culver City, CA  90232 | Licensing Agreement re "Decoys" |
| Presidio Corporation<br>Aioi-Sonpo Nibancho Bldg. 3F<br>Nibancho 5-6<br>Chiyoda-ku, Tokyo, Japan,    102-0084 | Licensing Agreement re "Decoys" and "KAW" |
| Reivaj Films<br>Urbanización Errikotxiki, 19<br>Aizuza, NA<br>Spain,    31486 | Licensing Agreement re "Decoys", "Decoys II", "KAW", "Out For Blood", "Shallow Ground" and "Swarmed" |
| Dream Entertainment<br>8489 W. Third St.,    Suite 1038<br>Los Angeles, CA  90048 | Licensing Agreement re "Decoys", "Heart of the Storm", "My Date With Drew" and "Saving Emily" |
| Atlas Film & Medien<br>Wilhelmshöhe 12<br>47058 Duisburg<br>    Germany | Licensing Agreement re "Decoys", "KAW", "A Killer Upstairs", "The Room", "Shallow Ground", "Swarmed" and "Out For Blood" |
| Pasa Tiempo Pictures, Inc.<br>2350 Malcolm Avenue<br>Los Angeles, CA  90064 | Licensing Agreement re "Decoys", "My Date With Drew" and "Out For Blood" |
| Zazie Films, Inc.<br>2-10-8-7F, Meguro, Meguro-Ku,<br>Tokyo, Japan,    153-0063 | Licensing Agreement re "Devil's Seed", "Static", and "Wake Up and Die" |
| Image Entertainment | Licensing Agreement re "Don't Let Him In" and "Paranormal |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                        Debtor(s)                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 20525 Nordhoff St. Suite 200 Chatsworth, CA 91311 | Diaries" |
| NeoVision 401 Yeungjin Bldg. 106-7 Nonhyeon-dong Gangnam-Gu, | Licensing Agreement re "Extracted" |
| Signature Entertainment 33-35 Daws Lane London, UK,    NW7 4SD | Licensing Agreement re "Extracted" |
| Take One Box 7300 Stockholm, Sweden,    103 90 | Licensing Agreement re "Extracted", Gangsters, Guns and Zombies", "Punishment", "Static", "The Thompsons", "The Wicked" and "World of the Dead: Zombie Diaries" |
| Anchor Bay Entertainment 4 Daydream St., Suite 1001 Warriewood, Australia,    NSW2102 | Licensing Agreement re "Five Across the Eyes" and "Growth" |
| Scholar Films Group 7F, No. 298, Rueiguang Rd. Neihu, Taipie City 114 R.O.C.,    Taiwan | Licensing Agreement re "Five Across the Eyes", "Hamiltons", "The Living Dead", "The Room", "Small Town Folk" and "Steel Trap" |
| Atomik Films Pruehsstr. 22a Berlin, Germany,    12105 | Licensing Agreement re "Five Across the Eyes", "The Room" and "Small Town Folk" |
| TVN | Licensing Agreement re "Framed for Murder" |
| XLrator Media, LLC 169 Pier Ave. #8 Santa Monica, CA 90405 | Licensing Agreement re "Gangsters, Guns and Zombies" |
| ESC Film Distribution 19 Berringer St. Richmond Hill, Ontario Canada,    L4B4G4 | Licensing Agreement re "Godspeed" and "The Lost" |
| Audiospikes Move Dist. Private Limited F, 2nd Floor, City Laxmi Flats 14/23 Trustpuram, 2nd Cross Street, Kodambakkan, Chennai,    India | Licensing Agreement re "Growth" |
| Fine Films 2-7-6-3F Kudan-Minami Chiyoda-ku Tokyo, JAPAN,    102-0074 | Licensing Agreement re "Hamiltons", "The Living and the Dead", "The Room" and "Swarmed" |
| 1821 Pictures | Licensing Agreement re "Henry Lee Lucas" |
| Star Alliance | Licensing Agreement re "Henry Lee Lucas", "Smash Cut" and "Stripped Naked" |
| I-On New Media Industriestr. 165 Koeln, Germany,    50999 | Licensing Agreement re "Hunger" and "The Vanguard" |
| Splendid Film GmbH Alsdorfer Strasse 3 Koeln (Cologne), Germany,    50933 | Licensing Agreement re "KAW", "Kill Buljo", "Scribbler", "Steel Trap", "World of the Dead: Zombie Diaries" and "The Zombie Diaries" |
| Imagine Entertainment P.O. Box 2040 Mt. Waverley, Victoria 3149,    Australia | Licensing Agreement re "KAW", "Last Exit", "Maid of Honor", Murder In My House", "Out For Blood", "Scribbler", "Shallow Ground" and "The Stranger I Married" |
| Five Stars Distribution Ltd. 8 Haomanut Street New Industrial Zone | Licensing Agreement re "Kill Buljo" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 43 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
                        Debtor(s)                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Natania, Israel,    42504-0000 | |
| Seven Sept<br>73 rue de Courcelles<br>7500 Paris, France, | Licensing Agreement re "Kill Buljo" |
| The Weinstein Company<br>5700 Wilshire Blvd., Ste. 600N<br>Los Angeles, CA  90036 | Licensing Agreement re "Kill Buljo" and "Steel Trap" |
| Rough Trade Distribution GmbH<br>Mathias-Brueggen-Str. 85<br>Cologne, Germany,    50829 | Licensing Agreement re "Kingdom Come" |
