Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
Elaine V. Nguyen – Bar #256432
**WEINTRAUB & SELTH, APC**
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660
Email: elaine@wsrlaw.net

Attorneys for Chapter 11 Debtor and Plan Proponent,
IMAGINATION WORLDWIDE, LLC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVSION

| | |
|---|---|
| In re<br><br>IMAGINATION WORLDWIDE, LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:15-bk-19378-RN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION OF IMAGINATION WORLDWIDE, LLC.**<br><br><u>Disclosure Statement Hearing:</u><br>Date:   March 17, 2016<br>Time:   2:00 PM<br>Place:  Courtroom 1645<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br><u>Plan Confirmation Hearing:</u><br>Date:   [TO BE SET]<br>Time:   [TO BE SET]<br>Place:  Courtroom 1645<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on **March 17, 2016 at 2:00 p.m.** in Courtroom 1645 of the above-entitled Court located at 255 E. Temple Street, Los Angeles, California 90012, Imagination Worldwide, LLC, the Debtor and Debtor-in-Possession herein ("Debtor"), will and does hereby move the Court for an Order Approving Debtor's *Disclosure Statement Describing Chapter 11 Plan of Reorganization of Imagination Worldwide, LLC* (the "Disclosure Statement") as it may be amended and modified, as containing adequate information pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement is on file with the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012. A copy of the Disclosure Statement may also be obtained upon written request by contacting Debtor's Counsel, Weintraub & Selth, APC, Attn: Elaine V. Nguyen, at 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025, Tel.: (310) 207-1494.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Disclosure Statement must be filed in writing and served on counsel for Debtor and other parties entitled to service, at least fourteen (14) days before the date set for the hearing on the Disclosure Statement, as required by Local Bankruptcy Rule 3017-1. Failure to timely file and serve any responsive papers may result in the Court's failing to consider same.

Dated: February 4, 2016     WEINTRAUB & SELTH, APC

By /s/ Elaine V. Nguyen
Daniel J. Weintraub
James R. Selth
Elaine V. Nguyen
Attorneys for Debtors and Debtors-In-Possession,
IMAGINATION WORLDWIDE, LLC.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11766 Wilshire Blvd., Ste. 1170, Los Angeles, CA 90025. A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION OF IMAGINATION WORLDWIDE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/4/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **M Hope Aguilar**   hope@business-affairs.tv, hope@neuvilleLaw.com
- **Kenneth G Lau**   kenneth.g.lau@usdoj.gov
- **Elaine Nguyen**   elaine@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com;Sam@wsrlaw.net
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **James R Selth**   jim@wsrlaw.net, jselth@yahoo.com;jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**   dan@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **02/4/2016**,, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SAG-AFTRA**
5757 Wilshire Blvd., 7th Floor
Los Angeles, CA 90036

**SAG-AFTRA**
1900 Broadway, 5th Floor
New York, NY 10023

**Securities Exchange Commission**
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

☒   Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **02/4/2016**,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Personal Delivery to: The Honorable Richard M. Neiter United States Bankruptcy Court, Los Angeles Division

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/04/2016 | Jamie Barrios | /s/ Jamie Barrios |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Label Matrix for local noticing
0973-2
Case 2:15-bk-19378-RN
Central District of California
Los Angeles
Wed Feb  3 11:51:50 PST 2016

Weintraub & Selth, APC
11766 Wilshire Blvd.
Suite 1170
Los Angeles, CA 90025-6553

A.C.I. Films
C/O Elward Labowitz Aleander, Etc.
1925 Century Park E., Ste. 850
Los Angeles, CA 90067-2709

Alyce The Movie, LLC
1433 Angelus Ave.
Los Angeles, CA 90026-2208

BananaSeat Films
C/O Houston King
5525 Cantaloupe Ave.
Sherman Oaks, CA 91401-5804

Big Screen Entertainment Group
8383 Wilshire Blvd., 8th Floor
Beverly Hills, CA 90211-2440