| Hi Fliers Films<br>Pinewood Road-Iver Heath<br>Buckinghamshire, UK,    SL0 0NH | Licensing Agreement re "Kingdome Come" |
| Uncork'd Entertainment, LLC<br>11831 Lochwood Blvd.<br>Dallas, TX  75218 | Licensing Agreement re "Kingdome Come" and "Treehouse" |
| Sundream Motion Pictures Limited<br>10/F., Cable TV Tower, 9 Hoi Shing Rd<br>Tsuen Wan, Hong Kong,    China | Licensing Agreement re "Little Deaths" |
| Vicol Entertainment, Ltd.<br>Workshop 8, 4/F, Hung Tai Ind Bldg.<br>37-39 Hung To Road, Kwun Tong<br>Kowloon,    Hong Kong | Licensing Agreement re "Little Deaths", "Metal Tornado" and "World of the Dead: Zombie Diaries" |
| Viewstar<br>Mühlebachstr. 162<br>Zürich, Switzerland,    CH-8008 | Licensing Agreement re "My Date With Drew" |
| New Age Entertainment<br>Clacada de Tapada 125, 2nd Esq<br>Lisboa, Portugal,    1300-548 | Licensing Agreement re "My Date With Drew" |
| Sandrew Metronome<br>Myndform<br>Tronuhraunl 1,    Iceland | Licensing Agreement re "My Date With Drew" |
| Diva AG<br>Holbeinstrasse 25<br>Zurich, Switzerland,    CH-8008 | Licensing Agreement re "My Date With Drew" |
| Amuse Soft Entertainment<br>3F Ebisu Square<br>1-23-23 Ebisu<br>Shibuyaku, Tokyo 1500013,    Japan | Licensing Agreement re "My Date With Drew" |
| Beijing Mega Wings Media Co., Ltd.<br>5A5, Xiangxieshe<br>NO. 6 Nanxinyuan West Road,<br>Chao Yang Dis,    China | Licensing Agreement re "My Date With Drew" |
| Jaguar Distribution<br>12711 Ventura Blvd., Ste. 300<br>Studio City, CA  91604 | Licensing Agreement re "My Date with Drew" |
| United Channels of Israel<br>Sandra Epelbaum<br>4 Nirim Street<br>Tel Aviv, Israel,    67060 | Licensing Agreement re "Out for Blood", "Shallow Ground" and "The Stranger I Married" |
| VTI | Licensing Agreement re "Out For Blood" |
| Ayapro, Inc. | Licensing Agreement re "Out For Blood" |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC _____    Case No. _____
　　　　　　　　　Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| #504, 5-17-12 Tsurumake Setagu-Ku Tokyo, Japan,    154-0016 | |
| Alliance Entertainment Pre. Ltd. 31 Ubi Road 1 #03-00 Annex Block Aztech Bldg. Singapore,    408694 | Licensing Agreement re "Out for Blood" and "The Perfect Husband" |
| Moviemax Italia s.r.l. via Romagnosi, 20 Roma, Italy,    I-00196 | Licensing Agreement re "Out For Blood" and "The Vanguard" |
| Audiovisual Enterprises 104 Ethinikis Antistaseos Str. Pallini Attikis, Greece,    15351 | Licensing Agreement re "Out for Blood", "The Perfect Husband" and "Stranger At The Door" |
| Second Sight Films 16 Connaught Road Teddington, UK,    TW1 0PS | Licensing Agreement re "Paranormal Diaries" and "Static" |
| Hybrid Media | Licensing Agreement re "Prank" |
| The Klockworx Co., Ltd 2-19-7 Ebisu Minami Shibuya-ku, Tokyo, Japan,    150-0022 | Licensing Agreement re "Scribbler" |
| Njuta Films Gata 24 Stockholm, Sweden,    11138 | Licensing Agreement re "Scribbler" |
| Recidive S.A.S. 17/19, Boulevard de Montmorency Paris, France,    75016 | Licensing Agreement re "Scribbler" |
| Shaw Organisation Pte Limited 1 Scotts Road #13-00 Shaw Centre Singapore,    228208 | Licensing Agreement re "Scribbler" and "Shallow Ground" |
| Screen Media 757 Third Avenue New York, NY  10017 | Licensing Agreement re "Shallow Ground" |
| Star Winner Group Suite 406 FUBC Bldg. 413 Escolta St. Manila, Philippines, | Licensing Agreement re "Shallow Ground" |
| Great Movies, GMBH An der Favorite 4 Mainz, Germany,    55131 | Licensing Agreement re "Shallow Ground" |
| Media Blasters, Inc. 132 W. 36th Street, 4th Floor New York, NY  10018 | Licensing Agreement re "Smash Cut" |
| Cinema Stream | Licensing Agreement re "Stranger At The Door" and "Torn Apart" |
| Cineplex Development Co. 6F-1, 122 Emel St. Taipei City, Taiwan,    10843-0000 | Licensing Agreement re "Swarmed" |
| Serendip | Licensing Agreement re "The Boston Strangler" |
| KSM GmbH Altkonigstr.12 Hochheim, Germany,    65239 | Licensing Agreement re "The Boston Strangler", "BTK", "Bundy, An American Idol" "Godspeed", "Growth", "Henry Lee Lucas", "The Lost", "Smash Cut", "Summer's Blood" and "Young Single & Angry" |
| Prime Pictures | Licensing Agreement re "The Boston Strangler", "BTK", |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:15-bk-19378-RN    Doc 8    Filed 06/25/15    Entered 06/25/15 19:26:25    Desc
Main Document    Page 45 of 89