Brandes Film International
28990 PCH, #105
Malibu, CA 90265

Clark Peterson
3462 Cody Road
Sherman Oaks, CA 91403-5010

Daylight Fades, LP
7163 Rico Cove
Germantown, TN 38138-5740

Domain Entertainment, Ltd.
432 S. Curson Ave., Ste. 11H
Los Angeles, CA 90036-5291

Imagination Worldwide, LLC
280 S. Beverly Dr., Ste 208
Beverly Hills, CA 90212-3902

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AFTRA-SAG Federal Credit Union
P.O. Box 11419
Burbank, CA 91510-1419

Anthem Blue Cross
Janet Andrea Managing Assoc Gen Counsel
2155 Oxnard St First Flr
Woodland Hills CA  91367

Barnholtz Entertainment, Inc.
23300 Ventura Blvd., 2nd Floor
Woodland Hills, CA 91364-1006

Boneboys, Inc.
Attn: Robert Kuhn
603 W. 8th St.
Austin, TX 78701-2728

CCV International AS
Ovre Vollgate 6
Oslo 0158
Norway,

Coldwood Productions
119 Fortess Rd., Unite 4
London, England,    NW52HR

Deco Filmworks
8020 So. Rainbow Blvd., Ste. 252
Las Vegas, NV 89139-6483

Down The Road, LLC
2711 Centerville Rd.
Wilmington, DE 19808-1660

Interested Party
c/o Law Office of Daren M. Schlecter
1925 Century Park East
Suite 830
LA, CA 90067-2709

A.C.I. Films
C/O Alexander, Lawrence Frumes Labo
1880 Century Park E., #914
Los Angeles, CA 90067-1612

Abnormal Pictures/K5 Film GmbH
Konradinstrasse 5
D-81543
Munich, Germany,

Anthem Blue Cross
P.O. Box 4194
Woodland Hills, CA 91365-4194

Big Screen
Raleigh Studios
5300 Melrose Ave., Van Ness Bldg, 2
Los Angeles, CA 90038-5112

Brainstorm Media
280 S. Beverly Dr., Ste. 208
Beverly Hills, CA 90212-3902

City Of Beverly Hills
455 N. Rexford Dr.
Beverly Hills, CA 90210-4817

Daniel R. Mailer
Cram & Associates,
200 Queens Ave., Suite 514
London, ON N6A 1J3