B6G (Official Form 6G) (12/07) - Cont.

IN RE Imagination Worldwide, LLC                                    Case No. _____
                    Debtor(s)                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Emarat Atrium - Suite 117<br>Sheikh Zayed Road<br>P.O. Box 58011,    Dubai, UAE | "Dead Easy", "Heart of the Strom", "Kill Buljo", "A Killer Upstairs", "My Date With Drew", "Out For Blood", "The Perfect Husband", "The Perfect Neighbor", "Saving Emily", Shallow Ground", "Stranger at the Door", "Swarmed", "Torn Apart", "The Vanguard", "Young, Single & Angry" and "The Zombie Diaries" |
| Eagle Entertainment<br>1/27 Export Drive<br>Ernest Queensland,    Australia | Licensing Agreement re "The Boston Strangler", "BTK", "Demons From Her Past", "Framed for Murder", "Heart of the Storm", "KAW", "The Lost", "Murder in My House", "My Daughter's Secret", "The Rival", "Saving Emily", "Shallow Ground", "Til Lies Do Us Part" and "Torn Apart" |
| CN Entertainment<br>61-63 Au Pui Wan Str.<br>Room 18, 9/F, Yale Ind. Ctr.<br>Hong Kong,    China | Licensing Agreement re "The Boston Strangler", "Small Town Folk" and "Steel Trap" |
| Level 33 Entertainment<br>10801 National Blvd., Ste. 602<br>Los Angeles, CA  90064 | Licensing Agreement re "The List" |
| Rainbow Entertainment<br>Section 4<br>Shin Yi Rd. Lane 265 Alley 12 #1, 4th Fl<br>Taipei,    Taiwan | Licensing Agreement re "The Perfect Husband" |
| IMG / Comarex<br>10305 NW 41st Street, Ste. 206<br>Miami, FL  33178 | Licensing Agreement re "The Perfect Husband" |
| Edko Films, Ltd.<br>1212 Tower II<br>Admiralty Centre, 18 Harcourt Road<br>Hong Kong,    China | Licensing Agreement re "The Perfect Husband" and "Stranger At The Door" |
| Filmgate<br>1001 Stanford St.<br>Santa Monica, CA  90403 | Licensing Agreement re "The Perfect Husband" and "Stripped Naked" |
| Lifetime Entertainment Services<br>309 West 49th Street, 16th Floor<br>New York, NY  10019 | Licensing Agreement re "The Preacher's Daughter" |
| MTI<br>14216 SW 136th Street<br>Miami, FL  33186 | Licensing Agreement re "The Preacher's Daughter" and "The Return of Joe Rich" |
| Nowtilus Onlinevertriebs GmbH<br>Mitteldeutsches Multimediazentrum<br>Mansfelder Str. 56 - 06108 Halle\|Saale | Licensing Agreement re "The Room" |
| 5 Stars<br>8 Haomanut St.<br>Notavia, Israel,    42504 | Licensing Agreement re "Torn Apart" |
| Shoval Film Production<br>91, Hashmonaim St.<br>Tel Aviv,    Israel | Licensing Agreement re "Young Single & Angry" |
| Content Republic Limited<br>73 Brondesbury Road<br>London, United Kingdom,    NW6 6BP | Licensing Agreement re "Young Single & Angry" |
| XXX See Comment XXX | xxx Debtor is continuing to review its files and will amend as necessary. xxx |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT D

## Class 3-- Paid 15% on the Effective Date
Vendors/3rd Parties on Schedule F

| CREDITOR/VENDOR/3RD PARTY | AMOUNT OWED | AMOUNT TO BE PAID |
|---|---|---|
| 1. Anthem Blue Cross<br>*per Proof of Claim #7* | $1,172 | **$175.80** |
| 2. IFTA | Unknown | **$0.00** |
| 3. Clark Peterson | $270.71 | **$40.61** |
| 4. Encore International Group | $33.37 | **$5.00** |
| 5. Exclusive Logistics Management | $5,729.00 | **$859.35** |
| 6. Express Connection | $186.47 | **$27.97** |
| 7. Federal Express | $256.13 | **$38.42** |
| 8. FotoKem<br>*per Proof of Claim #5* | $6,818.28 | **$1,022.74** |