Domain Entertainment, Ltd.
1221 La Collina Dr.
Beverly Hills, CA 90210-2633

Down The Road, LLC
701 Sycamore Court
Laurel Spring, NJ 08021-3000

```
Drew Crew                          Drew Crew                            Employment Development Dept.
4152 Madella Ave.                  C/O Brian Herzlinger                 Bankruptcy Group MIC 92E
Sherman Oaks, CA 91403-4627        18004 Coastline Dr., #21             P.O. Box 826880
                                   Malibu, CA 90265-5724                Sacramento, CA 94280-0001


Encore International Group         Exclusive Logistics Management       Express Conneetion Messenger
280 S. Beverly Dr., Ste. 208       27 Ironside, Unit A                  12021 Wilshire Blvd Ste 922
Beverly Hills, CA 90212-3902       Marina Del Rey, CA 90292-5952        Los Angeles, CA 90025-1206


FCI Lender Services, Inc.          FRANCHISE TAX BOARD                  Federal Express
P.O. Box 27370                     BANKRUPTCY SECTION MS A340           2200 Forward Dr
Anaheim Hills, CA 92809-0112       PO BOX 2952                          Harrison, AR 72601-2004
                                   SACRAMENTO CA 95812-2952


Film Harvest, LLC                  First Act Entertainment, LLC         Foto-Kem Inc.
516 Sapphire                       Attn: Ken Sanders                    Attn: Donna Cottone
Redondo Beach, CA 90277-4256       14251 Arches Lane                    2801 W. Alameda Ave
                                   Canyon Country, CA 91387-6238        Burbank, CA 91505-4405


Franchise Tax Board                Godspeed The Movie, LLC              Godspeed The Movie, LLC
Attention: Bankruptcy              2233 N. Cahuenga Blvd.               C/O Joe McKelheer
P.O. Box 2952                      Los Angeles, CA 90068-2709           200 Pier Ave., Ste. 134
Sacramento, CA 95812-2952                                               Hermosa Beach, CA 90254-3691


Halo 8                             Harris Office Products               Hunger Productions, LLC
7336 Santa Monica Blvd., #10       7100 Valjean Ave                     Hunger Trust Account
Los Angeles, CA 90046-6670         Van Nuys, CA 91406-3901              6710 Stewart Rd., Ste. 300
                                                                        Galveston, TX 77551-2216


Independent Film & Television Allia   Internal Revenue Service          Jade Rose Entertainment, LLC
10850 Wilshire Blvd., 9th Fl.         P.O. Box 7346                     9107 Wilshire Blvd., Ste. 625
Los Angeles, CA 90024-4628            Philadelphia, PA 19101-7346       Beverly Hills, CA 90210-5543


Jason Feldman, Esq.                K5 Film                              KGM Films, LLC
Feldman & Wallach                  Konradinstrasse 5                    16633 Ventura Blvd., Ste. 1440
606 Venice Blvd., Ste. C           D-81543 Munich, GERMANY,             Encino, CA 91436-1886
Venice, CA 90291-4863


Kill Me Again Investments, LLC     Kill Me Again Investments, LLC       Kineses Entertainment, Inc.
12103 Maxwellton Rd.               402 East Gutierrez St.               1230 Horn Ave., Ste. 632
Studio City, CA 91604-3623         Santa Barbara, CA 93101-1709         West Hollywood, CA 90069-2168


Kingsparrow Films Ltd              Kingsparrow Films, Ltd.              Kingsparrow Films, Ltd.
Herbert K Ryder Esq                88/90 Baker St.                      International House
531 U s Highway 22 East Suite 182  London, UNITED KINGDOM,    W1U 6TQ   1 St. Katharines Way
Whitehouse Station NJ  08889-3695                                       London, UNITED KINGDOM,    E1W 1UN
```