| | | |
|---|---|---|
| 9. Harris Office Products | $39.26 | **$5.89** |
| 10. Lawrence Goebel | $104.40 | **$15.66** |
| 11. Martin Myers | $977.02 | **$146.56** |
| 12. MCI | $172.36 | **$25.85** |
| 13. Netzone | $599.85 | **$89.98** |
| 14. Nick Cimiluca | $50.00 | **$7.50** |
| 15. Paychex | Unknown | **$0.00** |
| 16. Pierre David | $25,000.00 | **$3,750.00** |
| 17. Pitney Bowes | Unknown | **$0.00** |
| 18. Pitney Bowes Purchase Plus | $302.11 | **$45.31** |
| 19. Reel One Entertainment | $196.89 | **$29.53** |
| 20. Salvatori & Assoc. | $1,341.51 | **$201.23** |

| | | |
|---|---|---|
| 21. inekor Entertainment | $5,706.54 | **$855.98** |
| 22. Strategic Film Partners | $179.71 | **$26.95** |
| 23. The Hollywood Reporter | $4,000.00 | **$600.00** |
| 24. Verizon | $483.13 | **$72.47** |
| 25. Xystus, LLC | $13,770.00 | **$2,065.50** |
| Total Class 3: | $  67,388.74 | $      10,108.30 |

# EXHIBIT E

## CONFIDENTIAL

# Imagination Worldwide LLC
## A Motion Picture Production & Distribution Service Company

# BUSINESS PLAN

**August 13, 2015**

**Imagination Worldwide, LLC**
**Contact: Michelle Mower**
**280 South Beverly Drive, Suite 208**
**Beverly Hills, CA 90212**
**310-888-3494 Office**
**http://imagination-llc.com/**

The information contained in this business plan is confidential and proprietary of Imagination Worldwide (IWW), LLC (the "Company") and is intended only for the persons to whom it is transmitted by the Company or its representatives. Any reproduction of this document, in whole or in part, or the divulgence of any of its contents without the prior written consent of the Company, is prohibited.

This is a business plan. It does not imply and shall not be construed as an offering of securities. Prospective investors are not to construe the contents of this document as investment, legal or tax advice from either the Company or the preparers of this document. Any prospective investor should consult with professional investment advisors and gain professional legal and tax advice.

Each potential investor specifically understands and agrees that any estimates, projections, revenue models, forecasts or assumptions are by definition uncertain and thus possibly unreliable. Any party considering a transaction with the Company agrees to look solely to its own due diligence.

**Business Plan Copy No. ____1_____**

- 2 -

## Confidentiality Agreement

The undersigned reader acknowledges that the information provided by Imagination Worldwide, LLC in this business plan is confidential. Therefore, the undersigned reader agrees not to disclose any of such information without the express written permission of Imagination Worldwide, LLC.

It is hereby acknowledged by the undersigned that the information to be furnished in this business plan is in all respects confidential in nature (other than such information which is already in the public domain through other means) and that any disclosure or use of same by the undersigned may cause serious harm or damage to Imagination Worldwide, LLC.

Upon request, this document is to be immediately returned to Imagination Worldwide, LLC.

_____

Signature

_____

Print Name

_____

Date

- 3 -

# TABLE OF CONTENTS

**Confidentiality Agreement        i**
**EXECUTIVE SUMMARY      1**
**I.  THE COMPANY  2**
    1.1    History & Background
    1.2    Reorganization
    1.3    Management Team
    1.4    Strategic Alliances and Key Associates
**II.  THE INDUSTRY   5**
    2.1    Independent Marketplace
    2.2    Theatrical
    2.3    Television
    2.4    Video-On-Demand
    2.5    Foreign Territories
    2.6    Home Video/DVD
    2.7    Branded Digital and Mobile Media
**III.  PRODUCTION DIVISION      8**
    3.1    Development
    3.2    Target Audience
    3.3    Co-Productions
    3.4    Distribution
**IV.  ENTERTAINMENT BUSINESS SOLUTIONS      9**
    4.1    Budgeting and Scheduling Services
    4.2    Accounting and Financial Services
    4.3    Contract and Legal Services
    4.4    Marketing and PR Services
    4.5    Delivery Management Services
    4.6    Entertainment Industry Consulting for Investors
**V.  SALES AND DISTRIBUTION      11**
    5.1    Domestic
    5.2    Foreign
    5.3    SVOD
    5.4    Digital and Mobile
**VI.  INVESTMENT OPPORTUNITY    12**

**APPENDIX      13**

**CASH FLOW PROJECTIONS      14**

- 4 -

# Imagination Worldwide, LLC
# BUSINESS PLAN

## EXECUTIVE SUMMARY

### *Company Background*

Imagination Worldwide (IWW), LLC (the "Company") is an established motion picture distribution company created under the laws of the State of California, for the purpose of acquiring and distributing motion pictures to domestic and international markets.

### *Reorganization Summary*

The emergence of affordable, digital technology has enabled independent filmmakers worldwide to create quality films at a rate that the current marketplace cannot support. The number of films being offered to buyers annually at film markets such as AFM, EFM and Cannes has multiplied in the past several years, causing the buyer's overall purchase fees to decline. This is making it difficult for established distribution companies like IWW to thrive under traditional distribution models. To address these changes, IWW is restructuring its current business model to expand its offerings and forge new paths of revenue not currently being exploited in the marketplace. Our goal is to continue to distribute quality products that will sell to established buyers. IWW will also become a content creator through development and production of films targeted to those markets. Additionally, IWW will provide professional business solutions to filmmakers seeking support for their independent productions through our vast network of industry partners in the legal, financial and marketing fields. In essence, IWW will manage all business aspects for independent productions so that filmmakers can focus on the creative side of making their movies.