| | | |
|---|---|---|
| LHD FIlms Ltd.<br>Wandle House Riverside Drive<br>Mitcham, Surrey, U.K.,    CR4 4BU | LHD Films<br>24 Hanway St.<br>London W1T 1UH<br>United Kingdom, | LHD Films Ltd.<br>24 Hanway St.<br>London, UNITED KINGDOM,    W1T 1UH |
| Lance Entertainment<br>9107 Wilshire Blvd., Ste. 625<br>Beverly Hills, CA 90210-5543 | Limerent Pictures<br>929 Fairwin Ave.<br>Nashville, TX 37216-3600 | London Music Video Ltd<br>24 Gloucester Rd.<br>Dartford, Kent, U.K.,    DA1 3DJ |
| Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | Los Angeles County Treasurer and Tax Collect<br>PO Box 54110,<br>Los Angeles, CA 90054-0110 | M. Leonard & Associates<br>P.O. Box 2339<br>Van Nuys, CA 91404-2339 |
| MCI<br>PO Box 371838<br>Pittsburg, PA 15250-7838 | Mandala Films, Ltd.<br>C/O I-On New Media GMBh<br>Alteburger Wall 23<br>50678 Koeln, Germany, | Mandala Films, Ltd.<br>Michael Kraetzer<br>106 Allum St, Auckland 1071<br>New Zealand, |
| Mark Ezra<br>55 Wallingford Ave<br>London, UK W106PZ | Mark S. Temple<br>10880 Wilshire Blvd., Suite 2070<br>Los Angeles, CA 90024-4118 | Martin Meyers<br>38 Broadhurst Ave<br>Edware Middlexex<br>UK HA88TS, |
| Match Box Pictures Inc and Kingdom Come Film<br>62 Runnymede Cr<br>London Ontario N6G 1Z8 | Matchbox Pictures, Inc.<br>123 King St., Ste. 209<br>London, Ontario<br>CAD N6A 1C3, | Matchbox Pictures, Inc.<br>123 King St., Studio 204<br>London, ON N6A 1C3 |
| Max J. Sprecher<br>5850 Canoga Ave., 4th Fl.<br>Woodland Hills, CA 91367-6554 | McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Moviworld<br>P.O. Box 1234<br>Highlands North Johannesburg<br>South Africa,    2037 |
| N/A Records, Inc.<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA 91436-1886 | Netzone<br>Eddie Joffe<br>11401 Dona Pegita Dr<br>Studio City, CA 91604-4340 | New Artist Alliance<br>16633 Ventura Blvd., Ste. 1440<br>Encino, CA 91436-1886 |
| Nick Cimiluca<br>4215 Warner Blvd<br>Toluca Lake, CA 91505-4042 | Nom De Plume Films, LLC<br>11030 Moorpark, #27<br>Studio City, CA 91602-2143 | Off World Films And Bleeding Edge F<br>79 Millstream Close<br>Hitchin, U.K.,    SG4 0DB |
| Off World Films And Bleeding Edge F<br>89 Marmet Ave., Letchworth Garden C<br>Hertfordshire, U.K.,    SG6 4QF | Outsider Productions One<br>402 East Gutierrez St.<br>Santa Barbara, CA 93101-1709 | Outsider Productions, Inc.<br>402 East Gutierrez St.<br>Santa Barbara, CA 93101-1709 |

Paychex, Inc.
300 Corporate Pointe, Ste. 150
Culver City, CA 90230-7699

Pierre David
9107 Wilshire Blvd., Ste. 625
Beverly Hills, CA 90210-5543

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Plus
P.O. Box 371874
Pittsburgh, PA 15250-7874

Plan 9 Entertainment, LLC
2662 Lake View Ave.
Los Angeles, CA 90039-4021

Premiere Bobine
#100, 486 Rue Ste-Catherine O
Montreal, QC H3B 1A6

Production Last Exit, Inc.
6250 Chemin Deacon
Montreal, QC H3S 2P5

Production Last Exit, Inc.
Attn: Richard Lalonde
6250 Chemin Deacon Montreal
Quebec H3S 2P5,

Propoganda Pictures Ltd.
Priory Lane, Little Wymondley
Hertfordshire, UK,    SG4 7HD

Propoganda Pictures, Ltd.
22 St. Albans Road
Hitchin, UNITED KINGDOM,    SG4 8UT

Pulse Productions
4919 Nofral Rd.
Woodland Hills, CA 91364-3336

Reel One Entertainment, Inc.
9107 Wilshire Boulevard # 625
Beverly Hills, CA 90210-5543

Renegade Pictures, LLC
5799 Broadmoore St., Ste. 550
Mission, KS 66202-2417

Salvatori And Associates
1 Place Ville-Marie, Suite 1812
Montreal, QC H3B 4A9,

ScreenProjex Limited
Watchmaker Court, 33 St John's Lane
London, UNITED KINGDOM,    EC1M 4DB

ScreenProjex, Ltd.
Watchmaker Court
33 St. Johns Lane
London, UK,    EC1M4DB

Shadow Cave Pictures, LLC
3205 Duchess Park
Lane Friendswood, TX 77546-2211

Shining Light Productions Limited
10 Buckhurst Road
Bexhill-On-Sea, U.K.,    TN40 1QF

Shining Light Productions Limited
Attn: Ryan Driscoll
14 Holland Rd.
Westcliff, Essex, U.K.,    SS0 7SG

Silver Web Productions, LLC
1022 Milwaukee Ave.
Los Angeles, CA 90042-1908

Small Town Folk Ltd
112 Ringwood Rd., St. Ives
Ringwood, Hampshire, UK,    BH24 1HU