### *The Market*

North American box office figures topped $10.6 billion in 2013, becoming the second record-setting year in a row at the box office. In addition, 2013 marked the ninth straight year of box office growth in the international market, with more than $35.9 billion in worldwide revenues. As of 2013, films released by independent studios were estimated to represent 15% of U.S. domestic box office revenue. By 2017, online streaming services such as Netflix and HULU will likely surpass box office revenues earning upwards of $14 billion per year.

# I.    THE COMPANY

## 1.1    History & Background

The Company was established in 2003 in the State of California by veteran producers Tom Berry and Pierre David. The company was sold in 2013 to Lawrence Goebel, who had previously served as the President of the Company. The head office of the Company is located at 280 South Beverly Drive, Suite 208, Beverly Hills, CA 90212. The Company filed for Chapter 11 in June, 2015. The purpose of the Company prior to filing Chapter 11 was to engage in the sale and distribution of independently produced feature films. The Company currently maintains a library of over 60 feature films.

## 1.2    Reorganization

Imagination Worldwide will undergo organizational restructuring to address the shifts in demand in the current motion picture, television and new media industries. The Company will be comprised of three divisions: production, business and financial solutions and sales and distribution. By diversifying our corporate portfolio, we will be able to generate revenue through both traditional and non-traditional avenues, including theatrical, television, VOD and digital platforms. Our goal is to be the go-to company for anyone seeking to produce, market and/or distribute an independent motion picture, television movie, web production or branded mobile video content.

## 1.3 Management Team

**Michelle Mower** – Chief Executive Officer

Michelle Mower has written, directed and produced a number of short films, as well as three feature films. Her debut feature "The Preacher's Daughter," starring Andrea Bowen ("Desperate Housewives") premiered on Lifetime Movie Network (LMN) on August 31, 2012. The premiere garnered the highest ratings of any movie on LMN for all of 2012. After the success of her film on Lifetime, Michelle was given the opportunity to write, co-produce and direct a second tv movie for the network titled "The Preacher's Mistress." The film, which stars Sarah Lancaster and Natalia Cigliuti, premiered on The Lifetime Channel in November, 2013. She is currently in production another project for Lifetime.

Michelle received her B.A. degree in Radio/Television from the University in Houston in 2000. After graduation, Michelle was hired by the Houston NBC affiliate as Associate Producer for the morning news program.  In 2003, Michelle went to work for Southwest Alternate Media Project (SWAMP), a non-profit media arts organization based in Houston. Her primary function as Program Coordinator was to organize SWAMP's professional development workshops, youth after-school programs, independent film screenings, monthly networking mixers and special film-related events. Through her work with SWAMP, Michelle started "*Lights! Camera! Action! Summer Moviemaking Camp*" for teens and the annual Business of Film Conference, which takes place annually at Rice University.

**Larry Goebel** – President

- 6 -

Lawrence Goebel is owner, president and chief executive officer of Imagination Worldwide, LLC (Imagination), and has been with the company since its inception in August 2003. Imagination specializes in worldwide sales/licensing, distribution and marketing of feature-length motion pictures and television programming. It currently has an eclectic library of over sixty films that includes titles ranging from the charming and critically acclaimed romantic comedy documentary MY DATE WITH DREW (with Drew Barrymore) and the emotional and inspirational GO FAR: THE CHRISTOPHER RUSH STORY to acclaimed science fiction, horror and thriller films like THE HAMILTONS, SHALLOW GROUND and THE ZOMBIE DIARIES series. Mr. Goebel has served as executive producer on ten feature films in his career as well, including award winning family films like MY DOG'S CHRISTMAS MIRACLE and CUPID DOG.

Mr. Goebel's responsibilities at Imagination include overseeing all aspects of the day-to-day operations of the company including sales, business/legal affairs, acquisitions and development, marketing, contract administration, accounting/cash flow management, technical servicing and personnel.

(See full bio attached.)

## 1.4    Strategic Alliances and Key Associates

The Company will utilize a network of key business partners to offer turnkey business services to independent filmmakers seeking professional support for their independent productions.

**Production Advisory Board** - In order to identify quality productions that have the highest sales potential based on the demands of the marketplace, the Company will form a production advisory board that includes established professionals in the entertainment industry, including but not limited to producers, market analysts, development executives and acquisition specialists. This board will meet periodically

- 7 -

to discuss market trends and will be consulted on an as-needed basis to review project proposals.

**Production For Use** – IWW will outsource funding services through a partnership with Pro4Use.com, an Austin-based independent film consulting firm created by South By Southwest Founder Louis Black and Dallas producer Joe Dishman.

**Legal** – IWW will offer legal services through our network of highly experienced entertainment and corporate attorneys.

**Payroll & Accounting Services** - IWW will contract out payroll and accounting services through our network of payroll companies, production accountants, guild representatives and incentives experts. In addition, IWW will hire an experienced line producer to oversee the expenditures of all productions and ensure compliance with our business solutions agreements.