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Ster Kinekor Entertainment
185 Katherine St.
Sandton 2146
South Africa,

Straightwire Films Limited
26 Burnside
Fleet, UNITED KINGDOM,    GU51 3RE

Strategic Film Partners
NBC Universal Tower
10 Universal City Plaza, 20th Fl.
University City, CA 91608

Stuck Productions, LLC
7250 Franklin Ave., #501
Los Angeles, CA 90046-3039

Stuck Productions, LLC
7250 Franklin Ave., #505
Los Angeles, CA 90046-3039

Stuck Productions, LLC
c/o Law Office of Daren M. Schlecter
1925 Century Park East, Suite 830
LA CA 90067-2709

TZD2 Limited
10 Cranbrook Court
Fleet, Hamshire, UK,    GU51 4QA

The Bus Driver, LLC
Rick Finkelstein
3423 N. Hiatus Rd.
Sunrise, FL 33351-7502

| | | |
|---|---|---|
| The Disconnect<br>16633 Ventura Blvd., #1440<br>Encino, CA 91436-1886 | The Hamiltons Films, LLC<br>C/O Mitchell Altieri<br>1877 Petaluma Blvd.<br>Petaluma, CA 94952-1964 | The Hollywood Reporter<br>5700 Wilshire Blvd., Ste. 500<br>Los Angeles, CA 90036-3767 |
| The List Film Ltd.<br>Patrick Fisher<br>29 Stonehill Rd.<br>London, UNITED KINGDOM, SW14 8RR | The List Film, Ltd.<br>40 Homer St. London<br>W1H 4NL<br>United Kingdom, | The Lost Eye Films, Ltd.<br>Clare Pearce<br>40 Newton Nod Isleworth<br>London, UK,   TW16QD |
| The Pig Project, LLC<br>2100 N. Beachwood Dr., #207<br>Los Angeles, CA 90068-3682 | The Return Of Joe Rich, LLC<br>2615 W. Magnolia Blvd.<br>Burbank, CA 91505-3033 | The Thompsons Film, LLC<br>Attn: Eben Kostbar<br>7040 Hawthorn Ave., #1<br>Los Angeles, CA 90028-6947 |
| Title Films<br>Rue Des Palais 44 Bte 45<br>1030 Brussels, Belgium, | Traction Media<br>9665 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90212-2340 | Trauma One Entertainment, Inc.<br>Attn: Ryan Thiessen<br>P.O. Box 5321<br>Knoxville, TN 37928-0321 |
| Treehouse Films (UK) Limited<br>38 Broadhurst Ave.<br>Edgware, Middlesex, UK,   HA8 8TS | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 |
| Xystus, LLC<br>1421 SW 107th Avenue<br>Miami, FL 33174-2526 | YSA Productions, LLC<br>802 N. Cherokee Ave.<br>Los Angeles, CA 90038-3508 | Zed Crook, Ltd.<br>250 Besserer St., 2nd Fl.<br>Ottawa, ON K1N 6B3 |
| Zed Crook, Ltd.<br>250 Besserer St., 2nd Fl.<br>Ottawa, Ontario, | Zed Filmworks Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, ON K1G 4B8 | Zed Filmworks, Inc.<br>800 Industrial Ave., Unit 12<br>Ottawa, Ontario,   K1G 4B8 |
| Daniel J Weintraub<br>Weintraub & Selth APC<br>11766 Wilshire Blvd Ste 1170<br>Los Angeles, CA 90025-6553 | Elaine Nguyen<br>Weintraub & Selth APC<br>11766 Wilshire Blvd Ste 1170<br>Los Angeles, CA 90025-6553 | James R Selth<br>Weintraub & Selth APC<br>11766 Wilshire Blvd Ste 1170<br>Los Angeles, CA 90025-6553 |
| Marian L Salas | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).