**Publicity & Social Media Marketing Services** – The Company will assist independent filmmakers with PR and marketing through our network of experienced publicists, marketing & branding experts and social media gurus. Each production using our business management services will receive an individualized marketing and PR plan designed to maximize their productions exposure.

## II. THE INDUSTRY

In 2013, the North American box office totaled $10.6 billion, up 15% from five years before. American motion picture distributors generated more than $35.9 billion in worldwide revenues in 2013. Revenues took a dip generating $31.8 billion in 2014, but appear to be rebounding in 2015. According to a study conducted by Price Waterhouse, worldwide box office revenues are expected to reach close to $40 billion by 2018.



The statistic provides a forecast of the filmed entertainment industry revenue from 2014 to 2018. According to PwC, the revenue will grow from 31.8 billion U.S. dollars in 2014 to 39.2 billion in 2018.

© Statista 2015

### 2.1    Independent Marketplace

The distribution of a motion picture involves the licensing of the picture in the U.S., Canada and the foreign marketplace. Traditionally, the distributor will license the following rights: theatrical exhibition; non-theatrical markets (where applicable, such as educational markets); home video (including Blu Ray, DVD and CDs); subscription video-on-demand; cable/transactional video-on-demand and television. Additional ancillary markets include merchandising and music or soundtrack rights.

Studios are generating fewer films. With the increase in cable channels, the implementation of digital satellites, the Internet and a wide variety of other new distribution platforms, media buyers and programmers require more content to fill consumer demand. Independent films are filling the void left by the decrease of studio productions thanks in large part to the advent of low cost cameras and production equipment. Since independent producers can make films at significantly lower budgets, independent films allow for greater profit margins for investors should the film succeed in the marketplace.

## 2.2    Theatrical

A handful of independent films that are acquired at film festivals or film markets will have platform theatrical releases, a model that is driven by ticket sales in limited markets. Public demand for specific movie products may translate into profits for a film if marketed properly to attract the target demographic in a specific region. Eventually, the films will migrate to other markets, such as foreign territories, television, video-on-demand and numerous digital platforms. Even if a film is not profitable in the domestic theatrical release, oftentimes it can recoup its costs and earn a gross profit in the foreign territories and in ancillary markets.

## 2.3    Television

Network and cable television are still the dominant form of entertainment consumption in the U.S., according to Nielsens. Over 209 million people in the U.S. watch traditional television on a weekly basis, although those numbers are gradually decreasing due to the increase in viewers embracing digital platforms.

Television can be broken down into two revenue models – advertising-supported model (networks) and subscription-based model (cable). These are the same revenue models being employed in the digital space by platforms such as Netflix, HULU, GoogleTV and Yahoo Movies. Currently, many cable networks such as HBO, Lifetime and Hallmark are licensing independently produced content to fill their airspace, making television a viable source of revenue for independent filmmakers.

## 2.4    Foreign Territories

Much of the projected growth in the worldwide industry comes from the international markets, which reached record revenues of $35.9 billion in 2013. This marked the ninth straight year of box office growth abroad, and it is anticipated that international distributor revenues will continue to increase over time. Distributors and exhibitors continue to find new ways to grow the international revenue pool. The growth of multiplexes in Europe and an increase in the number of screens in Asia and Latin America have contributed significantly to this growth. Other factors include privatization of foreign television networks, the introduction of direct broadcast satellite services and increased cable opportunities.

## 2.5    Video-On-Demand

Subscription Video-On-Demand is replacing DVD as the predominant platform for home entertainment consumption. Not only are more households consuming media via SVOD services such as Netflix, HULU and Amazon, they are on average spending more time watching content. Viewership of SVOD is up 4% and the overall time the average consumer spends on those platforms is 50 minutes per day. Those numbers are expected to increase as more consumers embrace these platforms for their media consumption. Developing a direct relationship with SVOD services such as Netflix, HULU, Amazon Prime and other direct-to-consumer platforms will allow the company to grow with that emerging market.

- 10 -

## 2.6    Home Video/DVD

Once the highest-generator of revenue for independent film, home video/DVD sales have declined significantly due to emerging technology such as streaming and video-on-demand. However, the market for home video sales can still generate profit through popular platforms such as Redbox, Amazon and Netflix as well as retail outlets like Best Buy and Walmart.

## 2.7    Branded Digital & Mobile Media

Consumption of media on digital and mobile devices is on the rise! Many corporations, non-profits and individuals are utilizing platforms such as Youtube, Vimeo, Snapchat, Vine and other free platforms to create media that promotes their brands. This new form of advertising is typically highly targeted and story-driven. Youtube is by far the largest digital platform with 1 billion active users per month. Snapchat boasts 100 million users and Vine has 40 million, with those numbers increasing by the day. Branded video content is redefining the models of media consumption in ways that independent filmmakers will need to embrace if they want to build an audience for their products.

# III.  PRODUCTION DIVISION

## 3.1    Development

The Company, with its network of industry experts and analysts, will develop and produce 4-5 feature films with budgets under $2 million annually. These films will include made-for-television movies that can also be sold to international buyers, feature films made by women and minorities that will benefit from a day-and-date release model and genre productions with international appeal.

## 3.2    Target Audience

In 2013, nine feature films with female leads grossed over $100 million dollars. Statistics published by The Motion Picture Association of America (MPAA) indicate women generated over $5.5 billion of U.S. box office revenues. Similarly, a report by the Center for the Study of Women in Television and Film indicates that women made up 53% of the movie ticket buying audience in 2013. However, of the top 100 highest grossing films of 2013, women only accounted for 29% of the speaking roles and 15% of the lead roles. It is clear that women are a highly valuable yet under represented segment of the movie-going population. Our goal is to fill the void of content for women through a strategic distribution model that focuses on building and serving female audiences who seek entertainment that reflect their perspectives.

## 3.3    Co-Productions

Develop strategic alliances with production companies in Europe, Asia, Africa and Latin America to create content for their booming markets.

## 3.4    Distribution

While Imagination Worldwide can act as the sales agency for all productions the Company produces in-house, we will not limit ourselves to working exclusively with our internal sales division should the opportunity arise to distribute a production with a larger distribution company or studio. However, having a guaranteed plan for distribution from our internal sales division will give us an advantage over non-represented independent features when it comes to funding and negotiating with prospective buyers.

- 12 -

## IV.   ENTERTAINMENT BUSINESS SOLUTIONS

A new, exciting aspect of the restructuring of Imagination Worldwide is the creation of the Business and Professional Services division. IWW will provide professional business & consulting services to independent filmmakers seeking support for their independent productions through our vast network of industry partners in the legal, financial and marketing fields. In essence, IWW will manage all business aspects for independent productions so that filmmakers can focus on the creative side of making their movies.

### 4.1    Budgeting and Scheduling Services

During development, a preliminary production schedule and breakdown is necessary in order to accurately budget the movie. Through our network of experienced line producers, production managers and assistant directors, the Company can work with the producer to develop a solid preliminary schedule and budget that can be included in the production's proposed business plan.

### 4.2    Financial and Accounting Services

In addition to developing viable budgets for independent productions, the Company can assist with various financial and accounting services through our network of payroll services, production accountants and accounting firms that specialize in tax returns for production entities. In addition, IWW will oversee employment paperwork for the production to ensure federal and state compliance. Lastly, IWW can work with productions to ensure all union fringes and residuals are calculated correctly and paid according to contract requirements.

### 4.3    Contract and Legal Services

Independent film productions often overlook the necessity for legal representation, thinking they can handle contracts, copyright, music licensing and many other production-related legal needs. The fact of the matter is, most can't. All of our plans include access to 30 minutes of free preliminary legal consultation with an establish entertainment attorney. IWW will oversee all deal memos and contracts that comply with industry standards, working with our network of entertainment attorneys.

In addition to contracts and deal memos, our contracted attorneys can also over copyright submission, chain of title and script research services as well as all licensing of music and other intellectual property to be used in the final production.

### 4.4    Marketing and PR Services

The Company will offer targeted marketing and PR services by contracting key associates in the entertainment public relations field. Marketing is rarely included in independent film budgets, which can often hurt the film's chances of gaining traction in the larger industry. By implementing marketing strategies beginning during early stages of the production, the Company can help build an audience that will follow and support the project through release.

- 13 -

### 4.5    Delivery Management Services

Deliverables are a costly part of any film's production. Many fllmmakers don't budget for deliverables, or know how to budget for them properly. Additionally, many don't know how to work with reputable labs to ensure their DCP's and other media are delivered to specifications for each market. The Company will manage deliverables and ensure they meet all technical, legal and insurance requirements.

### 4.6    Entertainment Industry Consulting for Investors

As traditional modes of investment become increasingly unstable, investors are seeking avenues of investment that go beyond "parking your money" somewhere and waiting for the returns to roll in. Many are seeking investment in industries that interest them and give them access to industries that will potentially generate high financial and experiential returns. The motion picture industry is one of those investment opportunities that have the potential to deliver, but at a high risk.

Our company will offer consulting services to qualified investors who want to learn more about how the industry works, how to make informed investment choices and what pitfalls to look out for when approached to invest in a motion picture. Our goal is to develop a pool of informed investors willing to financially back productions by making sure their interests are being prioritized in the revenue waterfall.

- 14 -

# V. SALES AND DISTRIBUTION

The company will produce and acquire films that meet the demands of the marketplace, both domestically and internationally. Our development division will ensure that all films produced under the IWW brand will have an outlet for distribution in place prior to production.

## 5.1    Domestic

The Company has a strong relationship with domestic television cable companies and has licensed dozens of made-for-television movies to networks such as Lifetime and Hallmark in years past. We intend to increase our presence in these markets while developing strategies to address the convergence of broadcast television and digital platforms over the next 5-7 years.

## 5.2    Foreign

The Company's long history of sales in territories across the globe gives it an advantage in the marketplace by allowing them to package productions based on what their network of buyers demand. We will continue to generate sales of independent productions at prominent film markets around the world, including European Film Market (February), FILMART in Hong Kong (March), Cannes' Le March du Cinema (May), Toronto Film Festival (September) and the American Film Market (November).

## 5.3    Digital and Mobile

The company intends to negotiate directly with digital streaming and VOD providers to maximize the profitability of products in those markets. These providers include cable VOD, Netflix, Amazon, HULU, etc.

## 5.4    Home Video/DVD

Despite the trend of decline in the DVD/Home Video market, there are still revenue potential in these markets, especially for faith-based and family films. We intend to exploit these markets by creating direct relationships with retail vendors, such as Best Buy and Walmart. In addition, we will continue to develop a direct sales relation ship with Redbox, which currently accounts for half of the DVD rentals in North America.

## 5.5    In-Flight Entertainment

In-flight Entertainment is a $3 billion per year industry that many independent filmmakers do not take into consideration or know how to exploit. It's not unusual for a successful, theatrically-released independent film to earn in excess of six figures to show a movie in-flight for a period of a few months. The Company intends to develop relationships with companies that offer content to airlines.

- 16 -

# APPENDIX

**Sources:**

- Global Entertainment and Media Outlook: 2015 - 2019
  http://www.pwc.com/us/em/outlook

- Nielsens, Total Audience Report: Q1 2015
  http://www.nielsen.com/us/en/insights/reports/2015/the-total-audience-report-q1-2015.html

- Demographics and box office information can be found on the Motion Picture Association's website: http://www.mpaa.org/Resources/93bbeb16-0e4d-4b7e-b085-3f41c459f9ac.pdf

- http://www.nielsen.com/us/en/insights/reports/2014/shifts-in-viewing-the-cross-platform-report-q2-2014.html

- http://www.nielsen.com/us/en/insights/news/2015/all-things-considered-comparable-metrics-offer-a-solid-line-of-sight-for-the-industry.html

- http://variety.com/2014/film/news/redbox-makes-up-half-of-dvd-rental-market-exec-says-1201214188/

# EXHIBIT F

B6A (Official Form 6A) (12/07)

IN RE Imagination Worldwide, LLC

Case No. _____

Debtor(s)                                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | TOTAL | 0.00 |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Imagination Worldwide, LLC _____   Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account at City National Bank, Acct. No. xxxxxx7357** | | 7,169.07 |
| | | **Account at City National Bank, Acct. No. xxxxxx8881** | | 2,126.78 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ownership interest in entity: Jade Rose Entertainment, LLC. Believed to be worth zero.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Imagination Worldwide, LLC _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable (Debtor believes $43,186.69 is collectable)** | | **142,658.06** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **See Schedule G** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and supplies including two laptops, a flat screen television and DVD transfer equipment**<br>**Office furnishings including approximately nine file cabinets** | | **600.00**<br><br>**225.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Imagination Worldwide, LLC** _____ Case No. _____
_____
Debtor(s) _____(If known)_____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 152,778.91 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___**0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| ASSETS (December 31, 2015) | | | |
|---|---|---|---|
| | **Book Value** | **Liquidation Value** | **Valuation Methodology** |
| Real Estate | $0.00 | $0.00 | |
| Total DIP Account | $5,353.53 | $5,353.53 | |
| Accounts Receivable | $143,879.18 | $33,616.90 | The Debtor believes $110,262.28 of the receivables are uncollectable |
| Total Fixed Assets Office equipment, vehicles, machinery | $825.00 | $0.00 | The office equipment is old and Debtor believes has zero liquidation value |
| 100% Interest in Jade Rose Entertainment, LLC | $0.00 | $0.00 | Jade Rose has no assets |
| Executory Contracts listed in Debtor's Schedule G | $0.00 | $0.00 | Debtor believes the agreements in Schedule G have zero value to the estate because they are not assignable. |
| **Total** | **$150,057.71** | **$38,970.43** | |
| LESS IRS Priority Tax Claim | | ($3,156.81) | Proof of Claim #1 |
| LESS Franchise Tax Board | | ($855.76) | Proof of Claim #2 |
| LESS Los Angeles County Treasurer and Tax | | ($332.56) | Proof of Claim #4 |
| LESS Chapter 7  Trustee Fees | | ($1,169.11) | (Estimated  disbursement of 3% per 11 USC 326(a)) |
| Less Chapter 7 Trustee Administrative Expenses | | ($10,000.00) | (Estimated Chapter 7 legal and accounting expenses) |
| LESS  Chapter 11 Administrative Claims | | ($45,000.00) | |
| **BALANCE AVAILABLE FOR UNSECURED CLAIMS** | | **($21,543.81)** | |
| **TOTAL AMOUNT OF UNSECURED CLAIMS** | | **$1,191,589.80** | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025.  A true and correct copy of the foregoing document entitled (*specify*): **DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION OF IMAGINATION WORLDWIDE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/4/2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **M Hope Aguilar**    hope@business-affairs.tv, hope@neuvilleLaw.com
- **Kenneth G Lau**    kenneth.g.lau@usdoj.gov
- **Elaine Nguyen**    elaine@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com;Sam@wsrlaw.net
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**    dan@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **02/4/2016,**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Securities Exchange Commission**
**5670 Wilshire Blvd., 11th Floor**
**Los Angeles, CA 90036**

**Imagination Worldwide, LLC**
**280 S. Beverly Drive, Suite 208**
**Beverly Hills, CA 90212**

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **02/4/2016,**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Personal Delivery to: The Honorable Richard M. Neiter United States Bankruptcy Court, Los Angeles Division

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/04/2016 | Jamie Barrios | /s/ Jamie Barrios |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**